# — EXHIBIT  1 —

# Start-up Packet
# Bad Check Restitution Program

# Robert J. Maloney
# District Attorney
# Glenn County, CA

## March 2013

Confidential and proprietary. Not for duplication or distribution.



Corrective **Solutions**
*Trust the Leader*

910 Calle Negocio, Suite 300, San Clemente, CA 92673—800.369.6210—www.CorrectiveSolutions.org

# START-UP PROGRAM
# TABLE OF CONTENTS – PART 1

We are pleased to develop your Diversion Program.
Please complete the following and return to CorrectiveSolutions.
Thank you.

## Step 1 - Approve & Sign

- ☐ Intake Criteria
- ☐ Crime Report
- ☐ Core Marketing Outreach Materials
    - ❑ Brochure
    - ❑ Merchant mailer postcard
- ☐ Sample Core Letter Series Part 1
    - ❑ Approval form
    - ❑ Letter Series Timing Sequence
    - ❑ Core Letters – Part 1
- ☐ Internet website

## Step 2 – Provide

- ☐ Logo Request
- ☐ Photo Request
- ☐ Facsimile Signature Request
- ☐ Contact Information - Program Liaison
- ☐ Complete Check Writer & Merchant Hotline Recordings

## Step 3 – Return Startup Binder

- ☐ Fax completed documents to:
  Megan McClung at (866) 662-5541

- ☐ <u>Mail originals to:</u>
  CorrectiveSolutions
  Attn: Megan McClung
  910 Calle Negocio Suite 300
  San Clemente, CA 92673



Corrective*Solutions*
*Trust the Leader*

EXHIBIT   Page 002

# START-UP PROGRAM
# STEP 1 CHECKLIST

## Step 1 - Approve & Sign

- ☐ Intake Criteria
- ☐ Crime Report
- ☐ Core Marketing Outreach Materials
    - ☐ Brochure
    - ☐ Merchant mailer postcard
- ☐ Sample Core Letter Series – Part 1
    - ☐ Approval form
    - ☐ Letter Series Timing Sequence
    - ☐ Core Letters – Part 1
- ☐ Internet website



Corrective*Solutions*
*Trust the Leader*

National Headquarters: 910 Calle Negocio Suite 300, San Clemente California 92673
800.325.3910   www.CorrectiveSolutions.org

EXHIBIT   Page 003

# Intake Criteria



# Glenn County District Attorney
# Bad Check Restitution Program
# Probable Cause Determination/Intake Criteria

As the District Attorney of Glenn County, California, vested with the authority to establish a bad check pre-trial diversion Program (Program) and as per the Financial Services Regulatory Relief Act of 2006 (Act), the Administrative Support Services Agreement (Agreement), and applicable state and federal laws, I hereby authorize and direct the Program with this communication to follow certain criteria in the administration of the Program and in determining Program eligibility as outlined below:

Further, it is my determination that probable cause of a bad check violation shall be defined under California Penal Code § 476a and/or any other applicable statutes per my authority and discretion, as a check that has not been repaid after the victim has provided the check writer with reasonable notice of the dishonored check. Additional probable cause list here _____

This determination shall apply to each eligible check and be followed by the Program.

Initial here

## *Check eligibility criteria:*

The following types of checks are eligible for the Program:
- Checks that remain unpaid after 10 days of the victim taking reasonable steps to provide notice to the check writer.

The following types of checks are ineligible for the Program:
- Fraud—lost/stolen/forged and identity theft
- Two-party checks—including payroll
- Checks not passed within this jurisdiction
- Credit card checks

In accordance with the Act, the following types of checks are also ineligible for the Program:
- Checks partially repaid to the victim
- Post dated checks; including payday loans or checks where the victim agreed to hold
- Stop payment checks where the issuer acted in good faith and with reasonable cause in stopping payment
- Checks issued by someone not competent or of legal age
- Checks dishonored due to bank error or failure to notify the check writer of bank adjustment
- Checks issued to pay an obligation arising from an illegal transaction

The following types of checks are excluded from the Program (as checked below, if any):
- ☐ Payments on account
- ☐ Real estate (residential and commercial) rentals or leases
- ☐ Equipment rentals or leases
- ☐ Other _____
- ☐ Other _____

The following are additional directives for Program and eligibility intake (as checked below, if any):
- ☐ Other: _____
- ☐ Other: _____
- ☐ Other: _____
- ☐ Other: _____

***Check limits:***

Checks are eligible for the Program up to $ _5,000_ .00.

Ineligible checks submitted to the Program will be returned to the victim, *upon their request.*

***Probable Cause Determination:***

CorrectiveSolutions will submit to the Communications Liaison Officer for review and approval of all checks for admittance into the Program on a _daily or weekly_ basis.
                                                                      (Circle one)

If no response within _48 or 72_ hours we will open checks automatically and begin working them.
                                (Circle one)

Please provide the contact information to whom will be assigned to this procedure.

Name:_____   Title:_____

Phone:_____   Email:_____


I hereby authorize and direct CorrectiveSolutions as the Program's administrator per the Agreement to contact all check writers with my approved letters and through other reasonable means of contact, including oral and written communication, to encourage compliance with the Program and confirm such checks meet the above definition of probable cause and are not clearly excluded by the criteria listed above (allowing for contact with check writers about certain checks that can only be determined ineligible after contact and upon receipt of relevant documentation).


I affirm and attest the above instructions are issued under my authority and direction as per the Agreement and in compliance with all applicable state and federal laws on this date _____March 13_____ 20_13_____.

_____
Signature                 ROBERT J. MALONEY,
                          Glenn County District Attorney

_____
Name

_____
Title

# Crime Report



# BAD CHECK CRIME REPORT
## GLENN COUNTY DISTRICT ATTORNEY
### ROBERT J. MALONEY

2/26/2013

**Bad Check Program Address:**
P.O. Box 1127
Willows, CA 95988-1127

**Bad Check Program Contact:**
(866) 398-0754 - Victim Hotline
(866) 398-5061 - Check Writer Hotline
(Please refer check writer to the "check writer" hotline)

For more information: www.checkprogram.com/glenncountyca

| **Step 1** Confirm Eligibility | **The following types of checks are ineligible for the program:** |
|---|---|

*Two-party checks      *Partially re-paid checks      *Fraudulent or stamped lost/stolen/forged
*Payroll, rent, or credit card checks      *Post/pre dated or altered checks      *Checks you agreed to hold before depositing
*Checks passed outside of Glenn County      *Checks which are repayment of loan or civil contract agreement

**Step 2** Victim Information

Victim/Merchant Name: _____

Contact Name: _____ Title: _____

Victim Contact Information: (Required)    Email: _____

Phone: (____) _____    Fax: (____) _____

• *Email and/or fax are required for acknowledgement receipt of check and/or Program communication*

Address: _____ City: _____ State: _____ Zip Code: _____

If assessed a bank charge(s) for the attached bad check(s) please state the amount of the bank charge per check

$_____ (Per California Penal Code 1001.65 (c) you are eligible to be reimbursed up to $15 per check for assessed bank charges.)

**Step 3** Check Writer Information

Check Writer's Name: _____

Address: _____ Apt: _____

City: _____ State: _____ Zip Code: _____

Home Phone: (____) _____ Other Phone: (____) _____

Driver's License # / Other ID #: _____

State: _____ Date of Birth: _____/_____/_____

Other ID: (if applicable) _____

A "Courtesy Notice" must be sent to recover the bad check(s) in question to the check writer. If no attempt has been made, the check is not eligible for prosecution. (See sample courtesy notice on back.)

**Step 4** Check Information

| Ck. No. | Date Passed | $ Amount | Name of person accepting check (if no longer employed please list manager) | Can person ID check writer? |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | ☐ Yes ☐ No |
| _____ | _____ | _____ | _____ | ☐ Yes ☐ No |
| _____ | _____ | _____ | _____ | ☐ Yes ☐ No |

Address where check was accepted (if different than Step 2): _____ (Required)

City: _____ State: _____ Zip Code: _____

**Step 5** Victim Verification Sign & date

• I will not accept direct payment from the check writer after filing this report with the Program. Please refer check writer to (866) 398-5061.
• I understand that the check writer has the option to dispute this claim in writing with the Bad Check Program.
• If this crime report is not completely filled out it may prevent or delay this case from moving forward for prosecution review.
• I attest that I have sent courtesy notice to the check writer and after 10 days it remains unpaid.
• I have reviewed the filing instructions, I hereby affirm and attest under penalty of perjury, that all information provided on this crime report is true to the best of my knowledge.

X _____

Signature of Person Filing (Required)      Print Name of Person Filing      Date Filed

Staple original or bank-generated substitute check here

Additional crime reports are available at: www.checkprogram.com/glenncountyca

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX XXXX XXXXXX Approved XXXXXXXXXX    Date: 3/13/13

Robert J. Maloney, District Attorney

**For additional information and crime reports: www.checkprogram.com/glenncountyca**

## Sample "Courtesy Notice"

Date

Dear Check Writer:

You are hereby notified that a check numbered_____ in the face amount of $_____, issued by you on _____drawn upon _____ bank, and payable to _____, has been dishonored. You have 10 days from receipt of this notice to tender payment of the full amount of such check plus a bank charge of $_____, the total amount due being $_____.

Unless this amount is paid in full within the time specified above, we may turn over the dishonored check and all other available information relative to this incident to the District Attorney's Office for potential criminal prosecution.

Closing,

Your name/address

## Bad Check Program Information

As a victim of a bad check you may file this report with the Glenn County District Attorney, provided there is sufficient information, and that the check meets all eligibility guidelines. The Glenn County District Attorney's Office will seek full restitution for victims whenever possible; however, please keep in mind that the Bad Check Restitution Program can make no recovery guarantees. By submitting the check to the program you surrender control of the check to criminal process and forego the opportunity to pursue civil debt collections.

Check writers are encouraged to make payments in full. Should a partial payment be received, the payment will be allocated between the victim and the Bad Check Program. "Restitution" refers to the face value of all checks listed on this report along with all "stated" bank charges assessed by your bank.

A check will be deemed ineligible and returned to you to pursue a civil remedy, if a filed check is later determined to be:
- A stop payment check where the issuer acted in good faith and with reasonable cause in stopping payment,
- A check issued by someone not competent or of legal age,
- A check dishonored due to bank error or failure to notify the check writer of bank adjustment of a check,
- A check issued to pay an obligation arising from an illegal transaction.

## What to do after my crime report is filed with the Program

- Please **do not** accept direct payments from check writers. Should the check writer contact you to make payment, refer them to the Check Writer Hotline at (866) 398-5061.
- You may contact Victim Services for case updates at (866) 398-0754 anytime.
- Please allow a minimum of 90 days to pursue restitution.
- If the check writer does not comply with the Program, the case may be reviewed for possible criminal prosecution.
- If we are unable to recover restitution and/or the check is not "eligible" for prosecution, you may request the check(s) be returned to pursue a civil remedy.

## Filing Instructions

1. Fill out Crime Report completely or go to **www.checkprogram.com/merchants** for electronic filing (requires scanner).
2. Attach originals or legal copies of all checks (including front and back of checks) and all supporting documents such as CERTIFIED MAIL RETURN RECEIPT OR UNDELIVERED LETTER, COPY OF "COURTESY NOTICE," "RETURN ITEM" NOTICE FROM THE BANK (WITH FEES).
3. Mail Bad Check Crime Report and all other correspondence to:
   Glenn County Bad Check Restitution Program
   P.O. Box 1127, Willows, CA 95988-1127
4. Once a report has been filed: ALL restitution payments must be coordinated by the District Attorney's Office. Should the check writer contact you to make payment, direct them to the Bad Check Restitution Program at (866) 398-5061.
   **DO NOT ACCEPT PAYMENT DIRECTLY FROM CHECKWRITER.**

# Core Marketing Materials

1. Program Brochure
2. Merchant mailer postcard

## A Message from Robert J. Maloney, District Attorney

[Your Picture Here]

As your District Attorney, I'm always concerned about the negative impact of bad checks passed to local businesses. Thousands of dollars are lost every year by merchants as a result of this ongoing problem. Bad checks affect everyone in terms of higher consumer costs that must be passed on to offset losses, and increased taxes to cover the additional costs for law enforcement and prosecution.

In an effort to combat this problem, I have organized the Bad Check Restitution Program to assist local merchants with bad check losses. The primary goal of the program is to obtain full restitution for the victim without adding to the financial burden of the criminal justice system.

First-time bad check offenders are given the opportunity to avoid criminal prosecution by attending a mandatory intervention class, in addition to paying restitution. All of this is accomplished without any cost to the taxpayers.

Your interest and participation in this special program will benefit all law-abiding citizens and help your business improve its bottom line!

Sincerely,

*[Your Signature Here]* - *Optional*

Robert J. Maloney
Glenn County District Attorney

---

## Glenn County District Attorney Bad Check Restitution Program

### The program works because...

- Bad check reports are easy to file, and follow-up action is prompt.
- Upon recovery, 100% of the face value of the check is returned to the victim.
- There is no minimum dollar restriction on a bad check.
- Offenders must complete an educational class at their expense.
- The program operates at <u>no cost</u> to the county or taxpayers.

Glenn County District Attorney
**Bad Check Restitution Program**
**P.O. Box 1127**
**Willows, CA 95988-1127**
(postal address only)

Questions or have a check to file?

Go to
www.checkprogram.com/glenncountyca

or call
**1-866-398-0754**

Brochure not printed at taxpayer expense.

---

# "Don't be a Victim of Bad Checks!"

## Robert J. Maloney District Attorney



## Bad Check Restitution Program

☒ Approved by (no changes): _____ Date: 3/13/1
☐ Approved with changes: _____ Date: _____



The Office of the District Attorney
Glenn County, CA

## Check Acceptance Tips:

- Institute a check acceptance policy. A clearly posted policy for your employees and customers can reduce your losses.

- Accept checks written only with today's date. Post-dated checks are civil matters and are not accepted in the Glenn County District Attorney Bad Check Restitution Program.

- Trust your instincts! If something doesn't seem right, ask questions or ask for another form of payment. You are not obligated to accept a check.

# Glenn County District Attorney
# Bad Check Restitution Program

## A check is **ELIGIBLE** for this program if:

- The amount is no more than $5,000.00 (or multiple checks do not exceed this limit). There are no minimum dollar restrictions.

- The check was received in Glenn County deposited in a bank in exchange for goods or services and was presumed "good" at the time of acceptance.

  - A "Courtesy Notice" was sent to check writer allowing 10 days to make check good.

  - A photo I.D. number (driver's license or state identification card) was recorded at the time of transaction.

## A check is **INELIGIBLE** if:

- It is post-dated.

- Both parties knew there were insufficient funds at the time of transaction.

- It is a two-party, stop payment, or payroll check.

- The identity of the check writer is unknown.

- There is no amount, date, or signature on the check.

- The numeric and written amounts on check do not match.

- The check has not been processed by a bank.

| Checks ineligible for the Glenn County District Attorney Bad Check Restitution Program may be pursued through Small Claims Court process or by a private collection agency. |
| --- |

## The Program, Step-by-Step

1. Make personal contact with the check writer. If you are unsuccessful, send a courtesy notice. The check writer has 10 days to respond and remit payment.

2. If you do not hear from the check writer or receive payment, contact the Bad Check Restitution Program at 1-866-398-0754 or visit our website for a crime report at www.checkprogram.com/glenncountyca.

3. Fill out the crime report, keep copies and attach originals or legal copies of all checks and notification documents, such as return receipts and bank notices, and mail to the address below.

4. If you do not receive restitution within 90 days, contact the Glenn County District Attorney Bad Check Restitution Program.

Glenn County District Attorney
**Bad Check Restitution Program**
**P.O. Box 1127**
**Willows, CA 95988-1127**
(postal address only)

Questions or have a check to file?

Go to
www.checkprogram.com/glenncountyca

or call
**1-866-398-0754**

```
John and Jane Doe          ①        100
123 Fair Lane
Smalltown, ST 12345      123-444-5555
                       ③   05/11/2011
                              ②      Date
Pay
to the order of  Friendly Business      $ 100.00  ⑤
One Hundred and 00/100        Dollars
♣ BANK
Memo _____        Signature  ⑥
1234567891234    100
```

## Check Screening Tips

1. Make sure that the address is a street address, not just a P.O. Box number. Write down the street address if there is only a P.O. Box address provided.

2. Ask for and write down a phone number. If the phone number is provided on the check, verify that it is correct.

3. Note the check's date. Post dated checks are not acceptable.

4. Be wary of new accounts with low check numbers.

5. Make sure that the written and figure amounts match.

6. Observe the writer's signature and make sure the signature matches the one on the I.D.

# Bad Check Writers Beware!

Check Writers,

Should you knowingly write a bad check, or otherwise defraud this business, you may be prosecuted in Glenn County pursuant to California Penal Code § 476a.

This business reports bad checks to the Glenn County District Attorney's Bad Check Program.

As your District Attorney, it is my job to keep our community safe from crime.

Thank you,



Robert J. Maloney
District Attorney
Glenn County

[Your Picture Here]



# Sample Core Letter Series
# Part 1



# Glenn County District Attorney
# Bad Check Restitution Program
# Letter Series Approval – Part 1

As the District Attorney of Glenn County, California, vested with the authority to establish a bad check pre-trial diversion program (Program) and as per the Financial Services Regulatory Relief Act of 2006 (Act), and the Administrative Support Services Agreement (Agreement) and applicable state and federal laws, I hereby authorize and direct the Program with this communication:

☒ Approved With No Changes. I have reviewed the letter series that is attached and approved timing schedule for Program use in my jurisdiction as so specified. I have made no changes to the letters or timing schedule.

Signature: _____   Date:  3/13/13

        ROBERT J. MALONEY

Title:  GLENN COUNTY DISTRICT ATTORNEY

☐ Approved With Changes.  I have reviewed the letter series and approved timing schedule for Program use in my jurisdiction as so specified per my changes.  I have amended the letters / timing schedule and my changes are initialed.

Signature: _____   Date: _____

Title: _____

NOTE:  Minor changes may be made from time to time for administrative efficiencies.
        Any future changes of consequence will be brought to your attention for approval.

# Core Student Demand Letters Timing Schedule

| | Purpose | When Sent | Call to Action |
|---|---|---|---|
| FirstNotc | Official Notice | Upon receipt of Crime Report | 10 days to respond |
| FirstFTC | Notice of Failure to Comply | 15 days after FirstNotc if no response | 10 days to respond |
| SecondFTC | Warning—Second Notice of Failure to Comply | 30 days after FirstFTC if no response | 7 days to respond |
| ThirdFTC | Warning—Third Notice of Failure to Comply | 30 days after SecondFTC if no response | 2 business days to respond |
| FTCNoRsp4 | Final Warning—Immediate Attention Required | 30 days after ThirdFTC if no response | 1 business day to respond |



**Calaveras County District Attorney**
**Bad Check Restitution Program**
PO Box 1480
San Andreas, CA 95249-1480

**Barbara M. Yook**
District Attorney


Ø1

# OFFICIAL NOTICE - IMMEDIATE ATTENTION REQUIRED

*** 0217DUP.WHT.004
3000000001 01.0000.0000 1/1

JOHN Q PUBLIC
PO BOX 12345
BOSTON CA 02120

Office Hours: 9:00 a.m. - 5:00 p.m.

Phone: (866)740-7234
Date of Notice: 02/17/2012
Case #: 39156591
Balance Due: $288.63
Page: 1

You have been accused of violating California Penal Code 476a, entitled "Making or Delivering Check With Insufficient Funds". A conviction under this statute is punishable by up to one (1) year in the county jail. See page 5 for details on the party(s) initiating this allegation.

My office has established a Bad Check Restitution Program. The Bad Check Restitution Program is authorized by the California legislature, and is a pre-charge program designed to allow people accused of having violated the above-referenced statute to avoid the possibility of further action against the accused by the District Attorney's Office. Participation in the Bad Check Restitution Program is voluntary. The Bad Check Restitution Program has two steps:

1. **Pay all restitution on all reported checks, plus any administrative, returned item, and program fees.**
2. **Attend a Financial Accountability class.**

**Calaveras County District Attorney Bad Check Restitution Program**

## TOTAL BALANCE DUE: $288.63

You have the right to dispute this matter, as set forth on page 2 of this notice. In order to participate in the Bad Check Restitution Program you must pay in full and schedule class within THIRTY (30) DAYS from the date of this Notice.

## PLEASE CALL (866)740-7234 or visit www.checkprogram.com
### TO MAKE PAYMENT/SCHEDULE CLASS
**Please have your case number ready: 39156591 and Password: 99999999**
**PAYMENTS ACCEPTED: CREDIT & DEBIT CARDS, WESTERN UNION, MONEY ORDERS, OR CASHIER'S CHECK**

If you choose to participate in the Bad Check Restitution Program, and if you successfully complete the program's two steps above, my office will consider this matter resolved. The Bad Check Restitution Program is administered by a private entity under contract with the Calaveras County District Attorney.

For additional information or if you believe you received this Notice in error, please see the reverse side.

Sincerely,

*Barbara M. Yook*

**Barbara M. Yook**
**District Attorney**

See reverse side ➡

---

This notice has been printed and mailed on behalf of my office by a third party administrator of the
Bad Check Restitution Program at no cost to the taxpayer.

## DISPUTES, TERMS AND CONDITIONS, AND OTHER IMPORTANT INFORMATION  Page:  2

■ **IF YOU BELIEVE YOU RECEIVED THIS NOTICE IN ERROR OR WISH TO DISPUTE THIS NOTICE IN WRITING:**

- Review your records CAREFULLY.
- Call the District Attorney's Bad Check Restitution Program Office at (866)740-7234.
- Ask for a Compliance Specialist.
- Explain the error.
- The Compliance Specialist will ask you to fax or mail in documentation of the error. For cases involving stop payments on checks or performance disputes, please consult a Compliance Specialist for more information.
- You may dispute the validity of this allegation in writing to this Office within 30 days of receiving this Official Notice. Upon submitting your written dispute not later than 30 days after receiving the Official Notice (along with any relevant supporting documentation), the authorized administrator of the Bad Check Restitution Program will review the written dispute based on criteria established by the Calaveras County District Attorney.

- Fax or mail your case documentation to:   **Fax: (800) 227-3041**

    **Calaveras County District Attorney**
    **Bad Check Restitution Program**
    **PO Box 1480**
    **San Andreas, CA 95249-1480**

■ **IF YOU BELIEVE YOU RECEIVED THIS NOTICE AS A RESULT OF IDENTITY THEFT, FORGERY, THEFT, OR OTHER FRAUD:**

You will be required to promptly provide further written documentation to support your claim. If you are a victim of identity theft, you will need to go to the bank to obtain and sign an identity theft affidavit.  If you were not the victim of identity theft but did not write the check(s), you will need to go to the bank to obtain and sign an affidavit of forgery that you did not write the check(s) in question. In most cases, if you believe the check(s) where stolen or forged, you will also be required to file a police report.

■ **IF YOU BELIEVE YOU WERE NOT PROPERLY NOTIFIED:**

The Bad Check Restitution Program is only for reports of bad check activity from those businesses or parties that have notified you according to California State Law and provided you with an opportunity to make good on the check. In addition to notification from the party you issued the check to banks routinely send customers notice of returned items. Non-sufficient funds (NSF) checks also appear on your monthly account statement.  **PLEASE CHECK YOUR RECORDS CAREFULLY.**

■ **IF YOU HAVE ALREADY PAID THE MERCHANT OR FILING PARTY:**

Please fax or mail documentation that the merchant or filing party received payment BEFORE the date of this Notice.  Appropriate documentation consists of a receipt of payment to the victim and/or a cleared copy (front and back) of repayment to the victim. The administrator of the Bad Check Restitution Program will review the submitted documentation. Allow fourteen (14) days to process information before calling.

■ **IF YOU WANT TO CONTEST THIS MATTER:**

You have the right to choose not to participate, and to contest this matter. If you wish, you may want to consult an attorney. Personal bankrupcies DO NOT void responsibility in a criminal matter.

---

**To Make Payment/Schedule Class, Call (866)740-7234 or www.checkprogram.com**
**Case Number: 39156591  Password: 99999999**
**PAYMENTS ACCEPTED: CREDIT & DEBIT CARDS, WESTERN UNION, MONEY ORDERS, OR CASHIER'S CHECK**

## DISPUTES, TERMS AND CONDITIONS, AND OTHER IMPORTANT INFORMATION        Page:   3

■  **TERMS AND CONDITIONS OF THE BAD CHECK RESTITUTION PROGRAM:**

Participant agrees to participate in the Calaveras County District Attorney Bad Check Restitution Program ("Program").  Participant acknowledges and agrees that the fees charged for the Program are reasonable and appropriate.  Participant acknowledges and agrees that in addition to the fees that are charged, participant is required to attend a rehabilitative counseling class conducted by an instructor hired by the private entity under contract with the District Attorney to administer the Program ("Administrator").  Participant further agrees that by paying the fees charged for the Program, participant is bound by the terms and conditions of the Program, as set forth in this agreement.

Agreement to Arbitrate:  You and Administrator agree to resolve any and all claims and disputes relating in any way to the Program ("Claims"), except for Claims concerning the validity, scope or enforceability of this Arbitration Agreement, through BINDING INDIVIDUAL ARBITRATION before the American Arbitration Association ("AAA").  This means you will be unable to have Claim(s) resolved by a court or jury, or to participate in a class action or class arbitration.  Other rights you would have if you went to court may be unavailable or limited in arbitration, including your right to appeal.  The only exception to this agreement to arbitrate is that you and/or Administrator may seek relief in a small claims court for Claims within the jurisdiction of that court in any particular state.

CLASS ACTION WAIVER:  NO ARBITRATOR OR COURT MAY ORDER, PERMIT OR CERTIFY A CLASS ACTION, REPRESENTATIVE ACTION, PRIVATE ATTORNEY-GENERAL ACTION OR CONSOLIDATED ARBITRATION IN CONNECTION WITH THIS ARBITRATION AGREEMENT.  NO ARBITRATOR OR COURT MAY ORDER OR PERMIT A JOINDER OF PARTIES IN CONNECTION WITH THIS ARBITRATION AGREEMENT UNLESS ALL PARTIES CONSENT TO SUCH JOINDER IN WRITING.

Governing Law and Jurisdiction:  Any arbitration proceeding will be governed by the Consumer Procedures or other applicable rules of AAA in effect when the Claim is filed.  The arbitration proceeding will take place in the county where you reside or any other mutually acceptable location.  Judgment on the arbitration award may be entered in any court having jurisdiction.

The arbitrator shall follow applicable law and is empowered to grant any relief, including attorneys' fees, costs, and other expenses, to the extent such relief would be available in court.  You and Administrator agree the Program and transactions subject to this Arbitration Agreement involve interstate commerce and that this Arbitration Agreement is governed by and enforceable under the Federal Arbitration Act.  You and Administrator also agree this Arbitration Agreement extends to parties related to Administrator that are involved in any Claims, including without limitation, Administrator's parents, affiliates, subsidiaries, agents, principals, contractors, officers and employees.

Costs:  Administrator shall pay all arbitration costs if it initiates arbitration.  If you initiate arbitration, you will not be required to pay any fees that exceed the fees you would have paid had you brought the Claim(s) in court.  You may seek a waiver of the filing fee under AAA Rules.  If you do not qualify for a waiver, you may request, in writing, that Administrator advance all or part of the filing fee.

Enforceability:  This Arbitration Agreement shall govern if there is a conflict between it and the AAA Rules, unless Administrator waives any conflict in writing.  If any part of this Arbitration Agreement, except the class action waiver, is found invalid or unenforceable, the remaining provisions shall remain in full force and effect.  If the class action waiver is found invalid or unenforceable as to a particular Claim, the Arbitration Agreement shall not apply to that Claim.

You may contact AAA to obtain information about arbitration, arbitration procedures and fees by calling 800-778-7879 or visiting www.adr.org.

YOU HAVE THE RIGHT TO REJECT THIS ARBITRATION AGREEMENT, BUT YOU MUST DO SO PROMPTLY.  If you do not agree to arbitration, you must notify us in writing within sixty (60) days after the date you enroll in the Program.  You must send your notice to:  806 E Avenida Pico STE I PMB 340, San Clemente, CA 92673-5639, and include your full name, address, and the statement "I reject the arbitration agreement for the Calaveras County District Attorney Bad Check Restitution Program."

■  **OTHER IMPORTANT INFORMATION:**

Completion of the Bad Check Restitution Program is valid ONLY if you comply with ALL District Attorney's requirements.  Should you be permitted to comply by a payment plan, such payments may be allocated ratably between restitution and program fees until they are fully satisfied.  By making full or partial payment, you are agreeing to be enrolled in the Bad Check Restitution Program, and you are agreeing to pay restitution on all reported checks as well as pay all required fees, including program, administrative, and returned item fees pursuant to the terms of this Notice.  Once enrolled, program fees will be non-refundable.

**You may wish to consult an attorney to obtain legal advice about your rights in regards to this matter.**

The Program does not accept personal checks.  Sending a personal check for payment shall be deemed sufficient authorization to complete the payment via electronic debit.  By doing so, your checking account will be debited for the amount of the check and your cancelled check will not be returned to your bank.  Electronic debit entries returned for insufficient or uncollected funds may be resubmitted two times following the return of the original entry.

Please note, your balance may increase if additional checks are reported to this office or program fees are changed.  Additionally, you may incur a fee for missing or rescheduling class, making a late or insufficient payment, and/or paying over the phone or Internet.



**Calaveras County District Attorney**
**Bad Check Restitution Program**
PO Box 1480
San Andreas, CA 95249-1480

**Barbara M. Yook**
District Attorney

# OFFICIAL NOTICE - IMMEDIATE ATTENTION REQUIRED

BALANCE DUE ON  03/07/2012        $288.63

Office Hours: 9:00 a.m. - 5:00 p.m.
Page:   5  of  5

**PAYMENT OPTIONS:**

**1. INTERNET**      www.checkprogram.com
                     Case Number:  39156591
                     Password:       99999999
                     **Credit and Debit Cards**

**2. PHONE**         (866)740-7234
                     **Credit and Debit Cards or Western Union**

**3. MAIL**          **Calaveras County District Attorney**
                     **Bad Check Restitution Program**
                     PO Box 1480
                     San Andreas, CA 95249-1480
                     **Money Orders and Cashier's Checks Only**

| VICTIM | CHECK # | DATE | AMOUNT | RETURNED ITEM FEE | ADMIN FEE | TOTAL THIS CHECK |
|--------|---------|------|--------|-------------------|-----------|------------------|
| MARY'S FLOWER SHOPPE | 4530 | 10/29/2011 | $67.38 | $1.25 | $50.00 | $118.63 |

|  |  |
|--|--|
| Financial Accountability Class Fee | $170.00 |

*** Additional service fee may be due victim. ***

**TOTAL BALANCE DUE:**        **$288.63**

---

**To Make Payment/Schedule Class, Call (866)740-7234 or www.checkprogram.com**
Case Number: 39156591  Password: 99999999
**PAYMENTS ACCEPTED: CREDIT & DEBIT CARDS, WESTERN UNION, MONEY ORDERS, OR CASHIER'S CHECK**



**Calaveras County District Attorney**
**Bad Check Restitution Program**
PO Box 1480
San Andreas, CA 95249-1480

**Barbara M. Yook**
District Attorney


02

# FAILURE TO RESPOND - IMMEDIATE ATTENTION REQUIRED

\*\*\* 0217REG.WHT.004
3000000001 01.0000.0000 1/1

JOHN Q PUBLIC
PO BOX 12345
HEMET CA 92545

Office Hours: 9:00 a.m. - 5:00 p.m.
Phone:  (866)740-7234
Date of Notice: 02/17/2012
Case #:  39156591
Balance Due: $288.63
Page:   1

Our records indicate that you have failed to respond or fully comply with the District Attorney's Official Notice.

Call this Office by 02/27/2012 if you wish to participate in the Bad Check Restitution Program.

Successful completion of the program requires that you comply with all Bad Check Restitution Program requirements including full restitution, all fees and attendance of the Financial Accountability class.  You may receive further notices and/or phone calls while program requirements remain outstanding.

**Our records indicate that you currently have an outstanding balance of $288.63.**

You are scheduled to attend the Financial Accountability class on  ??? .

If you fail to cancel your scheduled class without 48 hours notice or  cancel subsequent classes, you may be required to pay $25.00 rescheduling fee for each occurrence.  Successful completion of the program requires that you comply with all Bad Check Restitution Program requirements including full payment of restitution and all program fees and attendance of the Financial Accountability class.  You may receive further notices and/or phone calls while program requirements remain outstanding.

If you have already mailed or arranged your required payment(s) and completed or scheduled the educational class, please disregard this Notice.  Otherwise, please call (866)740-7234 or go to our secure website at www.checkprogram.com.  To access your file online you will need to enter your case number, which is 999999, and the following password: 999999.

Thank you for your immediate attention to this matter.

---

**To Make Payment/Schedule Class, call (866)740-7234 or www.checkprogram.com**
**Case Number: 99999999  Password: 99999999**
**PAYMENTS ACCEPTED: CREDIT & DEBIT CARDS, WESTERN UNION, MONEY ORDERS, OR CASHIER'S CHECK**



**Calaveras County District Attorney**
**Bad Check Restitution Program**
PO Box 1480
San Andreas, CA 95249-1480

**Barbara M. Yook**
District Attorney


03

# WARNING - SECOND NOTICE OF FAILURE TO COMPLY

\*\*\* 0217REG.WHT.004
3000000003 01.0000.0000 2/1

|ₒ|ₗ|ₗₒ|ₗ|ₗ|ₗ|ₗₒ|ₒ|ₗₗₒ|ₗ|ₒₗₗ|ₗₒ|ₒ|ₗ·ₒ|ₒₗₒ|ₗₒ|ₗₗ|

JOHN Q PUBLIC
PO BOX 12345
PALM SPRINGS CA 92264

Office Hours: 9:00 a.m. - 5:00 p.m.
Phone:  (866)740-7234
Date of Notice: 02/17/2012
Case #:  39156591
Balance Due: $288.63
Page:   1

You have failed to respond to the District Attorney's Notices regarding California Penal Code 476a, entitled "Making or Delivering Check With Insufficient Funds". Prior attempts to resolve this situation have been unsuccessful.

You cannot participate in the Bad Check Restitution Program unless you contact this office prior to 02/24/2012.  If you wish to participate in the program, call this Office during the hours listed above.

Successful completion of the program requires that you comply with all Bad Check Restitution Program requirements including full restitution, all fees and attendance of the Financial Accountability class.  You may receive further notices and/or phone calls while program requirements remain outstanding.

**Our records indicate that you currently have an outstanding balance of $288.63.**

You are scheduled to attend the Financial Accountability class on  ??? .

If you fail to cancel your scheduled class without 48 hours notice or  cancel subsequent classes, you may be required to pay $25.00 rescheduling fee for each occurrence.  Successful completion of the program requires that you comply with all Bad Check Restitution Program requirements including full payment of restitution and all program fees and attendance of the Financial Accountability class.  You may receive further notices and/or phone calls while program requirements remain outstanding.

If you have already mailed or arranged your required payment(s) and completed or scheduled the educational class, please disregard this Notice.  Otherwise, please call (866)740-7234 or go to our secure website at www.checkprogram.com.  To access your file online you will need to enter your case number, which is 999999, and the following password: 999999.

Thank you for your immediate attention to this matter.

---

**To Make Payment/Schedule Class, call (866)740-7234 or www.checkprogram.com**
**Case Number: 99999999  Password: 99999999**
**PAYMENTS ACCEPTED: CREDIT & DEBIT CARDS, WESTERN UNION, MONEY ORDERS, OR CASHIER'S CHECK**



**Calaveras County District Attorney**
**Bad Check Restitution Program**
PO Box 1480
San Andreas, CA 95249-1480

**Barbara M. Yook**
District Attorney


04

# WARNING - THIRD NOTICE OF FAILURE TO COMPLY

*** 0217REG.WHT.004
3000000005 01.0000.0000 3/1

JOHN Q PUBLIC
PO BOX 12345
MORENO VALLEY CA 92553

Office Hours: 9:00 a.m. - 5:00 p.m.
Phone:  (866)740-7234
Date of Notice: 02/17/2012
Case #:  39156591
Balance Due: $288.63
Page:   1

Our records indicate you have failed to respond to previous Notices regarding California Penal Code 476a, entitled "Making or Delivering Check With Insufficient Funds".

Call this Office within TWO (2) business days of receiving this letter if you wish to participate in the Bad Check Restitution Program.

**Our records indicate that you currently have an outstanding balance of $288.63.**

You are scheduled to attend the Financial Accountability class on  ??? .

If you fail to cancel your scheduled class without 48 hours notice or  cancel subsequent classes, you may be required to pay $25.00 rescheduling fee for each occurrence.  Successful completion of the program requires that you comply with all Bad Check Restitution Program requirements including full payment of restitution and all program fees and attendance of the Financial Accountability class.  You may receive further notices and/or phone calls while program requirements remain outstanding.

Successful completion of the program requires that you comply with all Bad Check Restitution Program requirements including full restitution, all fees and attendance of the Financial Accountability class.  You may receive further notices and/or phone calls while program requirements remain outstanding.

If you have already mailed or arranged your required payment(s) and completed or scheduled the educational class, please disregard this Notice.  Otherwise, please call (866)740-7234 or go to our secure website at www.checkprogram.com.  To access your file online you will need to enter your case number, which is 999999, and the following password: 999999.

Sincerely,

*Barbara M. Yook*

**Barbara M. Yook**
**District Attorney**

The Calaveras County District Attorney's Bad Check Restitution Program is administered by a
private entity under contract with the Calaveras County District Attorney.

---

**To Make Payment/Schedule Class, call (866)740-7234 or www.checkprogram.com**
Case Number: 99999999  Password: 99999999
**PAYMENTS ACCEPTED: CREDIT & DEBIT CARDS, WESTERN UNION, MONEY ORDERS, OR CASHIER'S CHECK**



**Calaveras County District Attorney**
**Bad Check Restitution Program**
PO Box 1480
San Andreas, CA 95249-1480

Barbara M. Yook
District Attorney


05

# FINAL WARNING - IMMEDIATE ATTENTION REQUIRED

*** 0217REG.WHT.004
3000000006 01.0000.0000 4/1

JOHN Q PUBLIC
PO BOX 12345
VALLEY VILLAGE CA 91607

Office Hours: 9:00 a.m. - 5:00 p.m.
Phone:  (866)740-7234
Date of Notice: 02/17/2012
Case #:  39156591
Balance Due: $288.63
Page:   1

Due to your failure to complete the requirements specified in previous Notices, you are about to lose eligibility to participate in the Bad Check Restitution Program to resolve the allegation that you have violated California Penal Code 476a, entitled "Making or Delivering Check With Insufficient Funds".

If you wish to participate in the Bad Check Restitution Program, contact this Office the FIRST business day after receipt of this letter.

**Our records indicate that you currently have an outstanding balance of $288.63.**

ou are scheduled to attend the Financial Accountability class on  ??? .

If you fail to cancel your scheduled class without 48 hours notice or  cancel subsequent classes, you may be required to pay $25.00 rescheduling fee for each occurrence.  Successful completion of the program requires that you comply with all Bad Check Restitution Program requirements including full payment of restitution and all program fees and attendance of the Financial Accountability class.  You may receive further notices and/or phone calls while program requirements remain outstanding.

Successful completion of the program requires that you comply with all Bad Check Restitution Program requirements including full restitution, all fees and attendance of the Financial Accountability class.

If you have already mailed or arranged your required payment(s) and completed or scheduled the educational class, please disregard this Notice.  Otherwise, please call (866)740-7234 or go to our secure website at www.checkprogram.com.  To access your file online you will need to enter your case number, which is 999999, and the following password: 999999.

Thank you for your immediate attention to this matter.

---

**To Make Payment/Schedule Class, call (866)740-7234 or www.checkprogram.com**
**Case Number: 99999999  Password: 99999999**
**PAYMENTS ACCEPTED: CREDIT & DEBIT CARDS, WESTERN UNION, MONEY ORDERS, OR CASHIER'S CHECK**

[4/1]                          02/17/2012                    Doc # FTCNoRsp4          6527          generic
EXHIBIT  : Page 024

# Bad Check Restitution Program
# Internet Web Page

CorrectiveSolutions hosts personalized internet web pages for your program. As always, there is no charge for this service.

To see a sample of how your web page could look, direct your web browser to www.checkprogram.com/glenncountyca

If you would like us to proceed with the publication of your web page simply initial this letter below. If you have questions or comments please call (800) 325-3910, extension 139 or email mmcclung@correctivesolutions.org

---

**Current web site address**

---

**Web Master Contact Name and Number**

☒ Approved by (no changes): _____   Date: 3/13/13

☐ Approved with changes: _____   Date: _____

# START-UP PROGRAM
# STEP 2 CHECKLIST

## Step 2 – Provide

- ☐ Logo Request
- ☐ Photo Request
- ☐ Facsimile Signature Request
- ☐ Contact Information - Program Liaison
- ☐ Complete Check Writer & Merchant Hotline Recordings



Corrective*Solutions*
*Trust the Leader*

National Headquarters: 910 Calle Negocio Suite 300, San Clemente California 92673
800.325.3910   www.CorrectiveSolutions.org



# *Logo Request*

### Please place your county logo below.
(If your logo is different than what we have on file.)



## Options

[X]  Digital send as **(tif or jpeg)** file via email to mmcclung@correctivesolutions.org

[ ]  Original logo from letterhead

EXHIBIT : Page 027



**Corrective Solutions**
*Trust the Leader*

# *Prosecutor's Photograph*

### Please place a copy of the Prosecutor's photograph here



## Options

[X] Digital send as **(tif or jpeg)** file via email to mmcclung@correctivesolutions.org

[ ] Original Photo

       **1.) Scanned**

       **2.) Scanned and returned to _____**



# *Facsimile Signature Request*

**Please have the person whose name you wish to appear on the
Official Notice Letter sign in the center of the box below.**

```
            DOES NOT WISH ACTUAL
            SIGNATURE TO BE USED
              ON CORRESPONDENCE
```

| ROBERT J. MALONEY | GLENN COUNTY DISTRICT ATTORNEY |
|---|---|
| Print Name | Print Title |



# *Email Contact Request*

### Please provide email address below for monthly statistical reports

Name:  ROBERT J. MALONEY          Title:   DISTRICT ATTORNEY

Email:  rmaloney@countyofglenn.net

Additional Contact: KATHY CAVIGLIA      Title:  ADMINISTRATIVE ASSISTANT

Email:  kcaviglia@countyglenn.net

Additional Contact: HANNAH BARLETTA     Title:  PUBLIC SERVICE EMPLOYEE III

Email:  hbarletta@countyofglenn.net

Additional Contact: _____     Title: _____

Email: _____

## Options

☐ Send via U.S. Mail only

☒ Send via e-mail only

☐ Send via email and U.S. Mail

# Victim Service & Check Writer Recording Messages
## (OPTIONAL)

**Directions:**

Call the Prosecutor Recording Center at 877.279.0986
After the brief welcome message and beep, please record the message for the Compliance Services (you may use the script provided below)

Call the Prosecutor Recording Center again at 877.279.0986
Record the message for Victim Services (you may use the script provided below)

---

**Compliance Services:** 40 seconds

You have reached the Glenn County District Attorney's Bad Check Restitution Program.

I am _____, your District Attorney.

I have personally designed this diversion program to assist you in resolving your bad check case today.

Successful completion of this program is very important.

It will help you avoid the risk of criminal prosecution which may include: a criminal record, fines, court fees, and even jail.

The program requires two steps:

First:     Pay all restitution and program fees in full
Second:   Attend a local financial accountability seminar

I urge you to take advantage of this opportunity; please stay on the line and one of my authorized case coordinators will help you resolve this matter today.

---

We will announce the Spanish assistance and website separately.

**Victim Services:** 45 seconds

You have reached the Glenn County District Attorney's Bad Check Restitution Program.

I am _____, your District Attorney.

I have personally designed this no-cost program to help you recover restitution on bad checks.

This program is utilized by thousands of local merchants.  It really works.  Thank you for the chance to serve you.

While we endeavor to recover on all bad checks, and are generally very successful, some cases are unable to be resolved.

I want to assure you my staff is using every tax dollar wisely in an effort to enforce the law in our community.

Naturally, due to varying case loads of other more serious crimes, we are unable from time to time to prosecute all eligible cases.

I appreciate your participation and support in making our community better.

Please stay on the line and one of my authorized agents will be with you shortly.

---

We will announce the website separately.

# START-UP PROGRAM
# TABLE OF CONTENTS – PART 2

We are pleased to develop your Diversion Program.
Please complete the following and return to CorrectiveSolutions.
Thank you.

## Step 1 - Approve & Sign

❑  Dispute Resolution Criteria
❑  Prosecution Review Criteria
❑  Remaining Letter Series – Part 2
      ❑  Approval form
      ❑  Letter Series Timing Sequence
      ❑  Remaining Letter Series – Part 2

## Step 2 – Return

❑  Fax completed documents to:
Megan McClung at (866) 662-5541

❑  <u>Mail originals to:</u>
CorrectiveSolutions
Attn: Megan McClung
910 Calle Negocio Suite 300
San Clemente, CA 92673



Corrective*Solutions*
*Trust the Leader*

National Headquarters: 910 Calle Negocio Suite 300, San Clemente California 92673
800.325.3910   www.CorrectiveSolutions.org

# START-UP PROGRAM
# STEP 1 CHECKLIST

## Step 1 - Approve & Sign

- ❑ Dispute Resolution Criteria
- ❑ Prosecution Review Criteria
- ❑ Remaining Letter Series – Part 2
    - ❑ Approval form
    - ❑ Letter Series Timing Sequence
    - ❑ Remaining Letter Series – Part 2



Corrective*Solutions*
*Trust the Leader*

National Headquarters: 910 Calle Negocio Suite 300, San Clemente California 92673
800.325.3910   www.CorrectiveSolutions.org

EXHIBIT   Page 033

# Dispute Resolution Criteria

EXHIBIT : Page 034



# Glenn County District Attorney
# Bad Check Restitution Program
# Dispute Resolution Criteria

As the District Attorney of Glenn County, California, vested with the authority to establish a bad check pre-trial diversion program (Program) and as per the Financial Services Regulatory Relief Act of 2006 (Act), and the Administrative Support Services Agreement (Agreement) and applicable state and federal laws, I hereby authorize and direct the Program with this communication to follow certain criteria in the administration of the Program and in the handling of check writer disputes as outlined below:

## *1. Authorization to request documentation:*

When a check writer disputes their inclusion in the Program or the accuracy of the information provided by the Program, I authorize and direct CorrectiveSolutions as the Program's administrator, per the Agreement, to request the documents listed below as well as any other documents that are necessary to resolve the dispute.

| Type of Dispute | Needed Documents |
|---|---|
| **Lost/Stolen/Forged/ID Theft** | Police report or report number<br>Affidavit of forgery |
| **Stop Payment** | Bank statements<br>Stop payment order<br>Receipt for returned goods |
| **Direct Payment to Victim** | Proof of payment from check writer and/or verification of receipt of funds from victim<br>Document pertaining to sale transactions (invoice) |
| **Bankruptcy (if authorized for intake)** | Copy of petition and date |
| **Levy, Lien, Garnishment, Bank Error** | Copy of levy, lien, garnishment order or bank letter, as appropriate |
| **Fraud on Check Writers Account Causing Check to be Returned** | Police report or report number and/or letter from financial institution |
| **Ineligible Check Writers** | As relevant copy of the death certificate or proof of age (birth certificate) or statement of check writer's mental competence from a medical professional |

## *2. Authorization to process and resolve disputes:*

Upon receipt of the above listed documents and information, I authorize and direct the Program to review the documents using reasonable judgment to determine accuracy, validity and authenticity; and to then follow the directives below.

- If documents are complete and valid, close out relevant check(s) and notify the victim.
- If documents are civil in nature, close out the relevant check(s) and notify the victim.
- If documents are reasonably determined incomplete or not valid, the relevant checks shall remain in the Program.
- If documents cannot be reasonably determined valid or authentic, they shall be forwarded to my appointed representative (Communications Officer) for determination of the check writers continued participation in the program.
- For disputes where full restitution is not contested, class and class fees may be waived and restitution and administrative fees may be recovered.
- Disputes that reasonably qualify as "written disputes" per the Act, shall be forwarded to my Communications Officer or other appointed representative.  In the event the Communications Officer does not advise direction to the Program within 30 days, I direct the Program to close out the relevant check(s) and notify the victim

I affirm and attest the above instructions are issued under the authority and direction and in compliance with all applicable state and federal laws on this date   March 13,     2013         .

_____
Signature

_____ ROBERT J. MALONEY _____
Name

_____ GLENN COUNTY DISTRICT ATTORNEY _____
Title

EXHIBIT : Page 036

# Prosecution Criteria

EXHIBIT : Page 037



# Glenn County District Attorney
# Bad Check Restitution Program
# Prosecution Review Criteria

As the District Attorney of Glenn County, California, vested with the authority to establish a bad check pre-trial diversion Program (Program) and as per the Financial Services Regulatory Relief Act of 2006 (Act) and the Administrative Support Services Agreement (Agreement) and applicable state and federal laws, I hereby authorize and direct the Program with this communication to follow certain criteria in the administration of the Program and in the determination of eligibility for the prosecution review process as outlined below.

## _Definitions:_

The misdemeanor statute of limitations is ___1___ year(s) from the date of alleged crime.

The felony statute of limitations is ___3___ year(s) from the date of alleged crime.

The dollar amount of a check that may be forwarded for prosecution review must be greater than $_100_.00.
   *Note: This amount is not the same as your intake dollar amount threshold.  This is what checks your office will prosecute on.*

Cases shall be forwarded for prosecution review up to _5 to 6_ months prior to the statute of limitations expiring.

## _Requirements for Prosecution Review are circled below:_

1.  Notice of the dishonored check provided by the victim to the check writer:

    **_is /_** ~~is not~~ required for prosecution review.

    ~~is~~ **/ _is not_** required for checks written on a closed account.

    When notification of the check writer is required, the following types of notification shall be acceptable:
    - ☒ Written notice
    - ☐ Certified notice
    - ☐ Certified notice including return receipt
    - ☐ Process server proof of receipt
    - ☐ Other:_____

2.  Identification of the check writer:

    **_is /_** ~~is not~~ required for prosecution review.

    When identification of the check writer is required, the following means of identifying the check writer shall be acceptable:

    - ☒ A government issued form of identification (e.g.; drivers license, state ID card, passport and or a membership card that was obtained by providing a government issued ID), verified at the time the check was accepted.
    - ☒ Victim is able to identify the check writer from a photo line-up.
    - ☐ Biometric technology.
    - ☐ Other:_____

EXHIBIT  : Page 038

3. A witness to the alleged crime:

   *is* ~~x is not~~ required for prosecution review.

   When a witness is required, the following shall be acceptable:
   - ☒ The victim
   - ☒ A store manager that can testify about check acceptance procedures
   - ☐ Video surveillance, photographs.
   - ☐ Other:_____

4. Checks written by check writers living out of state:

   ~~shall~~ / *shall not* be forwarded for prosecution review, if the check meets all other criteria.

5. A check dishonored due to a stop payment order:

   ~~shall~~ / *shall not* be forwarded for prosecution review, if the check meets all other criteria.

6. A check that has been partially paid to the program:

   *shall* ~~/ shall not~~ be forwarded for prosecution review, if the check meets all other criteria.

7. Checks that are included in a bankruptcy petition:

   may
   ~~shall / shall not~~ be forwarded for prosecution review,  if the checks meet all other prosecution review criteria.

If all of the above prosecution review criteria are met,

8. Bank records:

   *shall* ~~/ shall not~~ be requested by the Program as per state statute _____ .
   *shall* ~~/shall not~~ include a request for a copy of the signature card on file for the account.
   *shall / shall not* be reviewed for relevant bank account activity.

9. If applicable, checks written on an account with over-draft protection:

   may
   ~~shall / shall not~~ be forwarded for prosecution review, if the checks meet all other prosecution review criteria.

10. If applicable, checks written on a joint-account:

    may
    ~~shall / shall not~~ be forwarded for prosecution review, if the checks meet all other prosecution review criteria.

    may
My office ~~will/will not~~ recommend a defendant be required to attend class as part of a plea agreement.
(Court ordered forms will be provided if office desires to make this a standard procedure)

In the event the check writer fails to comply with the Program, the case does not meet prosecution review criteria, or the victim is unable to provide all required documentation, the victim shall be notified the case is non-prosecutable via fax or email if they have requested such notification.  Checks shall be returned to the victim upon request.

Cases that meet the above criteria and/or any case I identify for prosecution review shall be sent to the following:

Name:___Robert J. Maloney_____   Title:_District Attorney_____

Phone:___(530) 934-6525_____   Email:_rmaloney@countyofglenn.net_

Address:_P.O. Box 430, Willows, CA  95988_____

30 days after the Program forwards a case for prosecution review, victims that would like to inquire as to the status of a case may contact the following individual for a status update. *(If different than contact listed above)*:

Name:___Robert J. Maloney_____   Title:_District Attorney_____

Phone:___(530) 934-6525_____   Email:_do not release_____

Address:__P.O. Box 430, Willows, CA  95988_____

I affirm and attest the above instructions are issued under my authority and direction as per the Agreement and in compliance with all applicable state and federal laws on this date____March 13____, 20 _13_.

_____
Signature

___ROBERT J. MALONEY_____
Name

___GLENN COUNTY DISTRICT ATTORNEY_____
Title

# Remaining Letter Series
# Part 2

EXHIBIT : Page 041



# Glenn County District Attorney
# Bad Check Restitution Program
# Letter Series Approval – Part 2

As the District Attorney of Glenn County, California, vested with the authority to establish a bad check pre-trial diversion program (Program) and as per the Financial Services Regulatory Relief Act of 2006 (Act), and the Administrative Support Services Agreement (Agreement) and applicable state and federal laws, I hereby authorize and direct the Program with this communication:

☒ Approved With No Changes. I have reviewed the letter series that is attached and approved timing schedule for Program use in my jurisdiction as so specified. I have made no changes to the letters or timing schedule.

Signature: _____   Date:  3/13/13

Title:  GLENN COUNTY DISTRICT ATTORNEY

❑ Approved With Changes.  I have reviewed the letter series and approved timing schedule for Program use in my jurisdiction as so specified per my changes.  I have amended the letters / timing schedule and my changes are initialed.

Signature: _____   Date: _____

Title: _____

NOTE:  Minor changes may be made from time to time for administrative efficiencies.
         Any future changes of consequence will be brought to your attention for approval.

# Remaining Letter Series
# Core Timing Schedule

| | **Purpose** | **When Sent** | **Call to Action** |
|---|---|---|---|
| Forward | Case Forwarded for Potential Criminal Prosecution | When case passes prosecution review | Immediate response required |



**Calaveras County District Attorney**
**Bad Check Restitution Program**
PO Box 1480
San Andreas, CA 95249-1480

**Barbara M. Yook**
District Attorney


06

# CASE FORWARDED FOR POTENTIAL CRIMINAL PROSECUTION

*** 0217REG.WHT.004
3000000008 01.0000.0000 5/1

JOHN Q PUBLIC
PO BOX 12345
DESERT HOT SPRINGS CA 92240

Office Hours: 9:00 a.m. - 5:00 p.m.
Phone:  (866)740-7234
Date of Notice: 02/17/2012
Case #:  39156591
Balance Due: $288.63
Page:   1

Your case has been reviewed and forwarded to the District Attorney for consideration of prosecution under California Penal Code 476a, entitled "Making or Delivering Check With Insufficient Funds", due to your failure to complete the requirements of the Bad Check Restitution Program.

The Calaveras County District Attorney is officially pursuing a criminal investigation of the report(s) of bad check activity initiated against you.  Your immediate response may be able to cease this action.

**Our records indicate that you currently have an outstanding balance of $288.63.**

ʻou are scheduled to attend the Financial Accountability class on  ??? .

If you fail to cancel your scheduled class without 48 hours notice or  cancel subsequent classes, you may be required to pay $25.00 rescheduling fee for each occurrence.  Successful completion of the program requires that you comply with all Bad Check Restitution Program requirements including full payment of restitution and all program fees and attendance of the Financial Accountability class.  You may receive further notices and/or phone calls while program requirements remain outstanding.

Successful completion of the program requires that you comply with all Bad Check Restitution Program requirements including full restitution, all fees and attendance of the Financial Accountability class.  You may receive further notices and/or phone calls while program requirements remain outstanding.

Thank you for your immediate attention to this matter.

Sincerely,

*Barbara M. Yook*

**Barbara M. Yook**
**District Attorney**

The Calaveras County District Attorney's Bad Check Restitution Program is administered by a
private entity under contract with the Calaveras County District Attorney.

---

**To Make Payment/Schedule Class, call (866)740-7234 or www.checkprogram.com**
**Case Number: 99999999  Password: 99999999**
**PAYMENTS ACCEPTED: CREDIT & DEBIT CARDS, WESTERN UNION, MONEY ORDERS, OR CASHIER'S CHECK**



**Calaveras County District Attorney**
**Bad Check Restitution Program**
PO Box 1480
San Andreas, CA 95249-1480

**Barbara M. Yook**
District Attorney


09

# CASE INFORMATION: BALANCE OWING

\*\*\* 0217REG.WHT.004
3000000009 01.0000.0000 6/1

ıᵖ¹ᵖˡˡᵘˡˡ¹ˡˡˡ¹ᵖˡᵘˡˡᵖˡᵖᵘˡˡ¹ᵖ¹ᵖˡᵖᵘ¹ᵖ¹ᵖᵖᵘ¹ᵖᵖᵘᵖˡᵖᵘᵖˡ

JOHN Q PUBLIC
PO BOX 12345
MURRIETA CA 92562

Office Hours: 9:00 a.m. - 5:00 p.m.
Phone:  (866)740-7234
Date of Notice: 02/17/2012
Case #:  39156591
Balance Due: $288.63
Page:   1

Per your request, we are sending you an additional Notice of the amount needed to resolve the Bad Check Restitution Program case you have with this office.

**Our records indicate that you currently have an outstanding balance of $288.63.**

Please note, your balance may increase if additional checks are reported to this Office or Program fees are changed. Additionally, you may incur a fee for missing or rescheduling class, making a late or insufficient payment, and/or paying over the phone or Internet.

You are scheduled to attend the Financial Accountability class on  ??? .

If you fail to cancel your scheduled class without 48 hours notice or  cancel subsequent classes, you may be required to pay $25.00 rescheduling fee for each occurrence.  Successful completion of the program requires that you comply with all Bad Check Restitution Program requirements including full payment of restitution and all program fees and attendance of the Financial Accountability class.  You may receive further notices and/or phone calls while program requirements remain outstanding.

Successful completion of the program requires that you comply with all Bad Check Restitution Program requirements including full restitution, all fees and attendance at the Financial Responsibility class.

To pay your outstanding balance and/or schedule your class, please call (866)740-7234 or go to our secure website at www.checkprogram.com.  To access your case online you will need to enter your case number, which is 999999, and the following password: 999999.

Thank you for your immediate attention to this matter.

The Calaveras County District Attorney's Bad Check Restitution Program is administered by a
private entity under contract with the Calaveras County District Attorney.

**To Make Payment/Schedule Class, call (866)740-7234 or www.checkprogram.com**
Case Number: 99999999  Password: 99999999
PAYMENTS ACCEPTED: CREDIT & DEBIT CARDS, WESTERN UNION, MONEY ORDERS, OR CASHIER'S CHECK



**Calaveras County District Attorney**
**Bad Check Restitution Program**
PO Box 1480
San Andreas, CA 95249-1480

**Barbara M. Yook**
District Attorney


10

# NOTICE OF ADDITIONAL BAD CHECKS REPORTED

```
*** 0217DUP.WHT.004
    3000000004 01.0000.0000 2/1
```

JOHN Q PUBLIC
PO BOX 12345
RIALTO CA 92376

Office Hours: 9:00 a.m. - 5:00 p.m.
Phone:  (866)740-7234
Date of Notice:  02/17/2012
Case #:  39156591
Balance Due: $288.63
Page:   1

You have been accused again of violating California Penal Code 476a, entitled "Making or Delivering Check With Insufficient Funds".  A conviction under this statute is punishable by up to one (1) year in the county jail.  See page 5 for details on the party(s) initiating this allegation.

My office has established a Bad Check Restitution Program.  The Bad Check Restitution Program is authorized by the California legislature, and is a pre-charge program designed to allow people accused of having violated the above-referenced statute to avoid the possibility of further action against the accused by the District Attorney's Office.  Participation in the Bad Check Restitution Program is voluntary.  The Bad Check Restitution Program has two steps:

1. **Pay all restitution on all reported checks, plus any administrative, returned item, and program fees.**
2. **Attend a Financial Accountability class.**

**Calaveras County District Attorney Bad Check Restitution Program**

### TOTAL BALANCE DUE: $288.63

You have the right to dispute this matter, as set forth on page 2 of this notice. In order to participate in the Bad Check Restitution Program you must pay in full and schedule class within THIRTY (30) DAYS from the date of this Notice.

### PLEASE CALL (866)740-7234 or visit www.checkprogram.com
### TO MAKE PAYMENT/SCHEDULE CLASS
**Please have your case number ready: 39156591 and Password: 99999999**
**PAYMENTS ACCEPTED: CREDIT & DEBIT CARDS, WESTERN UNION, MONEY ORDERS, OR CASHIER'S CHECK**

If you choose to participate in the Bad Check Restitution Program, and if you successfully complete the program's two steps above, my office will consider this matter resolved. The Bad Check Restitution Program is administered by a private entity under contract with the Calaveras County District Attorney.

For additional information or if you believe you received this Notice in error, please see the reverse side.

Sincerely,

*Barbara M. Yook*

**Barbara M. Yook**
**District Attorney**

See reverse side ➡

This notice has been printed and mailed on behalf of my office by a third party administrator of the
Bad Check Restitution Program at no cost to the taxpayer.

**DISPUTES, TERMS AND CONDITIONS, AND OTHER IMPORTANT INFORMATION** Page: 2

■ **IF YOU BELIEVE YOU RECEIVED THIS NOTICE IN ERROR OR WISH TO DISPUTE THIS NOTICE IN WRITING:**

- Review your records CAREFULLY.
- Call the District Attorney's Bad Check Restitution Program Office at (866)740-7234.
- Ask for a Compliance Specialist.
- Explain the error.
- The Compliance Specialist will ask you to fax or mail in documentation of the error. For cases involving stop payments on checks or performance disputes, please consult a Compliance Specialist for more information.
- You may dispute the validity of this allegation in writing to this Office within 30 days of receiving this Official Notice. Upon submitting your written dispute not later than 30 days after receiving the Official Notice (along with any relevant supporting documentation), the authorized administrator of the Bad Check Restitution Program will review the written dispute based on criteria established by the Calaveras County District Attorney.

- Fax or mail your case documentation to:   **Fax: (800) 227-3041**

   **Calaveras County District Attorney**
   **Bad Check Restitution Program**
   **PO Box 1480**
   **San Andreas, CA 95249-1480**

■ **IF YOU BELIEVE YOU RECEIVED THIS NOTICE AS A RESULT OF IDENTITY THEFT, FORGERY, THEFT, OR OTHER FRAUD:**

You will be required to promptly provide further written documentation to support your claim. If you are a victim of identity theft, you will need to go to the bank to obtain and sign an identity theft affidavit. If you were not the victim of identity theft but did not write the check(s), you will need to go to the bank to obtain and sign an affidavit of forgery that you did not write the check(s) in question. In most cases, if you believe the check(s) where stolen or forged, you will also be required to file a police report.

■ **IF YOU BELIEVE YOU WERE NOT PROPERLY NOTIFIED:**

The Bad Check Restitution Program is only for reports of bad check activity from those businesses or parties that have notified you according to California State Law and provided you with an opportunity to make good on the check. In addition to notification from the party you issued the check to banks routinely send customers notice of returned items. Non-sufficient funds (NSF) checks also appear on your monthly account statement.   **PLEASE CHECK YOUR RECORDS CAREFULLY.**

■ **IF YOU HAVE ALREADY PAID THE MERCHANT OR FILING PARTY:**

Please fax or mail documentation that the merchant or filing party received payment BEFORE the date of this Notice.  Appropriate documentation consists of a receipt of payment to the victim and/or a cleared copy (front and back) of repayment to the victim. The administrator of the Bad Check Restitution Program will review the submitted documentation. Allow fourteen (14) days to process information before calling.

■ **IF YOU WANT TO CONTEST THIS MATTER:**

You have the right to choose not to participate, and to contest this matter. If you wish, you may want to consult an attorney. Personal bankrupcies DO NOT void responsibility in a criminal matter.

---

**To Make Payment/Schedule Class, Call (866)740-7234 or www.checkprogram.com**
**Case Number: 39156591  Password: 99999999**
**PAYMENTS ACCEPTED: CREDIT & DEBIT CARDS, WESTERN UNION, MONEY ORDERS, OR CASHIER'S CHECK**

## DISPUTES, TERMS AND CONDITIONS, AND OTHER IMPORTANT INFORMATION    Page:   3

■   **TERMS AND CONDITIONS OF THE BAD CHECK RESTITUTION PROGRAM:**

Participant agrees to participate in the Calaveras County District Attorney Bad Check Restitution Program ("Program"). Participant acknowledges and agrees that the fees charged for the Program are reasonable and appropriate. Participant acknowledges and agrees that in addition to the fees that are charged, participant is required to attend a rehabilitative counseling class conducted by an instructor hired by the private entity under contract with the District Attorney to administer the Program ("Administrator"). Participant further agrees that by paying the fees charged for the Program, participant is bound by the terms and conditions of the Program, as set forth in this agreement.

Agreement to Arbitrate: You and Administrator agree to resolve any and all claims and disputes relating in any way to the Program ("Claims"), except for Claims concerning the validity, scope or enforceability of this Arbitration Agreement, through BINDING INDIVIDUAL ARBITRATION before the American Arbitration Association ("AAA"). This means you will be unable to have Claim(s) resolved by a court or jury, or to participate in a class action or class arbitration. Other rights you would have if you went to court may be unavailable or limited in arbitration, including your right to appeal. The only exception to this agreement to arbitrate is that you and/or Administrator may seek relief in a small claims court for Claims within the jurisdiction of that court in any particular state.

CLASS ACTION WAIVER: NO ARBITRATOR OR COURT MAY ORDER, PERMIT OR CERTIFY A CLASS ACTION, REPRESENTATIVE ACTION, PRIVATE ATTORNEY-GENERAL ACTION OR CONSOLIDATED ARBITRATION IN CONNECTION WITH THIS ARBITRATION AGREEMENT. NO ARBITRATOR OR COURT MAY ORDER OR PERMIT A JOINDER OF PARTIES IN CONNECTION WITH THIS ARBITRATION AGREEMENT UNLESS ALL PARTIES CONSENT TO SUCH JOINDER IN WRITING.

Governing Law and Jurisdiction: Any arbitration proceeding will be governed by the Consumer Procedures or other applicable rules of AAA in effect when the Claim is filed. The arbitration proceeding will take place in the county where you reside or any other mutually acceptable location. Judgment on the arbitration award may be entered in any court having jurisdiction.

The arbitrator shall follow applicable law and is empowered to grant any relief, including attorneys' fees, costs, and other expenses, to the extent such relief would be available in court. You and Administrator agree the Program and transactions subject to this Arbitration Agreement involve interstate commerce and that this Arbitration Agreement is governed by and enforceable under the Federal Arbitration Act. You and Administrator also agree this Arbitration Agreement extends to parties related to Administrator that are involved in any Claims, including without limitation, Administrator's parents, affiliates, subsidiaries, agents, principals, contractors, officers and employees.

Costs: Administrator shall pay all arbitration costs if it initiates arbitration. If you initiate arbitration, you will not be required to pay any fees that exceed the fees you would have paid had you brought the Claim(s) in court. You may seek a waiver of the filing fee under AAA Rules. If you do not qualify for a waiver, you may request, in writing, that Administrator advance all or part of the filing fee.

Enforceability: This Arbitration Agreement shall govern if there is a conflict between it and the AAA Rules, unless Administrator waives any conflict in writing. If any part of this Arbitration Agreement, except the class action waiver, is found invalid or unenforceable, the remaining provisions shall remain in full force and effect. If the class action waiver is found invalid or unenforceable as to a particular Claim, the Arbitration Agreement shall not apply to that Claim.

You may contact AAA to obtain information about arbitration, arbitration procedures and fees by calling 800-778-7879 or visiting www.adr.org.

YOU HAVE THE RIGHT TO REJECT THIS ARBITRATION AGREEMENT, BUT YOU MUST DO SO PROMPTLY. If you do not agree to arbitration, you must notify us in writing within sixty (60) days after the date you enroll in the Program. You must send your notice to: 806 E Avenida Pico STE I PMB 340, San Clemente, CA 92673-5639, and include your full name, address, and the statement "I reject the arbitration agreement for the Calaveras County District Attorney Bad Check Restitution Program."

■   **OTHER IMPORTANT INFORMATION:**

Completion of the Bad Check Restitution Program is valid ONLY if you comply with ALL District Attorney's requirements. Should you be permitted to comply by a payment plan, such payments may be allocated ratably between restitution and program fees until they are fully satisfied. By making full or partial payment, you are agreeing to be enrolled in the Bad Check Restitution Program, and you are agreeing to pay restitution on all reported checks as well as pay all required fees, including program, administrative, and returned item fees pursuant to the terms of this Notice. Once enrolled, program fees will be non-refundable.

**You may wish to consult an attorney to obtain legal advice about your rights in regards to this matter.**

The Program does not accept personal checks. Sending a personal check for payment shall be deemed sufficient authorization to complete the payment via electronic debit. By doing so, your checking account will be debited for the amount of the check and your cancelled check will not be returned to your bank. Electronic debit entries returned for insufficient or uncollected funds may be resubmitted two times following the return of the original entry.

Please note, your balance may increase if additional checks are reported to this office or program fees are changed. Additionally, you may incur a fee for missing or rescheduling class, making a late or insufficient payment, and/or paying over the phone or Internet.



**Calaveras County District Attorney**
**Bad Check Restitution Program**
PO Box 1480
San Andreas, CA 95249-1480

**Barbara M. Yook**
District Attorney

# NOTICE OF ADDITIONAL BAD CHECKS REPORTED

**BALANCE DUE ON  03/07/2012** | $288.63

Office Hours: 9:00 a.m. - 5:00 p.m.
Page:   5  of  5

**PAYMENT OPTIONS:**

| | |
|---|---|
| **1. INTERNET** | **www.checkprogram.com** |
| | Case Number:   39156591 |
| | Password:      99999999 |
| | **Credit and Debit Cards** |
| **2. PHONE** | (866)740-7234 |
| | **Credit and Debit Cards or Western Union** |
| **3. MAIL** | **Calaveras County District Attorney** |
| | **Bad Check Restitution Program** |
| | PO Box 1480 |
| | San Andreas, CA 95249-1480 |
| | **Money Orders and Cashier's Checks Only** |

| VICTIM | CHECK # | DATE | AMOUNT | RETURNED ITEM FEE | ADMIN FEE | TOTAL THIS CHECK |
|---|---|---|---|---|---|---|
| MARY'S FLOWER SHOPPE | 4530 | 10/29/2011 | $67.38 | $1.25 | $50.00 | $118.63 |

| | |
|---|---|
| **Financial Accountability Class Fee** | $170.00 |

*** Additional service fee may be due victim. ***

**TOTAL BALANCE DUE:** | **$288.63**

---

**To Make Payment/Schedule Class, Call (866)740-7234 or www.checkprogram.com**
Case Number: 39156591  Password: 99999999
**PAYMENTS ACCEPTED: CREDIT & DEBIT CARDS, WESTERN UNION, MONEY ORDERS, OR CASHIER'S CHECK**



**Calaveras County District Attorney**
**Bad Check Restitution Program**
PO Box 1480
San Andreas, CA 95249-1480

**Barbara M. Yook**
District Attorney

11

# REPORT OF BAD CHECK ACTIVITY DISCHARGED

```
*** 0217REG.WHT.004
3000000010 01.0000.0000 7/1
```

JOHN Q PUBLIC
PO BOX 12345
REDONDO BEACH CA 90278

Office Hours: 9:00 a.m. - 5:00 p.m.

Date of Notice: 02/17/2012
Case #:  39156591

Page:   1

The report(s) of bad check activity initiated by MARY'S FLOWER SHOPPE has been discharged.

Check #:  4530
Amount:  $67.38
Date:    10/29/2011

No further action will be taken by this Office regarding this matter.  Please contact the recipient of this check to verify this has been cleared.  Possible civil action could be pending.

In the event you may need further assistance in connection with this matter, please call this Office during the hours listed above.

Thank you for your cooperation.



**Calaveras County District Attorney**
**Bad Check Restitution Program**
PO Box 1480
San Andreas, CA 95249-1480

**Barbara M. Yook**
District Attorney


12

# SUCCESSFUL PROGRAM COMPLETION

\*\*\* 0217REG.WHT.004
3000000011 01.0000.0000 8/1

JOHN Q PUBLIC
PO BOX 12345
CATHEDRAL CITY CA 92234

Office Hours: 9:00 a.m. - 5:00 p.m.
Phone: (866)740-7234
Date of Notice: 02/17/2012
Case #:  39156591
Balance Due: $288.63
Page:    1

This letter is to verify that you have completed all requirements of the Calaveras County District Attorney Bad Check Restitution Program.

In the event that this office receives an additional report(s) of bad check activity against you, the following action would take place:

1. If the additional check(s) was/were written PRIOR to your enrollment in the Financial Accountability class, you will be responsible to pay off the check(s) AND an administrative fee of $50.00 (per check).

2. If the additional check(s) was/were written AFTER your enrollment in the Financial Accountability class, you will not be eligible to participate in the Bad Check Restitution Program.

We appreciate your commitment in completing the Program requirements. Please contact the office should you have any further questions regarding this matter.  You may reach us at (866)740-7234.

The Calaveras County District Attorney's Bad Check Restitution Program is administered by a
private entity under contract with the Calaveras County District Attorney.

---

**To Make Payment/Schedule Class, call (866)740-7234 or www.checkprogram.com**
**Case Number: 99999999  Password: 99999999**
**PAYMENTS ACCEPTED: CREDIT & DEBIT CARDS, WESTERN UNION, MONEY ORDERS, OR CASHIER'S CHECK**



**Calaveras County District Attorney**
**Bad Check Restitution Program**
PO Box 1480
San Andreas, CA 95249-1480

**Barbara M. Yook**
District Attorney


13

# APPROVED PAYMENT SCHEDULE

*** 0217REG.WHT.004
3000000012 01.0000.0000 9/1

JOHN Q PUBLIC
PO BOX 12345
GARDEN GROVE CA 92843

Office Hours: 9:00 a.m. - 5:00 p.m.
Phone:  (866)740-7234
Date of Notice: 02/17/2012
Case #:   39156591
Balance Due: $288.63
Page:   1

The payment schedule outlined below has been approved by this Office.

**Our records indicate that you currently have an outstanding balance of $288.63.**

You are scheduled to attend the Financial Accountability class on  ??? .

If you fail to cancel your scheduled class without 48 hours notice or cancel subsequent classes, you may be required to pay $25.00 rescheduling fee for each occurrence.  Successful completion of the program requires that you comply with all Bad Check Restitution Program requirements including full payment of restitution and all program fees and attendance of the Financial Accountability class.  You may receive further notices and/or phone calls while program requirements remain outstanding.

Please be aware that all payments MUST be received by the dates specified above.  A fee up to $10.00 may be assessed to your case for each late payment and for each payment made that is less than an amount specified above in the approved payment schedule.
To make your payment over the phone, please call (866)740-7234.  Alternatively, you may make a secure payment at www.CheckProgram.com. To access your case online, you will need to enter your case number, which is 999999, and the following password: 999999.

Successful completion of the program requires that you comply with all Bad Check Restitution Program requirements including full restitution, all fees and attendance of the Financial Accountability class.  You may receive further notices and/or phone calls while program requirements remain outstanding.

If you have any questions regarding this Notice, please call (866)740-7234.

---

**To Make Payment/Schedule Class, call (866)740-7234 or www.checkprogram.com**
**Case Number: 99999999  Password: 99999999**
**PAYMENTS ACCEPTED: CREDIT & DEBIT CARDS, WESTERN UNION, MONEY ORDERS, OR CASHIER'S CHECK**



**Calaveras County District Attorney**
**Bad Check Restitution Program**
PO Box 1480
San Andreas, CA 95249-1480

**Barbara M. Yook**
District Attorney

|||||||||||||||||||||||||||||||||||||
14

# NOTICE OF LATE PAYMENT

\*\*\* 0217REG.WHT.004
3000000014 01.0000.0000 10/1

||||||||||||||||||||||||||||||||||||||||||||||||||

JOHN Q PUBLIC
PO BOX 12345
LOS ANGELES CA 90043

Office Hours: 9:00 a.m. - 5:00 p.m.
Phone:  (866)740-7234
Date of Notice: 02/17/2012
Case #:  39156591
Balance Due: $288.63
Page:   1

You have failed to comply with your payment agreement with this Office.  As a result, you must now contact our Office and make payment within 72 Hours.  Failure to do so may result in assessment of late payment fees.

**Our records indicate that you currently have an outstanding balance of $288.63.**

You are scheduled to attend the Financial Accountability class on Saturday, June 30, 2012.

If you fail to cancel your scheduled class without 48 hours notice or cancel subsequent classes, you may be required to pay $25.00 rescheduling fee for each occurrence.  Successful completion of the program requires that you comply with all Bad Check Restitution Program requirements including full payment of restitution and all program fees and attendance of the Financial Accountability class.  You may receive further notices and/or phone calls while program requirements remain outstanding.

Successful completion of the program requires that you comply with all Bad Check Restitution Program requirements including full restitution, all fees and attendance of the Financial Accountability class.  You may receive further notices and/or phone calls while program requirements remain outstanding.

If you have already mailed or arranged your required payment(s) and completed or scheduled the educational class, please disregard this Notice.  Otherwise, please call (866)740-7234 or go to our secure website at www.checkprogram.com.  To access your file online you will need to enter your case number, which is 999999, and the following password: 999999.

The Calaveras County District Attorney's Bad Check Restitution Program is administered by a
private entity under contract with the Calaveras County District Attorney.

---

**To Make Payment/Schedule Class, call (866)740-7234 or www.checkprogram.com**
Case Number: 99999999  Password: 99999999
**PAYMENTS ACCEPTED: CREDIT & DEBIT CARDS, WESTERN UNION, MONEY ORDERS, OR CASHIER'S CHECK**



**Calaveras County District Attorney**
**Bad Check Restitution Program**
PO Box 1480
San Andreas, CA 95249-1480

**Barbara M. Yook**
District Attorney

15

# NOTICE OF RETURNED PAYMENT

*** 0217here.WHT.004
3000000001 01.0000.0000 1/1

||||||||||||||||||||||||||||||||||||||||||||||||||||||

JOHN Q PUBLIC
PO BOX 12345
RIVERSIDE CA 92506

Office Hours: 9:00 a.m. - 5:00 p.m.
Phone:  (866)740-7234
Date of Notice: 02/17/2012
Case #:  39156591
Balance Due: $288.63
Page:   1

We regret that we must return the recent payment you've made.  We are unable to apply this payment for the reason(s) checked below:

[ ] We do not accept personal checks.  Please see the footer of this letter for acceptable payment methods.

[ ] The payment is made out to the wrong payee.  Please remit payment  to the Calaveras County District Attorney Bad Check Restitution Program.

[ ] Other: _____.

**Our records indicate that you currently have an outstanding balance of $288.63.**

You are scheduled to attend the Financial Accountability class on  ??? .

If you fail to cancel your scheduled class without 48 hours notice or  cancel subsequent classes, you may be required to pay $25.00 rescheduling fee for each occurrence.  Successful completion of the program requires that you comply with all Bad Check Restitution Program requirements including full payment of restitution and all program fees and attendance of the Financial Accountability class.  You may receive further notices and/or phone calls while program requirements remain outstanding.

Successful completion of the program requires that you comply with all Bad Check Restitution Program requirements including full restitution, all fees and attendance of the Financial Accountability class.  You may receive further notices and/or phone calls while program requirements remain outstanding.

Please remit proper payment immediately.

If you have already mailed or arranged your required payment(s) and completed or scheduled the educational class, please disregard this Notice.  Otherwise, please call (866)740-7234 or go to our secure website at www.checkprogram.com.  To access your file online you will need to enter your case number, which is 999999, and the following password: 999999.

---

**To Make Payment/Schedule Class, call (866)740-7234 or www.checkprogram.com**
**Case Number: 99999999  Password: 99999999**
**PAYMENTS ACCEPTED: CREDIT & DEBIT CARDS, WESTERN UNION, MONEY ORDERS, OR CASHIER'S CHECK**



**Calaveras County District Attorney**
**Bad Check Restitution Program**
PO Box 1480
San Andreas, CA 95249-1480

**Barbara M. Yook**
District Attorney

15

*** 0217here.WHT.004
3000000003 01.0000.0000 2/1

JOHN Q PUBLIC
PO BOX 12345
CHICAGO CA 60619

Office Hours: 9:00 a.m. - 5:00 p.m.
Phone:  (866)382-9310
Date of Notice: 02/17/2012

Page:   1

Check writer:  John Smith
Reference:      999999
Exhibit No:      999999

Thank you for the payment(s) forwarded for the check writer mentioned above.  However, we are unable to apply this payment for the reason(s) marked below:

[ ] The payment is made to your company.  Please endorse to Calaveras County District Attorney and return as soon as possible.

[ ] We are unable to locate this check writer in our system to apply the payment.  Please indicate below the exact spelling of the name as it was submitted to our office and return with payment.

_____.

[ ] Other: _____

_____.

Thank you and if you should need additional information, please contact our office at (866)382-9310.

Sincerely,

**Victim Services**



**Calaveras County District Attorney**
**Bad Check Restitution Program**
PO Box 1480
San Andreas, CA 95249-1480

Barbara M. Yook
District Attorney



16

# ACH DEBIT ENTRY CONFIRMATION

*** 0217REG.WHT.004
3000000015 01.0000.0000 11/1

JOHN Q PUBLIC
PO BOX 12345
GRAND JUNCTION CA 81501

Office Hours: 9:00 a.m. - 5:00 p.m.
Phone:  (866)740-7234
Date of Notice: 02/17/2012
Case #:  39156591
Balance Due: $288.63
Page:   1

Per your authorization given on July 24, 2006, we will originate an ACH debit entry to your bank account in the amount of $71.00.  This debit will occur on or after July 25, 2006.  Please note the debit amount in your bank account register.

Completion of the Program is only valid if you comply with ALL Bad Check Restitution Program requirements, including paying your outstanding balance and attending class.

If you have additional questions regarding this transaction, please call this Office at (866) 324-1540.

**The Calaveras County District Attorney's Bad Check Restitution Program is administered by a**
**private entity under contract with the Calaveras County District Attorney.**

---

**To Make Payment/Schedule Class, call (866)740-7234 or www.checkprogram.com**
**Case Number: 99999999  Password: 99999999**
**PAYMENTS ACCEPTED: CREDIT & DEBIT CARDS, WESTERN UNION, MONEY ORDERS, OR CASHIER'S CHECK**



**Calaveras County District Attorney**
**Bad Check Restitution Program**
PO Box 1480
San Andreas, CA 95249-1480

**Barbara M. Yook**
District Attorney


17

# STEPS FOR FRAUD REVIEW

\*\*\* 0217DUP.WHT.004
3000000007 01.0000.0000 3/1

JOHN Q PUBLIC
PO BOX 12345
HEMET CA 92545

Office Hours: 9:00 a.m. - 5:00 p.m.
Phone:  (866)740-7234
Date of Notice: 02/17/2012
Case #:  39156591
Balance Due: $288.63
Page:    1

Thank you for responding to the report(s) of bad check activity initiated against you.  We are sorry to learn you may be the victim of fraud.  In order to review and potentially close your case for fraud, we need the following items:

[ X ] Complete and sign the attached Affidavit of Forgery.  The Affidavit MUST BE NOTARIZED. If you have already filed an Affidavit of Forgery with your bank, please send this Office a copy.

[ X ] Provide this Office with a copy of a Police Report regarding the circumstances involving your lost or stolen checks.

Please fax or mail a copy of the information marked above to:

Fax:  (800)227-3041

Calaveras County District Attorney
Bad Check Restitution Program
c/o Disputes Department
PO Box 1480
San Andreas, CA 95249-1480

Please see the following pages for details on the check(s) included in the report(s) of bad check activity.

For additional tips on fighting back against identity theft, please see the Federal Trade Commission's website at http://www.ftc.gov/bcp/edu/microsites/idtheft/

**For more information call (866)740-7234.**

---

**To Make Payment/Schedule Class, Call (866)740-7234 or www.checkprogram.com**
Case Number: 39156591  Password: 99999999
**PAYMENTS ACCEPTED: CREDIT & DEBIT CARDS, WESTERN UNION, MONEY ORDERS, OR CASHIER'S CHECK**

---

EXHIBIT  : Page 057



**Calaveras County District Attorney**
**Bad Check Restitution Program**
PO Box 1480
San Andreas, CA 95249-1480

**Barbara M. Yook**
District Attorney

# STEPS FOR FRAUD REVIEW

*** 0217DUP.WHT.004
   3000000009 01.0000.0000 3/2

JOHN Q PUBLIC
PO BOX 12345
HEMET CA 92545

Office Hours: 9:00 a.m. - 5:00 p.m.
Phone:  (866)740-7234
Date of Notice: 02/17/2012
Case #:  39156591
Balance Due: $288.63
Page:   3

| MERCHANT | CHECK # | DATE | AMOUNT |
|----------|---------|------|--------|
| MARY'S FLOWER SHOPPE | 4530 | 10/29/2011 | $67.38 |

---

**To Make Payment/Schedule Class, Call (866)740-7234 or www.checkprogram.com**
Case Number: 39156591  Password: 99999999
PAYMENTS ACCEPTED: CREDIT & DEBIT CARDS, WESTERN UNION, MONEY ORDERS, OR CASHIER'S CHECK

[3/2]                    02/17/2012          Doc # FglList        6385

# AFFIDAVIT OF FORGED SIGNATURE - INDIVIDUAL
## NOT VALID WITHOUT AUTHORIZED SEAL.

State of _____. County of _____.

I, _____ being first duly sworn, depose and say that:

1. I am the purported drawer of the checks in question, numbered _____,
   dated _____, 20 _____, drawn on _____,
   payable to the order of _____, for _____
   _____ Dollars, ($ _____).

2. The signature of _____ on the instrument was not authorized, is a
   forgery, and was made without my knowledge or consent.

3. I have received no benefit or value from the proceeds of the instrument, directly or indirectly.

4. I have no knowledge or information concerning the signature or negotiation of the instrument
   except as follows (if none, state "None"): _____
   _____.

5. This affidavit is made voluntarily and for the purpose of establishing the fact of forgery.

6. I will testify, declare, depose, or certify to the truth of any or all of the foregoing before any
   competent tribunal, officer, or person, and I will cooperate fully in the prosecution of the person
   or persons who forged the instrument.

Police Report Number: _____.
(ATTACH COPY OF POLICE REPORT)

Name of law enforcement agency: _____.

Law enforcement officer's full name: _____.

Law enforcement officer's badge number: _____.

I, hereby, certify under penalty of perjury that all information above is true to the best of my knowledge.
(Sign on all four lines below.)

1. _____. 2. _____.
       (SIGNATURE OF AFFIANT)                                   (SIGNATURE OF AFFIANT)

3. _____. 4. _____.
       (SIGNATURE OF AFFIANT)                                   (SIGNATURE OF AFFIANT)

Affiant's Address: _____. Phone: _____/_____.
                                                                      (RESIDENCE)             (BUSINESS)

City/State/Zip _____.

Subscribed and sworn to before me this _____ day of _____ 20 _____.

Type and number of identification used to authenticate Affiant: _____.

**(SEAL)**

_____.
**NOTARY PUBLIC**

**NOT VALID WITHOUT AUTHORIZED SEAL.**



**Calaveras County District Attorney**
**Bad Check Restitution Program**
PO Box 1480
San Andreas, CA 95249-1480

**Barbara M. Yook**
District Attorney

18

# ADDITIONAL DOCUMENTATION NEEDED

*** 0217here.WHT.004
3000000004 01.0000.0000 3/1

JOHN Q PUBLIC
PO BOX 12345
WEST COVINA CA 91791

Office Hours: 9:00 a.m. - 5:00 p.m.
Phone: (866)740-7234
Date of Notice: 02/17/2012
Case #: 39156591
Balance Due: $288.63
Page: 1

Thank you for providing information regarding the report(s) of bad check activity initiated against you. Upon reviewing this information, we need further documentation. Please fax or mail a copy of the information marked below to:

Fax: (800)227-3041

Calaveras County District Attorney

Bad Check Restitution Program

PO Box 1480

San Andreas, CA 95249-1480

PROOF OF PAYMENT

[ ] Receipt of repayment to merchant that shows original check number, amount and date of repayment.
[ ] Cleared copy of front and back of repayment check to merchant with bank records for 30 days after it posted.
[ ] Payment made after check was filed - unable to dismiss case. Contact our Office for further instruction.
[ ] Copy of replacement payment (money order, cashier's check, replacement check, Western Union, etc.)
[ ] For merchandise returned, receipt showing date of return and items returned.

STOLEN/FORGED CHECKS

[ ] Copy of Police report and the name of the officer who took the report.
[ ] Notarized Affidavit of Forgery.
[ ] Notarized Identity Theft Affidavit.

Please see the following page for additional information.

---

**To Make Payment/Schedule Class, call (866)740-7234 or www.checkprogram.com**
Case Number: 99999999  Password: 99999999
**PAYMENTS ACCEPTED: CREDIT & DEBIT CARDS, WESTERN UNION, MONEY ORDERS, OR CASHIER'S CHECK**



**Calaveras County District Attorney**
**Bad Check Restitution Program**
PO Box 1480
San Andreas, CA 95249-1480

**Barbara M. Yook**
District Attorney

# ADDITIONAL DOCUMENTATION NEEDED

\*\*\* 0217here.WHT.004
3000000005 01.0000.0000 3/2

JOHN Q PUBLIC
PO BOX 12345
WEST COVINA CA 91791

Office Hours: 9:00 a.m. - 5:00 p.m.
Phone:  (866)740-7234
Date of Notice: 02/17/2012
Case #:  39156591
Balance Due: $288.63
Page:   2

BANK ERROR OR OTHER INCIDENT

[ ]  Copy of unmarked bank statement showing account activity for 30 days after check date.
[ ]  Letter from bank stating their error (must be signed and on bank letterhead).
[ ]  Letter from bank stating theft or fraud on account caused check(s) to be returned (must be signed and on bank letterhead).
[ ]  Restitution/Administration fees of  $288.63 due (class attendance and fees are waived). Enclose this form with payment. Payments accepted include debit and credit cards, Western Union, cashier's check, money order, or direct withdrawal from your bank account (ACH).
[ ]  Letter of Lien, Levy, Hold or Garnishment to account that caused the return.

STOP PAYMENT

[ ]  Notarized statement that check acceptor was notified of stop payment due to unsatisfactory service. Additionally, we need bank statements showing account balance 10 days before and after check date.

DEATH

[ ]  Copy of Death Certificate.

The Calaveras County District Attorney's Bad Check Restitution Program is administered by a
private entity under contract with the Calaveras County District Attorney.

---

**To Make Payment/Schedule Class, call (866)740-7234 or www.checkprogram.com**
Case Number: 99999999  Password: 99999999
**PAYMENTS ACCEPTED: CREDIT & DEBIT CARDS, WESTERN UNION, MONEY ORDERS, OR CASHIER'S CHECK**

---



**Calaveras County District Attorney**
**Bad Check Restitution Program**
PO Box 1480
San Andreas, CA 95249-1480

**Barbara M. Yook**
District Attorney

19

# UNABLE TO DISMISS

*** 0217here.WHT.004
3000000006 01.0000.0000 4/1

JOHN Q PUBLIC
PO BOX 12345
SANTA ANA CA 92707

Office Hours: 9:00 a.m. - 5:00 p.m.
Phone:  (866)740-7234
Date of Notice: 02/17/2012
Case #:  39156591
Balance Due: $288.63
Page:   1

Thank you for providing information regarding the report(s) of bad check activity initiated against you.  Upon reviewing this information, we are unable to dismiss your case.  As a result, you must now comply with the Program requirements marked below:

[ ]  Pay your outstanding balance.

**Our records indicate that you currently have an outstanding balance of $288.63.**

[ ]  Attend the Financial Accountability class.

Successful completion of the program requires that you comply with all Bad Check Restitution Program requirements including full restitution, all fees and attendance of the Financial Accountability class.  You may receive further notices and/or phone calls while program requirements remain outstanding.

Completion of the Program is only valid if you comply with ALL Program requirements.
**For more information call (866)740-7234.**

Thank you for your immediate attention to this matter.

**The Calaveras County District Attorney's Bad Check Restitution Program is administered by a
private entity under contract with the Calaveras County District Attorney.**

---

**To Make Payment/Schedule Class, call (866)740-7234 or www.checkprogram.com**
**Case Number: 99999999  Password: 99999999**
**PAYMENTS ACCEPTED: CREDIT & DEBIT CARDS, WESTERN UNION, MONEY ORDERS, OR CASHIER'S CHECK**

[4/1]                    02/17/2012          Doc # DispRevw        6780        generic
                                                                      EXHIBIT  : Page 062



**Calaveras County District Attorney**
**Bad Check Restitution Program**
PO Box 1480
San Andreas, CA 95249-1480

**Barbara M. Yook**
District Attorney


20

\*\*\* 0217REG.WHT.004
3000000016 01.0000.0000 12/1

MATT TEST
PO BOX 12345
HUBBARD CA 97032

Office Hours: 9:00 a.m. - 5:00 p.m.

Date of Notice: 02/17/2012
Case #:  39156591

Page:   1

Thank you for providing information evidencing the check in question was written and passed by another person without your permission.  We have updated our files.  You should not receive any further Notices from this Office concerning this matter.

We are sorry you were victimized.

For additional tips on fighting back against identity theft, please see the Federal Trade Commission's website at http://www.ftc.gov/bcp/edu/microsites/idtheft/

 or more information call (866)740-7234.

Thank you for your immediate attention to this matter.

Sincerely,

*Barbara M. Yook*

**Barbara M. Yook**
**District Attorney**

 **Calaveras County District Attorney**
**Bad Check Restitution Program**
PO Box 1480
San Andreas, CA 95249-1480

**Barbara M. Yook**
District Attorney


21

# CLASS RESERVATION REMINDER

*** 0217DUP.WHT.004
3000000010 01.0000.0000 4/1

JOHN Q PUBLIC
PO BOX 12345
LAKE ELSINORE CA 92530

Office Hours: 9:00 a.m. - 5:00 p.m.
Phone:  (866)740-7234
Date of Notice: 02/17/2012
Case #:  39156591
Balance Due: $288.63
Page:   1

Your Financial Accountability class is scheduled for Saturday, June 30, 2012.  Please arrive before 8:00 AM.  The class is scheduled to end at approximately 12:30 PM. You will need to bring this Notice and a pen or pencil to the class location listed below:

University of Phoenix
3590 North First Street
San Jose CA 95134
CLASS IS FROM 8:00-12:30
Rooms 108/109
REGISTRATION BEGINS AT 7:45. CLASS WILL BEGIN AT 8:00 SHARP
The doors to the class will open exactly at 8:00am

Directions:
Heading South on US-101 merge onto  CA-237 East. Continue to North First Street exit. Keep left at the fork to continue toward N. 1st. Street. Turn left on N. 1st. Street.

Heading South on I-880, take exit 7 to merge onto W. Montague Expressway. Continue and turn right on 1st Street.

Other important information:  Children and guests are not permitted in class.   Payments are not accepted at class.  Class registration begins at  7:45 AM and the class will start promptly at  8:00 AM.  Students arriving late may not be admitted to class.  Failure to attend your scheduled class will result in a $25.00 rescheduling fee being added to your case.

Completion of the program is only valid if you comply with ALL Bad Check Restitution Program requirements, including paying your outstanding balance and attending class.

**Our records indicate that you currently have an outstanding balance of $288.63.**

Thank you for your immediate response to this matter.

 If you need assistance in accessing the facility where this class is being held, or need accessibility assistance while attending this class, please call us at (866)740-7234 to discuss your needs.  Thank you.

---

**To Make Payment/Schedule Class, call (866)740-7234 or www.checkprogram.com**
**Case Number: 99999999  Password: 99999999**
**PAYMENTS ACCEPTED: CREDIT & DEBIT CARDS, WESTERN UNION, MONEY ORDERS, OR CASHIER'S CHECK**

---



**Calaveras County District Attorney**
**Bad Check Restitution Program**
PO Box 1480
San Andreas, CA 95249-1480

**Barbara M. Yook**
District Attorney

# CLASS RESERVATION REMINDER

*** 0217DUP.WHT.004
    3000000010 01.0000.0000 4/1

JOHN Q PUBLIC
PO BOX 12345
LAKE ELSINORE CA 92530

Office Hours: 9:00 a.m. - 5:00 p.m.
Phone:  (866)740-7234
Date of Notice: 02/17/2012
Case #:  39156591
Balance Due: $288.63
Page:   2

The Calaveras County District Attorney's Bad Check Restitution Program is administered by a private
entity under contract with the Calaveras County District Attorney.

 If you need assistance in accessing the facility where this class is being held, or need accessibility assistance while
attending this class, please call us at (866)740-7234 to discuss your needs.  Thank you.

**To Make Payment/Schedule Class, call (866)740-7234 or www.checkprogram.com**
**Case Number: 99999999  Password: 99999999**
**PAYMENTS ACCEPTED: CREDIT & DEBIT CARDS, WESTERN UNION, MONEY ORDERS, OR CASHIER'S CHECK**



**Calaveras County District Attorney**
**Bad Check Restitution Program**
PO Box 1480
San Andreas, CA 95249-1480

**Barbara M. Yook**
District Attorney


22

# CLASS CANCELLED

```
*** 0217REG.WHT.004
3000000017 01.0000.0000 13/1
```

JOHN Q PUBLIC
PO BOX 12345
LAKE ELSINORE CA 92530

Office Hours: 9:00 a.m. - 5:00 p.m.
Phone: (866)740-7234
Date of Notice: 02/17/2012
Case #: 39156591
Balance Due: $288.63
Page: 1

The Financial Accountability class has been cancelled. We apologize for any inconvenience this may cause you. Please contact this Office at (866)740-7234 to reschedule.

**Our records indicate that you currently have an outstanding balance of $288.63.**

You are scheduled to attend the Financial Accountability class on Saturday, June 30, 2012.

If you fail to cancel your scheduled class without 48 hours notice or cancel subsequent classes, you may be required to pay $25.00 rescheduling fee for each occurrence. Successful completion of the program requires that you comply with all Bad Check Restitution Program requirements including full payment of restitution and all program fees and attendance of the Financial Accountability class. You may receive further notices and/or phone calls while program requirements remain outstanding.

Completion of the Program is only valid if you comply with ALL Bad Check Restitution Program requirements, including paying your outstanding balance and attending class.

The Calaveras County District Attorney's Bad Check Restitution Program is administered by a
private entity under contract with the Calaveras County District Attorney.

---

**To Make Payment/Schedule Class, call (866)740-7234 or www.checkprogram.com**
**Case Number: 99999999  Password: 99999999**
**PAYMENTS ACCEPTED: CREDIT & DEBIT CARDS, WESTERN UNION, MONEY ORDERS, OR CASHIER'S CHECK**



**Calaveras County District Attorney**
**Bad Check Restitution Program**
PO Box 1480
San Andreas, CA 95249-1480

**Barbara M. Yook**
District Attorney


23

# CHANGE OF CLASS DATE

*** 0217DUP.WHT.004
3000000011 01.0000.0000 5/1

JOHN Q PUBLIC
PO BOX 12345
HUNTINGTON BEACH CA 92648

Office Hours: 9:00 a.m. - 5:00 p.m.
Phone: (866)740-7234
Date of Notice: 02/17/2012
Case #: 39156591
Balance Due: $288.63
Page:   1

The date of the Financial Accountability class has been changed. The new date is Saturday, June 30, 2012, at 7:45 AM. Please arrive before 7:45 AM. The class is scheduled to end at approximately 12:30 PM. You will need to bring this Notice and a pen or pencil to the class listed below:

University of Phoenix
3590 North First Street
San Jose CA 95134
CLASS IS FROM 8:00-12:30
Rooms 108/109
REGISTRATION BEGINS AT 7:45. CLASS WILL BEGIN AT 8:00 SHARP
The doors to the class will open exactly at 8:00am

Directions:
Heading South on US-101 merge onto CA-237 East. Continue to North First Street exit. Keep left at the fork to continue toward N. 1st. Street. Turn left on N. 1st. Street.

Heading South on I-880, take exit 7 to merge onto W. Montague Expressway. Continue and turn right on 1st Street.

Other important information: Children and guests are not permitted in class.   Payments are not accepted at class.  Class registration begins at 7:45 AM and the class will start promptly at 8:00 AM.  Students arriving late may not be admitted to class.  Failure to attend your scheduled class will result in a $25.00 rescheduling fee being added to your case.

Completion of the Program is only valid if you comply with ALL Bad Check Restitution Program requirements, including paying your outstanding balance and attending class.

**Our records indicate that you currently have an outstanding balance of $288.63.**

Should you be unable to attend on this date, please call this Office at (866)740-7234 to reschedule.

 If you need assistance in accessing the facility where this class is being held, or need accessibility assistance while attending this class, please call us at (866)740-7234 to discuss your needs.  Thank you.

---

**To Make Payment/Schedule Class, call (866)740-7234 or www.checkprogram.com**
**Case Number: 99999999   Password: 99999999**
**PAYMENTS ACCEPTED: CREDIT & DEBIT CARDS, WESTERN UNION, MONEY ORDERS, OR CASHIER'S CHECK**

| [5/1] | 02/17/2012 | Doc # ClassDate | 6825 | Class |
|---|---|---|---|---|



**Calaveras County District Attorney**
**Bad Check Restitution Program**
PO Box 1480
San Andreas, CA 95249-1480

**Barbara M. Yook**
District Attorney

# CHANGE OF CLASS DATE

\*\*\* 0217DUP.WHT.004
3000000011 01.0000.0000 5/1

Office Hours: 9:00 a.m. - 5:00 p.m.
Phone: (866)740-7234
Date of Notice: 02/17/2012
Case #: 39156591
Balance Due: $288.63
Page: 2

JOHN Q PUBLIC
PO BOX 12345
HUNTINGTON BEACH CA 92648

The Calaveras County District Attorney's Bad Check Restitution Program is administered by a private
entity under contract with the Calaveras County District Attorney.

 If you need assistance in accessing the facility where this class is being held, or need accessibility assistance while
attending this class, please call us at (866)740-7234 to discuss your needs.  Thank you.

**To Make Payment/Schedule Class, call (866)740-7234 or www.checkprogram.com**
**Case Number: 99999999  Password: 99999999**
**PAYMENTS ACCEPTED: CREDIT & DEBIT CARDS, WESTERN UNION, MONEY ORDERS, OR CASHIER'S CHECK**

| [5/1] | 02/17/2012 | Doc # ClassDate | 6625 | Class |
|---|---|---|---|---|

EXHIBIT : Page 068

 **Calaveras County District Attorney**
**Bad Check Restitution Program**
PO Box 1480
San Andreas, CA 95249-1480

**Barbara M. Yook**
District Attorney


24

# CLASS LOCATION CHANGE

\*\*\* 0217DUP.WHT.004
3000000012 01.0000.0000 6/1

JOHN Q PUBLIC
PO BOX 12345
BETHLEHEM CA 18020

Office Hours: 9:00 a.m. - 5:00 p.m.
Phone: (866)740-7234
Date of Notice: 02/17/2012
Case #: 39156591
Balance Due: $288.63
Page:   1

The location for the Financial Accountability class scheduled for Saturday, June 30, 2012, has been changed.  The new address and directions are listed below.  Please arrive before 7:45 AM.  The class is scheduled to end at approximately 12:30 PM.  You will need to bring this Notice and a pen or pencil to class.

University of Phoenix
3590 North First Street
San Jose CA 95134
CLASS IS FROM 8:00-12:30
Rooms 108/109
REGISTRATION BEGINS AT 7:45. CLASS WILL BEGIN AT 8:00 SHARP
The doors to the class will open exactly at 8:00am

Directions:
Heading South on US-101 merge onto  CA-237 East. Continue to North First Street exit. Keep left at the fork to continue toward N. 1st. Street. Turn left on N. 1st. Street.

Heading South on I-880, take exit 7 to merge onto W. Montague Expressway. Continue and turn right on 1st Street.

Other important information:  Children and guests are not permitted in class.   Payments are not accepted at class.  Class registration begins at  7:45 AM and the class will start promptly at  8:00 AM.  Students arriving late may not be admitted to class.  Failure to attend your scheduled class will result in a $25.00 rescheduling fee being added to your case.

Completion of the program is only valid if you comply with ALL Bad Check Restitution Program requirements, including paying your outstanding balance and attending class.

**Our records indicate that you currently have an outstanding balance of $288.63.**

Thank you for your immediate response to this matter.

 If you need assistance in accessing the facility where this class is being held, or need accessibility assistance while attending this class, please call us at (866)740-7234 to discuss your needs.  Thank you.

**To Make Payment/Schedule Class, call (866)740-7234 or www.checkprogram.com**
**Case Number: 99999999  Password: 99999999**
**PAYMENTS ACCEPTED: CREDIT & DEBIT CARDS, WESTERN UNION, MONEY ORDERS, OR CASHIER'S CHECK**

 **Calaveras County District Attorney**
**Bad Check Restitution Program**
PO Box 1480
San Andreas, CA 95249-1480

**Barbara M. Yook**
District Attorney

# CLASS LOCATION CHANGE

*** 0217DUP.WHT.004
3000000012 01.0000.0000 6/1

Office Hours: 9:00 a.m. - 5:00 p.m.
Phone:  (866)740-7234
Date of Notice: 02/17/2012

JOHN Q PUBLIC
PO BOX 12345
BETHLEHEM CA 18020

Page:   2

The Calaveras County District Attorney's Bad Check Restitution Program is administered by a private
entity under contract with the Calaveras County District Attorney.

 If you need assistance in accessing the facility where this class is being held, or need accessibility assistance while
attending this class, please call us at (866)740-7234 to discuss your needs.  Thank you.

**To Make Payment/Schedule Class, call (866)740-7234 or www.checkprogram.com**
**Case Number: 99999999  Password: 99999999**
**PAYMENTS ACCEPTED: CREDIT & DEBIT CARDS, WESTERN UNION, MONEY ORDERS, OR CASHIER'S CHECK**



**Calaveras County District Attorney**
**Bad Check Restitution Program**
PO Box 1480
San Andreas, CA 95249-1480

**Barbara M. Yook**
District Attorney

25

# HOME STUDY INSTRUCTIONS

*** 0217here.WHT.004
3000000007 01.0000.0000 5/1

||ı|ı|ıı|ı|ıı|ılı|ı|ıııı|ıllı|ııllı|ıl|ı|ı|ı|ılı|ıllıı|ıllılı

JOHN Q PUBLIC
PO BOX 12345
VISALIA CA 93277

Office Hours: 9:00 a.m. - 5:00 p.m.
Phone: (866)740-7234
Date of Notice: 02/17/2012
Case #: 39156591
Balance Due: $288.63
Page: 1

Enclosed please find your Checks and Balances Home Study Program. To satisfy the educational requirement of the Bad Check Restitution Program, you must complete the enclosed materials and successfully pass the Exit Test.

There are three options for taking the Home Study Program Exit Test:

1. ONLINE         www.checkprogram.com
                  Case Number: 999999
                  Password: 999999

2. FAX            Complete the Exit Test and Program Evaluation on pages 46-48 and fax them to (866)434-5614.

3. MAIL           Complete the Exit Test and Program Evaluation on pages 46-48 and return those pages to the
                  address listed on this notice.

Should you have any questions in completing the Home Study Program, please call (800)601-6637. Successful completion of the program requires that you comply with all Bad Check Restitution Program requirements including full restitution, all fees and passing the Home Study Exit Test.

**Our records indicate that you currently have an outstanding balance of $288.63.**

**The Calaveras County District Attorney's Bad Check Restitution Program is administered by a**
**private entity under contract with the Calaveras County District Attorney.**

---

**To Make Payment/Schedule Class, call (866)740-7234 or www.checkprogram.com**
**Case Number: 99999999  Password: 99999999**
**PAYMENTS ACCEPTED: CREDIT & DEBIT CARDS, WESTERN UNION, MONEY ORDERS, OR CASHIER'S CHECK**



**Calaveras County District Attorney**
**Bad Check Restitution Program**
PO Box 1480
San Andreas, CA 95249-1480

**Barbara M. Yook**
District Attorney

26

# EDICION DE ESTUDIO PERSONAL

*** 0217here.WHT.004
3000000008 01.0000.0000 6/1

|ıll|llll|ıl|ı|ılı·ılı|ıp|ıllıl|ı·ıllll|ıll·ıp|ıp|ıl|ı·

JOHN Q PUBLIC
PO BOX 12345
LOS ANGELES CA 90006

Office Hours: 9:00 a.m. - 5:00 p.m.
Phone:  (866)740-7234
Date of Notice: 02/17/2012
Case #:  39156591
Balance Due: $288.63
Page:   1

Includio encontrara su Edicion de Estudio Personal de Cheques y Balances. El libreto debe ser completado y enviado a la direccion indicada en su libreto dentro de tres semanas.

Si usted tiene preguntas o necesita ayuda en llenar el libreto, favor de llamar al (800)830-6589 y pida dejar un recado a un instructor de clase. Uno de nuestros instructores le regresara su llamada para contestar sus preguntas. Recuerde que tiene que completar y regresar el libreto y pagar su caso por completo para poder satisfacer los requisitos del District Attorney Bad Check Restitution Program.

**Nuestros records indican que usted tiene un balance de $288.63.**

Sincerely,

*Barbara M. Yook*

**Barbara M. Yook**
**District Attorney**

**El Programa De Restitucion de Malos Checkes del Calaveras County District Attorney es administrado por una entidad privada contratado por el Calaveras County District Attorney.**

---

**To Make Payment/Schedule Class, call (866)740-7234 or www.checkprogram.com**
**Case Number: 99999999  Password: 99999999**
**PAYMENTS ACCEPTED: CREDIT & DEBIT CARDS, WESTERN UNION, MONEY ORDERS, OR CASHIER'S CHECK**

 **Calaveras County District Attorney**
**Bad Check Restitution Program**
PO Box 1480
San Andreas, CA 95249-1480

**Barbara M. Yook**
District Attorney


27

# NOTICE OF FAILURE TO COMPLY

**\*\*\*  0217REG.WHT.004**
3000000018 01.0000.0000 14/1

‖|‖|‖|‖|||‖||||‖|‖‖|||‖||‖‖‖|‖||‖‖|||‖|‖‖|‖|‖||‖|‖|‖|‖|||||‖‖‖||||‖|‖‖||

JOHN Q PUBLIC
PO BOX 12345
BURBANK CA 91505

Office Hours: 9:00 a.m. - 5:00 p.m.
Phone:  (866)740-7234
Date of Notice: 02/17/2012
Case #:  39156591
Balance Due: $288.63
Page:   1

Our records indicate you have not completed your Financial Accountability class requirement.  To enroll in the next available class contact this Office at (866)740-7234 or go to our secure website at www.checkprogram.com.  To access your case online you will need to enter your case number, which is 999999, and the following password: 999999.

**Our records indicate that you currently have an outstanding balance of $288.63.**

Successful completion of the program requires that you comply with all Bad Check Restitution Program requirements including full restitution, all fees and attendance of the Financial Accountability class.  You may receive further notices and/or phone calls while program requirements remain outstanding.

If you have already completed the class portion of the Bad Check Restitution Program, please call to inform this Office when this action was taken, or send a copy of your class attendance certificate to:

Fax: (800)227-3041

Calaveras County District Attorney
Bad Check Restitution Program
PO Box 1480
San Andreas, CA 95249-1480

If you have any questions regarding this notice, please call (866)740-7234.

The Calaveras County District Attorney's Bad Check Restitution Program is administered by a
private entity under contract with the Calaveras County District Attorney.

---

**To Make Payment/Schedule Class, call (866)740-7234 or www.checkprogram.com**
**Case Number: 99999999  Password: 99999999**
**PAYMENTS ACCEPTED: CREDIT & DEBIT CARDS, WESTERN UNION, MONEY ORDERS, OR CASHIER'S CHECK**



**Calaveras County District Attorney**
**Bad Check Restitution Program**
PO Box 1480
San Andreas, CA 95249-1480

**Barbara M. Yook**
District Attorney

Office Hours: 9:00 a.m. - 5:00 p.m.

# RECEIPT OF CRIME REPORT

\*\*\* 0217DUP.WHT.004
3000000013 01.0000.0000 7/1

WAL*MART
ATTN: CASH OFFICE
1550 S REDWOOD ROAD
BENTONVILLE AR 72712

Phone: (866)382-9310
Date: 02/17/2012

Page: 1

Thank you for submitting the following report(s) of bad check activity(s) to our office:

| Safeway Ref # | Check Writer Name | Check # | Amount | Exhibit # |
|---|---|---|---|---|
| 848484848 | MARY'S FLOWER SHOPPE | 4530 | $67.38 | 123456 |
| | **Total checks received:** | **1** | **$67.38** | |

An exhibit number has been assigned to each check. Please use the exhibit number when corresponding with our office.

These cases will receive our full attention immediately. Typically, the recovery cycle takes up to 120 days and in some cases longer. While we endeavor to recover on all bad checks, and are generally very successful, some cases are unable to be resolved. We will inform you if the status of your exhibit(s) changes.

You can also get status information any time by using our Interactive Phone System at (866)382-9310 or by visiting our secure website at:

www.checkprogram.com
User name: 999999
Password: 999999

Should the check writer attempt to contact you for payment, please direct them to the Bad Check Restitution Program at (866)740-7234.

We appreciate your keeping our community safer by participating in and referring checks to the Bad Check Restitution Program. If you have any questions regarding the exhibit(s) you have filed, please contact us at (866)382-9310.

Sincerely,

*Barbara M. Yook*

**Barbara M. Yook**
**District Attorney**

 **Calaveras County District Attorney**
**Bad Check Restitution Program**
PO Box 1480
San Andreas, CA 95249-1480

**Barbara M. Yook**
District Attorney

29

*** 0217here.WHT.004
3000000009 01.0000.0000 7/1

WAL*MART
ATTN: CASH OFFICE
1550 S REDWOOD ROAD
BENTONVILLE AR 72712

Office Hours: 9:00 a.m. - 5:00 p.m.
Phone:  (866)382-9310
Date of Notice: 02/17/2012

Page:   1

Check writer:  John Smith
Reference:     999999
Exhibit No:      999999

We regret that we are unable to pursue the enclosed bad check crime report as a criminal case for the reason(s) marked below:

[ ] We require that checks be submitted within 12 months of the date of acceptance. Please pursue the check writer CIVILLY.
   ] The amount of the check submitted exceeds our Program's MISDEMEANOR limits of $2,500.00.  Submit this case directly to local law enforcement for investigation.
[ ] Case involves a stolen, forged, or counterfeit check.  Please submit this case directly to local law enforcement for investigation.
[ ] Original checks needs to be attached to the form.
[ ] Partial payment was accepted prior to filing.
[ ] All checks must be processed through your bank indicating status of item (NSF etc.).  Please re-submit crime report after processing by bank.
[ ] Payroll, Stop Payment, Rent, or Two-Party checks should be pursued CIVILLY.  We recommend contacting the local small claims court for information on your case.
[ ] Other: _____.

Sincerely,


**Victim Services**



**Calaveras County District Attorney**
**Bad Check Restitution Program**
PO Box 1480
San Andreas, CA 95249-1480

**Barbara M. Yook**
District Attorney


30

# CRIME REPORT STATUS UPDATE

*** 0217REG.WHT.004
3000000019 01.0000.0000 15/1

WAL*MART
ATTN: CASH OFFICE
1550 S REDWOOD ROAD
BENTONVILLE AR 72712

Office Hours: 9:00 a.m. - 5:00 p.m.
Phone: (866)382-9310
Date of Notice: 02/17/2012

Page:   1

Regretfully, we are unable to pursue the Crime Report listed below as a Bad Check case.

Check writer:  John Smith
Reference:      999999
Check #:  4530
Amount:   $67.38
Date:       10/29/2011
Exhibit #: 999999

This is the result of the following:

Check involves a performance dispute over a product or service and/or the check was a stop payment.

You may still be able to file the Crime Report in Small Claims Court.

Please contact this Office at (866)382-9310 within two weeks if you wish to have your check(s) returned for such action as you deem appropriate.

Sincerely,


**Victim Services**

[15/1]                                    02/17/2012              Doc # VictReject        6579          generic

EXHIBIT : Page 076



**Calaveras County District Attorney**
**Bad Check Restitution Program**
PO Box 1480
San Andreas, CA 95249-1480

**Barbara M. Yook**
District Attorney


31

# CRIME REPORT STATUS UPDATE

\*\*\* 0217REG.WHT.004
3000000020.01.0000.0000 16/1

WAL*MART
ATTN: CASH OFFICE
1550 S REDWOOD ROAD
BENTONVILLE AR 72712

Office Hours: 9:00 a.m. - 5:00 p.m.
Phone: (866)382-9310
Date of Notice: 02/17/2012

Page: 1

Regretfully, we are unable to pursue the Crime Report listed below as a Bad Check case.

Check writer: John Smith
Reference: 999999
Check #: 4530
Amount: $67.38
Date: 10/29/2011
Exhibit #: 999999

This is the result of the following:

The Statute of Limitations for filing a criminal case has expired or there is insufficient time remaining to complete an investigation prior to the passing of that date.

Please contact this Office at (866)382-9310 within two weeks if you wish to have your check(s) returned for such action as you deem appropriate.

Sincerely,

**Victim Services**



**Calaveras County District Attorney**
**Bad Check Restitution Program**
PO Box 1480
San Andreas, CA 95249-1480

**Barbara M. Yook**
District Attorney



32

# CRIME REPORT STATUS UPDATE

\*\*\* 0217REG.WHT.004
3000000021 01.0000.0000 17/1

WAL*MART
ATTN: CASH OFFICE
1550 S REDWOOD ROAD
BENTONVILLE AR 72712

Office Hours: 9:00 a.m. - 5:00 p.m.
Phone:  (866)382-9310
Date of Notice: 02/17/2012
Case #:  39156591

Page:   1

Regretfully, we are unable to pursue the Crime Report listed below as a Bad Check case.

Check writer:  John Smith
Reference:     999999
Check #:  4530
Amount:  $67.38
Date:     10/29/2011
Exhibit #: 999999

his is the result of the following:

Check involves a lost, stolen, or forged check.  We recommend you file a complaint with your local law enforcement agency.  We will make available the information we received upon request.

Please contact this Office at (866)382-9310 within two weeks if you wish to have your check(s) returned for such action as you deem appropriate.

Sincerely,

**Victim Services**



**Calaveras County District Attorney**
**Bad Check Restitution Program**
PO Box 1480
San Andreas, CA 95249-1480

**Barbara M. Yook**
District Attorney


33

# CRIME REPORT STATUS UPDATE

\*\*\* 0217REG.WHT.004
3000000022.01.0000.0000 18/1

WAL\*MART
ATTN: CASH OFFICE
1550 S REDWOOD ROAD
BENTONVILLE AR 72712

Office Hours: 9:00 a.m. - 5:00 p.m.
Phone:  (866)382-9310
Date of Notice: 02/17/2012
Case #:  39156591

Page:   1

Regretfully, we are unable to pursue the Crime Report listed below as a Bad Check case.

Check writer:  John Smith
Reference:     999999
Check #:  4530
Amount:  $67.38
Date:      10/29/2011
Exhibit #: 999999

This is the result of the following:

Check writer filed bankruptcy and this matter was discharged by a bankruptcy court.   We recommend you contact the United States Bankruptcy Court nearest you for further information.

Please contact this Office at (866)382-9310 within two weeks if you wish to have your check(s) returned for such action as you deem appropriate.


Sincerely,


**Victim Services**



**Calaveras County District Attorney**
**Bad Check Restitution Program**
PO Box 1480
San Andreas, CA 95249-1480

**Barbara M. Yook**
District Attorney


34

# PROOF OF PAYMENT

\*\*\* 0217REG.WHT.004
3000000023 01.0000.0000 19/1

WAL*MART
ATTN: CASH OFFICE
1550 S REDWOOD ROAD
BENTONVILLE AR 72712

Office Hours: 9:00 a.m. - 5:00 p.m.
Phone:  (866)382-9310
Date of Notice: 02/17/2012
Case #:  39156591

Page:   1

You have filed a crime report with our Office against the following individual:

Check Writer:  John Smith
Reference:  999999
Check No:  4530
Amount:  $67.38
Date:  10/29/2011

This person claims to have made a prior payment  to you in this matter. To resolve this issue, kindly provide the following information:

Date payment received: _____.

Payment Amount: _____.

Additional comments: _____

_____

In an effort to resolve this matter in a timely manner, we ask that you respond to this request within 10 days. If no response is received, we will assume that the payment in question has in fact been made and apply the payment to the check case that you filed with the Program.

You may either fax a copy of this letter to (888) 298-0506, or provide the information over the telephone by calling (866)382-9310, or return this form to the address listed at the top of the letter c/o the Victim Services Department

Sincerely,


**Victim Services**



**Calaveras County District Attorney**
**Bad Check Restitution Program**
PO Box 1480
San Andreas, CA 95249-1480

**Barbara M. Yook**
District Attorney

35

# REQUEST FOR DOCUMENTS

\*\*\* 0217here.WHT.004
3000000010 01.0000.0000 8/1

WAL*MART
ATTN: CASH OFFICE
1550 S REDWOOD ROAD
BENTONVILLE AR 72712

Office Hours: 9:00 a.m. - 5:00 p.m.
Phone:  (866)382-9310
Date of Notice: 02/17/2012

Page:   1

The check writer below has ignored this Office's requests for payment of restitution.

Suspect:   John Smith
Ref:        999999
Check #:  4530
Amount:  $67.38
Date:      10/29/2011
Exhibit #: 999999

This case has been preliminarily selected for further review for prosecution. In order to proceed with the review, we need the following information:

[ ]  Original check or legal copy if the original check is unavailable.

[ ]  Certified mail return receipt.

[ ]  Documentation of attempts to contact check writer.

[ ]  Other: _____

Please also verify the name, address and other information for the person who accepted this check:

Name: _____

Address: _____

Phone Number: _____

Is this person still employed by you?   Yes  /   No

Can this person identify the check writer?    Yes   /   No

Is this person willing to testify in court that he/she can identify the check writer? Yes    /    No

 **Calaveras County District Attorney**
**Bad Check Restitution Program**
PO Box 1480
San Andreas, CA 95249-1480

**Barbara M. Yook**
District Attorney

# REQUEST FOR DOCUMENTS

*** 0217here.WHT.004
3000000011 01.0000.0000 8/2

Office Hours: 9:00 a.m. - 5:00 p.m.
Phone: (866)382-9310
Date of Notice: 02/17/2012

WAL*MART
ATTN: CASH OFFICE
1550 S REDWOOD ROAD
BENTONVILLE AR 72712

Page:   2

Please return this information to our office within 15 days of the date of this letter c/o Case Management Department. If we do not hear from you within the requested timeframe, this case will be archived with an inactive status in our office.

Should the check writer attempt to contact you for payment, please direct them to the Bad Check Restitution Program at (866)740-7234.

If you have any questions regarding this case, please contact our office at (866)382-9310.

Sincerely,

Barbara M. Yook

**Barbara M. Yook**
**District Attorney**



**Calaveras County District Attorney**
**Bad Check Restitution Program**
PO Box 1480
San Andreas, CA 95249-1480

**Barbara M. Yook**
District Attorney


36

# FORWARDED FOR PROSECUTION REVIEW

*** 0217REG.WHT.004
3000000624.01.0000.0000 20/1

Office Hours: 9:00 a.m. - 5:00 p.m.

WAL*MART
ATTN: CASH OFFICE
1550 S REDWOOD ROAD
BENTONVILLE AR 72712

Date of Notice: 02/17/2012

Page:   1

This letter is to inform you that the Crime Report listed below has been forwarded for prosecution review.

Suspect: John Smith
Ref:       999999
Check #:  4530
Amount:   $67.38
Date:      10/29/2011
Exhibit #: 999999

'ou will be contacted when restitution arrangements have been approved by the court.  Please understand that this Office has no way of predicting when such action may occur.

In the event we are able to recover restitution, we will mail you a check for the amount recovered.

Should the check writer attempt to contact you for payment, please direct them to the Bad Check Restitution Program at (866)382-9310.

Sincerely,

*Barbara M. Yook*

**Barbara M. Yook**
**District Attorney**



**Calaveras County District Attorney**
**Bad Check Restitution Program**
PO Box 1480
San Andreas, CA 95249-1480

**Barbara M. Yook**
District Attorney


37

# UNABLE TO PROSECUTE

*** 0217REG.WHT.004
3000000025 01.0000.0000 21/1

WAL*MART
ATTN: CASH OFFICE
1550 S REDWOOD ROAD
BENTONVILLE AR 72712

Office Hours: 9:00 a.m. - 5:00 p.m.
Phone: (866)382-9310
Date of Notice: 02/17/2012

Page: 1

After careful review of all the evidence, the District Attorney has determined that we are unable to prosecute the following Crime Report:

Check writer: John Smith
Reference: 999999
Check #: 4530
Amount: $67.38
Date: 10/29/2011
Exhibit #: 999999

In cases where the check writer fails to make restitution, the District Attorney attempts to build a case. Typically, this process involves documenting criminal intent to defraud based upon evidence obtained. It is our hope that any future Crime Report submitted to this Office will result in either full recovery of restitution, or a criminal filing.

You may still be able to file the Crime Report in Small Claims Court.

Please contact this Office at (866)382-9310 within two weeks if you wish to have your check(s) returned for such action as you deem appropriate.

Sincerely,

**Victim Services**



**Calaveras County District Attorney**
**Bad Check Restitution Program**
PO Box 1480
San Andreas, CA 95249-1480

**Barbara M. Yook**
District Attorney

38

*** 0217here.WHT.004
3000000012 01.0000.0000 9/1

WAL*MART
ATTN: CASH OFFICE
1550 S REDWOOD ROAD
BENTONVILLE AR 72712

Office Hours: 9:00 a.m. - 5:00 p.m.
Phone:  (866)382-9310
Date of Notice: 02/17/2012

Page:   1

Dear  John Smith,

Thank you for your support of the Bad Check Restitution Program. Your participation helps our community remain a safe and a growing place for business.

We have included a Crime Report that you can return to our office. Filling out this form is the first and only step you need to take advantage of this free program offered by the District Attorney.

This program is a no-cost, taxpayer-free public service designed to help you recover your losses and protect your business from bad check writers.

After filling out the Crime Report, you can mail it to our office at:

Calaveras County District Attorney
Bad Check Restitution Program
PO Box 1480
San Andreas, CA 95249-1480

Please feel free to make multiple copies of the attached Crime Report as you may submit as many bad checks passed to your business. You may also visit our website www.checkprogram.com/calaverascountyca  to download a Crime Report or for additional program information.

After submitting the Crime Report, we will contact the check writer and forward the recovered restitution to your business address. Additionally, the check writer must attend a half-day seminar on financial and community responsibility.

If you would like to request additional information, you can contact a program representative by sending an email to Calaverasca@checkprogram.com or by calling our Victim Hotline at  (866)382-9310.

Again, we appreciate your support of the Program and encourage your continued participation so that together, we can stop bad check crimes.

Calaveras County District Attorney



**Calaveras County District Attorney**
**Bad Check Restitution Program**
PO Box 1480
San Andreas, CA 95249-1480

**Barbara M. Yook**
District Attorney


39

# Request for Information

\*\*\* 0217REG.WHT.004
3000000026 01.0000.0000 22/1

ıllıllıl<sup></sup>ll<sup></sup>ıllıı<sup></sup>ıllılıllı<sup></sup>lıllılıllı<sup></sup>ılıllı<sup></sup>ılıllı<sup></sup>ılıllıl

BANK OF AMERICA
PO BOX 1234
WESTMINSTER CA 92684

Date of Notice: 02/17/2012
Case #:  39156591

Page:   1

Fax: (800) 227-3041

Attn: Legal Order Processing

Account name: John Smith /
Account number:  22222222
Complaint number: 999999

This office certifies under penalty of perjury that an investigation is being conducted into a crime report which alleges the fraudulent use of checks on the above checking account, occurring on 10/29/2011.  We are requesting a statement setting forth the following information with respect to a customer's account.  This request is for a period 30 days prior to, and continuing 30 days after, the date of occurrence of the alleged illegal act(s) involving the account.  This request is made under the authority of Government Code 7480(b).

The following information is requested under Government Code 7480(b).

1. The number of items dishonored.
2. The number of items paid which created overdrafts.
3. (a) The dollar volume of the dishonored item(s) and item(s) paid which created overdraft(s).
    (b) A statement explaining any credit arrangement between the bank, credit union, or savings and loan association and customer to pay overdrafts.
4. (a) The date(s) and amount(s) of each deposit and each debit.
    (b) The account balance on each of these date(s).
5. A copy of the signature and any addresses appearing on the customer's signature card.
6. The date the account opened and if applicable, the date the account closed.

Please print name: _____ .
Phone number: _____ .

Signature of person completing this request: _____ .

We greatly appreciate your cooperation in this matter.  If you have any questions, please contact our office at (866)382-9310 Ext. 143.
**PLEASE SUBMIT COMPLETE BANK STATEMENTS AND DO NOT REDACT ANY INFORMATION AS IT WILL**
**  ‌IPEDE OUR CRIMINAL INVESTIGATION.**