— **EXHIBIT 2** —

# ORIGINAL

## ADMINISTRATIVE SUPPORT

## SERVICES AGREEMENT

## NO. 235-S1410

This Administrative Support Services Agreement (the "Agreement") between National Corrective Group, Inc., a Delaware corporation, doing business as CorrectiveSolutions and the District Attorney of El Dorado County, State of California ("District Attorney"):

### Recitals

(i)     The District Attorney and CorrectiveSolutions have expressed interest in entering into this Agreement on the terms contained herein, and such terms shall remain valid and in effect for thirty (30) days from the date of execution by CorrectiveSolutions ("Courtesy Period") and will expire after the Courtesy Period if the Agreement is not jointly executed by the parties within the Courtesy Period.

(ii)    The principal business activity of CorrectiveSolutions is the provision of educational seminars and administrative support services to State and Judicial District prosecutors' offices that have adopted a bad check diversion program. These programs typically allow alleged bad check offenders (the "Participants") to avoid the prospect of criminal prosecution, provided the Participant attends an educational seminar ("Seminar") mandated by the prosecutorial authority addressing the causes and the prevention of bad check writing, in addition, each Participant must pay a mandatory fee for the Seminar and full restitution to the victim of the bad check. For purposes of this Agreement a check shall be defined as any physical or electronic account draft or as per the Check Clearing for 21st Century Act section 3(6): a draft, payable on demand and drawn on or payable through or at an office of a bank, whether or not negotiable, that is handled for forward collection or return, including a substitute check and a travelers check ("Check").

(iii)   CorrectiveSolutions has extensive experience providing administrative support and Seminars for diversion programs. CorrectiveSolutions has developed proprietary Seminar materials for conducting Seminars, including extensive experience in staffing diversion program Seminars, and has acquired substantial knowledge with respect to the administrative and record management procedures necessary to administer an effective diversion program.

(iv)    The District Attorney desires to provide a diversion program for Participants, consistent with and pursuant to Section 801 of The Financial Services Regulatory Relief Act of 2006, 15 U.S.C. § 1692p ("The Act"), and any applicable state law and desires to retain CorrectiveSolutions as a duly authorized agent to provide administrative support services, to staff and to administer its District Attorney diversion program Seminars, and to provide administrative support services as reasonably required by the District Attorney in conducting its diversion program ("Diversion Program"). To the extent that Corrective-Solutions employees have any interaction with Participants other than with respect to Seminar-related activities, CorrectiveSolutions employees shall exercise only ministerial, non-discretionary duties, at all times subject to the management and control of the District Attorney.  CorrectiveSolutions desires to perform these services for the District Attorney as specified herein.

9/05/2013

CORRECTIVESOLUTIONS PROPRIETARY AND CONFIDENTIAL
NOT FOR DUPLICATION OR DISTRIBUTION

El Dorado County, CA
Page 2 of 9

## NOW THEREFORE, THE PARTIES AGREE AS FOLLOWS:

1.     **Retention of Services.** The District Attorney retains the services of CorrectiveSolutions as described herein, and CorrectiveSolutions agrees to perform in accordance with this Agreement.

2.     **Term.** The term of this Agreement is three years and shall cover the period of September 24, 2013 through September 23, 2016, commencing upon execution of this Agreement by both parties, and unless sooner terminated as provided herein.

3.     **Name, Authority, and Control.** The District Attorney has determined that no El Dorado County funds are required to operate and maintain the Diversion Program and is duly authorized to create a Diversion Program per California Penal Code 1001.60 and as such no adoption of a resolution is required by the board of supervisors to declare that there are sufficient funds available to fund the program:

(a)  the District Attorney retains full prosecutorial discretion and does not delegate to CorrectiveSolutions any aspect of the exercise of prosecutorial discretion and the District Attorney has deemed the Diversion Program to be in the best interest of its jurisdiction and in compliance with any applicable state statutory or common law and in compliance with The Act;

(b)  the content and frequency of the Seminars are to be approved by the District Attorney prior to the commencement of the Seminars;

(c)  prerequisites for participation in the Diversion Program, including any requirement to pay full restitution to the victim, shall be established by the District Attorney and not by CorrectiveSolutions. The District Attorney shall determine if probable cause of a bad check violation exists under state penal law ("Bad Check Violation") and that contact with the alleged offender for purposes of participation in the Diversion Program is appropriate and consistent with The Act, as so required;

(d)  the District Attorney retains the authority to contractually set or modify the Diversion Seminar fees and terms of payment from the Participants;

(e)  the format, content, and frequency of any oral or written communication with Participants concerning the payment of restitution or Diversion Seminar Fees is to be approved in advance by the District Attorney, along with any future changes of material consequence to the communications materials;

(f)  the mailing of all written communications to Participants concerning the payment of restitution or Diversion Seminar Fees is to be approved by the District Attorney prior to the mailing, and any such written communication will be either generated or mailed by District Attorney personnel, by a mailing service or similar clerical service, or fulfilled by Corrective-Solutions under its assigned administrative responsibilities per this Agreement; and

(g)  the mailing address to which Participants are directed to respond will be the District Attorney's mailing address and/or a post office box held in the District Attorney's name.

4.     **Services to Be Provided by CorrectiveSolutions.**

(a) **Seminars.** CorrectiveSolutions will conduct all Diversion Program Seminars. In that regard, CorrectiveSolutions will provide qualified instructors to conduct the Seminars, provide its proprietary Seminar materials to Participants, lease the required facilities to conduct the Seminars,

CORRECTIVESOLUTIONS PROPRIETARY AND CONFIDENTIAL
NOT FOR DUPLICATION OR DISTRIBUTION

El Dorado County, CA
Page 3 of 9

monitor the attendance at the Seminars, and communicate directly with Seminar Participants regarding scheduling, attendance, and related administrative details. Seminars shall be scheduled in convenient locations within or near El Dorado County and will be held as determined convenient and effective in serving Participants. Instructors will typically hold advanced degrees in a counseling related field (e.g., psychology or social work). CorrectiveSolutions will continue to develop and refine its Seminar curriculum and educational materials, and will conduct ongoing training and evaluation of all CorrectiveSolutions instructors. The Seminar is designed to eliminate or modify many of the behavioral rationalizations surrounding the writing of bad checks, as well as focus on deficiencies in the areas of personal finance, communication, and stress management. Seminar sizes will average from 20 to 30 Participants, based on Participant and instructor scheduling needs. A CorrectiveSolutions "Checks and Balances" personal study program (or equivalent future program) ("Personal Study Program") may also, as appropriate, be utilized in lieu of a live Seminars under certain circumstances, (e.g., if the Participant lives outside a reasonable distance from the Seminar site, a fully attended Seminar cannot be assembled on a scheduled date, etc.).

**(b) Administrative Support.** CorrectiveSolutions will provide the District Attorney with *pro forma* administrative forms and proposed procedural guidelines for the operation of the Diversion Program, which are to be reviewed, modified and approved by the District Attorney. CorrectiveSolutions will make its administrative personnel available to assist the District Attorney in the development of administrative procedures to be followed for the clerical and accounting functions of the Diversion Program. These procedures include the District Attorney's written communications to Participants, which may be updated from time to time by CorrectiveSolutions for administrative efficiencies, the mechanics of sorting the mail, depositing and accounting for Diversion Program Fees and restitution payments from Participants, disbursement of restitution payments to victims, and financial reporting. CorrectiveSolutions shall provide clerical personnel for administrative, accounting, and reporting aspects of the Diversion Program, subject at all times to the managerial authority of the District Attorney. More specifically, CorrectiveSolutions shall:

(i)     maintain thorough records to enable the generation of reports detailing the compliance and the disposition status on each Participant's case,

(ii)    maintain a detailed current accounting record of all receipts and disbursements of the Diversion Program,

(iii)   open and sort correspondence related to the Diversion Program and deposit restitution payments and Diversion Program Fees in a federally insured account to be held in trust for the District Attorney ("Account"),

(iv)    prepare monthly reports which shall provide a summary of transactions and Diversion Program activity for the period, and

(v)     maintain physical files, computer files, and facilities required for performance under this Agreement, and provide the necessary supplies and system access to enable the District Attorney to administer the Diversion Program.

**5.     Responsibilities of the District Attorney**. The District Attorney shall establish the policies and procedures of the Diversion Program and instruct CorrectiveSolutions regarding the administrative requirements necessary for effective Diversion Program operation. The District Attorney shall establish eligibility criteria for all Participants in the Diversion Program and shall determine if probable cause of a Bad Check Violation exists under state penal law, and that contact with the alleged offender for purposes of participation in the Diversion Program is

CORRECTIVESOLUTIONS PROPRIETARY AND CONFIDENTIAL
NOT FOR DUPLICATION OR DISTRIBUTION

El Dorado County, CA
Page 4 of 9

appropriate and consistent with The Act, as so required. This determination by the District Attorney shall be communicated to the Diversion Program via its authorized and approved intake, dispute resolution, and prosecution review criteria, established prior to the start of the Diversion Program and as these and other future required documents, as needed, may be added or updated from time to time by the District Attorney. The District Attorney shall also determine, consistent with state statutory law if applicable, specific Diversion Program completion criteria, and procedures regarding the management of cases for those individuals who fail to comply with Diversion Program requirements, including the payment of full restitution and Diversion Program Fees.

6.      **Designation of District Attorney's "Communications Liaison Officer."** The District Attorney's office shall designate one of its properly authorized employees as the Communications Liaison Officer (the "Communications Officer"). The Communications Officer shall be charged with final approval, signature, and coordination of all written communications to Participants concerning the Diversion Program, except for those communications relating exclusively to conducting and scheduling of Seminars, which is the primary responsibility of CorrectiveSolutions. Furthermore, the Communications Officer shall authorize and supervise all communications with Participants concerning the terms and conditions of the Diversion Program, including directing the dispute process to comply with The Act, as so required, which will include a clear and conspicuous statement in the initial notice informing Participants that they have 30 days to dispute in writing the validity of any alleged Bad Check Violation ("Written Dispute"). The initial notice will also inform Participants of their various approved dispute options and requirements. CorrectiveSolutions shall adhere to the authorized dispute resolution criteria and shall forward any such unresolved Written Disputes to the Communications Officer, who will then provide, per The Act, explicit direction(s) as to how to resolve the dispute and whether such Participant has been further determined eligible for continued participation in the Diversion Program.  CorrectiveSolutions shall be responsible for all communications with Participants regarding the conduct and scheduling of the Seminars, including attendance, location, rescheduling of Seminars, or other Seminar related matters. Corrective-Solutions personnel shall direct any questions within the responsibility of the Communications Officer to the Communications Officer, and not discuss these issues with Participants.

7.      **Compensation to CorrectiveSolutions.** CorrectiveSolutions is to be compensated from the proceeds of the Diversion Seminar Fees charged to the Participants, from CorrectiveSolutions' portion of the Administrative Fees (if any), and from Incidental Expense Fees (if any) charged to Participants for monitoring restitution, accounting costs associated with payment arrangements, and any other incidental costs authorized by law or the District Attorney. The authorized Diversion Seminar Fees, Administrative Fees (if any), and Incidental Expense Fees (if any) are set forth on Schedule 1 attached hereto.

8.      **Funds and Disbursements.** Participants in the Diversion Program shall be instructed to remit payments: i) to a post office box maintained by the District Attorney, ii) over the phone and/or Internet, (e.g., via credit/debit card, ACH or other EFT type transaction), iii) via Western Union (or equivalent service provider), or iv) other payment methods that may be available in the future, after which monies shall be deposited in a federally insured Account.  Disbursements from the Account shall be made on a regular cycle with the assistance of CorrectiveSolutions.  A summary of all Account transactions shall be reported on a monthly basis, with supporting documentation made available for inspection upon request.

9.      **Records Subject to Audit.** The Diversion Program books of accounts, records, and source documents shall be kept and made available at the request of the District Attorney with the cost of such presentation borne by CorrectiveSolutions. The District Attorney shall have the right to examine and audit the Diversion Program books and records and supporting source documents

9/05/2013

CORRECTIVESOLUTIONS PROPRIETARY AND CONFIDENTIAL
NOT FOR DUPLICATION OR DISTRIBUTION

El Dorado County, CA
Page 5 of 9

at any and all times. The cost of the audit shall be borne by CorrectiveSolutions if the audit shows an understatement of annual compensation of more than five percent (5%) of the annual compensation to the District Attorney's Office determined on audit, or the audit demonstrates a material failure of CorrectiveSolutions to maintain accurate and complete books, records, accounts, and supporting documentation. All Diversion Program physical and electronic records shall be retained for a period of not less than three (3) years, with records relating to any litigation, or settlement of claims arising out of performance of this contract being retained for a period of not less than four (4) years. CorrectiveSolutions reserves the right to digitize physical records into electronic files in complying with this requirement. In addition, CorrectiveSolutions reserves the right to destroy physical records once an electronic record is created.

**10.    Termination.** Either party may terminate this Agreement without cause upon ninety (90) days written notice given to the other party. In the event of a termination, the District Attorney shall give CorrectiveSolutions written "wind down" instructions. CorrectiveSolutions shall comply with the termination instructions in a manner that is consistent with recognized standards of prudent business practice. Compensation to both parties will continue throughout the process of closing operations.

**11.    Confidentiality.** CorrectiveSolutions acknowledges and agrees to implement reasonable safeguards to protect the confidentiality of information obtained in the course of the Diversion Program, including the identity and personal information of Participants, the identity of persons who file bad check crime reports with the District Attorney, and the operations of the District Attorney. The District Attorney agrees to protect all proprietary information Corrective-Solutions provides in connection with the performance of this Agreement, including certain CorrectiveSolutions communications materials, teaching materials, instructional guidelines, financial condition, business plans, and technical information. The parties agree upon termination of this Agreement to refrain from using any proprietary or confidential information or materials unless such materials or information may become evidence in any criminal prosecution or civil action that affects El Dorado County of the State of California.

**12.    Insurance.** CorrectiveSolutions will maintain Comprehensive General Liability Insurance including premises liability, bodily injury, and product/completed operations coverage with a combined single limit of $1,000,000.00 per occurrence, with a $2,000,000.00 aggregate. CorrectiveSolutions will maintain non-owned/hired automobile liability insurance in the amount of $1,000,000.00 in aggregate. In reference to insurance coverage maintained by Corrective-Solutions such policies shall not be canceled, limited in scope, or non-renewed until after thirty (30) days written notice has been given to the office of the District Attorney. Certificates of Insurance evidencing the above coverages and clauses shall be made available to the District Attorney's office upon request.

**13.    Status of CorrectiveSolutions Personnel.** CorrectiveSolutions employees are and shall remain the employees of CorrectiveSolutions, not the District Attorney. CorrectiveSolutions shall maintain all necessary licenses, permits, certificates, and approvals required by the laws of the United States, California, and all other appropriate governmental agencies. Evidence of such licenses, permits, and approvals shall be made available to the District Attorney's office upon request. CorrectiveSolutions certifies that all policies regarding employment and participation in the Program are in writing and shall be made available to the District Attorney and members of the public upon request. The foregoing notwithstanding, CorrectiveSolutions employees, when performing the administrative support requirements of this Agreement, shall be subject to the managerial control of the District Attorney at all times with respect to any communications CorrectiveSolutions employees may have with Participants. To the extent that Corrective-Solutions employees have any interaction with Participants other than with respect to Seminar-

9/05/2013

CORRECTIVESOLUTIONS PROPRIETARY AND CONFIDENTIAL
NOT FOR DUPLICATION OR DISTRIBUTION

El Dorado County, CA
Page 6 of 9

related activities, CorrectiveSolutions employees shall exercise only ministerial, non-discretionary duties, at all times subject to the management and control of the District Attorney.

**14.     Entire Agreement.**  This Agreement supersedes any and all other agreements, either oral or written, between the parties hereto with respect to the subject matter hereof, and contains all of the agreements between the parties with respect to said matter. Each party to this Agreement acknowledges that no representations, inducements, promises, or agreements, oral or otherwise, have been made by either party which are not embodied herein, and that no other agreements, statements, or promises not contained within this Agreement shall be valid or binding.

**15.     Attorneys' Fees.** If a dispute arises with respect to this Agreement, the party prevailing in such dispute shall be entitled to recover all fees and expenses, including, without limitation, reasonable attorneys' fees and expenses, incurred in ascertaining such party's rights, or in preparing to enforce or in enforcing such party's rights under this Agreement, whether or not it was necessary for such party to institute suit.

**16.     Execution in Counterparts.** This Agreement may be executed in several counterparts and when so executed shall constitute one agreement binding on all the parties, notwithstanding that all the parties are not signatory to the original and same counterpart.

**17.     Further Assurance.** From time to time each party will execute and deliver such further instruments and will take such other action as the other party may reasonably request in order to discharge and perform their obligations and agreements hereunder and to give effect to the intentions expressed in this Agreement

9/05/2013

CORRECTIVESOLUTIONS PROPRIETARY AND CONFIDENTIAL
NOT FOR DUPLICATION OR DISTRIBUTION

El Dorado County, CA
Page 7 of 9

**18.    Notice.** Any notice to be given hereunder by any party to the other, shall be in writing and may be effected by personal delivery, or by registered mail, return receipt requested, addressed to the proper party, at the following addresses:

**Mats Jonsson**                                      **The Honorable Vernon Pierson**
**National Corrective Group, Inc.**              **El Dorado County District Attorney**
**(d.b.a. CorrectiveSolutions)**                  515 Main Street
**Chief Executive Officer**                        Placerville, CA 95667
910 Calle Negocio, Suite 300
San Clemente, CA 92673-6254

Requesting Contract Administrator/Department Head or his designee Concurrence:

By: _____        Date: _9/19/13_____
                 Vernon Pierson
                 District Attorney

**IN WITNESS WHEREOF,** the parties hereto have executed this Agreement the day and year first below written.

-- -- COUNTY OF EL DORADO -- --

By: _____        Dated: _9/27/13_____
                 Terri Daly, Purchasing Agent
                 Chief Administrative Office
                 "County"

-- -- CORRECTIVESOLUTIONS -- --

NATIONAL CORRECTIVE GROUP, INC.
A DELAWARE CORPORATION

By: _____        Dated: _9/9/13_____
                 Mats Jonsson
                 Chief Executive Officer
                 "CorrectiveSolutions"

9/05/2013                                              CORRECTIVESOLUTIONS PROPRIETARY AND CONFIDENTIAL
NOT FOR DUPLICATION OR DISTRIBUTION

El Dorado County, CA
Page 8 of 9

## SCHEDULE 1

A.   **RESTITUTION:** The victim's total loss associated with the face value of all bad checks, plus a bank charge up to $15.00 as per California Penal Code Section 1001.65(c).

B.   **ADMINISTRATIVE FEE:** The amount of the fee shall not exceed $50.00 per check authorized pursuant to California Penal Code Section 1001.65(a). These fees shall be utilized in offsetting program administrative expenses and paid in accordance with the Payment Disbursement Schedule below.

C.   **DIVERSION SEMINAR FEE:** The Diversion Program shall require eligible Participants to pay a $191 Diversion Seminar Fee ("Fee") for the current contract year of the Agreement, with a 3% annual increase thereafter (rounded to the nearest dollar) on each subsequent Agreement anniversary. No more than one class fee will be charged per Participant during a 12 month period. This Fee includes the opportunity to attend the Seminar or to complete a Personal Study Program where appropriate (which Seminar/ Personal Study Program times, dates, and curriculum may be updated from time to time by CorrectiveSolutions to better serve Participants and for administrative efficiencies).

D.   **CONVENIENCE FEE:** Participants utilizing a method of payment outlined in Section 8 (ii) or (iv) will be assessed up to a $10 convenience fee on each occasion applicable (which fee may be reasonably updated from time to time by CorrectiveSolutions). Any Convenience Fee shall be paid first and fully to CorrectiveSolutions to reimburse it for its processing fees and is not subject to the recovery and payment distribution schedule in the event of a partial payment.

E.   **INCIDENTAL EXPENSE FEES:**

    **1. RESCHEDULING FEE:** Participants who fail to cancel their originally scheduled Seminar time without 48 hour advance notice or who fail to appear at their scheduled Seminar or who cancel any subsequently scheduled Seminars will be required to pay a $25 rescheduling fee on each occasion applicable.

    **2. PAYMENT FEE:** The Diversion Program shall require all Participants who have enrolled in a payment plan and miss their scheduled payment date (payment is postmarked more than five (5) days from the scheduled date or they underpay their payment plan amount) to pay a $10 late fee on each occasion applicable to cover the additional administrative expense resulting from the failure to comply with the scheduled payment plan(s).

    **3. OVERPAYMENT/HANDLING FEE:** All overpayment balances over $5 shall be paid to the Participant(s) within ninety (90) days after all Program requirements have been satisfied, less a $5 handling fee. All overpayments under $5 shall be retained by CorrectiveSolutions.

F.   **PROGRAM COSTS:** All direct costs to the District Attorney resulting from mail services, banking fees, postal box rental and related mail costs, shall be charged against and paid from CorrectiveSolutions' portion of the Administrative Fees. CorrectiveSolutions shall bear all costs related to its personnel, supplies, and expenses.

9/05/2013

CORRECTIVESOLUTIONS PROPRIETARY AND CONFIDENTIAL
NOT FOR DUPLICATION OR DISTRIBUTION

El Dorado County, CA
Page 9 of 9

G.   **COMPENSATION:** CorrectiveSolutions shall receive 60% of the Administrative Fees and the District Attorney 40. CorrectiveSolutions shall also receive 100% of the Diversion Seminar, Incidental Expense, and Convenience Fees.

H.   **PAYMENT DISBURSEMENT SCHEDULE:** Victim restitution receipts in prior months shall be disbursed by check (or other electronic transfer method per victim's request) to the victim no later than the 20th day of each month. CorrectiveSolutions' fees shall be disbursed weekly to CorrectiveSolutions (which frequency may be updated from time to time by CorrectiveSolutions as necessary). Bills for mail costs and postal box rentals shall be paid by CorrectiveSolutions according to vendor terms. The balance of the fees owed to the District Attorney for the prior month's receipts shall also be disbursed by the 20th day of each month.

I.   **RECOVERY AND PAYMENT DISTRIBUTION:** Lump sum payments shall be distributed in their entirety according to the payment disbursement schedule under which victims are paid first. When partial payments are received, the following distribution priority shall be used: 50% of the partial payment is applied to the victim restitution balance (until satisfied). The remaining portion of the payment is applied first to the Diversion Seminar Fee and secondly to the Incidental Expense Fees (if any), and last to Administrative Fees (if any). In cases where there are multiple victims, restitution payments will be applied on a first-in first-out (FIFO) basis as determined by crime report filing date.

*DISTRICT ATTORNEY*
*INITIAL HERE* _____

9/05/2013

CORRECTIVESOLUTIONS PROPRIETARY AND CONFIDENTIAL
NOT FOR DUPLICATION OR DISTRIBUTION