— **EXHIBIT 4** —



**Alameda County District Attorney**
**Bad Check Restitution Program**
PO Box 1079
Oakland, CA 94604-1079

**Nancy E. O' Malley**
District Attorney

08JWJX3

# FAILURE TO RESPOND - IMMEDIATE ATTENTION REQUIRED

\*\*\*  0203-00414-001  kjb94063@hotmail.com
3000000513 01.0000.0000 392/1

KEVIN J BREATZEALE
37200 PASEO PADRE PKWY APT 152
FREMONT CA 94555

Office Hours: 9:00 a.m. - 5:00 p.m.
Phone:  (866)740-7398
Date of Notice:  02/03/2014
Case #:   42411526
Balance Due: $730.00
Page:   1

Our records indicate that you have failed to respond or fully comply with the District Attorney's Official Notice.

Call this Office by 02/13/2014 if you wish to participate in the Bad Check Restitution Program.

Successful completion of the program requires that you comply with all Bad Check Restitution Program requirements including full restitution, all fees and attendance of the Financial Accountability class.  You may receive further notices and/or phone calls while program requirements remain outstanding.

**Our records indicate that you currently have an outstanding balance of $730.00.**

**Our records indicate you have not completed your Financial Accountability class requirement.**

If you have already mailed or arranged your required payment(s) and completed or scheduled the educational class, please disregard this Notice.  Otherwise, please call (866)740-7398 or go to our secure website at www.checkprogram.com.  To access your file online you will need to enter your case number, which is 42411526, and the following password: 39632773.

Thank you for your immediate attention to this matter.

Sincerely,

*Nancy E. O'Malley*

**Nancy E. O' Malley**
**District Attorney**

The Alameda County District Attorney's Bad Check Restitution Program is administered by a private
entity under contract with the Alameda County District Attorney.

---

**To Make Payment/Schedule Class, call (866)740-7398 or www.checkprogram.com**
**Case Number: 42411526  Password: 39632773**
**PAYMENTS ACCEPTED:  CREDIT & DEBIT CARDS, WESTERN UNION, MONEY ORDERS, OR CASHIER'S CHECK**