— **EXHIBIT 5** —



**Alameda County District Attorney**
**Bad Check Restitution Program**
PO Box 1079
Oakland, CA 94604-1079

**Nancy E. O' Malley**
District Attorney


08L4NQ1

## WARNING - SECOND NOTICE OF FAILURE TO COMPLY

\*\*\* 0306-00749-001  kjb94063@hotmail.com
3000000938 01.0000.0000 656/1

KEVIN J BREAZEALE
37200 PASEO PADRE PKWY APT 152
FREMONT CA 94555

Office Hours: 9:00 a.m. - 5:00 p.m.
Phone:  (866)740-7398
Date of Notice:  03/06/2014
Case #:   42411526
Balance Due: $730.00
Page:    1

You have failed to respond to the District Attorney's Notices regarding California Penal Code 476a, entitled "Making or Delivering Check With Insufficient Funds". Prior attempts to resolve this situation have been unsuccessful.

You cannot participate in the Bad Check Restitution Program unless you contact this office prior to 03/13/2014.  If you wish to participate in the program, call this Office during the hours listed above.

Successful completion of the program requires that you comply with all Bad Check Restitution Program requirements including full restitution, all fees and attendance of the Financial Accountability class.  You may receive further notices and/or phone calls while program requirements remain outstanding.

**Our records indicate that you currently have an outstanding balance of $730.00.**

**Our records indicate you have not completed your Financial Accountability class requirement.**

If you have already mailed or arranged your required payment(s) and completed or scheduled the educational class, please disregard this Notice.  Otherwise, please call (866)740-7398 or go to our secure website at www.checkprogram.com.  To access your file online you will need to enter your case number, which is 42411526, and the following password: 39632773.

Thank you for your immediate attention to this matter.

Sincerely,

*Nancy E. O'Malley*

**Nancy E. O' Malley**
**District Attorney**

The Alameda County District Attorney's Bad Check Restitution Program is administered by a private entity under contract with the Alameda County District Attorney.

---

**To Make Payment/Schedule Class, call (866)740-7398 or www.checkprogram.com**
**Case Number: 42411526  Password: 39632773**
**PAYMENTS ACCEPTED: CREDIT & DEBIT CARDS, WESTERN UNION, MONEY ORDERS, OR CASHIER'S CHECK**