# — EXHIBIT  8 —





























































































































Orange County District Attorney
**Bad Check Restitution Program**
806 E Avenida Pico STE I PMB 340
San Clemente, CA 92673-5639

08PBJF2

# FAILURE TO RESPOND - IMMEDIATE ATTENTION REQUIRED

\*\*\* 0707REG.BLU.001
4000000915 01.0000.0000 839/1

KEVIN HIEP VU
9879 STURGEON AVE
FOUNTAIN VALLEY CA 92708-4618

Office Hours: 9:00 a.m. - 5:00 p.m.
Phone: (800)931-9352
Date of Notice: 07/07/2014
Case #: 42873230
Balance Due: $216.00
Page: 1

Our records indicate that you have failed to respond or fully comply with the District Attorney's Official Notice.

Call this Office by 07/17/2014 if you wish to participate in the Bad Check Restitution Program.

Successful completion of the program requires that you comply with all Bad Check Restitution Program requirements including full restitution, all fees and attendance of the Financial Accountability class. You may receive further notices and/or phone calls while program requirements remain outstanding.

**Our records indicate that you currently have an outstanding balance of $216.00.**

**Our records indicate you have not completed your Financial Accountability class requirement.**

If you have already mailed or arranged your required payment(s) and completed or scheduled the educational class, please disregard this Notice. Otherwise, please call (800)931-9352 or go to our secure website at www.checkprogram.com. To access your file online you will need to enter your case number, which is 42873230, and the following password: 40062189.

Thank you for your immediate attention to this matter.

Sincerely,

**Tony Rackauckas**
**District Attorney**

**The Orange County District Attorney's Bad Check Restitution Program is administered by a private entity under contract with the Orange County District Attorney.**

---

**To Make Payment/Schedule Class, call (800)931-9352 or www.checkprogram.com**
**Case Number: 42873230  Password: 40062189**
**PAYMENTS ACCEPTED: CREDIT & DEBIT CARDS, WESTERN UNION, MONEY ORDERS, OR CASHIER'S CHECK**

| | | | | |
|---|---|---|---|---|
| [839/1] | 07/07/2014 | Doc # FirstFTC | 7330 | generic |
| | | | | (QESP)45:T000:000937:001:  10944341  1/1 |