— **EXHIBIT 9** —

San Clemente, CA 92673-5639

08QBGZ2

# WARNING - SECOND NOTICE OF FAILURE TO COMPLY

*** 0804REG.BLU.001
4000000755 01.0000.0000 680/1

KEVIN HIEP VU
9879 STURGEON AVE
FOUNTAIN VALLEY CA 92708-4618

Office Hours: 9:00 a.m. - 5:00 p.m.
Phone:  (800)931-9352
Date of Notice: 08/04/2014
Case #:  42873230
Balance Due: $216.00
Page:   1

You have failed to respond to the District Attorney's Notices regarding California Penal Code 476a, entitled "Making or Delivering Check With Insufficient Funds". Prior attempts to resolve this situation have been unsuccessful.

You cannot participate in the Bad Check Restitution Program unless you contact this office prior to 08/11/2014.  If you wish to participate in the program, call this Office during the hours listed above.

Successful completion of the program requires that you comply with all Bad Check Restitution Program requirements including full restitution, all fees and attendance of the Financial Accountability class.  You may receive further notices and/or phone calls while program requirements remain outstanding.

**Our records indicate that you currently have an outstanding balance of $216.00.**

**Our records indicate you have not completed your Financial Accountability class requirement.**

If you have already mailed or arranged your required payment(s) and completed or scheduled the educational class, please disregard this Notice.  Otherwise, please call (800)931-9352 or go to our secure website at www.checkprogram.com.  To access your file online you will need to enter your case number, which is 42873230, and the following password: 40062189.

Thank you for your immediate attention to this matter.

Sincerely,

Tony Rackauckas
District Attorney

The Orange County District Attorney's Bad Check Restitution Program is administered by a private entity under contract with the Orange County District Attorney.

---

To Make Payment/Schedule Class, call (800)931-9352 or www.checkprogram.com
Case Number: 42873230  Password: 40062189
PAYMENTS ACCEPTED: CREDIT & DEBIT CARDS, WESTERN UNION, MONEY ORDERS, OR CASHIER'S CHECK

[680/1]                08/04/2014              Doc # SecondFTC      6536        generic
                                                                        (QESP)45:T000:000717:001:  10952751  1/1