# — EXHIBIT  2 —

# ORIGINAL

## ADMINISTRATIVE SUPPORT

## SERVICES AGREEMENT

## NO. 235-S1410

This Administrative Support Services Agreement (the "Agreement") between National Corrective Group, Inc., a Delaware corporation, doing business as CorrectiveSolutions and the District Attorney of El Dorado County, State of California ("District Attorney"):

### Recitals

(i)     The District Attorney and CorrectiveSolutions have expressed interest in entering into this Agreement on the terms contained herein, and such terms shall remain valid and in effect for thirty (30) days from the date of execution by CorrectiveSolutions ("Courtesy Period") and will expire after the Courtesy Period if the Agreement is not jointly executed by the parties within the Courtesy Period.

(ii)    The principal business activity of CorrectiveSolutions is the provision of educational seminars and administrative support services to State and Judicial District prosecutors' offices that have adopted a bad check diversion program. These programs typically allow alleged bad check offenders (the "Participants") to avoid the prospect of criminal prosecution, provided the Participant attends an educational seminar ("Seminar") mandated by the prosecutorial authority addressing the causes and the prevention of bad check writing, in addition, each Participant must pay a mandatory fee for the Seminar and full restitution to the victim of the bad check. For purposes of this Agreement a check shall be defined as any physical or electronic account draft or as per the Check Clearing for 21st Century Act section 3(6): a draft, payable on demand and drawn on or payable through or at an office of a bank, whether or not negotiable, that is handled for forward collection or return, including a substitute check and a travelers check ("Check").

(iii)   CorrectiveSolutions has extensive experience providing administrative support and Seminars for diversion programs. CorrectiveSolutions has developed proprietary Seminar materials for conducting Seminars, including extensive experience in staffing diversion program Seminars, and has acquired substantial knowledge with respect to the administrative and record management procedures necessary to administer an effective diversion program.

(iv)    The District Attorney desires to provide a diversion program for Participants, consistent with and pursuant to Section 801 of The Financial Services Regulatory Relief Act of 2006, 15 U.S.C. § 1692p ("The Act"), and any applicable state law and desires to retain CorrectiveSolutions as a duly authorized agent to provide administrative support services, to staff and to administer its District Attorney diversion program Seminars, and to provide administrative support services as reasonably required by the District Attorney in conducting its diversion program ("Diversion Program"). To the extent that Corrective-Solutions employees have any interaction with Participants other than with respect to Seminar-related activities, CorrectiveSolutions employees shall exercise only ministerial, non-discretionary duties, at all times subject to the management and control of the District Attorney. CorrectiveSolutions desires to perform these services for the District Attorney as specified herein.

9/05/2013

CORRECTIVESOLUTIONS PROPRIETARY AND CONFIDENTIAL
NOT FOR DUPLICATION OR DISTRIBUTION

El Dorado County, CA
Page 2 of 9

## NOW THEREFORE, THE PARTIES AGREE AS FOLLOWS:

1.  **Retention of Services.** The District Attorney retains the services of CorrectiveSolutions as described herein, and CorrectiveSolutions agrees to perform in accordance with this Agreement.

2.  **Term.** The term of this Agreement is three years and shall cover the period of September 24, 2013 through September 23, 2016, commencing upon execution of this Agreement by both parties, and unless sooner terminated as provided herein.

3.  **Name, Authority, and Control.** The District Attorney has determined that no El Dorado County funds are required to operate and maintain the Diversion Program and is duly authorized to create a Diversion Program per California Penal Code 1001.60 and as such no adoption of a resolution is required by the board of supervisors to declare that there are sufficient funds available to fund the program:

    (a)  the District Attorney retains full prosecutorial discretion and does not delegate to CorrectiveSolutions any aspect of the exercise of prosecutorial discretion and the District Attorney has deemed the Diversion Program to be in the best interest of its jurisdiction and in compliance with any applicable state statutory or common law and in compliance with The Act;

    (b)  the content and frequency of the Seminars are to be approved by the District Attorney prior to the commencement of the Seminars;

    (c)  prerequisites for participation in the Diversion Program, including any requirement to pay full restitution to the victim, shall be established by the District Attorney and not by CorrectiveSolutions. The District Attorney shall determine if probable cause of a bad check violation exists under state penal law ("Bad Check Violation") and that contact with the alleged offender for purposes of participation in the Diversion Program is appropriate and consistent with The Act, as so required;

    (d)  the District Attorney retains the authority to contractually set or modify the Diversion Seminar fees and terms of payment from the Participants;

    (e)  the format, content, and frequency of any oral or written communication with Participants concerning the payment of restitution or Diversion Seminar Fees is to be approved in advance by the District Attorney, along with any future changes of material consequence to the communications materials;

    (f)  the mailing of all written communications to Participants concerning the payment of restitution or Diversion Seminar Fees is to be approved by the District Attorney prior to the mailing, and any such written communication will be either generated or mailed by District Attorney personnel, by a mailing service or similar clerical service, or fulfilled by Corrective-Solutions under its assigned administrative responsibilities per this Agreement; and

    (g)  the mailing address to which Participants are directed to respond will be the District Attorney's mailing address and/or a post office box held in the District Attorney's name.

4.  **Services to Be Provided by CorrectiveSolutions.**

    **(a) Seminars.** CorrectiveSolutions will conduct all Diversion Program Seminars. In that regard, CorrectiveSolutions will provide qualified instructors to conduct the Seminars, provide its proprietary Seminar materials to Participants, lease the required facilities to conduct the Seminars,

9/05/2013

CORRECTIVESOLUTIONS PROPRIETARY AND CONFIDENTIAL
NOT FOR DUPLICATION OR DISTRIBUTION

El Dorado County, CA
Page 3 of 9

monitor the attendance at the Seminars, and communicate directly with Seminar Participants regarding scheduling, attendance, and related administrative details. Seminars shall be scheduled in convenient locations within or near El Dorado County and will be held as determined convenient and effective in serving Participants. Instructors will typically hold advanced degrees in a counseling related field (e.g., psychology or social work). CorrectiveSolutions will continue to develop and refine its Seminar curriculum and educational materials, and will conduct ongoing training and evaluation of all CorrectiveSolutions instructors. The Seminar is designed to eliminate or modify many of the behavioral rationalizations surrounding the writing of bad checks, as well as focus on deficiencies in the areas of personal finance, communication, and stress management. Seminar sizes will average from 20 to 30 Participants, based on Participant and instructor scheduling needs. A CorrectiveSolutions "Checks and Balances" personal study program (or equivalent future program) ("Personal Study Program") may also, as appropriate, be utilized in lieu of a live Seminars under certain circumstances, (e.g., if the Participant lives outside a reasonable distance from the Seminar site, a fully attended Seminar cannot be assembled on a scheduled date, etc.).

   **(b) Administrative Support.** CorrectiveSolutions will provide the District Attorney with *pro forma* administrative forms and proposed procedural guidelines for the operation of the Diversion Program, which are to be reviewed, modified and approved by the District Attorney. CorrectiveSolutions will make its administrative personnel available to assist the District Attorney in the development of administrative procedures to be followed for the clerical and accounting functions of the Diversion Program. These procedures include the District Attorney's written communications to Participants, which may be updated from time to time by CorrectiveSolutions for administrative efficiencies, the mechanics of sorting the mail, depositing and accounting for Diversion Program Fees and restitution payments from Participants, disbursement of restitution payments to victims, and financial reporting. CorrectiveSolutions shall provide clerical personnel for administrative, accounting, and reporting aspects of the Diversion Program, subject at all times to the managerial authority of the District Attorney. More specifically, CorrectiveSolutions shall:

   (i)   maintain thorough records to enable the generation of reports detailing the compliance and the disposition status on each Participant's case,

   (ii)  maintain a detailed current accounting record of all receipts and disbursements of the Diversion Program,

   (iii) open and sort correspondence related to the Diversion Program and deposit restitution payments and Diversion Program Fees in a federally insured account to be held in trust for the District Attorney ("Account"),

   (iv)  prepare monthly reports which shall provide a summary of transactions and Diversion Program activity for the period, and

   (v)   maintain physical files, computer files, and facilities required for performance under this Agreement, and provide the necessary supplies and system access to enable the District Attorney to administer the Diversion Program.

**5.   Responsibilities of the District Attorney**. The District Attorney shall establish the policies and procedures of the Diversion Program and instruct CorrectiveSolutions regarding the administrative requirements necessary for effective Diversion Program operation. The District Attorney shall establish eligibility criteria for all Participants in the Diversion Program and shall determine if probable cause of a Bad Check Violation exists under state penal law, and that contact with the alleged offender for purposes of participation in the Diversion Program is

9/05/2013

CORRECTIVESOLUTIONS PROPRIETARY AND CONFIDENTIAL
NOT FOR DUPLICATION OR DISTRIBUTION

El Dorado County, CA
Page 4 of 9

appropriate and consistent with The Act, as so required. This determination by the District Attorney shall be communicated to the Diversion Program via its authorized and approved intake, dispute resolution, and prosecution review criteria, established prior to the start of the Diversion Program and as these and other future required documents, as needed, may be added or updated from time to time by the District Attorney. The District Attorney shall also determine, consistent with state statutory law if applicable, specific Diversion Program completion criteria, and procedures regarding the management of cases for those individuals who fail to comply with Diversion Program requirements, including the payment of full restitution and Diversion Program Fees.

6.      **Designation of District Attorney's "Communications Liaison Officer."**  The District Attorney's office shall designate one of its properly authorized employees as the Communications Liaison Officer (the "Communications Officer"). The Communications Officer shall be charged with final approval, signature, and coordination of all written communications to Participants concerning the Diversion Program, except for those communications relating exclusively to conducting and scheduling of Seminars, which is the primary responsibility of CorrectiveSolutions. Furthermore, the Communications Officer shall authorize and supervise all communications with Participants concerning the terms and conditions of the Diversion Program, including directing the dispute process to comply with The Act, as so required, which will include a clear and conspicuous statement in the initial notice informing Participants that they have 30 days to dispute in writing the validity of any alleged Bad Check Violation ("Written Dispute"). The initial notice will also inform Participants of their various approved dispute options and requirements. CorrectiveSolutions shall adhere to the authorized dispute resolution criteria and shall forward any such unresolved Written Disputes to the Communications Officer, who will then provide, per The Act, explicit direction(s) as to how to resolve the dispute and whether such Participant has been further determined eligible for continued participation in the Diversion Program.   CorrectiveSolutions shall be responsible for all communications with Participants regarding the conduct and scheduling of the Seminars, including attendance, location, rescheduling of Seminars, or other Seminar related matters. Corrective-Solutions personnel shall direct any questions within the responsibility of the Communications Officer to the Communications Officer, and not discuss these issues with Participants.

7.      **Compensation to CorrectiveSolutions.**  CorrectiveSolutions is to be compensated from the proceeds of the Diversion Seminar Fees charged to the Participants, from CorrectiveSolutions' portion of the Administrative Fees (if any), and from Incidental Expense Fees (if any) charged to Participants for monitoring restitution, accounting costs associated with payment arrangements, and any other incidental costs authorized by law or the District Attorney. The authorized Diversion Seminar Fees, Administrative Fees (if any), and Incidental Expense Fees (if any) are set forth on Schedule 1 attached hereto.

8.      **Funds and Disbursements.**  Participants in the Diversion Program shall be instructed to remit payments: i) to a post office box maintained by the District Attorney, ii) over the phone and/or Internet, (e.g., via credit/debit card, ACH or other EFT type transaction), iii) via Western Union (or equivalent service provider), or iv) other payment methods that may be available in the future, after which monies shall be deposited in a federally insured Account.  Disbursements from the Account shall be made on a regular cycle with the assistance of CorrectiveSolutions.  A summary of all Account transactions shall be reported on a monthly basis, with supporting documentation made available for inspection upon request.

9.      **Records Subject to Audit.**  The Diversion Program books of accounts, records, and source documents shall be kept and made available at the request of the District Attorney with the cost of such presentation borne by CorrectiveSolutions. The District Attorney shall have the right to examine and audit the Diversion Program books and records and supporting source documents

9/05/2013

CORRECTIVESOLUTIONS PROPRIETARY AND CONFIDENTIAL
NOT FOR DUPLICATION OR DISTRIBUTION

El Dorado County, CA
Page 5 of 9

at any and all times. The cost of the audit shall be borne by CorrectiveSolutions if the audit shows an understatement of annual compensation of more than five percent (5%) of the annual compensation to the District Attorney's Office determined on audit, or the audit demonstrates a material failure of CorrectiveSolutions to maintain accurate and complete books, records, accounts, and supporting documentation. All Diversion Program physical and electronic records shall be retained for a period of not less than three (3) years, with records relating to any litigation, or settlement of claims arising out of performance of this contract being retained for a period of not less than four (4) years. CorrectiveSolutions reserves the right to digitize physical records into electronic files in complying with this requirement. In addition, CorrectiveSolutions reserves the right to destroy physical records once an electronic record is created.

**10.    Termination.** Either party may terminate this Agreement without cause upon ninety (90) days written notice given to the other party. In the event of a termination, the District Attorney shall give CorrectiveSolutions written "wind down" instructions. CorrectiveSolutions shall comply with the termination instructions in a manner that is consistent with recognized standards of prudent business practice. Compensation to both parties will continue throughout the process of closing operations.

**11.    Confidentiality.** CorrectiveSolutions acknowledges and agrees to implement reasonable safeguards to protect the confidentiality of information obtained in the course of the Diversion Program, including the identity and personal information of Participants, the identity of persons who file bad check crime reports with the District Attorney, and the operations of the District Attorney. The District Attorney agrees to protect all proprietary information Corrective-Solutions provides in connection with the performance of this Agreement, including certain CorrectiveSolutions communications materials, teaching materials, instructional guidelines, financial condition, business plans, and technical information. The parties agree upon termination of this Agreement to refrain from using any proprietary or confidential information or materials unless such materials or information may become evidence in any criminal prosecution or civil action that affects El Dorado County of the State of California.

**12.    Insurance.** CorrectiveSolutions will maintain Comprehensive General Liability Insurance including premises liability, bodily injury, and product/completed operations coverage with a combined single limit of $1,000,000.00 per occurrence, with a $2,000,000.00 aggregate. CorrectiveSolutions will maintain non-owned/hired automobile liability insurance in the amount of $1,000,000.00 in aggregate. In reference to insurance coverage maintained by Corrective-Solutions such policies shall not be canceled, limited in scope, or non-renewed until after thirty (30) days written notice has been given to the office of the District Attorney. Certificates of Insurance evidencing the above coverages and clauses shall be made available to the District Attorney's office upon request.

**13.    Status of CorrectiveSolutions Personnel.** CorrectiveSolutions employees are and shall remain the employees of CorrectiveSolutions, not the District Attorney. CorrectiveSolutions shall maintain all necessary licenses, permits, certificates, and approvals required by the laws of the United States, California, and all other appropriate governmental agencies. Evidence of such licenses, permits, and approvals shall be made available to the District Attorney's office upon request. CorrectiveSolutions certifies that all policies regarding employment and participation in the Program are in writing and shall be made available to the District Attorney and members of the public upon request. The foregoing notwithstanding, CorrectiveSolutions employees, when performing the administrative support requirements of this Agreement, shall be subject to the managerial control of the District Attorney at all times with respect to any communications CorrectiveSolutions employees may have with Participants. To the extent that Corrective-Solutions employees have any interaction with Participants other than with respect to Seminar-

CORRECTIVESOLUTIONS PROPRIETARY AND CONFIDENTIAL
NOT FOR DUPLICATION OR DISTRIBUTION

FIRST AMENDED COMPLAINT - 123

El Dorado County, CA
Page 6 of 9

related activities, CorrectiveSolutions employees shall exercise only ministerial, non-discretionary duties, at all times subject to the management and control of the District Attorney.

**14.     Entire Agreement.**  This Agreement supersedes any and all other agreements, either oral or written, between the parties hereto with respect to the subject matter hereof, and contains all of the agreements between the parties with respect to said matter. Each party to this Agreement acknowledges that no representations, inducements, promises, or agreements, oral or otherwise, have been made by either party which are not embodied herein, and that no other agreements, statements, or promises not contained within this Agreement shall be valid or binding.

**15.     Attorneys' Fees.** If a dispute arises with respect to this Agreement, the party prevailing in such dispute shall be entitled to recover all fees and expenses, including, without limitation, reasonable attorneys' fees and expenses, incurred in ascertaining such party's rights, or in preparing to enforce or in enforcing such party's rights under this Agreement, whether or not it was necessary for such party to institute suit.

**16.     Execution in Counterparts.** This Agreement may be executed in several counterparts and when so executed shall constitute one agreement binding on all the parties, notwithstanding that all the parties are not signatory to the original and same counterpart.

**17.     Further Assurance.** From time to time each party will execute and deliver such further instruments and will take such other action as the other party may reasonably request in order to discharge and perform their obligations and agreements hereunder and to give effect to the intentions expressed in this Agreement

9/05/2013

CORRECTIVESOLUTIONS PROPRIETARY AND CONFIDENTIAL
NOT FOR DUPLICATION OR DISTRIBUTION

FIRST AMENDED COMPLAINT - 124

El Dorado County, CA
Page 7 of 9

**18.**   **Notice.**  Any notice to be given hereunder by any party to the other, shall be in writing and may be effected by personal delivery, or by registered mail, return receipt requested, addressed to the proper party, at the following addresses:

| | |
|---|---|
| **Mats Jonsson**<br>**National Corrective Group, Inc.**<br>**(d.b.a. CorrectiveSolutions)**<br>**Chief Executive Officer**<br>910 Calle Negocio, Suite 300<br>San Clemente, CA 92673-6254 | **The Honorable Vernon Pierson**<br>**El Dorado County District Attorney**<br>515 Main Street<br>Placerville, CA 95667 |

Requesting Contract Administrator/Department Head or his designee Concurrence:

By: _____     Date: ___9/19/13___
          Vernon Pierson
          District Attorney


**IN WITNESS WHEREOF,** the parties hereto have executed this Agreement the day and year first below written.

-- -- COUNTY OF EL DORADO -- --


By: _____     Dated: ___9/27/13___
          Terri Daly, Purchasing Agent
          Chief Administrative Office
          "County"


-- -- CORRECTIVESOLUTIONS -- --

NATIONAL CORRECTIVE GROUP, INC.
A DELAWARE CORPORATION

By: _____     Dated: ___9/9/13___
          Mats Jonsson
          Chief Executive Officer
          "CorrectiveSolutions"


9/05/2013



CORRECTIVESOLUTIONS PROPRIETARY AND CONFIDENTIAL
NOT FOR DUPLICATION OR DISTRIBUTION

FIRST AMENDED COMPLAINT - 125

El Dorado County, CA
Page 8 of 9

## SCHEDULE 1

A.   **RESTITUTION:** The victim's total loss associated with the face value of all bad checks, plus a bank charge up to $15.00 as per California Penal Code Section 1001.65(c).

B.   **ADMINISTRATIVE FEE:** The amount of the fee shall not exceed $50.00 per check authorized pursuant to California Penal Code Section 1001.65(a). These fees shall be utilized in offsetting program administrative expenses and paid in accordance with the Payment Disbursement Schedule below.

C.   **DIVERSION SEMINAR FEE:** The Diversion Program shall require eligible Participants to pay a $191 Diversion Seminar Fee ("Fee") for the current contract year of the Agreement, with a 3% annual increase thereafter (rounded to the nearest dollar) on each subsequent Agreement anniversary. No more than one class fee will be charged per Participant during a 12 month period. This Fee includes the opportunity to attend the Seminar or to complete a Personal Study Program where appropriate (which Seminar/ Personal Study Program times, dates, and curriculum may be updated from time to time by CorrectiveSolutions to better serve Participants and for administrative efficiencies).

D.   **CONVENIENCE FEE:** Participants utilizing a method of payment outlined in Section 8 (ii) or (iv) will be assessed up to a $10 convenience fee on each occasion applicable (which fee may be reasonably updated from time to time by CorrectiveSolutions). Any Convenience Fee shall be paid first and fully to CorrectiveSolutions to reimburse it for its processing fees and is not subject to the recovery and payment distribution schedule in the event of a partial payment.

E.   **INCIDENTAL EXPENSE FEES:**

   **1. RESCHEDULING FEE:** Participants who fail to cancel their originally scheduled Seminar time without 48 hour advance notice or who fail to appear at their scheduled Seminar or who cancel any subsequently scheduled Seminars will be required to pay a $25 rescheduling fee on each occasion applicable.

   **2. PAYMENT FEE:** The Diversion Program shall require all Participants who have enrolled in a payment plan and miss their scheduled payment date (payment is postmarked more than five (5) days from the scheduled date or they underpay their payment plan amount) to pay a $10 late fee on each occasion applicable to cover the additional administrative expense resulting from the failure to comply with the scheduled payment plan(s).

   **3. OVERPAYMENT/HANDLING FEE:** All overpayment balances over $5 shall be paid to the Participant(s) within ninety (90) days after all Program requirements have been satisfied, less a $5 handling fee. All overpayments under $5 shall be retained by CorrectiveSolutions.

F.   **PROGRAM COSTS:** All direct costs to the District Attorney resulting from mail services, banking fees, postal box rental and related mail costs, shall be charged against and paid from CorrectiveSolutions' portion of the Administrative Fees.  CorrectiveSolutions shall bear all costs related to its personnel, supplies, and expenses.

9/05/2013

CORRECTIVESOLUTIONS PROPRIETARY AND CONFIDENTIAL
NOT FOR DUPLICATION OR DISTRIBUTION

FIRST AMENDED COMPLAINT - 126

El Dorado County, CA
Page 9 of 9

G.     **COMPENSATION:** CorrectiveSolutions shall receive 60% of the Administrative Fees and the District Attorney 40. CorrectiveSolutions shall also receive 100% of the Diversion Seminar, Incidental Expense, and Convenience Fees.

H.     **PAYMENT DISBURSEMENT SCHEDULE:** Victim restitution receipts in prior months shall be disbursed by check (or other electronic transfer method per victim's request) to the victim no later than the 20th day of each month.  CorrectiveSolutions' fees shall be disbursed weekly to CorrectiveSolutions (which frequency may be updated from time to time by CorrectiveSolutions as necessary). Bills for mail costs and postal box rentals shall be paid by CorrectiveSolutions according to vendor terms. The balance of the fees owed to the District Attorney for the prior month's receipts shall also be disbursed by the 20th day of each month.

I.     **RECOVERY AND PAYMENT DISTRIBUTION:** Lump sum payments shall be distributed in their entirety according to the payment disbursement schedule under which victims are paid first. When partial payments are received, the following distribution priority shall be used: 50% of the partial payment is applied to the victim restitution balance (until satisfied). The remaining portion of the payment is applied first to the Diversion Seminar Fee and secondly to the Incidental Expense Fees (if any), and last to Administrative Fees (if any). In cases where there are multiple victims, restitution payments will be applied on a first-in first-out (FIFO) basis as determined by crime report filing date.

*DISTRICT ATTORNEY*
*INITIAL HERE* _____

# — EXHIBIT  3 —



Alameda County District Attorney
Bad Check Restitution Program
PO Box 1079
Oakland, CA 94604-1079

Nancy E. O' Malley

|||||| ||| ||||| ||| ||||||||| ||| ||||||
08JCXU5

# OFFICIAL NOTICE - IMMEDIATE ATTENTION REQUIRED

\*\*\* 0117DUP.BLU.001
4000000621 01.0000.0000 214/1

|||||||||||||||||||||||||||||||||||||||||||||||||||||||||

KEVIN J BREATZEALE
APT 152
37200 PASEO PADRE PKWY
FREMONT CA 94536-2575

Office Hours: 9:00 a.m. - 5:00 p.m.
Phone: (866)740-7398
Date of Notice: 01/17/2014
Case #: 42411526
Balance Due: $730.00
Page: 1

You have been accused of violating California Penal Code 476a, entitled "Making or Delivering Check With Insufficient Funds". A conviction under this statute is punishable by up to one (1) year in the county jail for checks up to $450, and county jail or state prison for checks in excess of $450. See page 5 for details on the party(s) initiating this allegation.

My office has established a Bad Check Restitution Program. The Bad Check Restitution Program is authorized by the California legislature, and is a pre-charge program designed to allow people accused of having violated the above-referenced statute to avoid the possibility of further action against the accused by the District Attorney's Office. Participation in the Bad Check Restitution Program is voluntary. The Bad Check Restitution Program has two steps:

1. **Pay all restitution on all reported checks, plus any administrative, returned item, and program fees.**
2. **Attend a Financial Accountability class.**

### Alameda County District Attorney Bad Check Restitution Program
### TOTAL BALANCE DUE: $730.00

You have the right to dispute this matter, as set forth on page 2 of this notice. In order to participate in the Bad Check Restitution Program you must pay in full and schedule class within THIRTY (30) DAYS from the date of this Notice.

### PLEASE CALL (866)740-7398 or visit www.checkprogram.com TO
### MAKE PAYMENT/SCHEDULE CLASS
**Please have your case number ready:  42411526  and Password: 39632773**
**PAYMENTS ACCEPTED: CREDIT & DEBIT CARDS, WESTERN UNION, MONEY ORDERS, OR CASHIER'S CHECK**

If you choose to participate in the Bad Check Restitution Program, and if you successfully complete the program's two steps outlined above, my office will consider this matter resolved. The Bad Check Restitution Program is administered by a private entity under contract with the Alameda County District Attorney.

For additional information or if you believe you received this Notice in error, please see the reverse side.

**Sincerely,**

Nancy E. O'Malley

**Nancy E. O' Malley**
**District Attorney**

See reverse side ➡

This notice has been printed and mailed on behalf of my office by a third party
FIRST AMENDED COMPLAINT 29 Bad Check Restitution Program at no cost to the taxpayer.

214/11                                01/17/2014                    Doc FirstNotcCA        K10XVII           (QESP)45:T000:000244:001:  10891594  1/3

■ **IF YOU BELIEVE YOU RECEIVED THIS NOTICE IN ERROR OR WISH TO DISPUTE THIS NOTICE IN WRITING:**

- Review your records CAREFULLY.
- Call the District Attorney's Bad Check Restitution Program Office at (866)740-7398.
- Ask for a Compliance Specialist.
- Explain the error.
- The Compliance Specialist will ask you to fax or mail in documentation of the error. For cases involving stop payments on checks or performance disputes, please consult a Compliance Specialist for more information.
- You may dispute the validity of this allegation in writing to this Office within 30 days of receiving this Official Notice. Upon submitting your written dispute not later than 30 days after receiving the Official Notice (along with any relevant supporting documentation), the authorized administrator of the Bad Check Restitution Program will review the written dispute based on criteria established by the Alameda County District Attorney.

- Fax or mail your case documentation to:    **Fax: (800) 227-3041**

                                            **Alameda County District Attorney**
                                            **Bad Check Restitution Program**
                                            **PO Box 1079**
                                            Oakland, CA 94604-1079

■ **IF YOU BELIEVE YOU RECEIVED THIS NOTICE AS A RESULT OF IDENTITY THEFT, FORGERY, THEFT, OR OTHER FRAUD:**

You will be required to promptly provide further written documentation to support your claim. If you are a victim of identity theft, you will need to go to the bank to obtain and sign an identity theft affidavit.  If you were not the victim of identity theft but did not write the check(s), you will need to go to the bank to obtain and sign an affidavit of forgery that you did not write the check(s) in question. In most cases, if you believe the check(s) where stolen or forged, you will also be required to file a police report.

■ **IF YOU BELIEVE YOU WERE NOT PROPERLY NOTIFIED:**

The Bad Check Restitution Program is only for reports of bad check activity from those businesses or parties that have notified you according to California State Law and provided you with an opportunity to make good on the check. In addition to notification from the party you issued the check to banks routinely send customers notice of returned items. Non-sufficient funds (NSF) checks also appear on your monthly account statement.  **PLEASE CHECK YOUR RECORDS CAREFULLY.**

■ **IF YOU HAVE ALREADY PAID THE MERCHANT OR FILING PARTY:**

Please fax or mail documentation that the merchant or filing party received payment BEFORE the date of this Notice.  Appropriate documentation consists of a receipt of payment to the victim and/or a cleared copy (front and back) of repayment to the victim. The administrator of the Bad Check Restitution Program will review the submitted documentation. Allow fourteen (14) days to process information before calling.

■ **IF YOU WANT TO CONTEST THIS MATTER:**

You have the right to choose not to participate, and to contest this matter. If you wish, you may want to consult an attorney. Personal bankrupcies DO NOT void responsibility in a criminal matter.

---

**To Make Payment/Schedule Class, Call (866)740-7398 or www.checkprogram.com**
FIRST AMENDED COMPLAINT - 130
**Case Number: 42411526  Password: 39632773**
**PAYMENTS ACCEPTED: CREDIT & DEBIT CARDS, WESTERN UNION, MONEY ORDERS, OR CASHIER'S CHECK**

01/17/2014        Doc FirstNoteCA     K10XVII

## ■ TERMS AND CONDITIONS OF THE BAD CHECK RESTITUTION PROGRAM:

Participant agrees to participate in the Alameda County District Attorney Bad Check Restitution Program ("Program"). Participant acknowledges and agrees that the fees charged for the Program are reasonable and appropriate. Participant acknowledges and agrees that in addition to the fees that are charged, participant is required to attend a rehabilitative counseling class conducted by an instructor hired by the private entity under contract with the District Attorney to administer the Program ("Administrator"). Participant further agrees that by paying the fees charged for the Program, participant is bound by the terms and conditions of the Program, as set forth in this agreement.

Agreement to Arbitrate: You and Administrator agree to resolve any and all claims and disputes relating in any way to the Program ("Claims"), except for Claims concerning the validity, scope or enforceability of this Arbitration Agreement, through BINDING INDIVIDUAL ARBITRATION before the American Arbitration Association ("AAA"). This means you will be unable to have Claim(s) resolved by a court or jury, or to participate in a class action or class arbitration. Other rights you would have if you went to court may be unavailable or limited in arbitration, including your right to appeal. The only exception to this agreement to arbitrate is that you and/or Administrator may seek relief in a small claims court for Claims within the jurisdiction of that court in any particular state.

CLASS ACTION WAIVER: NO ARBITRATOR OR COURT MAY ORDER, PERMIT OR CERTIFY A CLASS ACTION, REPRESENTATIVE ACTION, PRIVATE ATTORNEY-GENERAL ACTION OR CONSOLIDATED ARBITRATION IN CONNECTION WITH THIS ARBITRATION AGREEMENT. NO ARBITRATOR OR COURT MAY ORDER OR PERMIT A JOINDER OF PARTIES IN CONNECTION WITH THIS ARBITRATION AGREEMENT UNLESS ALL PARTIES CONSENT TO SUCH JOINDER IN WRITING.

Governing Law and Jurisdiction: Any arbitration proceeding will be governed by the Consumer Procedures or other applicable rules of AAA in effect when the Claim is filed. The arbitration proceeding will take place in the county where you reside or any other mutually acceptable location. Judgment on the arbitration award may be entered in any court having jurisdiction.

The arbitrator shall follow applicable law and is empowered to grant any relief, including attorneys' fees, costs, and other expenses, to the extent such relief would be available in court. You and Administrator agree the Program and transactions subject to this Arbitration Agreement involve interstate commerce and that this Arbitration Agreement is governed by and enforceable under the Federal Arbitration Act. You and Administrator also agree this Arbitration Agreement extends to parties related to Administrator that are involved in any Claims, including without limitation, Administrator's parents, affiliates, subsidiaries, agents, principals, contractors, officers and employees.

Costs: Administrator shall pay all arbitration costs if it initiates arbitration. If you initiate arbitration, you will not be required to pay any fees that exceed the fees you would have paid had you brought the Claim(s) in court. You may seek a waiver of the filing fee under AAA Rules. If you do not qualify for a waiver, you may request, in writing, that Administrator advance all or part of the filing fee.

Enforceability: This Arbitration Agreement shall govern if there is a conflict between it and the AAA Rules, unless Administrator waives any conflict in writing. If any part of this Arbitration Agreement, except the class action waiver, is found invalid or unenforceable, the remaining provisions shall remain in full force and effect. If the class action waiver is found invalid or unenforceable as to a particular Claim, the Arbitration Agreement shall not apply to that Claim.

You may contact AAA to obtain information about arbitration, arbitration procedures and fees by calling 800-778-7879 or visiting www.adr.org.

YOU HAVE THE RIGHT TO REJECT THIS ARBITRATION AGREEMENT, BUT YOU MUST DO SO PROMPTLY. If you do not agree to arbitration, you must notify us in writing within sixty (60) days after the date you enroll in the Program. You must send your notice to: 806 E Avenida Pico STE I PMB 340, San Clemente, CA 92673-5639, and include your full name, address, and the statement "I reject the arbitration agreement for the Alameda County District Attorney Bad Check Restitution Program."

## ■ OTHER IMPORTANT INFORMATION:

Completion of the Bad Check Restitution Program is valid ONLY if you comply with ALL District Attorney's requirements. Should you be permitted to comply by a payment plan, such payments may be allocated ratably between restitution and program fees until they are fully satisfied. By making full or partial payment, you are agreeing to be enrolled in the Bad Check Restitution Program, and you are agreeing to pay restitution on all reported checks as well as pay all required fees, including program, administrative, and returned item fees pursuant to the terms of this Notice. Once enrolled, program fees will be non-refundable.

**You may wish to consult an attorney to obtain legal advice about your rights in regards to this matter.**

The Program does not accept personal checks. Sending a personal check for payment shall be deemed sufficient authorization to complete the payment via electronic debit. By doing so, your checking account will be debited for the amount of the check and your cancelled check will not be returned to your bank. Electronic debit entries returned for insufficient or uncollected funds may be resubmitted two times following the return of the original entry.

Please note, your balance may increase if additional checks are reported to this office or program fees are changed. Additionally, you may incur a fee for missing or rescheduling class, making a late or insufficient payment, and/or paying over the phone or Internet.

FIRST AMENDED COMPLAINT - 131

**Alameda County District Attorney**
Bad Check Restitution Program
PO Box 1079
Oakland, CA 94604-1079

**Nancy E. O' Malley**

# OFFICIAL NOTICE - IMMEDIATE ATTENTION REQUIRED

**BALANCE DUE ON  02/18/2014**         $730.00

Office Hours: 9:00 a.m. - 5:00 p.m.
Page:  5  of  5

**PAYMENT OPTIONS:**

**1. INTERNET**     www.checkprogram.com
Case Number:  42411526
Password:      39632773
**Credit and Debit Cards**

**2. PHONE**     (866)740-7398
**Credit and Debit Cards or Western Union**

**3. MAIL**     **Alameda County District Attorney**
**Bad Check Restitution Program**
PO Box 1079
Oakland, CA 94604-1079
**Money Orders and Cashier's Checks Only**

| VICTIM | CHECK # | DATE | AMOUNT | RETURNED ITEM FEE | ADMIN FEE | TOTAL THIS CHECK |
|---|---|---|---|---|---|---|
| DUBLIN HYUNDAI | 508 | 9/14/2013 | $500.00 | $0.00 | $50.00 | $550.00 |

*** Additional service fee may be due victim. ***

| | |
|---|---|
| Financial Accountability Class Fee | $180.00 |
| **TOTAL BALANCE DUE:** | **$730.00** |

---

**To Make Payment/Schedule Class, Call (866)740-7398 or www.checkprogram.com**
**Case Number: 42411526  Password: 39632773**
PAYMENTS ACCEPTED: CREDIT & DEBIT CARDS, WESTERN UNION, MONEY ORDERS, OR CASHIER'S CHECK

FIRST AMENDED COMPLAINT - 132

214/3]                                01/17/2014          Doc FirstNotcBCA    C13VI          (QESP)45:T000:000244:003;  10891594  3/3

— **EXHIBIT  4** —



**Alameda County District Attorney**
**Bad Check Restitution Program**
PO Box 1079
Oakland, CA 94604-1079

**Nancy E. O' Malley**
District Attorney

```
08JWJX3
```

# FAILURE TO RESPOND - IMMEDIATE ATTENTION REQUIRED

*** 0203-00414-001  kjb94063@hotmail.com
3000000513 01.0000.0000 392/1

KEVIN J BREATZEALE
37200 PASEO PADRE PKWY APT 152
FREMONT CA 94555

Office Hours: 9:00 a.m. - 5:00 p.m.
Phone:  (866)740-7398
Date of Notice: 02/03/2014
Case #:  42411526
Balance Due: $730.00
Page:   1

Our records indicate that you have failed to respond or fully comply with the District Attorney's Official Notice.

Call this Office by 02/13/2014 if you wish to participate in the Bad Check Restitution Program.

Successful completion of the program requires that you comply with all Bad Check Restitution Program requirements including full restitution, all fees and attendance of the Financial Accountability class.  You may receive further notices and/or phone calls while program requirements remain outstanding.

**Our records indicate that you currently have an outstanding balance of $730.00.**

**Our records indicate you have not completed your Financial Accountability class requirement.**

If you have already mailed or arranged your required payment(s) and completed or scheduled the educational class, please disregard this Notice.  Otherwise, please call (866)740-7398 or go to our secure website at www.checkprogram.com.  To access your file online you will need to enter your case number, which is 42411526, and the following password: 39632773.

Thank you for your immediate attention to this matter.

Sincerely,

*Nancy E. O'Malley*

**Nancy E. O' Malley**
**District Attorney**

The Alameda County District Attorney's Bad Check Restitution Program is administered by a private
entity under contract with the Alameda County District Attorney.

---

**To Make Payment/Schedule Class, call (866)740-7398 or www.checkprogram.com**
**Case Number: 42411526   Password: 39632773**
PAYMENTS ACCEPTED: CREDIT & DEBIT CARDS, WESTERN UNION, MONEY ORDERS, OR CASHIER'S CHECK
FIRST AMENDED FDCPA COMPLAINT 134

# — EXHIBIT  5 —



**Alameda County District Attorney**
**Bad Check Restitution Program**
PO Box 1079
Oakland, CA 94604-1079

**Nancy E. O' Malley**
District Attorney


08L4NQ1

# WARNING - SECOND NOTICE OF FAILURE TO COMPLY

*** 0306-00749-001  kjb94063@hotmail.com
3000000938 01.0000.0000 656/1

KEVIN J BREAZEALE
37200 PASEO PADRE PKWY APT 152
FREMONT CA 94555

Office Hours: 9:00 a.m. - 5:00 p.m.
Phone:  (866)740-7398
Date of Notice: 03/06/2014
Case #:  42411526
Balance Due: $730.00
Page:   1

You have failed to respond to the District Attorney's Notices regarding California Penal Code 476a, entitled "Making or Delivering Check With Insufficient Funds". Prior attempts to resolve this situation have been unsuccessful.

You cannot participate in the Bad Check Restitution Program unless you contact this office prior to 03/13/2014.  If you wish to participate in the program, call this Office during the hours listed above.

Successful completion of the program requires that you comply with all Bad Check Restitution Program requirements including full restitution, all fees and attendance of the Financial Accountability class.  You may receive further notices and/or phone calls while program requirements remain outstanding.

**Our records indicate that you currently have an outstanding balance of $730.00.**

**Our records indicate you have not completed your Financial Accountability class requirement.**

If you have already mailed or arranged your required payment(s) and completed or scheduled the educational class, please disregard this Notice.  Otherwise, please call (866)740-7398 or go to our secure website at www.checkprogram.com.  To access your file online you will need to enter your case number, which is 42411526, and the following password: 39632773.

Thank you for your immediate attention to this matter.

Sincerely,

**Nancy E. O' Malley**
**District Attorney**

The Alameda County District Attorney's Bad Check Restitution Program is administered by a private
entity under contract with the Alameda County District Attorney.

---

**To Make Payment/Schedule Class, call (866)740-7398 or www.checkprogram.com**
**Case Number: 42411526  Password: 39632773**
PAYMENTS ACCEPTED: CREDIT & DEBIT CARDS, WESTERN UNION, MONEY ORDERS, OR CASHIER'S CHECK

# — EXHIBIT  6 —



**Orange County District Attorney**
**Bad Check Restitution Program**
806 E Avenida Pico STE I PMB 340
San Clemente, CA 92673-5639

**Tony Rackauckas**
District Attorney

08G8BMI

# OFFICIAL NOTICE - IMMEDIATE ATTENTION REQUIRED

*** 1022DUP.BLU.001
    4000000187 01.0000.0000 67/1

ᵗᵖˡˡᵗˡᵖˡᵗᵖˡᵖᵗˡˡᵖˡˡᵖˡᵖˡˡˡˡˡˡᵖˡˡᵖˡᵖˡᵖˡᵖˡᵖᵗᵖˡᵖᵗˡ

KAREN SOLBERG
2156 CANTALIER ST
SACRAMENTO CA 95815-3808

Office Hours: 9:00 a.m. - 5:00 p.m.
Phone:  (800)931-9352
Date of Notice: 10/22/2013
Case #:  42058994
Balance Due: $285.00
Page:   1

You have been accused of violating California Penal Code 476a, entitled "Making or Delivering Check With Insufficient Funds". A conviction under this statute is punishable by up to one (1) year in the county jail for checks up to $450, and county jail or state prison for checks in excess of $450.  See page 5 for details on the party(s) initiating this allegation.

My office has established a Bad Check Restitution Program.  The Bad Check Restitution Program is authorized by the California legislature, and is a pre-charge program designed to allow people accused of having violated the above-referenced statute to avoid the possibility of further action against the accused by the District Attorney's Office.  Participation in the Bad Check Restitution Program is voluntary.  The Bad Check Restitution Program has two steps:

1. **Pay all restitution on all reported checks, plus any administrative, returned item, and program fees.**
2. **Attend a Financial Accountability class.**

### Orange County District Attorney Bad Check Restitution Program

## TOTAL BALANCE DUE: $285.00

You have the right to dispute this matter, as set forth on page 2 of this notice. In order to participate in the Bad Check Restitution Program you must pay in full and schedule class within THIRTY (30) DAYS from the date of this Notice.

### PLEASE CALL (800)931-9352 or visit www.checkprogram.com
### TO MAKE PAYMENT/SCHEDULE CLASS
**Please have your case number ready:  42058994 and Password: 39296883**
**PAYMENTS ACCEPTED: CREDIT & DEBIT CARDS, WESTERN UNION, MONEY ORDERS, OR CASHIER'S CHECK**

If you choose to participate in the Bad Check Restitution Program, and if you successfully complete the program's two steps above, my office will consider this matter resolved. The Bad Check Restitution Program is administered by a private entity under contract with the Orange County District Attorney.

For additional information or if you believe you received this Notice in error, please see the reverse side.

**Sincerely,**


**Tony Rackauckas**
**District Attorney**

See reverse side ➡

---

This notice has been printed and mailed on behalf of my office by a third party administrator of the
Bad Check Restitution Program at no cost to the taxpayer.

FIRST AMENDED COMPLAINT - 138



**Orange County District Attorney**
**Bad Check Restitution Program**
806 E Avenida Pico STE I PMB 340
San Clemente, CA 92673-5639

**Tony Rackauckas**
District Attorney

# OFFICIAL NOTICE - IMMEDIATE ATTENTION REQUIRED

**BALANCE DUE ON  11/21/2013**        $285.00

Office Hours: 9:00 a.m. - 5:00 p.m.
Page:    5   of  5

**PAYMENT OPTIONS:**

1. **INTERNET**      **www.checkprogram.com**
                     Case Number:   42058994
                     Password:      39296883
                     **Credit and Debit Cards**

2. **PHONE**         (800)931-9352
                     **Credit and Debit Cards or Western Union**

3. **MAIL**          **Orange County District Attorney**
                     **Bad Check Restitution Program**
                     806 E Avenida Pico STE I PMB 340
                     San Clemente, CA 92673-5639
                     **Money Orders and Cashier's Checks Only**

| VICTIM | CHECK # | DATE | AMOUNT | RETURNED ITEM FEE | ADMIN FEE | TOTAL THIS CHECK |
|--------|---------|------|--------|-------------------|-----------|------------------|
| SPOT COVERAGE | 106 | 4/18/2013 | $75.00 | $0.00 | $50.00 | $125.00 |

|  | | | | | Financial Accountability Class Fee | $160.00 |
|---|---|---|---|---|---|---|

\*\*\* Additional service fee may be due victim. \*\*\*

**TOTAL BALANCE DUE:**        **$285.00**

---

**To Make Payment/Schedule Class, Call (800)931-9352 or www.checkprogram.com**
**Case Number: 42058994  Password: 39296883**
PAYMENTS ACCEPTED: CREDIT & DEBIT CARDS, WESTERN UNION, MONEY ORDERS, OR CASHIER'S CHECK

Case 3:14-cv-03286-VC   Document 3-2   Filed 02/00/15   Page 23 of 55

■ **TERMS AND CONDITIONS OF THE BAD CHECK RESTITUTION PROGRAM:**

Participant agrees to participate in the Orange County District Attorney Bad Check Restitution Program ("Program"). Participant acknowledges and agrees that the fees charged for the Program are reasonable and appropriate. Participant acknowledges and agrees that in addition to the fees that are charged, participant is required to attend a rehabilitative counseling class conducted by an instructor hired by the private entity under contract with the District Attorney to administer the Program ("Administrator"). Participant further agrees that by paying the fees charged for the Program, participant is bound by the terms and conditions of the Program, as set forth in this agreement.

Agreement to Arbitrate: You and Administrator agree to resolve any and all claims and disputes relating in any way to the Program ("Claims"), except for Claims concerning the validity, scope or enforceability of this Arbitration Agreement, through BINDING INDIVIDUAL ARBITRATION before the American Arbitration Association ("AAA"). This means you will be unable to have Claim(s) resolved by a court or jury, or to participate in a class action or class arbitration. Other rights you would have if you went to court may be unavailable or limited in arbitration, including your right to appeal. The only exception to this agreement to arbitrate is that you and/or Administrator may seek relief in a small claims court for Claims within the jurisdiction of that court in any particular state.

CLASS ACTION WAIVER: NO ARBITRATOR OR COURT MAY ORDER, PERMIT OR CERTIFY A CLASS ACTION, REPRESENTATIVE ACTION, PRIVATE ATTORNEY-GENERAL ACTION OR CONSOLIDATED ARBITRATION IN CONNECTION WITH THIS ARBITRATION AGREEMENT. NO ARBITRATOR OR COURT MAY ORDER OR PERMIT A JOINDER OF PARTIES IN CONNECTION WITH THIS ARBITRATION AGREEMENT UNLESS ALL PARTIES CONSENT TO SUCH JOINDER IN WRITING.

Governing Law and Jurisdiction: Any arbitration proceeding will be governed by the Consumer Procedures or other applicable rules of AAA in effect when the Claim is filed. The arbitration proceeding will take place in the county where you reside or any other mutually acceptable location. Judgment on the arbitration award may be entered in any court having jurisdiction.

The arbitrator shall follow applicable law and is empowered to grant any relief, including attorneys' fees, costs, and other expenses, to the extent such relief would be available in court. You and Administrator agree the Program and transactions subject to this Arbitration Agreement involve interstate commerce and that this Arbitration Agreement is governed by and enforceable under the Federal Arbitration Act. You and Administrator also agree this Arbitration Agreement extends to parties related to Administrator that are involved in any Claims, including without limitation, Administrator's parents, affiliates, subsidiaries, agents, principals, contractors, officers and employees.

Costs: Administrator shall pay all arbitration costs if it initiates arbitration. If you initiate arbitration, you will not be required to pay any fees that exceed the fees you would have paid had you brought the Claim(s) in court. You may seek a waiver of the filing fee under AAA Rules. If you do not qualify for a waiver, you may request, in writing, that Administrator advance all or part of the filing fee.

Enforceability: This Arbitration Agreement shall govern if there is a conflict between it and the AAA Rules, unless Administrator waives any conflict in writing. If any part of this Arbitration Agreement, except the class action waiver, is found invalid or unenforceable, the remaining provisions shall remain in full force and effect. If the class action waiver is found invalid or unenforceable as to a particular Claim, the Arbitration Agreement shall not apply to that Claim.

You may contact AAA to obtain information about arbitration, arbitration procedures and fees by calling 800-778-7879 or visiting www.adr.org.

YOU HAVE THE RIGHT TO REJECT THIS ARBITRATION AGREEMENT, BUT YOU MUST DO SO PROMPTLY. If you do not agree to arbitration, you must notify us in writing within sixty (60) days after the date you enroll in the Program. You must send your notice to: 806 E Avenida Pico STE I PMB 340, San Clemente, CA 92673-5639, and include your full name, address, and the statement "I reject the arbitration agreement for the Orange County District Attorney Bad Check Restitution Program."

■ **OTHER IMPORTANT INFORMATION:**

Completion of the Bad Check Restitution Program is valid ONLY if you comply with ALL District Attorney's requirements. Should you be permitted to comply by a payment plan, such payments may be allocated ratably between restitution and program fees until they are fully satisfied. By making full or partial payment, you are agreeing to be enrolled in the Bad Check Restitution Program, and you are agreeing to pay restitution on all reported checks as well as pay all required fees, including program, administrative, and returned item fees pursuant to the terms of this Notice. Once enrolled, program fees will be non-refundable.

**You may wish to consult an attorney to obtain legal advice about your rights in regards to this matter.**

The Program does not accept personal checks. Sending a personal check for payment shall be deemed sufficient authorization to complete the payment via electronic debit. By doing so, your checking account will be debited for the amount of the check and your cancelled check will not be returned to your bank. Electronic debit entries returned for insufficient or uncollected funds may be resubmitted two times following the return of the original entry.

Please note, your balance may increase if additional checks are reported to this office or program fees are changed. Additionally, you may incur a fee for missing or rescheduling class, making a late or insufficient payment, and/or paying over the phone or Internet.

FIRST AMENDED COMPLAINT - 140

This

page

intentionally

blank.

# — EXHIBIT 7 —



Orange County
**Bad Check Restitution Program**
806 E Avenida Pico STE I PMB 340
San Clemente, CA 92673-5639

Tony Rackauckas
District Attorney



080U9D8

# OFFICIAL NOTICE - IMMEDIATE ATTENTION REQUIRED

\*\*\* 0619DUP.BLU.001
4000000122 01.0000.0000 42/1

||₁|||₁||₁||₁|₁|₁||₁|₁|₁|₁||₁|₁₁|₁₁||₁|₁||₁|||₁||₁|₁₁||₁₁|₁||₁|₁

KEVIN HIEP VU
9879 STURGEON AVE
FOUNTAIN VALLEY CA 92708-4618

Office Hours: 9:00 a.m. - 5:00 p.m.
Phone: (800)931-9352
Date of Notice: 06/19/2014
Case #: 42873230
Balance Due: $752.75
Page: 1

You have been accused of violating California Penal Code 476a, entitled "Making or Delivering Check With Insufficient Funds". A conviction under this statute is punishable by up to one (1) year in the county jail for checks up to $450, and county jail or state prison for checks in excess of $450. See page 5 for details on the party(s) initiating this allegation.

My office has established a Bad Check Restitution Program. The Bad Check Restitution Program is authorized by the California legislature, and is a pre-charge program designed to allow people accused of having violated the above-referenced statute to avoid the possibility of further action against the accused by the District Attorney's Office. Participation in the Bad Check Restitution Program is voluntary. The Bad Check Restitution Program has two steps:

1. **Pay all restitution on all reported checks, plus any administrative, returned item, and program fees.**
2. **Attend a Financial Accountability class.**

### Orange County District Attorney Bad Check Restitution Program
### TOTAL BALANCE DUE: $752.75

You have the right to dispute this matter, as set forth on page 2 of this notice. In order to participate in the Bad Check Restitution Program you must pay in full and schedule class within THIRTY (30) DAYS from the date of this Notice.

### PLEASE CALL (800)931-9352 or visit www.checkprogram.com TO
### MAKE PAYMENT/SCHEDULE CLASS
**Please have your case number ready: 42873230 and Password: 40062189**
**PAYMENTS ACCEPTED: CREDIT & DEBIT CARDS, WESTERN UNION, MONEY ORDERS, OR CASHIER'S CHECK**

If you choose to participate in the Bad Check Restitution Program, and if you successfully complete the program's two steps outlined above, my office will consider this matter resolved. The Bad Check Restitution Program is administered by a private entity under contract with the Orange County District Attorney.

For additional information or if you believe you received this Notice in error, please see the reverse side.

**Sincerely,**


**Tony Rackauckas**
**District Attorney**

See reverse side ➡

---

> This notice has been printed and mailed on behalf of my office by a third party
> administrator of the Bad Check Restitution Program at no cost to the taxpayer.

[42/1]                          06/19/2014                Doc FirstNotcCA      K10XVII          (QESP)45:T000:000056:001:  10938999  1/3

FIRST AMENDED COMPLAINT - 144

■ **IF YOU BELIEVE YOU RECEIVED THIS NOTICE IN ERROR OR WISH TO DISPUTE THIS NOTICE IN WRITING:**

- Review your records CAREFULLY.
- Call the District Attorney's Bad Check Restitution Program Office at (800)931-9352.
- Ask for a Compliance Specialist.
- Explain the error.
- The Compliance Specialist will ask you to fax or mail in documentation of the error. For cases involving stop payments on checks or performance disputes, please consult a Compliance Specialist for more information.
- You may dispute the validity of this allegation in writing to this Office within 30 days of receiving this Official Notice. Upon submitting your written dispute not later than 30 days after receiving the Official Notice (along with any relevant supporting documentation), the authorized administrator of the Bad Check Restitution Program will review the written dispute based on criteria established by the Orange County District Attorney.
- Fax or mail your case documentation to: **Fax: (800) 227-3041**

  **Orange County District Attorney**
  **Bad Check Restitution Program**
  **806 E Avenida Pico STE I PMB 340**
  **San Clemente, CA 92673-5639**

■ **IF YOU BELIEVE YOU RECEIVED THIS NOTICE AS A RESULT OF IDENTITY THEFT, FORGERY, THEFT, OR OTHER FRAUD:**

You will be required to promptly provide further written documentation to support your claim. If you are a victim of identity theft, you will need to go to the bank to obtain and sign an identity theft affidavit. If you were not the victim of identity theft but did not write the check(s), you will need to go to the bank to obtain and sign an affidavit of forgery that you did not write the check(s) in question. In most cases, if you believe the check(s) where stolen or forged, you will also be required to file a police report.

■ **IF YOU BELIEVE YOU WERE NOT PROPERLY NOTIFIED:**

The Bad Check Restitution Program is only for reports of bad check activity from those businesses or parties that have notified you according to California State Law and provided you with an opportunity to make good on the check. In addition to notification from the party you issued the check to banks routinely send customers notice of returned items. Non-sufficient funds (NSF) checks also appear on your monthly account statement. **PLEASE CHECK YOUR RECORDS CAREFULLY.**

■ **IF YOU HAVE ALREADY PAID THE MERCHANT OR FILING PARTY:**

Please fax or mail documentation that the merchant or filing party received payment BEFORE the date of this Notice. Appropriate documentation consists of a receipt of payment to the victim and/or a cleared copy (front and back) of repayment to the victim. The administrator of the Bad Check Restitution Program will review the submitted documentation. Allow fourteen (14) days to process information before calling.

■ **IF YOU WANT TO CONTEST THIS MATTER:**

You have the right to choose not to participate, and to contest this matter. If you wish, you may want to consult an attorney. Personal bankrupcies DO NOT void responsibility in a criminal matter.

---

**To Make Payment/Schedule Class, Call (800)931-9352 or www.checkprogram.com**
**Case Number: 42873230  Password: 40062189**
**PAYMENTS ACCEPTED: CREDIT & DEBIT CARDS, WESTERN UNION, MONEY ORDERS, OR CASHIER'S CHECK**

FIRST AMENDED COMPLAINT - 145

■ **TERMS AND CONDITIONS OF THE BAD CHECK RESTITUTION PROGRAM:**

Participant agrees to participate in the Orange County District Attorney Bad Check Restitution Program ("Program"). Participant acknowledges and agrees that the fees charged for the Program are reasonable and appropriate. Participant acknowledges and agrees that in addition to the fees that are charged, participant is required to attend a rehabilitative counseling class conducted by an instructor hired by the private entity under contract with the District Attorney to administer the Program ("Administrator"). Participant further agrees that by paying the fees charged for the Program, participant is bound by the terms and conditions of the Program, as set forth in this agreement.

Agreement to Arbitrate: You and Administrator agree to resolve any and all claims and disputes relating in any way to the Program ("Claims"), except for Claims concerning the validity, scope or enforceability of this Arbitration Agreement, through BINDING INDIVIDUAL ARBITRATION before the American Arbitration Association ("AAA"). This means you will be unable to have Claim(s) resolved by a court or jury, or to participate in a class action or class arbitration. Other rights you would have if you went to court may be unavailable or limited in arbitration, including your right to appeal. The only exception to this agreement to arbitrate is that you and/or Administrator may seek relief in a small claims court for Claims within the jurisdiction of that court in any particular state.

CLASS ACTION WAIVER: NO ARBITRATOR OR COURT MAY ORDER, PERMIT OR CERTIFY A CLASS ACTION, REPRESENTATIVE ACTION, PRIVATE ATTORNEY-GENERAL ACTION OR CONSOLIDATED ARBITRATION IN CONNECTION WITH THIS ARBITRATION AGREEMENT. NO ARBITRATOR OR COURT MAY ORDER OR PERMIT A JOINDER OF PARTIES IN CONNECTION WITH THIS ARBITRATION AGREEMENT UNLESS ALL PARTIES CONSENT TO SUCH JOINDER IN WRITING.

Governing Law and Jurisdiction: Any arbitration proceeding will be governed by the Consumer Procedures or other applicable rules of AAA in effect when the Claim is filed. The arbitration proceeding will take place in the county where you reside or any other mutually acceptable location. Judgment on the arbitration award may be entered in any court having jurisdiction.

The arbitrator shall follow applicable law and is empowered to grant any relief, including attorneys' fees, costs, and other expenses, to the extent such relief would be available in court. You and Administrator agree the Program and transactions subject to this Arbitration Agreement involve interstate commerce and that this Arbitration Agreement is governed by and enforceable under the Federal Arbitration Act. You and Administrator also agree this Arbitration Agreement extends to parties related to Administrator that are involved in any Claims, including without limitation, Administrator's parents, affiliates, subsidiaries, agents, principals, contractors, officers and employees.

Costs: Administrator shall pay all arbitration costs if it initiates arbitration. If you initiate arbitration, you will not be required to pay any fees that exceed the fees you would have paid had you brought the Claim(s) in court. You may seek a waiver of the filing fee under AAA Rules. If you do not qualify for a waiver, you may request, in writing, that Administrator advance all or part of the filing fee.

Enforceability: This Arbitration Agreement shall govern if there is a conflict between it and the AAA Rules, unless Administrator waives any conflict in writing. If any part of this Arbitration Agreement, except the class action waiver, is found invalid or unenforceable, the remaining provisions shall remain in full force and effect. If the class action waiver is found invalid or unenforceable as to a particular Claim, the Arbitration Agreement shall not apply to that Claim.

You may contact AAA to obtain information about arbitration, arbitration procedures and fees by calling 800-778-7879 or visiting www.adr.org.

YOU HAVE THE RIGHT TO REJECT THIS ARBITRATION AGREEMENT, BUT YOU MUST DO SO PROMPTLY. If you do not agree to arbitration, you must notify us in writing within sixty (60) days after the date you enroll in the Program. You must send your notice to:  806 E Avenida Pico STE I PMB 340, San Clemente, CA 92673-5639, and include your full name, address, and the statement "I reject the arbitration agreement for the Orange County District Attorney Bad Check Restitution Program."

■ **OTHER IMPORTANT INFORMATION:**

Completion of the Bad Check Restitution Program is valid ONLY if you comply with ALL District Attorney's requirements. Should you be permitted to comply by a payment plan, such payments may be allocated ratably between restitution and program fees until they are fully satisfied. By making full or partial payment, you are agreeing to be enrolled in the Bad Check Restitution Program, and you are agreeing to pay restitution on all reported checks as well as pay all required fees, including program, administrative, and returned item fees pursuant to the terms of this Notice. Once enrolled, program fees will be non-refundable.

**You may wish to consult an attorney to obtain legal advice about your rights in regards to this matter.**

The Program does not accept personal checks. Sending a personal check for payment shall be deemed sufficient authorization to complete the payment via electronic debit. By doing so, your checking account will be debited for the amount of the check and your cancelled check will not be returned to your bank. Electronic debit entries returned for insufficient or uncollected funds may be resubmitted two times following the return of the original entry.

Please note, your balance may increase if additional checks are reported to this office or program fees are changed. Additionally, you may incur a fee for missing or rescheduling class, making a late or insufficient payment, and/or paying over the phone or Internet.

FIRST AMENDED COMPLAINT - 146

Orange County District Attorney
**Bad Check Restitution Program**
806 E Avenida Pico STE I PMB 340
San Clemente, CA 92673-5639

District Attorney

# OFFICIAL NOTICE - IMMEDIATE ATTENTION REQUIRED

**BALANCE DUE ON  07/19/2014** | $752.75

Office Hours: 9:00 a.m. - 5:00 p.m.
Page:    5   of   5

## PAYMENT OPTIONS:

**1. INTERNET**    **www.checkprogram.com**
Case Number: 42873230
Password:    40062189
**Credit and Debit Cards**

**2. PHONE**    (800)931-9352
**Credit and Debit Cards or Western Union**

**3. MAIL**    **Orange County District Attorney**
**Bad Check Restitution Program**
806 E Avenida Pico STE I PMB 340
San Clemente, CA 92673-5639
**Money Orders and Cashier's Checks Only**

| VICTIM | CHECK # | DATE | AMOUNT | RETURNED ITEM FEE | ADMIN FEE | TOTAL THIS CHECK |
|--------|---------|------|--------|-------------------|-----------|------------------|
| HERBS VOLVO AND | 0052 | 3/22/2014 | $536.75 | $6.00 | $50.00 | $592.75 |

|  |  |  | Financial Accountability Class Fee |  |  | $160.00 |

*** Additional service fee may be due victim. ***

**TOTAL BALANCE DUE:**    **$752.75**

---

**To Make Payment/Schedule Class, Call (800)931-9352 or www.checkprogram.com**
**Case Number: 42873230  Password: 40062189**
**PAYMENTS ACCEPTED: CREDIT & DEBIT CARDS, WESTERN UNION, MONEY ORDERS, OR CASHIER'S CHECK**

[42/3]    06/19/2014    Doc FirstNotcBCA    C13VI    (QESP)45:T000:000056:003:  10938999  3/3

FIRST AMENDED COMPLAINT - 147

# — EXHIBIT  8 —



Orange County Rackauckas
**Bad Check Restitution Program**
806 E Avenida Pico STE I PMB 340
San Clemente, CA 92673-5639

District Attorney



08PBJF2

---

# FAILURE TO RESPOND - IMMEDIATE ATTENTION REQUIRED

*** 0707REG.BLU.001
4000000915 01.0000.0000 839/1

||||||||ᵤ|ᵤₚₚₗₗ|ₗ|ₗ|ᵢₗₗₗₚₗ|ₗₚₒₚₗₗₗₚₗₗₚₗᵤₗ||ₗₗ|ₗᵤ

KEVIN HIEP VU
9879 STURGEON AVE
FOUNTAIN VALLEY CA 92708-4618

Office Hours: 9:00 a.m. - 5:00 p.m.
Phone: (800)931-9352
Date of Notice: 07/07/2014
Case #: 42873230
Balance Due: $216.00
Page: 1

Our records indicate that you have failed to respond or fully comply with the District Attorney's Official Notice.

Call this Office by 07/17/2014 if you wish to participate in the Bad Check Restitution Program.

Successful completion of the program requires that you comply with all Bad Check Restitution Program requirements including full restitution, all fees and attendance of the Financial Accountability class. You may receive further notices and/or phone calls while program requirements remain outstanding.

**Our records indicate that you currently have an outstanding balance of $216.00.**

**Our records indicate you have not completed your Financial Accountability class requirement.**

If you have already mailed or arranged your required payment(s) and completed or scheduled the educational class, please disregard this Notice. Otherwise, please call (800)931-9352 or go to our secure website at www.checkprogram.com. To access your file online you will need to enter your case number, which is 42873230, and the following password: 40062189.

Thank you for your immediate attention to this matter.

Sincerely,

**Tony Rackauckas**
**District Attorney**

The Orange County District Attorney's Bad Check Restitution Program is administered by a private entity under contract with the Orange County District Attorney.

---

**To Make Payment/Schedule Class, call (800)931-9352 or www.checkprogram.com**
**Case Number: 42873230  Password: 40062189**
**PAYMENTS ACCEPTED: CREDIT & DEBIT CARDS, WESTERN UNION, MONEY ORDERS, OR CASHIER'S CHECK**

[839/1]                    07/07/2014          Doc # FirstFTC      7330        generic
                                                                            (QESP)45:T000:000937:001:  10944341  1/1

FIRST AMENDED COMPLAINT - 149

# — EXHIBIT  9 —



San Clemente, CA 92673-5639

080BGZ2

# WARNING - SECOND NOTICE OF FAILURE TO COMPLY

*** 0804REG.BLU.001
4000000755 01.0000.0000 680/1

սԱԱդԱդԱդԱդԱդԱդԱդԱդԱդԱդԱդԱդԱդԱ

KEVIN HIEP VU
9879 STURGEON AVE
FOUNTAIN VALLEY CA 92708-4618

Office Hours: 9:00 a.m. - 5:00 p.m.
Phone: (800)931-9352
Date of Notice: 08/04/2014
Case #: 42873230
Balance Due: $216.00
Page:   1

You have failed to respond to the District Attorney's Notices regarding California Penal Code 476a, entitled "Making or Delivering Check With Insufficient Funds". Prior attempts to resolve this situation have been unsuccessful.

You cannot participate in the Bad Check Restitution Program unless you contact this office prior to 08/11/2014.  If you wish to participate in the program, call this Office during the hours listed above.

Successful completion of the program requires that you comply with all Bad Check Restitution Program requirements including full restitution, all fees and attendance of the Financial Accountability class.  You may receive further notices and/or phone calls while program requirements remain outstanding.

**Our records indicate that you currently have an outstanding balance of $216.00.**

**Our records indicate you have not completed your Financial Accountability class requirement.**

If you have already mailed or arranged your required payment(s) and completed or scheduled the educational class, please disregard this Notice.  Otherwise, please call (800)931-9352 or go to our secure website at www.checkprogram.com.  To access your file online you will need to enter your case number, which is 42873230, and the following password: 40062189.

Thank you for your immediate attention to this matter.

Sincerely,

**Tony Rackauckas**
**District Attorney**

The Orange County District Attorney's Bad Check Restitution Program is administered by a private
entity under contract with the Orange County District Attorney.

---

**To Make Payment/Schedule Class, call (800)931-9352 or www.checkprogram.com**
**Case Number: 42873230  Password: 40062189**
**PAYMENTS ACCEPTED: CREDIT & DEBIT CARDS, WESTERN UNION, MONEY ORDERS, OR CASHIER'S CHECK**

[680/1]                    08/04/2014          Doc # SecondFTC      6536      generic

FIRST AMENDED COMPLAINT - 151                              (QESP)45.T000:000717:001:  10952751  1/1

# — EXHIBIT  10 —

# AMERICAN BAR ASSOCIATION

STANDING COMMITTEE ON ETHICS AND PROFESSIONAL RESPONSIBILITY

**Formal Opinion 469**                                                      **November 12, 2014**
**Prosecutors and Debt Collection Companies**

*A prosecutor who provides official letterhead of the prosecutor's office to a debt collection company for use by that company to create a letter purporting to come from the prosecutor's office that implicitly or explicitly threatens prosecution, when no lawyer from the prosecutor's office reviews the case file to determine whether a crime has been committed and prosecution is warranted or reviews the letter to ensure it complies with the Rules of Professional Conduct, violates Model Rules 8.4(c) and 5.5(a).*

## Introduction

Debt collection c ompanies are contracting with local prosecutors' offices to use prosecutor letterhead to create and mail collection demand letters. These demand letters typically cite the criminal law allegedly violated (such as making or delivering a check with insufficient funds) and a dvise t he debtor that s he/he c ould a void t he pos sibility of f urther action from the prosecutor's of fice b y p aying t he a mount of t he de bt, a nd i n a s ignificant num ber of c ases, a substantial additional fee to attend a mandatory debtor education course. Typically, no lawyer in the pr osecutor's of fice r eviews the c ase file t o d etermine w hether a crime has been committed and prosecution i s w arranted or reviews the le tter to e nsure it c omplies w ith th e R ules o f Professional Conduct prior to the mailing.[1]

The Committee concludes that prosecutors involved in this practice violate Model Rules of Professional Conduct 8.4(c) and 5.5(a).

## Application of the Rules of Professional Conduct to Prosecutors: Jurisdictional Statement

There is no question that prosecutors are subject to the rules of professional conduct. As ABA Formal Opinion 97-405, Conflicts in Representing Government Entities (1997), explained, "While lawyers who serve as public officers or employees are singled out for special treatment under a few rules, e.g., Rule 1.11 ( 'Successive Government and Private Employment') and 3.8 ('Special R esponsibilities of a P rosecutor'), i t h as g enerally b een as sumed—correctly i n our

---

1. For a full discussion of this country-wide practice, see Jessica Silver-Greenberg, *In Prosecutors, Debt Collectors Find a Partner*, NY TIMES (Sept. 1 5, 2 012), http://www.nytimes.com/2012/09/16/business/in-prosecutors-debt-collectors-find-a-partner.html?pagewanted=all&_r=0; Joel C ohen, *When District Attorneys Become Bill Collectors*, AMERICAN LAWYER (Nov. 1 9, 20 12), http://www.americanlawyer.com/id=1202578727214/When-District-Attorneys-Become-Bill-Collectors?slreturn=20140311111758; Mosi S ecret, *Bounced Checks: How Local District Attorneys Get a Cut of the Debt Collection Business*, PROPUBLICA (Mar. 2, 2 009), http://www.propublica.org/article/bounced-checks-how-local-das-get-a-cut-of-the-debt-collection-business. While p rograms v ary d epending o n the t erms o f t he contract b etween t he p rosecutor's o ffice a nd t he c ollection c ompany, o ne t hing d oes n ot: prosecutors a llow d ebt collection companies to m isrepresent t he author a nd sender o f t his t hreatening letter. To r eview a copy o f a debt c ollection l etter i ssued by c ollection companies o n prosecutor l etterhead s ee *Letter from Bad Check Restitution Program*, NY TIMES (Sept. 16, 2 012), http://www.nytimes.com/interactive/2012/09/16/business/20120916_DEBT_LETTER.html?ref=business. In 2013, the Oregon legislature p assed a s tate bill p rohibiting p rosecutors from a llowing c ollection c ompanies to u se their letterhead. OR. REV. STAT. §646.639 (2013), *available at* http://www.oregonlegislature.gov/bills_laws/lawsstatutes/2013orLaw0551.pdf.

view—that such lawyers are in most other respects subject to the same obligations in representing their client that apply to lawyers representing private clients."

Prosecutors acknowledge their ethical obligations as lawyers. Most prosecutors fulfill those obligations conscientiously and live up to the even higher responsibility of a minister of justice, as prescribed by Comment [1] to Rule 3.8. However, occasionally practices have taken hold in prosecutors' offices that, while driven by budgetary exigencies, fall short of their higher calling. It is such practices that have created the need for this opinion.

## Model Rule 8.4, *Misconduct*

A prosecutor who enters into the type of agreement described in this opinion violates Model Rule 8.4(c), which provides that: "It is professional misconduct for a lawyer to engage in conduct involving dishonesty, fraud, deceit or misrepresentation."

In 1943, the ABA issued Formal Opinion 253, which determined that it would be unethical for a lawyer to allow a client to use the lawyer's stationery to deceive a debtor into believing that he debt had been referred to the lawyer and that the lawyer had written the collection letter. Specifically, the Committee noted that the practice violated Canon 15, which read in part: "The office of attorney does not permit, much less does it demand of him for any client, violation of law or any manner of fraud or chicane. He must obey his own conscience and not that of his client." [2]   The Committee explained that a lawyer who allowed a client to send a collection letter on the lawyer's stationery was a party to deception and violated Canon 15. Today, Model Rule 8.4(c) addresses this same conduct.

To the same effect is a joint opinion of the New Jersey Committee on the Unauthorized Practice of Law and Advisory Committee on Professional Ethics, which determined that a lawyer who sold his "name and letterhead to a collection agency in exchange for a monthly fee" violated Rule 8.4(c). [3] The conduct enabled the debt collection agency to deceive the debtor into believing that the lawyer was about to institute proceedings to collect the alleged debt by sending a collection letter on firm stationery, giving the debtor reason to believe that "there has been an evaluation by an attorney of the claim asserted with a determination by the attorney that proceedings to ensure collections are warranted."

Such letters written on prosecutors' letterhead are even more deceptive than the letters dealt with in ABA Formal Opinion 253 and in the New Jersey Joint Opinions 48 and 725. This is because they misuse the criminal justice system by deploying the apparent authority of a prosecutor to intimidate an individual. They carry with them the implication that the prosecutor or associates in the prosecutor's office have reviewed the facts and found that a crime has been

---

2. ABA Canons of Prof'l Ethics, Canon 15 (1908).
3. N.J. Comm. on the Unauthorized Practice of Law & Advisory Comm. on Prof'l Ethics, Joint Ops. 48 & 725 (2012).

FIRST AMENDED COMPLAINT - 154

committed and criminal prosecution is warranted. To create such a false impression violates Rule 8.4(c).[4]

## Model Rule 5.5, *Unauthorized Practice of Law; Multijurisdictional Practice of Law*

Since a t l east 1932, the A BA Standing C ommittee on Ethics and P rofessional Responsibility has w ritten a bout lawyers w orking f or a nd w ith c reditors t o collect al legedly delinquent de bts.[5] Many o f t hese opinions ha ve f ocused on w hat i s t he pr oper allocation of duties between lawyers and laymen in collection matters to ensure that the lawyer is not aiding in the unauthorized practice of law.

Only a l icensed l awyer may p ractice law, and s tates p rohibit t he u nlicensed p ractice t o protect c onsumers. Limiting the p ractice o f l aw t o m embers o f t he b ar "protects t he pub lic against rendition of legal services by unqualified persons"[6] and serves to protect the public from unscrupulous pe rsons' e ngaging i n a busive c onduct a nd m isuse of t he l aw. Model R ule 5.5( a) prohibits a la wyer from "assisting another" in p racticing la w in v iolation of that ju risdiction's regulations.[7]

The p ractice o f l aw i s defined b y s tate s tatute and cas e l aw.[8] In t he c ollection ar ea, generally, a nonl awyer may ne gotiate, adjust, a nd s ettle a de bt on be half of a c reditor, but a nonlawyer cannot give legal advice, institute litigation, or threaten to sue on behalf of another.[9] The participation by a prosecutor in the conduct described in this opinion, wherein the prosecutor supplies official letterhead to a debt collection company and allows the debt collection company to us e it to s end threatening le tters to alleged d ebtors w ithout a ny review b y the pr osecutor or staff lawyers to determine whether a crime was committed and prosecution is warranted, violates Rule 5.5(a) by aiding and abetting the unauthorized practice of law.[10]

In A BA F ormal O pinion 68 (1932), th e C ommittee d etermined th at a la wyer w ho provided a client corporation with signed letterhead so that the client could write to persons who owed the client money "over the attorney's supposed signature" violated Canon 35 of the ABA Canons of Professional Ethics (1928). The Committee explained that by giving the client signed

---

4. Believing that ABA Model Rule 8.4(b) addressed the crimes of extortion and compounding a crime, when the ABA adopted the Model Rules in 1983, it deliberately omitted former Disciplinary Rule 7-105(A), which prohibited a lawyer from threatening criminal changes to gain an advantage in a civil matter. *See* ABA Comm. on Ethics & Prof'l Responsibility, Formal Op. 94-383 (1994) (threatening a disciplinary complaint against opposing counsel to gain an advantage in a civil matter may violate Rule 8.4(b) if the conduct is extortion under jurisdiction's law). Therefore, depending on the jurisdiction in which the prosecutor practices, if the threat to file a criminal action meets the jurisdiction's elements of extortion, the prosecutor could also be in violation of Rule 8.4(b). Prosecutors have not been excluded from the application of Rule 8.4(b). In *In re* Gobel, the Supreme Court of Nebraska suspended a lawyer for three months because, while county attorney, he threatened the debtor of a private client that unless a debt was immediately paid, the lawyer would file criminal charges against the debtor. *In re* Gobel, 271 N.W.2d 41(1978).

5. *See* ABA Comm. on Ethics & Prof'l Responsibility, Formal Op. 68 (1932), Formal Op. 253 (1943) & Informal Op. 1368 (1976).

6. ABA MODEL R. 5.5, cmt. [2] (2014).

7. *See* ABA MODEL R. 5.5(a) (2014).

8. ABA MODEL R. 5.5, cmt. [2] (2014).

9. ABA/BNA Laws. Man. on Prof. Conduct § 21:8011 (ABA/BNA 2011).

10. The Committee has b ecome a ware o f a s imilar p ractice that involves a s tate o verpayment of a r ecipient. In th at situation, a prosecutor lends office stationery to a state agency so that the agency's employees can use prosecutor letterhead to threaten criminal prosecution f or f ailure t o r emit t he o verpayment. T his p ractice, s tructured s imilarly t o t he o ne p resented, w ould a lso violate the R ules o f Professional Conduct.

**Formal Opinion 469** _____ **4**

letterhead, the lawyer delegated his professional functions - which were strictly personal to the lawyer - to a nonlawyer.  This conclusion is consistent with state Supreme Court decisions and bar association ethics opinions.[11]

The conduct at issue in this opinion is even more abusive than that in Formal Opinion 68 because it gives the impression that the machinery of the criminal justice system has been mobilized against the debtor, and that unless the debtor pays the debt, the debtor faces criminal prosecution and possible incarceration.

**Conclusion**

A prosecutor who provides official letterhead of the prosecutor's office to a debt collection company for use by that company to create a letter purporting to come from the prosecutor's office that implicitly or explicitly threatens prosecution, when no lawyer from the prosecutor's office reviews the case file to determine whether a crime has been committed and prosecution is warranted or reviews the letter to ensure that it complies with the Rules of Professional Conduct, violates Model Rules 8.4(c) and 5.5(a).

---

11. *See* Yount v. Zarbell, 135 P.2d 309 (Wash. 1943) (lawyer who lends her signature to collection agent aids in the unauthorized practice of law); *In re* DeVinny, 255 N.W.2d 832 (Minn. 1977) (lawyer who allows collection agency to draft letters to debtors under his signature and who does not review and approve said letters aids unauthorized practice of law); Adams v. Kentucky Bar Ass'n, 843 S.W.2d 898 (Ky. 1991) (Assistant County Attorney aided the unauthorized practice of law when he "delegated authority and responsibility for deciding which parents of students in the Christian County School System would receive" letter threatening jail for nonpayment of school fees.); *In re* Scheck, 574 N.Y.S.2d 372 (N.Y. 1991) (lawyer who allowed collection company to use his name, letterhead and signature to send letters to debtors without actually reviewing letters sent out under his name aids in unauthorized practice of law); *In re* Hear, 755 N.E.2d 579 (Ind. 2001) (lawyer, who contracted with debt collector to perform services, and failed to make reasonable efforts to ensure that collector's conduct complied with rules of professional conduct, violated Rule 5.3). *See also* Ill. State Bar Ass'n, Op. 85-7 (1985) ("A lawyer may not allow unsupervised lay persons to prepare letters on the lawyer's stationery, with or without the lawyer's signature, if the letter states or implies legal conclusions- i.e., that the addressee is liable for the amount claimed- or threatens litigation if the purported debt is not paid. Such activities would constitute unauthorized practice of law by lay persons . . .") ; State Bar of Georgia, Formal Op. 00-2 (2000) ("[A] lawyer is aiding a nonlawyer in the unauthorized practice of law when the lawyer allows a nonlawyer member of his or her staff to prepare and sign correspondence which threatens legal action or provides legal advice or both. Generally, a lawyer is aiding a nonlawyer in the unauthorized practice of law whenever the lawyer effectively substitutes the legal knowledge and judgment of the nonlawyer for his or her own."); L.A. County Bar Ass'n Prof'l Responsibility & Ethics Comm., Op. 522 (2009) ("[A]n attorney may not lend his or her name to be used by an unlicensed person. . . . The power and privileges attendant to the right to practice law may not be delegated to a nonlicensed person . . . To facilitate or assist an unlicensed person such as a legal assistant to engage in the practice of law would constitute aiding and abetting UPL." (internal citations omitted)).

---

**AMERICAN BAR ASSOCIATION STANDING COMMITTEE ON ETHICS AND PROFESSIONAL RESPONSIBILITY**
321 N. Clark Street, Chicago, Illinois 60654-4714 Telephone (312) 988-5328
CHAIR: Paula J. Frederick, Atlanta, GA ■ T. Maxfield Bahner, Chattanooga, TN ■ Barbara S. Gillers, New York, NY ■ Amanda Jones, Chicago, IL ■ Donald R. Lundberg, Indianapolis, IN ■ Myles V. Lynk, Tempe, AZ ■ J. Charles Mokriski, Boston, MA ■ Ellen A. Pansky, South Pasadena, CA ■ Jennifer A. Paradise, New York, NY■ Richard H. Underwood, Lexington, KY

**CENTER FOR PROFESSIONAL RESPONSIBILITY:** Dennis A. Rendleman, Ethics Counsel, Mary McDermott, Associate Ethics Counsel
**©2014 by the American Bar Association. All rights reserved.**

FIRST AMENDED COMPLAINT - 156

# — EXHIBIT  11 —



Placer County District Attorney
**Bad Check Restitution Program**
PO Box 7658
Auburn, CA 95604-7658

R. Scott Owens
District Attorney



08UHI71

# OFFICIAL NOTICE - IMMEDIATE ATTENTION REQUIRED

*** 1210DUP.BLU.001.
4000000114.01.0000.0000 42/1

ԱբԱբժմունի Աբումիթ ԱբալինիժունիՈ ԱնիԱբալ Աբ ԱբԱԱաբ

NANCY E MORIN
5000 WINDING WAY
AUBURN CA 95602-9178

Office Hours: 9:00 a.m. - 5:00 p.m.
Phone: (866)238-4741
Date of Notice: 12/10/2014
Case #: 43329789
Balance Due: $407.12
Page: 1

You have been accused of violating California Penal Code 476a, entitled "Making or Delivering Check With Insufficient Funds". A conviction under this statute is punishable by up to one (1) year in the county jail for checks up to $950, and county jail or state prison for checks in excess of $950. See page 5 for details on the party(s) initiating this allegation.

My office has established a Bad Check Restitution Program. The Bad Check Restitution Program is authorized by the California legislature, and is a pre-charge program designed to allow people accused of having violated the above-referenced statute to avoid the possibility of further action against the accused by the District Attorney's Office. Participation in the Bad Check Restitution Program is voluntary. The Bad Check Restitution Program has two steps:

1. **Pay all restitution on all reported checks, plus any administrative, returned item, and program fees.**
2. **Attend a Financial Accountability class.**

### Placer County District Attorney Bad Check Restitution Program
### TOTAL BALANCE DUE: $407.12

You have the right to dispute this matter, as set forth on page 2 of this notice. In order to participate in the Bad Check Restitution Program you must pay in full and schedule class within THIRTY (30) DAYS from the date of this Notice.

### PLEASE CALL (866)238-4741 or visit www.checkprogram.com TO
### MAKE PAYMENT/SCHEDULE CLASS
**Please have your case number ready: 43329789 and Password: 33603663**
**PAYMENTS ACCEPTED: CREDIT & DEBIT CARDS, WESTERN UNION, MONEY ORDERS, OR CASHIER'S CHECK**

If you choose to participate in the Bad Check Restitution Program, and if you successfully complete the program's two steps outlined above, my office will consider this matter resolved. The Bad Check Restitution Program is administered by a private entity under contract with the Placer County District Attorney.

For additional information or if you believe you received this Notice in error, please see the reverse side.

Sincerely,

R. Scott Owens
**District Attorney**

See reverse side ➡

> **This notice has been printed and mailed on behalf of my office by a third party
> administrator of the Bad Check Restitution Program at no cost to the taxpayer.**

FIRST AMENDED COMPLAINT - 158

Case 3:14-cv-05266-VC   Document 8-2   Filed 02/06/15   Page 41 of 55

■ **IF YOU BELIEVE YOU RECEIVED THIS NOTICE IN ERROR OR WISH TO DISPUTE THIS NOTICE IN WRITING:**

- Review your records CAREFULLY.
- Call the District Attorney's Bad Check Restitution Program Office at (866)238-4741.
- Ask for a Compliance Specialist.
- Explain the error.
- The Compliance Specialist will ask you to fax or mail in documentation of the error. For cases involving stop payments on checks or performance disputes, please consult a Compliance Specialist for more information.
- You may dispute the validity of this allegation in writing to this Office within 30 days of receiving this Official Notice. Upon submitting your written dispute not later than 30 days after receiving the Official Notice (along with any relevant supporting documentation), the authorized administrator of the Bad Check Restitution Program will review the written dispute based on criteria established by the Placer County District Attorney.

- Fax or mail your case documentation to:   **Fax: (800) 227-3041**

        **Placer County District Attorney**
        **Bad Check Restitution Program**
        **PO Box 7658**
        **Auburn, CA 95604-7658**

■ **IF YOU BELIEVE YOU RECEIVED THIS NOTICE AS A RESULT OF IDENTITY THEFT, FORGERY, THEFT, OR OTHER FRAUD:**

You will be required to promptly provide further written documentation to support your claim. If you are a victim of identity theft, you will need to go to the bank to obtain and sign an identity theft affidavit. If you were not the victim of identity theft but did not write the check(s), you will need to go to the bank to obtain and sign an affidavit of forgery that you did not write the check(s) in question. In most cases, if you believe the check(s) where stolen or forged, you will also be required to file a police report.

■ **IF YOU BELIEVE YOU WERE NOT PROPERLY NOTIFIED:**

The Bad Check Restitution Program is only for reports of bad check activity from those businesses or parties that have notified you according to California State Law and provided you with an opportunity to make good on the check. In addition to notification from the party you issued the check to banks routinely send customers notice of returned items. Non-sufficient funds (NSF) checks also appear on your monthly account statement. **PLEASE CHECK YOUR RECORDS CAREFULLY.**

■ **IF YOU HAVE ALREADY PAID THE MERCHANT OR FILING PARTY:**

Please fax or mail documentation that the merchant or filing party received payment BEFORE the date of this Notice. Appropriate documentation consists of a receipt of payment to the victim and/or a cleared copy (front and back) of repayment to the victim. The administrator of the Bad Check Restitution Program will review the submitted documentation. Allow fourteen (14) days to process information before calling.

■ **IF YOU WANT TO CONTEST THIS MATTER:**

You have the right to choose not to participate, and to contest this matter. If you wish, you may want to consult an attorney. Personal bankrupcies DO NOT void responsibility in a criminal matter.

---

**To Make Payment/Schedule Class, Call (866)238-4741 or www.checkprogram.com**
**Case Number: 43329789  Password: 33603663**
**PAYMENTS ACCEPTED: CREDIT & DEBIT CARDS, WESTERN UNION, MONEY ORDERS, OR CASHIER'S CHECK**

[42/1]           12/10/2014        Doc FirstNotcCA    K10XVII

FIRST AMENDED COMPLAINT - 159

**■  TERMS AND CONDITIONS OF THE BAD CHECK RESTITUTION PROGRAM:**

Participant agrees to participate in the Placer County District Attorney Bad Check Restitution Program ("Program"). Participant acknowledges and agrees that the fees charged for the Program are reasonable and appropriate. Participant acknowledges and agrees that in addition to the fees that are charged, participant is required to attend a rehabilitative counseling class conducted by an instructor hired by the private entity under contract with the District Attorney to administer the Program ("Administrator"). Participant further agrees that by paying the fees charged for the Program, participant is bound by the terms and conditions of the Program, as set forth in this agreement.

Agreement to Arbitrate: You and Administrator agree to resolve any and all claims and disputes relating in any way to the Program ("Claims"), except for Claims concerning the validity, scope or enforceability of this Arbitration Agreement, through BINDING INDIVIDUAL ARBITRATION before the American Arbitration Association ("AAA"). This means you will be unable to have Claim(s) resolved by a court or jury, or to participate in a class action or class arbitration. Other rights you would have if you went to court may be unavailable or limited in arbitration, including your right to appeal. The only exception to this agreement to arbitrate is that you and/or Administrator may seek relief in a small claims court for Claims within the jurisdiction of that court in any particular state.

CLASS ACTION WAIVER: NO ARBITRATOR OR COURT MAY ORDER, PERMIT OR CERTIFY A CLASS ACTION, REPRESENTATIVE ACTION, PRIVATE ATTORNEY-GENERAL ACTION OR CONSOLIDATED ARBITRATION IN CONNECTION WITH THIS ARBITRATION AGREEMENT. NO ARBITRATOR OR COURT MAY ORDER OR PERMIT A JOINDER OF PARTIES IN CONNECTION WITH THIS ARBITRATION AGREEMENT UNLESS ALL PARTIES CONSENT TO SUCH JOINDER IN WRITING.

Governing Law and Jurisdiction: Any arbitration proceeding will be governed by the Consumer Procedures or other applicable rules of AAA in effect when the Claim is filed. The arbitration proceeding will take place in the county where you reside or any other mutually acceptable location. Judgment on the arbitration award may be entered in any court having jurisdiction.

The arbitrator shall follow applicable law and is empowered to grant any relief, including attorneys' fees, costs, and other expenses, to the extent such relief would be available in court. You and Administrator agree the Program and transactions subject to this Arbitration Agreement involve interstate commerce and that this Arbitration Agreement is governed by and enforceable under the Federal Arbitration Act. You and Administrator also agree this Arbitration Agreement extends to parties related to Administrator that are involved in any Claims, including without limitation, Administrator's parents, affiliates, subsidiaries, agents, principals, contractors, officers and employees.

Costs: Administrator shall pay all arbitration costs if it initiates arbitration. If you initiate arbitration, you will not be required to pay any fees that exceed the fees you would have paid had you brought the Claim(s) in court. You may seek a waiver of the filing fee under AAA Rules. If you do not qualify for a waiver, you may request, in writing, that Administrator advance all or part of the filing fee.

Enforceability: This Arbitration Agreement shall govern if there is a conflict between it and the AAA Rules, unless Administrator waives any conflict in writing. If any part of this Arbitration Agreement, except the class action waiver, is found invalid or unenforceable, the remaining provisions shall remain in full force and effect. If the class action waiver is found invalid or unenforceable as to a particular Claim, the Arbitration Agreement shall not apply to that Claim.

You may contact AAA to obtain information about arbitration, arbitration procedures and fees by calling 800-778-7879 or visiting www.adr.org.

YOU HAVE THE RIGHT TO REJECT THIS ARBITRATION AGREEMENT, BUT YOU MUST DO SO PROMPTLY. If you do not agree to arbitration, you must notify us in writing within sixty (60) days after the date you enroll in the Program. You must send your notice to: 806 E Avenida Pico STE I PMB 340, San Clemente, CA 92673-5639, and include your full name, address, and the statement "I reject the arbitration agreement for the Placer County District Attorney Bad Check Restitution Program."

**■  OTHER IMPORTANT INFORMATION:**

Completion of the Bad Check Restitution Program is valid ONLY if you comply with ALL District Attorney's requirements. Should you be permitted to comply by a payment plan, such payments may be allocated ratably between restitution and program fees until they are fully satisfied. By making full or partial payment, you are agreeing to be enrolled in the Bad Check Restitution Program, and you are agreeing to pay restitution on all reported checks as well as pay all required fees, including program, administrative, and returned item fees pursuant to the terms of this Notice. Once enrolled, program fees will be non-refundable.

**You may wish to consult an attorney to obtain legal advice about your rights in regards to this matter.**

The Program does not accept personal checks. Sending a personal check for payment shall be deemed sufficient authorization to complete the payment via electronic debit. By doing so, your checking account will be debited for the amount of the check and your cancelled check will not be returned to your bank. Electronic debit entries returned for insufficient or uncollected funds may be resubmitted two times following the return of the original entry.

Please note, your balance may increase if additional checks are reported to this office or program fees are changed. Additionally, you may incur a fee for missing or rescheduling class, making a late or insufficient payment, and/or paying over the phone or Internet.



Placer County District Attorney
Bad Check Restitution Program
PO Box 7658
Auburn, CA 95604-7658

R. Scott Owens
District Attorney

# OFFICIAL NOTICE - IMMEDIATE ATTENTION REQUIRED

**BALANCE DUE ON  01/09/2015**   | $407.12 |

Office Hours: 9:00 a.m. - 5:00 p.m.
Page:  5  of  5

### PAYMENT OPTIONS:

**1. INTERNET**
www.checkprogram.com
Case Number:  43329789
Password:       33603663
**Credit and Debit Cards**

**2. PHONE**
(866)238-4741
**Credit and Debit Cards or Western Union**

**3. MAIL**
**Placer County District Attorney**
**Bad Check Restitution Program**
PO Box 7658
Auburn, CA 95604-7658
**Money Orders and Cashier's Checks Only**

| VICTIM | CHECK # | DATE | AMOUNT | RETURNED ITEM FEE | ADMIN FEE | TOTAL THIS CHECK |
|---|---|---|---|---|---|---|
| SAFEWAY | 3015 | 9/10/2014 | $165.87 | $1.25 | $50.00 | $217.12 |
| | | | **Financial Accountability Class Fee** | | | $190.00 |
| *** Additional service fee may be due victim. *** | | | | | | |
| | | | **TOTAL BALANCE DUE:** | | | **$407.12** |

---

**To Make Payment/Schedule Class, Call (866)238-4741 or www.checkprogram.com**
**Case Number: 43329789  Password: 33603663**
**PAYMENTS ACCEPTED: CREDIT & DEBIT CARDS, WESTERN UNION, MONEY ORDERS, OR CASHIER'S CHECK**

FIRST AMENDED COMPLAINT - 161

This

page

intentionally

blank.

# — EXHIBIT 12 —



Placer County District Attorney
Bad Check Restitution Program     Document 8-2   Filed 02/06/15   Page 46 of 55
PO Box 7658
Auburn, CA 95604-7658

R. Scott Owens
District Attorney

██████████████████████
08V3C82

# FAILURE TO RESPOND - IMMEDIATE ATTENTION REQUIRED

*** 1226REG.BLU.001
4000000174 01.0000.0000 170/1

|ılıl∙ıylıⁱlllⁱlılⁱlⁱlⁱⁱⁱlᵘllⁱlⁱₗⁱlⁱlⁱⁱlⁱⁱlⁱₗlⁱⁱⁱⁱⁱₗⁱₗⁱₗⁱₗⁱⁱⁱₗⁱₗ

NANCY E MORIN
5000 WINDING WAY
AUBURN CA 95602-9178

Office Hours: 9:00 a.m. - 5:00 p.m.
Phone: (866)238-4741
Date of Notice: 12/26/2014
Case #: 43329789
Balance Due: $407.12
Page:   1

Our records indicate that you have failed to respond or fully comply with the District Attorney's Official Notice.

Call this Office by 01/05/2015 if you wish to participate in the Bad Check Restitution Program.

Successful completion of the program requires that you comply with all Bad Check Restitution Program requirements including full restitution, all fees and attendance of the Financial Accountability class. You may receive further notices and/or phone calls while program requirements remain outstanding.

**Our records indicate that you currently have an outstanding balance of $407.12.**

**Our records indicate you have not completed your Financial Accountability class requirement.**

If you have already mailed or arranged your required payment(s) and completed or scheduled the educational class, please disregard this Notice. Otherwise, please call (866)238-4741 or go to our secure website at www.checkprogram.com. To access your file online you will need to enter your case number, which is 43329789, and the following password: 33603663.

Thank you for your immediate attention to this matter.

Sincerely,

*R. S. Owens*

**R. Scott Owens**
**District Attorney**

**The Placer County District Attorney's Bad Check Restitution Program is administered by a private entity under contract with the Placer County District Attorney.**

---

**To Make Payment/Schedule Class, call (866)238-4741 or www.checkprogram.com**
**Case Number: 43329789  Password: 33603663**
**PAYMENTS ACCEPTED: CREDIT & DEBIT CARDS, WESTERN UNION, MONEY ORDERS, OR CASHIER'S CHECK**

[170/1]                                 12/26/2014              Doc # FirstFTC        7330        generic
                                                                                                  (QESP)45:T000:000620:001:  11001170  1/1

FIRST AMENDED COMPLAINT - 164

# — EXHIBIT  13 —



**Placer County District Attorney**
**Bad Check Restitution Program**
PO Box 7658
Auburn, CA 95604-7658

R. Scott Owens
District Attorney

08W3UR1

# WARNING - SECOND NOTICE OF FAILURE TO COMPLY

*** 0126-00534-001  lilreddy@att.net
3000000634 01.0000.0000 466/1

NANCY E MORIN
5000 WINDING WAY
AUBURN CA 95602

Office Hours: 9:00 a.m. - 5:00 p.m.
Phone:  (866)238-4741
Date of Notice: 01/26/2015
Case #:  43329789
Balance Due: $407.12
Page:   1

You have failed to respond to the District Attorney's Notices regarding California Penal Code 476a, entitled "Making or Delivering Check With Insufficient Funds". Prior attempts to resolve this situation have been unsuccessful.

You cannot participate in the Bad Check Restitution Program unless you contact this office prior to 02/02/2015.  If you wish to participate in the program, call this Office during the hours listed above.

Successful completion of the program requires that you comply with all Bad Check Restitution Program requirements including full restitution, all fees and attendance of the Financial Accountability class.  You may receive further notices and/or phone calls while program requirements remain outstanding.

**Our records indicate that you currently have an outstanding balance of $407.12.**

**Our records indicate you have not completed your Financial Accountability class requirement.**

If you have already mailed or arranged your required payment(s) and completed or scheduled the educational class, please disregard this Notice.  Otherwise, please call (866)238-4741 or go to our secure website at www.checkprogram.com.  To access your file online you will need to enter your case number, which is 43329789, and the following password: 33603663.

Thank you for your immediate attention to this matter.

Sincerely,

*R. S. Owens*

**R. Scott Owens**
**District Attorney**

   **The Placer County District Attorney's Bad Check Restitution Program is administered by a private entity under contract with the Placer County District Attorney.**

---

**To Make Payment/Schedule Class, call (866)238-4741 or www.checkprogram.com**
**Case Number: 43329789  Password: 33603663**
PAYMENTS ACCEPTED: CREDIT & DEBIT CARDS, WESTERN UNION, MONEY ORDERS, OR CASHIER'S CHECK
FIRST AMENDED COMPLAINT CARD

— **EXHIBIT  14** —



El Dorado County District Attorney
**Bad Check Restitution Program**
PO Box 3240
Diamond Springs, CA 95619-3240

Vern Pierson
District Attorney



080NU85

# OFFICIAL NOTICE - IMMEDIATE ATTENTION REQUIRED

*** 0613DUP.BLU.001
4000000525 01.0000.0000 179/1

NARISHA BONAKDAR
1310 GARDENIA CIR
EL DORADO HILLS CA 95762-6809

Office Hours: 9:00 a.m. - 5:00 p.m.
Phone: (877)607-2782 - 2862
Date of Notice: 06/13/2014
Case #: 42841068
Balance Due: $448.50
Page: 1

You have been accused of violating California Penal Code 476a, entitled "Making or Delivering Check With Insufficient Funds". A conviction under this statute is punishable by up to one (1) year in the county jail for checks up to $450, and county jail or state prison for checks in excess of $450. See page 5 for details on the party(s) initiating this allegation.

My office has established a Bad Check Restitution Program. The Bad Check Restitution Program is authorized by the California legislature, and is a pre-charge program designed to allow people accused of having violated the above-referenced statute to avoid the possibility of further action against the accused by the District Attorney's Office. Participation in the Bad Check Restitution Program is voluntary. The Bad Check Restitution Program has two steps:

1. **Pay all restitution on all reported checks, plus any administrative, returned item, and program fees.**
2. **Attend a Financial Accountability class.**

#### El Dorado County District Attorney Bad Check Restitution Program
#### TOTAL BALANCE DUE: $448.50

You have the right to dispute this matter, as set forth on page 2 of this notice. In order to participate in the Bad Check Restitution Program you must pay in full and schedule class within THIRTY (30) DAYS from the date of this Notice.

#### PLEASE CALL (877)607-2782 or visit www.checkprogram.com TO
#### MAKE PAYMENT/SCHEDULE CLASS
**Please have your case number ready: 42841068 and Password: 40032069**
**PAYMENTS ACCEPTED: CREDIT & DEBIT CARDS, WESTERN UNION, MONEY ORDERS, OR CASHIER'S CHECK**

If you choose to participate in the Bad Check Restitution Program, and if you successfully complete the program's two steps outlined above, my office will consider this matter resolved. The Bad Check Restitution Program is administered by a private entity under contract with the El Dorado County District Attorney.

For additional information or if you believe you received this Notice in error, please see the reverse side.

**Sincerely,**


**Vern Pierson**
**District Attorney**

See reverse side➡

This notice has been printed and mailed on behalf of my office by a third party administrator of the Bad Check Restitution Program at no cost to the taxpayer.

FIRST AMENDED COMPLAINT - 168

# DISPUTES, TERMS, AND CONDITIONS, AND OTHER IMPORTANT INFORMATION    Page: 2

■ **IF YOU BELIEVE YOU RECEIVED THIS NOTICE IN ERROR OR WISH TO DISPUTE THIS NOTICE IN WRITING:**

- Review your records CAREFULLY.
- Call the District Attorney's Bad Check Restitution Program Office at (877)607-2782.
- Ask for a Compliance Specialist.
- Explain the error.
- The Compliance Specialist will ask you to fax or mail in documentation of the error. For cases involving stop payments on checks or performance disputes, please consult a Compliance Specialist for more information.
- You may dispute the validity of this allegation in writing to this Office within 30 days of receiving this Official Notice. Upon submitting your written dispute not later than 30 days after receiving the Official Notice (along with any relevant supporting documentation), the authorized administrator of the Bad Check Restitution Program will review the written dispute based on criteria established by the El Dorado County District Attorney.

- Fax or mail your case documentation to:   **Fax: (800) 227-3041**

> **El Dorado County District Attorney**
> **Bad Check Restitution Program**
> **PO Box 3240**
> **Diamond Springs, CA 95619-3240**

■ **IF YOU BELIEVE YOU RECEIVED THIS NOTICE AS A RESULT OF IDENTITY THEFT, FORGERY, THEFT, OR OTHER FRAUD:**

You will be required to promptly provide further written documentation to support your claim. If you are a victim of identity theft, you will need to go to the bank to obtain and sign an identity theft affidavit. If you were not the victim of identity theft but did not write the check(s), you will need to go to the bank to obtain and sign an affidavit of forgery that you did not write the check(s) in question. In most cases, if you believe the check(s) where stolen or forged, you will also be required to file a police report.

■ **IF YOU BELIEVE YOU WERE NOT PROPERLY NOTIFIED:**

The Bad Check Restitution Program is only for reports of bad check activity from those businesses or parties that have notified you according to California State Law and provided you with an opportunity to make good on the check. In addition to notification from the party you issued the check to banks routinely send customers notice of returned items. Non-sufficient funds (NSF) checks also appear on your monthly account statement. **PLEASE CHECK YOUR RECORDS CAREFULLY.**

■ **IF YOU HAVE ALREADY PAID THE MERCHANT OR FILING PARTY:**

Please fax or mail documentation that the merchant or filing party received payment BEFORE the date of this Notice. Appropriate documentation consists of a receipt of payment to the victim and/or a cleared copy (front and back) of repayment to the victim. The administrator of the Bad Check Restitution Program will review the submitted documentation. Allow fourteen (14) days to process information before calling.

■ **IF YOU WANT TO CONTEST THIS MATTER:**

You have the right to choose not to participate, and to contest this matter. If you wish, you may want to consult an attorney. Personal bankrupcies DO NOT void responsibility in a criminal matter.

---

**To Make Payment/Schedule Class, Call (877)607-2782 or www.checkprogram.com**
**Case Number: 42841068  Password: 40032069**
PAYMENTS ACCEPTED: CREDIT & DEBIT CARDS, WESTERN UNION, MONEY ORDERS, OR CASHIER'S CHECK
FIRST AMENDED COMPLAINT - 169

■ **TERMS AND CONDITIONS OF THE BAD CHECK RESTITUTION PROGRAM:**

Participant agrees to participate in the El Dorado County District Attorney Bad Check Restitution Program ("Program"). Participant acknowledges and agrees that the fees charged for the Program are reasonable and appropriate. Participant acknowledges and agrees that in addition to the fees that are charged, participant is required to attend a rehabilitative counseling class conducted by an instructor hired by the private entity under contract with the District Attorney to administer the Program ("Administrator"). Participant further agrees that by paying the fees charged for the Program, participant is bound by the terms and conditions of the Program, as set forth in this agreement.

Agreement to Arbitrate: You and Administrator agree to resolve any and all claims and disputes relating in any way to the Program ("Claims"), except for Claims concerning the validity, scope or enforceability of this Arbitration Agreement, through BINDING INDIVIDUAL ARBITRATION before the American Arbitration Association ("AAA"). This means you will be unable to have Claim(s) resolved by a court or jury, or to participate in a class action or class arbitration. Other rights you would have if you went to court may be unavailable or limited in arbitration, including your right to appeal. The only exception to this agreement to arbitrate is that you and/or Administrator may seek relief in a small claims court for Claims within the jurisdiction of that court in any particular state.

CLASS ACTION WAIVER: NO ARBITRATOR OR COURT MAY ORDER, PERMIT OR CERTIFY A CLASS ACTION, REPRESENTATIVE ACTION, PRIVATE ATTORNEY-GENERAL ACTION OR CONSOLIDATED ARBITRATION IN CONNECTION WITH THIS ARBITRATION AGREEMENT. NO ARBITRATOR OR COURT MAY ORDER OR PERMIT A JOINDER OF PARTIES IN CONNECTION WITH THIS ARBITRATION AGREEMENT UNLESS ALL PARTIES CONSENT TO SUCH JOINDER IN WRITING.

Governing Law and Jurisdiction: Any arbitration proceeding will be governed by the Consumer Procedures or other applicable rules of AAA in effect when the Claim is filed. The arbitration proceeding will take place in the county where you reside or any other mutually acceptable location. Judgment on the arbitration award may be entered in any court having jurisdiction.

The arbitrator shall follow applicable law and is empowered to grant any relief, including attorneys' fees, costs, and other expenses, to the extent such relief would be available in court. You and Administrator agree the Program and transactions subject to this Arbitration Agreement involve interstate commerce and that this Arbitration Agreement is governed by and enforceable under the Federal Arbitration Act. You and Administrator also agree this Arbitration Agreement extends to parties related to Administrator that are involved in any Claims, including without limitation, Administrator's parents, affiliates, subsidiaries, agents, principals, contractors, officers and employees.

Costs: Administrator shall pay all arbitration costs if it initiates arbitration. If you initiate arbitration, you will not be required to pay any fees that exceed the fees you would have paid had you brought the Claim(s) in court. You may seek a waiver of the filing fee under AAA Rules. If you do not qualify for a waiver, you may request, in writing, that Administrator advance all or part of the filing fee.

Enforceability: This Arbitration Agreement shall govern if there is a conflict between it and the AAA Rules, unless Administrator waives any conflict in writing. If any part of this Arbitration Agreement, except the class action waiver, is found invalid or unenforceable, the remaining provisions shall remain in full force and effect. If the class action waiver is found invalid or unenforceable as to a particular Claim, the Arbitration Agreement shall not apply to that Claim.

You may contact AAA to obtain information about arbitration, arbitration procedures and fees by calling 800-778-7879 or visiting www.adr.org.

YOU HAVE THE RIGHT TO REJECT THIS ARBITRATION AGREEMENT, BUT YOU MUST DO SO PROMPTLY. If you do not agree to arbitration, you must notify us in writing within sixty (60) days after the date you enroll in the Program. You must send your notice to: 806 E Avenida Pico STE I PMB 340, San Clemente, CA 92673-5639, and include your full name, address, and the statement "I reject the arbitration agreement for the El Dorado County District Attorney Bad Check Restitution Program."

■ **OTHER IMPORTANT INFORMATION:**

Completion of the Bad Check Restitution Program is valid ONLY if you comply with ALL District Attorney's requirements. Should you be permitted to comply by a payment plan, such payments may be allocated ratably between restitution and program fees until they are fully satisfied. By making full or partial payment, you are agreeing to be enrolled in the Bad Check Restitution Program, and you are agreeing to pay restitution on all reported checks as well as pay all required fees, including program, administrative, and returned item fees pursuant to the terms of this Notice. Once enrolled, program fees will be non-refundable.

**You may wish to consult an attorney to obtain legal advice about your rights in regards to this matter.**

The Program does not accept personal checks. Sending a personal check for payment shall be deemed sufficient authorization to complete the payment via electronic debit. By doing so, your checking account will be debited for the amount of the check and your cancelled check will not be returned to your bank. Electronic debit entries returned for insufficient or uncollected funds may be resubmitted two times following the return of the original entry.

Please note, your balance may increase if additional checks are reported to this office or program fees are changed. Additionally, you may incur a fee for missing or rescheduling class, making a late or insufficient payment, and/or paying over the phone or Internet.

FIRST AMENDED COMPLAINT - 170

This

page

intentionally

blank.

El Dorado County District Attorney
**Bad Check Restitution Program**
PO Box 3240
Diamond Springs, CA 95619-3240

District Attorney

# OFFICIAL NOTICE - IMMEDIATE ATTENTION REQUIRED

**BALANCE DUE ON  07/14/2014**          $448.50

Office Hours: 9:00 a.m. - 5:00 p.m.
Page:  5  of  5

**PAYMENT OPTIONS:**

    **1. INTERNET**    www.checkprogram.com
                        Case Number:  42841068
                        Password:      40032069
                        **Credit and Debit Cards**

    **2. PHONE**    (877)607-2782
                        **Credit and Debit Cards or Western Union**

    **3. MAIL**    **El Dorado County District Attorney**
                        **Bad Check Restitution Program**
                        PO Box 3240
                        Diamond Springs, CA 95619-3240
                        **Money Orders and Cashier's Checks Only**

| VICTIM | CHECK # | DATE | AMOUNT | RETURNED ITEM FEE | ADMIN FEE | TOTAL THIS CHECK |
|--------|---------|------|--------|-------------------|-----------|------------------|
| EL DORADO COUNTY | 208C | 3/14/2014 | $200.00 | $7.50 | $50.00 | $257.50 |

\*\*\* Additional service fee may be due victim. \*\*\*

Financial Accountability Class Fee    $191.00

**TOTAL BALANCE DUE:**    **$448.50**

---

**To Make Payment/Schedule Class, Call (877)607-2782 or www.checkprogram.com**
**Case Number: 42841068  Password: 40032069**
**PAYMENTS ACCEPTED: CREDIT & DEBIT CARDS, WESTERN UNION, MONEY ORDERS, OR CASHIER'S CHECK**

FIRST AMENDED COMPLAINT - 172

### ■ IF YOU BELIEVE YOU RECEIVED THIS NOTICE IN ERROR OR WISH TO DISPUTE THIS NOTICE IN WRITING:

- Review your records CAREFULLY.
- Call the District Attorney's Bad Check Restitution Program Office at (800)931-9352.
- Ask for a Compliance Specialist.
- Explain the error.
- The Compliance Specialist will ask you to fax or mail in documentation of the error. For cases involving stop payments on checks or performance disputes, please consult a Compliance Specialist for more information.
- You may dispute the validity of this allegation in writing to this Office within 30 days of receiving this Official Notice. Upon submitting your written dispute not later than 30 days after receiving the Official Notice (along with any relevant supporting documentation), the authorized administrator of the Bad Check Restitution Program will review the written dispute based on criteria established by the Orange County District Attorney.

- Fax or mail your case documentation to:   **Fax: (800) 227-3041**

  **Orange County District Attorney**
  **Bad Check Restitution Program**
  **806 E Avenida Pico STE I PMB 340**
  **San Clemente, CA 92673-5639**

### ■ IF YOU BELIEVE YOU RECEIVED THIS NOTICE AS A RESULT OF IDENTITY THEFT, FORGERY, THEFT, OR OTHER FRAUD:

You will be required to promptly provide further written documentation to support your claim. If you are a victim of identity theft, you will need to go to the bank to obtain and sign an identity theft affidavit.  If you were not the victim of identity theft but did not write the check(s), you will need to go to the bank to obtain and sign an affidavit of forgery that you did not write the check(s) in question.
In most cases, if you believe the check(s) where stolen or forged, you will also be required to file a police report.

### ■ IF YOU BELIEVE YOU WERE NOT PROPERLY NOTIFIED:

The Bad Check Restitution Program is only for reports of bad check activity from those businesses or parties that have notified you according to California State Law and provided you with an opportunity to make good on the check. In addition to notification from the party you issued the check to banks routinely send customers notice of returned items. Non-sufficient funds (NSF) checks also appear on your monthly account statement.  **PLEASE CHECK YOUR RECORDS CAREFULLY.**

### ■ IF YOU HAVE ALREADY PAID THE MERCHANT OR FILING PARTY:

Please fax or mail documentation that the merchant or filing party received payment BEFORE the date of this Notice.  Appropriate documentation consists of a receipt of payment to the victim and/or a cleared copy (front and back) of repayment to the victim. The administrator of the Bad Check Restitution Program will review the submitted documentation. Allow fourteen (14) days to process information before calling.

### ■ IF YOU WANT TO CONTEST THIS MATTER:

You have the right to choose not to participate, and to contest this matter. If you wish, you may want to consult an attorney. Personal bankrupcies DO NOT void responsibility in a criminal matter.

---

**To Make Payment/Schedule Class, Call (800)931-9352 or www.checkprogram.com**
**Case Number: 42058994  Password: 39296883**
**PAYMENTS ACCEPTED: CREDIT & DEBIT CARDS, WESTERN UNION, MONEY ORDERS, OR CASHIER'S CHECK**