1
2
3
4
5
6

U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN BREAZEALE, KAREN SOLBERG, KEVIN HIEP VU, NANCY MORIN, and NARISHA BONAKDAR, on their own behalf and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VICTIM SERVICES, INC., d/b/a CorrectiveSolutions , NATIONAL CORRECTIVE GROUP, INC., d/b/a CorrectiveSolutions, and MATS JONSSON,<br><br>Defendants. | NO. 3:14-cv-05266-MEJ<br><br>**CASE MANAGEMENT STATEMENT AND REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND DEADLINES**<br><br>Magistrate Maria-Elena James<br><br><u>CLASS ACTION</u><br><br>**DEMAND FOR TRIAL BY JURY**<br><br>DATE:          March 5, 2015<br>TIME:          10:00 a.m.<br>LOCATION: Courtroom B, 15th Floor |

Plaintiffs submit the following statement and request for continuance of the initial case management deadlines, pursuant to the Order Setting Initial Case Management Conference:

Plaintiffs filed their complaint initiating this class action lawsuit on December 1, 2014. *See* Dkt. No. 1. The Court issued its Order Setting Initial Case Management Conference and ADR Deadlines on the same day. *See* Dkt. No. 4. On February 6, 2015, Plaintiffs filed their

CASE MANAGEMENT STATEMENT AND REQUEST TO
CONTINUE INITIAL CASE MANAGEMENT
CONFERENCE AND DEADLINES - 1
CASE NO. 3:14-CV-05266-MEJ

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

First Amended Complaint, adding additional class representatives and causes of action. *See* Dkt. No. 8. Plaintiffs are in the process of serving Defendants, but have not yet served Defendants with the First Amended Complaint, Summonses, and Order Setting Initial Case Management Conference and ADR Deadlines. Thus, the parties cannot meet and confer regarding initial disclosures by February 12, 2015, or meet the other deadlines set forth in the Order Setting Initial Case Management Conference and ADR Deadlines. *See* Dkt. No. 4. Plaintiffs therefore request a two-month continuance of those deadlines sufficient to allow Plaintiffs time to serve all Defendants, and allow Defendants time to retain counsel and confer with Plaintiffs. .

RESPECTFULLY SUBMITTED AND DATED this 11th day of February, 2015.

TERRELL MARSHALL DAUDT
& WILLIE PLLC

By: /s/ Beth E. Terrell, CSB #178181
Beth E. Terrell, CSB #178181
Email: bterrell@tmdwlaw.com
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 350-3528

Paul Arons
Email: lopa@rockisland.com
LAW OFFICE OF PAUL ARONS
685 Spring Street, Suite 104
Friday Harbor, Washington 98250
Telephone: (360) 378-6496
Facsimile: (360) 378-6498

Deepak Gupta
Email: deepak@guptabeck.com
GUPTA BECK PLLC
1735 20th Street, NW
Washington, DC 20009
Telephone: (202) 888-1741
Facsimile: (202) 888-7792

*Attorneys for Plaintiffs*

CASE MANAGEMENT STATEMENT AND REQUEST TO
CONTINUE INITIAL CASE MANAGEMENT
CONFERENCE AND DEADLINES - 2
CASE NO. 3:14-CV-05266-MEJ

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on February 11, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> No Appearances
>
> *Attorneys for Defendants*

DATED this 11th day of February, 2015.

> TERRELL MARSHALL DAUDT & WILLIE PLLC
>
> By: /s/ Beth E. Terrell, CSB #178181
> Beth E. Terrell, CSB #178181
> Email: bterrell@tmdwlaw.com
> 936 North 34th Street, Suite 300
> Seattle, Washington 98103-8869
> Telephone: (206) 816-6603
> Facsimile: (206) 350-3528
>
> *Attorneys for Plaintiff*

CASE MANAGEMENT STATEMENT AND REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND DEADLINES - 3
CASE NO. 3:14-CV-05266-MEJ

**TERRELL MARSHALL DAUDT & WILLIE PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com