U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN BREAZEALE, KAREN SOLBERG, KEVIN HIEP VU, NANCY MORIN, and NARISHA BONAKDAR, on their own behalf and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VICTIM SERVICES, INC., d/b/a CorrectiveSolutions , NATIONAL CORRECTIVE GROUP, INC., d/b/a CorrectiveSolutions, and MATS JONSSON,<br><br>Defendants. | NO. 3:14-cv-05266-MEJ<br><br>**CASE MANAGEMENT STATEMENT AND REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND DEADLINES**<br><br>Magistrate Maria-Elena James<br><br><u>CLASS ACTION</u><br><br>**DEMAND FOR TRIAL BY JURY**<br><br>DATE:        March 5, 2015<br>TIME:        10:00 a.m.<br>LOCATION: Courtroom B, 15th Floor |

Plaintiffs submit the following statement and request for continuance of the initial case management deadlines, pursuant to the Order Setting Initial Case Management Conference:

Plaintiffs filed their complaint initiating this class action lawsuit on December 1, 2014. *See* Dkt. No. 1.  The Court issued its Order Setting Initial Case Management Conference and ADR Deadlines on the same day.  *See* Dkt. No. 4.  On February 6, 2015, Plaintiffs filed their

CASE MANAGEMENT STATEMENT AND REQUEST TO
CONTINUE INITIAL CASE MANAGEMENT
CONFERENCE AND DEADLINES - 1
CASE NO. 3:14-CV-05266-MEJ

**TERRELL MARSHALL DAUDT & WILLIE PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

1  First Amended Complaint, adding additional class representatives and causes of action.  *See*
2  Dkt. No. 8.  Plaintiffs are in the process of serving Defendants, but have not yet served
3  Defendants with the First Amended Complaint, Summonses, and Order Setting Initial Case
4  Management Conference and ADR Deadlines.  Thus, the parties cannot meet and confer
5  regarding initial disclosures by February 12, 2015, or meet the other deadlines set forth in the
6  Order Setting Initial Case Management Conference and ADR Deadlines.  *See* Dkt. No. 4.
7  Plaintiffs therefore request a two-month continuance of those deadlines sufficient to allow
8  Plaintiffs time to serve all Defendants, and allow Defendants time to retain counsel and confer
9  with Plaintiffs.  .

RESPECTFULLY SUBMITTED AND DATED this 11th day of February, 2015.

TERRELL MARSHALL DAUDT
 & WILLIE PLLC

By:  /s/ Beth E. Terrell, CSB #178181
Beth E. Terrell, CSB #178181
Email: bterrell@tmdwlaw.com
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
Telephone:  (206) 816-6603
Facsimile:  (206) 350-3528

Paul Arons
Email:  lopa@rockisland.com
LAW OFFICE OF PAUL ARONS
685 Spring Street, Suite 104
Friday Harbor, Washington  98250
Telephone:  (360) 378-6496
Facsimile:  (360) 378-6498

Deepak Gupta
Email: deepak@guptabeck.com
GUPTA BECK PLLC
1735 20th Street, NW
Washington, DC 20009
Telephone: (202) 888-1741
Facsimile: (202) 888-7792

*Attorneys for Plaintiffs*

---

**GRANTED** — /s/ Judge Maria-Elena James — UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Case Management Conference is continued to May 14, 2015 at 10:00 a.m., courtroom B, 15th Flr. Joint case management statement shall be due May 7, 2015. All other pending case management deadlines are continued accordingly.

Dated:  2/13/2015

---

CASE MANAGEMENT STATEMENT AND REQUEST TO
CONTINUE INITIAL CASE MANAGEMENT
CONFERENCE AND DEADLINES - 2
CASE NO. 3:14-CV-05266-MEJ

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on February 11, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    No Appearances

    *Attorneys for Defendants*

DATED this 11th day of February, 2015.

    TERRELL MARSHALL DAUDT & WILLIE PLLC

    By: /s/ Beth E. Terrell, CSB #178181
    Beth E. Terrell, CSB #178181
    Email: bterrell@tmdwlaw.com
    936 North 34th Street, Suite 300
    Seattle, Washington 98103-8869
    Telephone: (206) 816-6603
    Facsimile: (206) 350-3528

    *Attorneys for Plaintiff*

CASE MANAGEMENT STATEMENT AND REQUEST TO
CONTINUE INITIAL CASE MANAGEMENT
CONFERENCE AND DEADLINES - 3
CASE NO. 3:14-CV-05266-MEJ

**TERRELL MARSHALL DAUDT & WILLIE PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com