FREEDMAN+TAITELMAN, LLP
Michael A. Taitelman, Esq. (SBN 156254)
mtaitelman@ftllp.com
Sean M. Hardy, Esq. (SBN 266446)
smhardy@ftllp.com
1901 Avenue of the Stars, Suite 500
Los Angeles, California 90067
Tel: (310) 201-0005
Fax: (310) 201-0045

Attorneys for Victim Services, Inc., National Corrective Group, Inc., and Mats Jonsson

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN BREAZEALE, KAREN SOLBERG, KEVIN HIEP VU, NANCY MORIN, and NARISHA BONAKDAR on their own behalf and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>VICTIM SERVICES, INC., d/b/a CorrectiveSolutions, NATIONAL CORRECTIVE GROUP, INC., d/b/a CorrectiveSolutions, and MATS JONSSON,<br><br>Defendants. | Civ. No. 3:14-cv-05266-~~MEJ~~ VC<br><br>CLASS ACTION<br><br>**CLASS ACTION**<br><br>**~~[PROPOSED]~~ ORDER RE: MOTION TO ENLARGE PAGE LIMITS** |

---

1
[PROPOSED] ORDER RE: MOTION TO ENLARGE PAGE LIMITS

Pursuant to the Stipulation of the parties submitted by the parties' respective counsel in support of the Consent Motion to Enlarge Page Limits, and GOOD CAUSE NOW APPEARING,

IT IS HEREBY ORDERED that:

1. Defendants' Opening brief in support of Defendants' motion to dismiss shall not exceed thirty pages, excluding caption and tables;

2. Plaintiffs' brief in Opposition to Defendants' motion to dismiss shall not exceed thirty pages, excluding caption and tables; and

3. Defendants' Reply brief shall not exceed fifteen pages, excluding caption and tables.

IT IS SO ORDERED

DATED: April __22__, 2015              By: /s/ _____
                                       THE HONORABLE MAXINE M. CHESNEY
                                       UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Vince Chhabria*

---

2
[PROPOSED] ORDER RE: MOTION TO ENLARGE PAGE LIMITS