1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

KEVIN BREAZEALE, KAREN SOLBERG, KEVIN HIEP VU, NANCY MORIN, and NARISHA BONAKDAR, on their own behalf and on behalf of others similarly situated,

Plaintiffs,

v.

VICTIM SERVICES, INC., d/b/a CorrectiveSolutions, NATIONAL CORRECTIVE GROUP, INC., d/b/a CorrectiveSolutions, and MATS JONSSON,

Defendants.

NO. 3:14-cv-05266-VC

**STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING DEADLINES**

Honorable Vince Chhabria

CLASS ACTION

**DEMAND FOR TRIAL BY JURY**

**I.  STIPULATION**

The parties have stipulated and request that the Court extend the briefing deadlines for Defendants' Special Motion to Strike (Dkt. No. 37) and Motion to Dismiss (Dkt. No. 38).  Civil LR 7-12.  Plaintiffs request a one-week extension of the time for them to respond to Friday, May 8, 2015.  The parties have agreed that Defendants' replies should be due two weeks later, on Friday May 22, 2015.

The motions are noticed for hearing on July 2, 2015.  If the parties' requested extensions are granted, the motions will be fully briefed forty-one days before the hearing date.

Plaintiffs requested and Defendants agreed to an extension of time to respond because both motions are dispositive motions of significant substance.  Plaintiffs are working diligently to respond to the motions but request an additional week to prepare their responses to the forty-

STIPULATION AND [PROPOSED] ORDER EXTENDING
BRIEFING DEADLINES - 1
CASE NO. 3:14-cv-05266-VC

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

1    seven pages of briefing filed by Defendants.  The parties have agreed that Defendants should be

2    granted an additional week to file their replies as well.  The parties do not anticipate that the

3    proposed extension of the briefing deadlines will require the Court to reset the hearing date for

4    the motion or any other deadline.

5            IT IS SO STIPULATED.

6            RESPECTFULLY SUBMITTED AND DATED this 29th day of April, 2015.

7

8    TERRELL MARSHALL DAUDT                 FREEDMAN & TAITELMAN, LLP
       & WILLIE PLLC

9
     By:  /s/ Beth E. Terrell, CSB #178181       By:  /s/ Michael A. Taitelman, CSB #156254
10        Beth E. Terrell, CSB #178181              Michael A. Taitelman, CSB #156254
          Email: bterrell@tmdwlaw.com              Email: mtaitelman@ftllp.com
11        936 North 34th Street, Suite 300         Sean M. Hardy, CSB #266446
          Seattle, Washington  98103-8869          Email:  smhardy@ftllp.com
12        Telephone:  (206) 816-6603               1901 Avenue of the Stars, Suite 500
          Facsimile: (206) 350-3528                Los Angeles, California  90067
13                                                 Telephone:  (310) 201-0005
                                                   Facsimile:  (310) 201-0045
14
          Paul Arons
15        Email:  lopa@rockisland.com        *Attorneys for Defendants Victim Services,*
          LAW OFFICE OF PAUL ARONS          *Inc., National Corrective Group, Inc., and*
16        685 Spring Street, Suite 104       *Mats Jonsson*
          Friday Harbor, Washington  98250
17        Telephone:  (360) 378-6496
          Facsimile: (360) 378-6498
18
          Deepak Gupta
19        Email: deepak@guptabeck.com
          GUPTA BECK PLLC
20        1735 20th Street, NW
          Washington, DC 20009
21        Telephone: (202) 888-1741
          Facsimile: (202) 888-7792
22

23
     *Attorneys for Plaintiffs*
24

25

26

27

STIPULATION AND [PROPOSED] ORDER EXTENDING
BRIEFING DEADLINES - 2
CASE NO. 3:14-cv-05266-VC

1

## II. [~~PROPOSED~~] ORDER

2      PURSUANT TO STIPULATION, IT IS SO ORDERED.  Plaintiffs' responses to

3  Defendants' Special Motion to Strike (Dkt. No. 37) and Motion to Dismiss (Dkt. No. 38) shall be

4  due on Friday, May 8, 2015.  Defendants' replies shall be due on Friday May 22, 2015.

5      DATED this __30__ day of April, 2015.

6

7                                                THE HONORABLE VINCE CHHABRIA

8

9  Presented by:

10

11 TERRELL MARSHALL DAUDT
    & WILLIE PLLC

12 By: /s/ Beth E. Terrell, CSB #178181
13      Beth E. Terrell, CSB #178181
        Email: bterrell@tmdwlaw.com
14      936 North 34th Street, Suite 300
        Seattle, Washington  98103-8869
15      Telephone:  (206) 816-6603
        Facsimile:  (206) 350-3528
16

17      Paul Arons
        Email:  lopa@rockisland.com
18      LAW OFFICE OF PAUL ARONS
        685 Spring Street, Suite 104
19      Friday Harbor, Washington  98250
        Telephone:  (360) 378-6496
20      Facsimile:  (360) 378-6498

21
        Deepak Gupta
22      Email: deepak@guptabeck.com
        GUPTA BECK PLLC
23      1735 20th Street, NW
        Washington, DC 20009
24      Telephone: (202) 888-1741
        Facsimile: (202) 888-7792
25

26 *Attorneys for Plaintiffs*

27

STIPULATION AND [PROPOSED] ORDER EXTENDING
BRIEFING DEADLINES - 3
CASE NO. 3:14-CV-05266-VC

1

FREEDMAN & TAITELMAN, LLP

2

By:  /s/ Michael A. Taitelman, CSB #156254

3
        Michael A. Taitelman, CSB #156254
        Email: mtaitelman@ftllp.com

4
        Sean M. Hardy, CSB #266446
        Email:  smhardy@ftllp.com

5
        1901 Avenue of the Stars, Suite 500

6
        Los Angeles, California  90067
        Telephone:  (310) 201-0005

7
        Facsimile:  (310) 201-0045

8

*Attorneys for Defendants Victim Services,*

9
*Inc., National Corrective Group, Inc., and*
*Mats Jonsson*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATION AND [PROPOSED] ORDER EXTENDING
BRIEFING DEADLINES - 4
CASE NO. 3:14-CV-05266-VC

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com