U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVIN BREAZEALE, KAREN SOLBERG, KEVIN HIEP VU, NANCY MORIN, and NARISHA BONAKDAR, on their own behalf and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VICTIM SERVICES, INC., d/b/a CorrectiveSolutions , NATIONAL CORRECTIVE GROUP, INC., d/b/a CorrectiveSolutions, and MATS JONSSON,<br><br>Defendants. | NO. 3:14-cv-05266-VC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING CASE MANAGEMENT CONFERENCE**<br>AS MODIFIED<br><br>Honorable Vince Chhabria<br><br><u>CLASS ACTION</u><br><br>**DEMAND FOR TRIAL BY JURY** |

### I.   STIPULATION

The parties have stipulated and request that the Court extend the Case Management Conference and deadline to submit the joint case management statement. The Case Management Conference is currently set for May 14, 2015 and the deadline to submit the joint case management statement is May 7, 2015. *See* Dkt. No. 19.

STIPULATION AND [PROPOSED] ORDER EXTENDING
CASE MANAGEMENT CONFERENCE - 1
CASE NO. 3:14-CV-05266-VC

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

The parties had agree to stay certain deadlines to discuss the possibility of early settlement and therefore have not yet conducted a Rule 26(f) conference. While settlement discussions are continuing, the parties will hold a Rule 26(f) conference to occur before Friday, May 15, 2015. In addition, Defendants have filed multiple motions which are scheduled for consideration on July 2, 2015. *See* Dkt. Nos. 37 and 38. The parties therefore request the Case Management Conference be continued to July 2, 2015 and the deadline to submit the joint case management report be continued to May 22, 2015.

    IT IS SO STIPULATED

    RESPECTFULLY SUBMITTED AND DATED this 7th day of May, 2015.

| | |
|---|---|
| TERRELL MARSHALL DAUDT<br>  & WILLIE PLLC | FREEDMAN & TAITELMAN, LLP |
| By:  /s/ Beth E. Terrell, CSB #178181<br>    Beth E. Terrell, CSB #178181<br>    Email: bterrell@tmdwlaw.com<br>    936 North 34th Street, Suite 300<br>    Seattle, Washington  98103-8869<br>    Telephone:  (206) 816-6603<br>    Facsimile:  (206) 350-3528<br><br>    Paul Arons<br>    Email:  lopa@rockisland.com<br>    LAW OFFICE OF PAUL ARONS<br>    685 Spring Street, Suite 104<br>    Friday Harbor, Washington  98250<br>    Telephone:  (360) 378-6496<br>    Facsimile:  (360) 378-6498<br><br>    Deepak Gupta<br>    Email: deepak@guptabeck.com<br>    GUPTA BECK PLLC<br>    1735 20th Street, NW<br>    Washington, DC 20009<br>    Telephone: (202) 888-1741<br>    Facsimile: (202) 888-7792<br><br>*Attorneys for Plaintiffs* | By: /s/ Michael A. Taitelman, CSB #156254<br>    Michael A. Taitelman, CSB #156254<br>    Email: mtaitelman@ftllp.com<br>    Sean M. Hardy, CSB #266446<br>    Email:  smhardy@ftllp.com<br>    1901 Avenue of the Stars, Suite 500<br>    Los Angeles, California  90067<br>    Telephone:  (310) 201-0005<br>    Facsimile:  (310) 201-0045<br><br>*Attorneys for Defendants Victim Services, Inc., National Corrective Group, Inc., and Mats Jonsson* |

STIPULATION AND [PROPOSED] ORDER EXTENDING
CASE MANAGEMENT CONFERENCE - 2
CASE NO. 3:14-CV-05266-VC

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 ● FAX 206.350.3528
www.tmdwlaw.com

1                **II.**    ~~[PROPOSED]~~ **ORDER** AS MODIFIED

2      PURSUANT TO STIPULATION, IT IS SO ORDERED. The Case Management

3  Conference shall be continued to July 2, 2015 and the deadline to submit the joint case

4  management report shall be continued to ~~May 22~~ June 25, 2015.

5      DATED this __8th__ day of May, 2015.

6

7                                          THE HONORABLE VINCE CHHABRIA

8

9  Presented by:

10

11  TERRELL MARSHALL DAUDT
    & WILLIE PLLC

12

13  By: /s/ Beth E. Terrell, CSB #178181
    Beth E. Terrell, CSB #178181
    Email: bterrell@tmdwlaw.com
14     936 North 34th Street, Suite 300
    Seattle, Washington 98103-8869
15     Telephone: (206) 816-6603
    Facsimile: (206) 350-3528
16

17     Paul Arons
    Email: lopa@rockisland.com
18     LAW OFFICE OF PAUL ARONS
    685 Spring Street, Suite 104
19     Friday Harbor, Washington 98250
    Telephone: (360) 378-6496
20     Facsimile: (360) 378-6498

21

22     Deepak Gupta
    Email: deepak@guptabeck.com
23     GUPTA BECK PLLC
    1735 20th Street, NW
24     Washington, DC 20009
    Telephone: (202) 888-1741
25     Facsimile: (202) 888-7792

26 *Attorneys for Plaintiffs*

27

STIPULATION AND [PROPOSED] ORDER EXTENDING
CASE MANAGEMENT CONFERENCE - 3
CASE NO. 3:14-CV-05266-VC

**TERRELL MARSHALL DAUDT & WILLIE PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

1  FREEDMAN & TAITELMAN, LLP
2
3  By:  /s/ Michael A. Taitelman, CSB #156254
     Michael A. Taitelman, CSB #156254
4    Email: mtaitelman@ftllp.com
     Sean M. Hardy, CSB #266446
5    Email:  smhardy@ftllp.com
     1901 Avenue of the Stars, Suite 500
6    Los Angeles, California  90067
     Telephone:  (310) 201-0005
7    Facsimile:  (310) 201-0045
8
   *Attorneys for Defendants Victim Services,*
9  *Inc., National Corrective Group, Inc., and*
   *Mats Jonsson*
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

STIPULATION AND [PROPOSED] ORDER EXTENDING
CASE MANAGEMENT CONFERENCE - 4
CASE NO. 3:14-CV-05266-VC

## CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on May 7, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Michael A. Taitelman, CSB #156254
>Email: mtaitelman@ftllp.com
>Sean M. Hardy, CSB #266446
>Email:  smhardy@ftllp.com
>FREEDMAN & TAITELMAN, LLP
>1901 Avenue of the Stars, Suite 500
>Los Angeles, California  90067
>Telephone:  (310) 201-0005
>Facsimile:  (310) 201-0045

*Attorneys for Defendants Victim Services, Inc., National Corrective Group, Inc., and Mats Jonsson*

DATED this 7th day of May, 2015.

>TERRELL MARSHALL DAUDT & WILLIE PLLC
>
>By:  /s/ Beth E. Terrell, CSB #178181
>Beth E. Terrell, CSB #178181
>Email: bterrell@tmdwlaw.com
>936 North 34th Street, Suite 300
>Seattle, Washington  98103-8869
>Telephone:  (206) 816-6603
>Facsimile:  (206) 350-3528
>
>*Attorneys for Plaintiff*

STIPULATION AND [PROPOSED] ORDER EXTENDING
CASE MANAGEMENT CONFERENCE - 5
CASE NO. 3:14-CV-05266-VC

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com