UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN BREAZEALE, KAREN SOLBERG, KEVIN HIEP VU, NANCY MORIN, and NARISHA BONAKDAR on their own behalf and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VICTIM SERVICES, INC., d/b/a CorrectiveSolutions, NATIONAL CORRECTIVE GROUP, INC., d/b/a CorrectiveSolutions, and MATS JONSSON,<br><br>Defendants. | Civ. No. 3:14-cv-05266-VC<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE** |

## I.   STIPULATION

On August 3, 2015, Defendants filed their Notice of Appeal of the Court's July 16, 2015 order denying Defendants' special motion to strike pursuant to California's anti-SLAPP statute. *See* Dkt. No. 65.  On August 4, 2015, a further case management conference took place. Following this conference, the parties have stipulated and request that the Court set the following briefing schedule for Plaintiffs' Motion to Certify Appeal as Frivolous and Defendants' Motion to Confirm Stay of Proceedings Pending Appeal (collectively, the "Motions").  *See* Dkt. No. 66.

- The Motions will be filed no later than August 10, 2015.
- Responses to the Motions shall be filed no later than August 24, 2015.
- Replies to the Motions shall be filed no later than August 31, 2015.
- The Motions will be noticed for hearing on September 10, 2015 at 10:00 a.m.

---
1
**STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE**

1   IT IS SO STIPULATED

2   RESPECTFULLY SUBMITTED AND DATED this 5th day of August, 2015.

| | |
|---|---|
| TERRELL MARSHALL DAUDT & WILLIE PLLC | FREEDMAN & TAITELMAN, LLP |
| By: /s/ Beth E. Terrell<br>Beth E. Terrell<br>Email: bterrell@tmdwlaw.com<br>936 North 34th Street, Suite 300<br>Seattle, Washington  98103-8869<br>Telephone:  (206) 816-6603<br>Facsimile:  (206) 350-3528 | By: /s/ Michael A. Taitelman<br>Michael A. Taitelman<br>Email: mtaitelman@ftllp.com<br>Sean M. Hardy<br>Email:  smhardy@ftllp.com<br>1901 Avenue of the Stars, Suite 500<br>Los Angeles, California  90067<br>Telephone:  (310) 201-0005<br>Facsimile:  (310) 201-0045 |
| Paul Arons<br>Email:  lopa@rockisland.com<br>LAW OFFICE OF PAUL ARONS<br>685 Spring Street, Suite 104<br>Friday Harbor, Washington  98250<br>Telephone:  (360) 378-6496<br>Facsimile:  (360) 378-6498 | *Attorneys for Defendants Victim Services, Inc., National Corrective Group, Inc., and Mats Jonsson* |

Deepak Gupta
Email: deepak@guptabeck.com
GUPTA BECK PLLC
1735 20th Street, NW
Washington, DC 20009
Telephone: (202) 888-1741
Facsimile: (202) 888-7792

Michael F. Ram
Email:  mram@rocklawcal.com
Susan S. Brown
Email:  sbrown@rocklawcal.com
Karl Olson
Email:  kolson@rocklawcal.com
RAM, OLSON, CEREGHINO & KOPCZYNSKI
555 Montgomery Street, Suite 820
San Francisco, California  94111
Telephone:  (415) 433-4949
 Facsimile:  (415) 433-7311

*Attorneys for Plaintiffs*

## II.   [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.  Plaintiffs shall file their Motion to Certify the Appeal as Frivolous by August 10, 2015.  Defendants shall file their Motion to Confirm Stay of Proceedings Pending Appeal by August 10, 2015.  Responses to both motions shall be filed on or before August 24, 2015.  Replies to both motions shall be filed on or before August 31, 2015.

DATED this __6th__ day of August, 2015.

_____
THE HONORABLE VINCE CHHABRIA