# Certification of Current Status

August 10, 2015

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the Washington State Bar Association, **Blythe H Chandler**, WSBA ID# **43387** was admitted to the practice of law in this state by the Supreme Court of Washington on **January 13, 2011**, and is, as of today's date, an **Active member** of the Washington State Bar Association, <u>**Eligible**</u> to practice law in this state.

This certificate reflects the member's status as of the date stated. Historical information about status, including periods on inactive status, administrative and disciplinary suspensions, disbarments, resignations, etc., are not reflected in this information, but are available through a Certification of Status History. Complete discipline information, including confidential and public information about grievances and disciplinary proceedings, is available with written authorization signed by the member, through a Discipline History Certificate.

*[signature]*
_____
Paula C. Littlewood
Executive Director

Washington State Bar Association
1325 Fourth Ave, Suite 600
Seattle, WA 98101-2539
206-443-WSBA