Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

KEVIN BREAZEALE, et al.,

Plaintiff(s),

v.

VICTIM SERVICES, INC., et al.,

Defendant(s).

Case No: 3:14-cv-05266

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Blythe H. Chandler, an active member in good standing of the bar of Washington State, hereby respectfully apply for admission to practice ***pro hac vice*** in the Northern District of California representing: All Plaintiffs in the above-entitled action. My local co-counsel in this case is Michael F. Ram, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 936 North 34th Street, Suit e300<br>Seattle, Washington 98103-8869 | 555 Montgomery Street, Suite 820<br>San Francisco, California 94111 |
| MY TELEPHONE # OF RECORD:<br>(206) 816-6603 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 433-4949 |
| MY EMAIL ADDRESS OF RECORD:<br>bchandler@tmdwlaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>mram@rocklawcal.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 43387.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

***I declare under penalty of perjury that the foregoing is true and correct.***

Dated: 08/07/15

Blythe H. Chandler
APPLICANT

## ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Blythe H. Chandler is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance ***pro hac vice***. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: August 13, 2015

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE