Michael F. Ram, CSB #104805
Email:  mram@rocklawcal.com
Susan S. Brown, CSB #287986
Email:  sbrown@rocklawcal.com
Karl Olson, CSB #104760
Email:  kolson@rocklawcal.com
RAM, OLSON, CEREGHINO & KOPCZYNSKI
555 Montgomery Street, Suite 820
San Francisco, California  94111
Telephone:  (415) 433-4949
Facsimile:  (415) 433-7311

[Additional Counsel Appear on Signature Page]

*Attorneys for Plaintiffs*

U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVIN BREAZEALE, KAREN SOLBERG, KEVIN HIEP VU, NANCY MORIN, and NARISHA BONAKDAR, on their own behalf and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VICTIM SERVICES, INC., d/b/a CorrectiveSolutions, NATIONAL CORRECTIVE GROUP, INC., d/b/a CorrectiveSolutions, and MATS JONSSON,<br><br>Defendants. | NO. 3:14-cv-05266-VC<br><br>**JOINT PROPOSED DISCOVERY PLAN** AND ORDER<br><br>Honorable Vince Chhabria<br><br><u>CLASS ACTION</u> |

Plaintiffs Kevin Breazeale, Karen Solberg, Kevin Hiep Vu, Nancy Morin and Narisha Bonakdar ("Plaintiffs"), and Defendants Victim Services, Inc. ("VS"), National Corrective Group, Inc. ("NCG") and Mats Jonsson ("Jonsson"), or collectively, ("Defendants")) jointly

JOINT PROPOSED DISCOVERY PLAN - 1
CASE NO. 3:14-CV-05266-VC

submit this Joint Proposed Discovery Plan pursuant to the Court's September 29, 2015 minute order. (Dkt. No. 85).

1. <u>Discovery Plan</u>:

The parties agree that: (a) discovery shall not be taken in phases, except that non-expert discovery should be completed before the commencement of expert discovery; (b) non-expert discovery be completed by December 31, 2016; (c) the Court should not modify the Federal Rules of Civil Procedure or the Local Rules of this Court other than the entry, upon review and approval, of a stipulated protective order which the parties will cooperate in drafting; (d) if either party believes that interrogatories or depositions in excess of the number provided in the Federal Rules of Civil Procedure are required, both parties will confer and attempt to reach an agreement; (e) the Court should not consider appointing a special master pursuant to Rule 53 of the Federal Rules of Civil Procedure or an independent scientific expert; (f) Defendants' responses to Plaintiffs' pending written discovery shall be due on or before October 22, 2015; and (g) the parties reserve the right to supplement this discovery plan as to any class certification expert discovery at such time as the Court sets a briefing schedule for a class certification motion.

2. <u>Proposed Deadlines and Dates:</u>

The parties respectfully propose the following dates:

| | |
|---|---|
| Fact Discovery Cutoff | December 31, 2016 |
| Expert Disclosures | 90 Days Prior to Trial per FRCP 26(a)(2)(D)(i) |
| Expert Reports | 60 Days Prior to Trial |
| Rebuttal Expert Disclosures | 30 Days Prior to Trial per FRCP 26(a)(2)(D)(ii) |

JOINT PROPOSED DISCOVERY PLAN - 2
CASE NO. 3:14-cv-05266-VC

RESPECTFULLY SUBMITTED AND DATED this 1st day of October, 2015.

TERRELL MARSHALL DAUDT & WILLIE PLLC

By: /s/ Beth E. Terrell, CSB #178181
  Beth E. Terrell, CSB #178181
  Email: bterrell@tmdwlaw.com
  Blythe H. Chandler, *Admitted Pro Hac Vice*
  Email: bchandler@tmdwlaw.com
  936 North 34th Street, Suite 300
  Seattle, Washington 98103-8869
  Telephone: (206) 816-6603
  Facsimile: (206) 350-3528

  Paul Arons
  Email: lopa@rockisland.com
  LAW OFFICE OF PAUL ARONS
  685 Spring Street, Suite 104
  Friday Harbor, Washington 98250
  Telephone: (360) 378-6496
  Facsimile: (360) 378-6498

  Deepak Gupta
  Email: deepak@guptabeck.com
  GUPTA BECK PLLC
  1735 20th Street, NW
  Washington, DC 20009
  Telephone: (202) 888-1741
  Facsimile: (202) 888-7792

*Attorneys for Plaintiffs*

FREEDMAN & TAITELMAN, LLP

By: /s/ Michael A. Taitelman, CSB #156254
  Michael A. Taitelman, CSB #156254
  Email: mtaitelman@ftllp.com
  Sean M. Hardy, CSB #266446
  Email: smhardy@ftllp.com
  1901 Avenue of the Stars, Suite 500
  Los Angeles, California 90067
  Telephone: (310) 201-0005
  Facsimile: (310) 201-0045

*Attorneys for Defendants Victim Services, Inc., National Corrective Group, Inc., and Mats Jonsson*

Date: October 2, 2015

**APPROVED**
Judge Vince Chhabria
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOINT PROPOSED DISCOVERY PLAN - 3
CASE NO. 3:14-CV-05266-VC