UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN BREAZEALE, et al., | Case No.  14-cv-05266-VC |
| Plaintiffs, | |
| v. | **ORDER REQUESTING FURTHER BRIEFING** |
| VICTIM SERVICES, INC. D/B/A CORRECTIVESOLUTIONS, et al., | Re: Dkt. No. 92 |
| Defendants. | |

The Court is of the view that plaintiff Narisha Bonakdar's primary argument in opposition to defendant Victim Services, Inc.'s motion to compel (namely, that no valid contract was formed between Ms. Bonakdar and VSI) is without merit.  However, the Court requests further briefing on the question whether the arbitration provision itself is unlawful.  Specifically, when the State uses a private company to assist in the operation of the criminal justice system, is it ever appropriate for disputes that arise between the private company and citizens who have been pulled into the criminal justice system to be resolved through arbitration?  Would an agreement to arbitrate disputes of this type be substantively unconscionable under California law?  Would an agreement to arbitrate disputes of this type violate the California Constitution?  The United States Constitution?

Ms. Bonakdar's supplemental brief is due April 6, 2016.  VSI's response is due April 13, 2016.  The briefs may not exceed 20 pages.

**IT IS SO ORDERED.**

Dated: March 22, 2016

_____
VINCE CHHABRIA
United States District Judge