# — EXHIBIT  4 —



**Alameda County District Attorney**
**Bad Check Restitution Program**
PO Box 1079
Oakland, CA 94604-1079

**Nancy E. O' Malley**
District Attorney

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
08JWJX3

# FAILURE TO RESPOND - IMMEDIATE ATTENTION REQUIRED

*** 0203-00414-001  kjb94063@hotmail.com
3000000513 01.0000.0000 392/1

KEVIN J BREATZEALE
37200 PASEO PADRE PKWY APT 152
FREMONT CA 94555

Office Hours: 9:00 a.m. - 5:00 p.m.
Phone:  (866)740-7398
Date of Notice: 02/03/2014
Case #:  42411526
Balance Due: $730.00
Page:  1

Our records indicate that you have failed to respond or fully comply with the District Attorney's Official Notice.

Call this Office by 02/13/2014 if you wish to participate in the Bad Check Restitution Program.

Successful completion of the program requires that you comply with all Bad Check Restitution Program requirements including full restitution, all fees and attendance of the Financial Accountability class.  You may receive further notices and/or phone calls while program requirements remain outstanding.

**Our records indicate that you currently have an outstanding balance of $730.00.**

**Our records indicate you have not completed your Financial Accountability class requirement.**

If you have already mailed or arranged your required payment(s) and completed or scheduled the educational class, please disregard this Notice.  Otherwise, please call (866)740-7398 or go to our secure website at www.checkprogram.com.  To access your file online you will need to enter your case number, which is 42411526, and the following password: 39632773.

Thank you for your immediate attention to this matter.

Sincerely,

*Nancy E. O'Malley*

**Nancy E. O' Malley**
**District Attorney**

The Alameda County District Attorney's Bad Check Restitution Program is administered by a private
entity under contract with the Alameda County District Attorney.

---

**To Make Payment/Schedule Class, call (866)740-7398 or www.checkprogram.com**
**Case Number: 42411526  Password: 39632773**
**PAYMENTS ACCEPTED: CREDIT & DEBIT CARDS, WESTERN UNION, MONEY ORDERS, OR CASHIER'S CHECK**

[392/1]                      02/03/2014          Doc # FirstFTC        7330        generic

SECOND AMENDED COMPLAINT FOR DAMAGES, INJUNCTIVE AND OTHER
EQUITABLE RELIEF - 139

# — EXHIBIT  5 —



**Alameda County District Attorney**
**Bad Check Restitution Program**
PO Box 1079
Oakland, CA 94604-1079

**Nancy E. O' Malley**
District Attorney

08L4NQ1

# WARNING - SECOND NOTICE OF FAILURE TO COMPLY

*** 0306-00749-001  kjb94063@hotmail.com
3000000938 01.0000.0000 656/1

KEVIN J BREAZEALE
37200 PASEO PADRE PKWY APT 152
FREMONT CA 94555

Office Hours: 9:00 a.m. - 5:00 p.m.
Phone:  (866)740-7398
Date of Notice: 03/06/2014
Case #:  42411526
Balance Due: $730.00
Page:   1

You have failed to respond to the District Attorney's Notices regarding California Penal Code 476a, entitled "Making or Delivering Check With Insufficient Funds". Prior attempts to resolve this situation have been unsuccessful.

You cannot participate in the Bad Check Restitution Program unless you contact this office prior to 03/13/2014.  If you wish to participate in the program, call this Office during the hours listed above.

Successful completion of the program requires that you comply with all Bad Check Restitution Program requirements including full restitution, all fees and attendance of the Financial Accountability class.  You may receive further notices and/or phone calls while program requirements remain outstanding.

**Our records indicate that you currently have an outstanding balance of $730.00.**

**Our records indicate you have not completed your Financial Accountability class requirement.**

If you have already mailed or arranged your required payment(s) and completed or scheduled the educational class, please disregard this Notice.  Otherwise, please call (866)740-7398 or go to our secure website at www.checkprogram.com.  To access your file online you will need to enter your case number, which is 42411526, and the following password: 39632773.

Thank you for your immediate attention to this matter.

Sincerely,

*Nancy E. O'Malley*

**Nancy E. O' Malley**
**District Attorney**

The Alameda County District Attorney's Bad Check Restitution Program is administered by a private
entity under contract with the Alameda County District Attorney.

---

**To Make Payment/Schedule Class, call (866)740-7398 or www.checkprogram.com**
**Case Number: 42411526  Password: 39632773**
**PAYMENTS ACCEPTED: CREDIT & DEBIT CARDS, WESTERN UNION, MONEY ORDERS, OR CASHIER'S CHECK**

[656/1]                    03/06/2014        Doc # SecondFTC        6536        generic

SECOND AMENDED COMPLAINT FOR DAMAGES, INJUNCTIVE AND OTHER
EQUITABLE RELIEF - 141

# — EXHIBIT  6 —



**Orange County District Attorney**
**Bad Check Restitution Program**
806 E Avenida Pico STE I PMB 340
San Clemente, CA 92673-5639

**Tony Rackauckas**
District Attorney


08G8BM1

# OFFICIAL NOTICE - IMMEDIATE ATTENTION REQUIRED

*** 1022DUP.BLU.001
4000000187.01.0000.0000 67/1

ıₗı|lₗ|ₗlₐlₗₚₗₗlₗₒₗ|lₗₚₗlₚₗₚₗllₗₒll|lₗₚₗₒlₗₚₗₒlₐₚₗₗₚₗₗₗ

KAREN SOLBERG
2156 CANTALIER ST
SACRAMENTO CA 95815-3808

Office Hours: 9:00 a.m. - 5:00 p.m.

Phone: (800)931-9352
Date of Notice: 10/22/2013
Case #: 42058994
Balance Due: $285.00
Page: 1

You have been accused of violating California Penal Code 476a, entitled "Making or Delivering Check With Insufficient Funds". A conviction under this statute is punishable by up to one (1) year in the county jail for checks up to $450, and county jail or state prison for checks in excess of $450. See page 5 for details on the party(s) initiating this allegation.

My office has established a Bad Check Restitution Program. The Bad Check Restitution Program is authorized by the California legislature, and is a pre-charge program designed to allow people accused of having violated the above-referenced statute to avoid the possibility of further action against the accused by the District Attorney's Office. Participation in the Bad Check Restitution Program is voluntary. The Bad Check Restitution Program has two steps:

1. **Pay all restitution on all reported checks, plus any administrative, returned item, and program fees.**
2. **Attend a Financial Accountability class.**

### Orange County District Attorney Bad Check Restitution Program

## TOTAL BALANCE DUE: $285.00

You have the right to dispute this matter, as set forth on page 2 of this notice. In order to participate in the Bad Check Restitution Program you must pay in full and schedule class within THIRTY (30) DAYS from the date of this Notice.

### PLEASE CALL (800)931-9352 or visit www.checkprogram.com
### TO MAKE PAYMENT/SCHEDULE CLASS
**Please have your case number ready: 42058994 and Password: 39296883**
**PAYMENTS ACCEPTED: CREDIT & DEBIT CARDS, WESTERN UNION, MONEY ORDERS, OR CASHIER'S CHECK**

If you choose to participate in the Bad Check Restitution Program, and if you successfully complete the program's two steps above, my office will consider this matter resolved. The Bad Check Restitution Program is administered by a private entity under contract with the Orange County District Attorney.

For additional information or if you believe you received this Notice in error, please see the reverse side.

**Sincerely,**

**Tony Rackauckas**
**District Attorney**

See reverse side ➡

This notice has been printed and mailed on behalf of my office by a third party administrator of the Bad Check Restitution Program at no cost to the taxpayer.



**Orange County District Attorney**
**Bad Check Restitution Program**
806 E Avenida Pico STE I PMB 340
San Clemente, CA 92673-5639

**Tony Rackauckas**
District Attorney

# OFFICIAL NOTICE - IMMEDIATE ATTENTION REQUIRED

**BALANCE DUE ON  11/21/2013**   | $285.00

Office Hours: 9:00 a.m. - 5:00 p.m.
Page:   5  of  5

**PAYMENT OPTIONS:**

1. INTERNET     **www.checkprogram.com**
    Case Number:  42058994
    Password:     39296883
    **Credit and Debit Cards**

2. PHONE        (800)931-9352
    **Credit and Debit Cards or Western Union**

3. MAIL         **Orange County District Attorney**
    **Bad Check Restitution Program**
    806 E Avenida Pico STE I PMB 340
    San Clemente, CA 92673-5639
    **Money Orders and Cashier's Checks Only**

| VICTIM | CHECK # | DATE | AMOUNT | RETURNED ITEM FEE | ADMIN FEE | TOTAL THIS CHECK |
|--------|---------|------|--------|-------------------|-----------|------------------|
| SPOT COVERAGE | 106 | 4/18/2013 | $75.00 | $0.00 | $50.00 | $125.00 |

| | |
|---|---|
| Financial Accountability Class Fee | $160.00 |

*** Additional service fee may be due victim. ***

**TOTAL BALANCE DUE:**          $285.00

---

**To Make Payment/Schedule Class, Call (800)931-9352 or www.checkprogram.com**
**Case Number: 42058994  Password: 39296883**
**PAYMENTS ACCEPTED: CREDIT & DEBIT CARDS, WESTERN UNION, MONEY ORDERS, OR CASHIER'S CHECK**

■   **TERMS AND CONDITIONS OF THE BAD CHECK RESTITUTION PROGRAM:**

Participant agrees to participate in the Orange County District Attorney Bad Check Restitution Program ("Program"). Participant acknowledges and agrees that the fees charged for the Program are reasonable and appropriate. Participant acknowledges and agrees that in addition to the fees that are charged, participant is required to attend a rehabilitative counseling class conducted by an instructor hired by the private entity under contract with the District Attorney to administer the Program ("Administrator"). Participant further agrees that by paying the fees charged for the Program, participant is bound by the terms and conditions of the Program, as set forth in this agreement.

Agreement to Arbitrate: You and Administrator agree to resolve any and all claims and disputes relating in any way to the Program ("Claims"), except for Claims concerning the validity, scope or enforceability of this Arbitration Agreement, through BINDING INDIVIDUAL ARBITRATION before the American Arbitration Association ("AAA"). This means you will be unable to have Claim(s) resolved by a court or jury, or to participate in a class action or class arbitration. Other rights you would have if you went to court may be unavailable or limited in arbitration, including your right to appeal. The only exception to this agreement to arbitrate is that you and/or Administrator may seek relief in a small claims court for Claims within the jurisdiction of that court in any particular state.

CLASS ACTION WAIVER: NO ARBITRATOR OR COURT MAY ORDER, PERMIT OR CERTIFY A CLASS ACTION, REPRESENTATIVE ACTION, PRIVATE ATTORNEY-GENERAL ACTION OR CONSOLIDATED ARBITRATION IN CONNECTION WITH THIS ARBITRATION AGREEMENT. NO ARBITRATOR OR COURT MAY ORDER OR PERMIT A JOINDER OF PARTIES IN CONNECTION WITH THIS ARBITRATION AGREEMENT UNLESS ALL PARTIES CONSENT TO SUCH JOINDER IN WRITING.

Governing Law and Jurisdiction: Any arbitration proceeding will be governed by the Consumer Procedures or other applicable rules of AAA in effect when the Claim is filed. The arbitration proceeding will take place in the county where you reside or any other mutually acceptable location. Judgment on the arbitration award may be entered in any court having jurisdiction.

The arbitrator shall follow applicable law and is empowered to grant any relief, including attorneys' fees, costs, and other expenses, to the extent such relief would be available in court. You and Administrator agree the Program and transactions subject to this Arbitration Agreement involve interstate commerce and that this Arbitration Agreement is governed by and enforceable under the Federal Arbitration Act. You and Administrator also agree this Arbitration Agreement extends to parties related to Administrator that are involved in any Claims, including without limitation, Administrator's parents, affiliates, subsidiaries, agents, principals, contractors, officers and employees.

Costs: Administrator shall pay all arbitration costs if it initiates arbitration. If you initiate arbitration, you will not be required to pay any fees that exceed the fees you would have paid had you brought the Claim(s) in court. You may seek a waiver of the filing fee under AAA Rules. If you do not qualify for a waiver, you may request, in writing, that Administrator advance all or part of the filing fee.

Enforceability: This Arbitration Agreement shall govern if there is a conflict between it and the AAA Rules, unless Administrator waives any conflict in writing. If any part of this Arbitration Agreement, except the class action waiver, is found invalid or unenforceable, the remaining provisions shall remain in full force and effect. If the class action waiver is found invalid or unenforceable as to a particular Claim, the Arbitration Agreement shall not apply to that Claim.

You may contact AAA to obtain information about arbitration, arbitration procedures and fees by calling 800-778-7879 or visiting www.adr.org.

YOU HAVE THE RIGHT TO REJECT THIS ARBITRATION AGREEMENT, BUT YOU MUST DO SO PROMPTLY. If you do not agree to arbitration, you must notify us in writing within sixty (60) days after the date you enroll in the Program. You must send your notice to: 806 E Avenida Pico STE I PMB 340, San Clemente, CA 92673-5639, and include your full name, address, and the statement "I reject the arbitration agreement for the Orange County District Attorney Bad Check Restitution Program."

■   **OTHER IMPORTANT INFORMATION:**

Completion of the Bad Check Restitution Program is valid ONLY if you comply with ALL District Attorney's requirements. Should you be permitted to comply by a payment plan, such payments may be allocated ratably between restitution and program fees until they are fully satisfied. By making full or partial payment, you are agreeing to be enrolled in the Bad Check Restitution Program, and you are agreeing to pay restitution on all reported checks as well as pay all required fees, including program, administrative, and returned item fees pursuant to the terms of this Notice. Once enrolled, program fees will be non-refundable.

**You may wish to consult an attorney to obtain legal advice about your rights in regards to this matter.**

The Program does not accept personal checks. Sending a personal check for payment shall be deemed sufficient authorization to complete the payment via electronic debit. By doing so, your checking account will be debited for the amount of the check and your cancelled check will not be returned to your bank. Electronic debit entries returned for insufficient or uncollected funds may be resubmitted two times following the return of the original entry.

Please note, your balance may increase if additional checks are reported to this office or program fees are changed. Additionally, you may incur a fee for missing or rescheduling class, making a late or insufficient payment, and/or paying over the phone or Internet.

Page:   6

This

page

intentionally

blank.

**DISPUTES, TERMS AND CONDITIONS, AND OTHER IMPORTANT INFORMATION** Page: 2

■ **IF YOU BELIEVE YOU RECEIVED THIS NOTICE IN ERROR OR WISH TO DISPUTE THIS NOTICE IN WRITING:**

- Review your records CAREFULLY.
- Call the District Attorney's Bad Check Restitution Program Office at (800)931-9352.
- Ask for a Compliance Specialist.
- Explain the error.
- The Compliance Specialist will ask you to fax or mail in documentation of the error. For cases involving stop payments on checks or performance disputes, please consult a Compliance Specialist for more information.
- You may dispute the validity of this allegation in writing to this Office within 30 days of receiving this Official Notice. Upon submitting your written dispute not later than 30 days after receiving the Official Notice (along with any relevant supporting documentation), the authorized administrator of the Bad Check Restitution Program will review the written dispute based on criteria established by the Orange County District Attorney.
- Fax or mail your case documentation to:   **Fax: (800) 227-3041**

> **Orange County District Attorney**
> **Bad Check Restitution Program**
> **806 E Avenida Pico STE I PMB 340**
> **San Clemente, CA 92673-5639**

■ **IF YOU BELIEVE YOU RECEIVED THIS NOTICE AS A RESULT OF IDENTITY THEFT, FORGERY, THEFT, OR OTHER FRAUD:**

You will be required to promptly provide further written documentation to support your claim. If you are a victim of identity theft, you will need to go to the bank to obtain and sign an identity theft affidavit.  If you were not the victim of identity theft but did not write the check(s), you will need to go to the bank to obtain and sign an affidavit of forgery that you did not write the check(s) in question. In most cases, if you believe the check(s) where stolen or forged, you will also be required to file a police report.

■ **IF YOU BELIEVE YOU WERE NOT PROPERLY NOTIFIED:**

The Bad Check Restitution Program is only for reports of bad check activity from those businesses or parties that have notified you according to California State Law and provided you with an opportunity to make good on the check. In addition to notification from the party you issued the check to banks routinely send customers notice of returned items. Non-sufficient funds (NSF) checks also appear on your monthly account statement.  **PLEASE CHECK YOUR RECORDS CAREFULLY.**

■ **IF YOU HAVE ALREADY PAID THE MERCHANT OR FILING PARTY:**

Please fax or mail documentation that the merchant or filing party received payment BEFORE the date of this Notice.  Appropriate documentation consists of a receipt of payment to the victim and/or a cleared copy (front and back) of repayment to the victim. The administrator of the Bad Check Restitution Program will review the submitted documentation. Allow fourteen (14) days to process information before calling.

■ **IF YOU WANT TO CONTEST THIS MATTER:**

You have the right to choose not to participate, and to contest this matter. If you wish, you may want to consult an attorney. Personal bankrupcies DO NOT void responsibility in a criminal matter.

---

**To Make Payment/Schedule Class, Call (800)931-9352 or www.checkprogram.com**
**Case Number: 42058994  Password: 39296883**
**PAYMENTS ACCEPTED: CREDIT & DEBIT CARDS, WESTERN UNION, MONEY ORDERS, OR CASHIER'S CHECK**

SECOND AMENDED COMPLAINT FOR DAMAGES, INJUNCTIVE AND OTHER
EQUITABLE RELIEF - 147

# — EXHIBIT  7 —



**Orange County District Attorney**
**Bad Check Restitution Program**
806 E Avenida Pico STE I PMB 340
San Clemente, CA 92673-5639

**Tony Rackauckas**
District Attorney


080U0D8

# OFFICIAL NOTICE - IMMEDIATE ATTENTION REQUIRED

```
*** 0619DUP BLU 001
4000000122 01 0000 0000 42/1
```

հրվՈսլՈսիիվՈՈկիրոկիիվեկիիՍվդիսվդելՈիկ

KEVIN HIEP VU
9879 STURGEON AVE
FOUNTAIN VALLEY CA 92708-4618

Office Hours: 9:00 a.m. - 5:00 p.m.
Phone: (800)931-9352
Date of Notice: 06/19/2014
Case #: 42873230
Balance Due: $752.75
Page: 1

You have been accused of violating California Penal Code 476a, entitled "Making or Delivering Check With Insufficient Funds". A conviction under this statute is punishable by up to one (1) year in the county jail for checks up to $450, and county jail or state prison for checks in excess of $450 See page 5 for details on the party(s) initiating this allegation.

My office has established a Bad Check Restitution Program. The Bad Check Restitution Program is authorized by the California legislature, and is a pre-charge program designed to allow people accused of having violated the above-referenced statute to avoid the possibility of further action against the accused by the District Attorney's Office. Participation in the Bad Check Restitution Program is voluntary. The Bad Check Restitution Program has two steps:

1. **Pay all restitution on all reported checks, plus any administrative, returned item, and program fees.**
2. **Attend a Financial Accountability class.**

### Orange County District Attorney Bad Check Restitution Program
### TOTAL BALANCE DUE: $752.75

You have the right to dispute this matter, as set forth on page 2 of this notice. In order to participate in the Bad Check Restitution Program you must pay in full and schedule class within THIRTY (30) DAYS from the date of this Notice.

### PLEASE CALL (800)931-9352 or visit www.checkprogram.com TO
### MAKE PAYMENT/SCHEDULE CLASS
**Please have your case number ready: 42873230 and Password: 40062189**
**PAYMENTS ACCEPTED: CREDIT & DEBIT CARDS, WESTERN UNION, MONEY ORDERS, OR CASHIER'S CHECK**

If you choose to participate in the Bad Check Restitution Program, and if you successfully complete the program's two steps outlined above, my office will consider this matter resolved. The Bad Check Restitution Program is administered by a private entity under contract with the Orange County District Attorney.

For additional information or if you believe you received this Notice in error, please see the reverse side.

**Sincerely,**

**Tony Rackauckas**
**District Attorney**

See reverse side ➡

This notice has been printed and mailed on behalf of my office by a third party
administrator of the Bad Check Restitution Program at no cost to the taxpayer.

[42/1]     06/19/2014     Doc FirstNoteCA     K10XVII     (QESP)45:T000:000056:001: 10938999 1/3

SECOND AMENDED COMPLAINT FOR DAMAGES, INJUNCTIVE AND OTHER
EQUITABLE RELIEF - 149

■ **IF YOU BELIEVE YOU RECEIVED THIS NOTICE IN ERROR OR WISH TO DISPUTE THIS NOTICE IN WRITING:**

- Review your records CAREFULLY.

- Call the District Attorney's Bad Check Restitution Program Office at (800)931-9352.

- Ask for a Compliance Specialist.

- Explain the error.

- The Compliance Specialist will ask you to fax or mail in documentation of the error. For cases involving stop payments on checks or performance disputes, please consult a Compliance Specialist for more information.

- You may dispute the validity of this allegation in writing to this Office within 30 days of receiving this Official Notice. Upon submitting your written dispute not later than 30 days after receiving the Official Notice (along with any relevant supporting documentation), the authorized administrator of the Bad Check Restitution Program will review the written dispute based on criteria established by the Orange County District Attorney.

- Fax or mail your case documentation to:   **Fax: (800) 227-3041**

                        **Orange County District Attorney**
                        **Bad Check Restitution Program**
                        **806 E Avenida Pico STE I PMB 340**
                        **San Clemente, CA 92673-5639**

■ **IF YOU BELIEVE YOU RECEIVED THIS NOTICE AS A RESULT OF IDENTITY THEFT, FORGERY, THEFT, OR OTHER FRAUD:**

You will be required to promptly provide further written documentation to support your claim. If you are a victim of identity theft, you will need to go to the bank to obtain and sign an identity theft affidavit. If you were not the victim of identity theft but did not write the check(s), you will need to go to the bank to obtain and sign an affidavit of forgery that you did not write the check(s) in question. In most cases, if you believe the check(s) where stolen or forged, you will also be required to file a police report.

■ **IF YOU BELIEVE YOU WERE NOT PROPERLY NOTIFIED:**

The Bad Check Restitution Program is only for reports of bad check activity from those businesses or parties that have notified you according to California State Law and provided you with an opportunity to make good on the check. In addition to notification from the party you issued the check to banks routinely send customers notice of returned items. Non-sufficient funds (NSF) checks also appear on your monthly account statement. **PLEASE CHECK YOUR RECORDS CAREFULLY.**

■ **IF YOU HAVE ALREADY PAID THE MERCHANT OR FILING PARTY:**

Please fax or mail documentation that the merchant or filing party received payment BEFORE the date of this Notice. Appropriate documentation consists of a receipt of payment to the victim and/or a cleared copy (front and back) of repayment to the victim. The administrator of the Bad Check Restitution Program will review the submitted documentation. Allow fourteen (14) days to process information before calling.

■ **IF YOU WANT TO CONTEST THIS MATTER:**

You have the right to choose not to participate, and to contest this matter. If you wish, you may want to consult an attorney. Personal bankrupcies DO NOT void responsibility in a criminal matter.

---

**To Make Payment/Schedule Class, Call (800)931-9352 or www.checkprogram.com**
**Case Number: 42873230  Password: 40062189**
**PAYMENTS ACCEPTED: CREDIT & DEBIT CARDS, WESTERN UNION, MONEY ORDERS, OR CASHIER'S CHECK**

SECOND AMENDED COMPLAINT FOR DAMAGES, INJUNCTIVE AND OTHER EQUITABLE RELIEF - 150

■ **TERMS AND CONDITIONS OF THE BAD CHECK RESTITUTION PROGRAM:**

Participant agrees to participate in the Orange County District Attorney Bad Check Restitution Program ("Program"). Participant acknowledges and agrees that the fees charged for the Program are reasonable and appropriate. Participant acknowledges and agrees that in addition to the fees that are charged, participant is required to attend a rehabilitative counseling class conducted by an instructor hired by the private entity under contract with the District Attorney to administer the Program ("Administrator"). Participant further agrees that by paying the fees charged for the Program, participant is bound by the terms and conditions of the Program, as set forth in this agreement.

Agreement to Arbitrate: You and Administrator agree to resolve any and all claims and disputes relating in any way to the Program ("Claims"), except for Claims concerning the validity, scope or enforceability of this Arbitration Agreement, through BINDING INDIVIDUAL ARBITRATION before the American Arbitration Association ("AAA"). This means you will be unable to have Claim(s) resolved by a court or jury, or to participate in a class action or class arbitration. Other rights you would have if you went to court may be unavailable or limited in arbitration, including your right to appeal. The only exception to this agreement to arbitrate is that you and/or Administrator may seek relief in a small claims court for Claims within the jurisdiction of that court in any particular state.

CLASS ACTION WAIVER: NO ARBITRATOR OR COURT MAY ORDER, PERMIT OR CERTIFY A CLASS ACTION, REPRESENTATIVE ACTION, PRIVATE ATTORNEY-GENERAL ACTION OR CONSOLIDATED ARBITRATION IN CONNECTION WITH THIS ARBITRATION AGREEMENT. NO ARBITRATOR OR COURT MAY ORDER OR PERMIT A JOINDER OF PARTIES IN CONNECTION WITH THIS ARBITRATION AGREEMENT UNLESS ALL PARTIES CONSENT TO SUCH JOINDER IN WRITING.

Governing Law and Jurisdiction: Any arbitration proceeding will be governed by the Consumer Procedures or other applicable rules of AAA in effect when the Claim is filed. The arbitration proceeding will take place in the county where you reside or any other mutually acceptable location. Judgment on the arbitration award may be entered in any court having jurisdiction.

The arbitrator shall follow applicable law and is empowered to grant any relief, including attorneys' fees, costs, and other expenses, to the extent such relief would be available in court. You and Administrator agree the Program and transactions subject to this Arbitration Agreement involve interstate commerce and that this Arbitration Agreement is governed by and enforceable under the Federal Arbitration Act. You and Administrator also agree this Arbitration Agreement extends to parties related to Administrator that are involved in any Claims, including without limitation, Administrator's parents, affiliates, subsidiaries, agents, principals, contractors, officers and employees.

Costs: Administrator shall pay all arbitration costs if it initiates arbitration. If you initiate arbitration, you will not be required to pay any fees that exceed the fees you would have paid had you brought the Claim(s) in court. You may seek a waiver of the filing fee under AAA Rules. If you do not qualify for a waiver, you may request, in writing, that Administrator advance all or part of the filing fee.

Enforceability: This Arbitration Agreement shall govern if there is a conflict between it and the AAA Rules, unless Administrator waives any conflict in writing. If any part of this Arbitration Agreement, except the class action waiver, is found invalid or unenforceable, the remaining provisions shall remain in full force and effect. If the class action waiver is found invalid or unenforceable as to a particular Claim, the Arbitration Agreement shall not apply to that Claim.

You may contact AAA to obtain information about arbitration, arbitration procedures and fees by calling 800-778-7879 or visiting www.adr.org.

YOU HAVE THE RIGHT TO REJECT THIS ARBITRATION AGREEMENT, BUT YOU MUST DO SO PROMPTLY. If you do not agree to arbitration, you must notify us in writing within sixty (60) days after the date you enroll in the Program. You must send your notice to: 806 E Avenida Pico STE I PMB 340, San Clemente, CA 92673-5639, and include your full name, address, and the statement "I reject the arbitration agreement for the Orange County District Attorney Bad Check Restitution Program."

■ **OTHER IMPORTANT INFORMATION:**

Completion of the Bad Check Restitution Program is valid ONLY if you comply with ALL District Attorney's requirements. Should you be permitted to comply by a payment plan, such payments may be allocated ratably between restitution and program fees until they are fully satisfied. By making full or partial payment, you are agreeing to be enrolled in the Bad Check Restitution Program, and you are agreeing to pay restitution on all reported checks as well as pay all required fees, including program, administrative, and returned item fees pursuant to the terms of this Notice. Once enrolled, program fees will be non-refundable.

**You may wish to consult an attorney to obtain legal advice about your rights in regards to this matter.**

The Program does not accept personal checks. Sending a personal check for payment shall be deemed sufficient authorization to complete the payment via electronic debit. By doing so, your checking account will be debited for the amount of the check and your cancelled check will not be returned to your bank. Electronic debit entries returned for insufficient or uncollected funds may be resubmitted two times following the return of the original entry.

Please note, your balance may increase if additional checks are reported to this office or program fees are changed. Additionally, you may incur a fee for missing or rescheduling class, making a late or insufficient payment, and/or paying over the phone or Internet.

SECOND AMENDED COMPLAINT FOR DAMAGES, INJUNCTIVE AND OTHER EQUITABLE RELIEF - 151

**Orange County District Attorney**
**Bad Check Restitution Program**
806 E Avenida Pico STE I PMB 340
San Clemente, CA 92673-5639

**Tony Rackauckas**
District Attorney

# OFFICIAL NOTICE - IMMEDIATE ATTENTION REQUIRED

**BALANCE DUE ON 07/19/2014**     $752.75

Office Hours: 9:00 a.m. - 5:00 p.m.
Page:  5  of  5

**PAYMENT OPTIONS:**

**1. INTERNET**     www.checkprogram.com
Case Number:  42873230
Password:        40062189
**Credit and Debit Cards**

**2. PHONE**     (800)931-9352
**Credit and Debit Cards or Western Union**

**3. MAIL**     **Orange County District Attorney**
**Bad Check Restitution Program**
806 E Avenida Pico STE I PMB 340
San Clemente, CA 92673-5639
**Money Orders and Cashier's Checks Only**

| VICTIM | CHECK # | DATE | AMOUNT | RETURNED ITEM FEE | ADMIN FEE | TOTAL THIS CHECK |
|--------|---------|------|--------|-------------------|-----------|------------------|
| HERBS VOLVO AND | 0052 | 3/22/2014 | $536.75 | $6.00 | $50.00 | $592.75 |
| | | | Financial Accountability Class Fee | | | $160.00 |
| *** Additional service fee may be due victim. *** | | | **TOTAL BALANCE DUE:** | | | **$752.75** |

---

**To Make Payment/Schedule Class, Call (800)931-9352 or www.checkprogram.com**
**Case Number: 42873230  Password: 40062189**
**PAYMENTS ACCEPTED: CREDIT & DEBIT CARDS, WESTERN UNION, MONEY ORDERS, OR CASHIER'S CHECK**

[42/3]     06/19/2014     Doc FirstNotcBCA     C13VI     (QESP)45:T000:000056:003:  10938999  3/3

SECOND AMENDED COMPLAINT FOR DAMAGES, INJUNCTIVE AND OTHER
EQUITABLE RELIEF - 152

# — EXHIBIT  8 —



**Orange County District Attorney**
**Bad Check Restitution Program**
806 E Avenida Pico STE I PMB 340
San Clemente, CA 92673-5639

**Tony Rackauckas**
District Attorney


08PBJF2

# FAILURE TO RESPOND - IMMEDIATE ATTENTION REQUIRED

*** 0707REG.BLU.001
4000000915.01.0000.0000 839/1

||||||�456.7.7|.|ᵗ89.|.|ᵗᵗ87.6|.||||||.|.6.6.8.9.|.|.|ᵗᵗᵗᵗᵗᵗ.

KEVIN HIEP VU
9879 STURGEON AVE
FOUNTAIN VALLEY CA 92708-4618

Office Hours: 9:00 a.m. - 5:00 p.m.
Phone: (800)931-9352
Date of Notice: 07/07/2014
Case #: 42873230
Balance Due: $216.00
Page: 1

Our records indicate that you have failed to respond or fully comply with the District Attorney's Official Notice.

Call this Office by 07/17/2014 if you wish to participate in the Bad Check Restitution Program.

Successful completion of the program requires that you comply with all Bad Check Restitution Program requirements including full restitution, all fees and attendance of the Financial Accountability class. You may receive further notices and/or phone calls while program requirements remain outstanding.

**Our records indicate that you currently have an outstanding balance of $216.00.**

**Our records indicate you have not completed your Financial Accountability class requirement.**

If you have already mailed or arranged your required payment(s) and completed or scheduled the educational class, please disregard this Notice. Otherwise, please call (800)931-9352 or go to our secure website at www.checkprogram.com. To access your file online you will need to enter your case number, which is 42873230, and the following password: 40062189.

Thank you for your immediate attention to this matter.

Sincerely,

**Tony Rackauckas**
**District Attorney**

The Orange County District Attorney's Bad Check Restitution Program is administered by a private
entity under contract with the Orange County District Attorney.

---

**To Make Payment/Schedule Class, call (800)931-9352 or www.checkprogram.com**
**Case Number: 42873230  Password: 40062189**
**PAYMENTS ACCEPTED: CREDIT & DEBIT CARDS, WESTERN UNION, MONEY ORDERS, OR CASHIER'S CHECK**

[839/1]                      07/07/2014            Doc # FirstFTC      7330      generic
                                                                                (QESP)45:T000:000937:001:  10944341  1/1

SECOND AMENDED COMPLAINT FOR DAMAGES, INJUNCTIVE AND OTHER
EQUITABLE RELIEF - 154

# — EXHIBIT  9 —



San Clemente, CA 92673-5639

**0808GZ2**

# WARNING - SECOND NOTICE OF FAILURE TO COMPLY

*** 0804REG.BLU.001
4000000755 01.0000.0000 680/1

KEVIN HIEP VU
9879 STURGEON AVE
FOUNTAIN VALLEY CA 92708-4618

Office Hours: 9:00 a.m. - 5:00 p.m.
Phone:  (800)931-9352
Date of Notice: 08/04/2014
Case #: 42873230
Balance Due: $216.00
Page:   1

You have failed to respond to the District Attorney's Notices regarding California Penal Code 476a, entitled "Making or Delivering Check With Insufficient Funds". Prior attempts to resolve this situation have been unsuccessful.

You cannot participate in the Bad Check Restitution Program unless you contact this office prior to 08/11/2014.  If you wish to participate in the program, call this Office during the hours listed above.

Successful completion of the program requires that you comply with all Bad Check Restitution Program requirements including full restitution, all fees and attendance of the Financial Accountability class.  You may receive further notices and/or phone calls while program requirements remain outstanding.

**Our records indicate that you currently have an outstanding balance of $216.00.**

**Our records indicate you have not completed your Financial Accountability class requirement.**

If you have already mailed or arranged your required payment(s) and completed or scheduled the educational class, please disregard this Notice.  Otherwise, please call (800)931-9352 or go to our secure website at www.checkprogram.com.  To access your file online you will need to enter your case number, which is 42873230, and the following password: 40062189.

Thank you for your immediate attention to this matter.

Sincerely,

**Tony Rackauckas**
**District Attorney**

The Orange County District Attorney's Bad Check Restitution Program is administered by a private
entity under contract with the Orange County District Attorney.

---

**To Make Payment/Schedule Class, call (800)931-9352 or www.checkprogram.com**
**Case Number: 42873230  Password: 40062189**
**PAYMENTS ACCEPTED: CREDIT & DEBIT CARDS, WESTERN UNION, MONEY ORDERS, OR CASHIER'S CHECK**

| [680/1] | 08/04/2014 | Doc # SecondFTC | 6536 | generic |
| | | | | (QESP)45:T000:000717:001:  10952751  1/1 |

# — EXHIBIT  10 —

# AMERICAN BAR ASSOCIATION

STANDING COMMITTEE ON ETHICS AND PROFESSIONAL RESPONSIBILITY

**Formal Opinion 469**                                                     **November 12, 2014**
**Prosecutors and Debt Collection Companies**

*A prosecutor who provides official letterhead of the prosecutor's office to a debt collection company for use by that company to create a letter purporting to come from the prosecutor's office that implicitly or explicitly threatens prosecution, when no lawyer from the prosecutor's office reviews the case file to determine whether a crime has been committed and prosecution is warranted or reviews the letter to ensure it complies with the Rules of Professional Conduct, violates Model Rules 8.4(c) and 5.5(a).*

## Introduction

Debt collection companies are contracting with local prosecutors' offices to use prosecutor letterhead to create and mail collection demand letters. These demand letters typically cite the criminal law allegedly violated (such as making or delivering a check with insufficient funds) and advise the debtor that she/he could avoid the possibility of further action from the prosecutor's office by paying the amount of the debt, and in a significant number of cases, a substantial additional fee to attend a mandatory debtor education course. Typically, no lawyer in the prosecutor's office reviews the case file to determine whether a crime has been committed and prosecution is warranted or reviews the letter to ensure it complies with the Rules of Professional Conduct prior to the mailing.[1]

The Committee concludes that prosecutors involved in this practice violate Model Rules of Professional Conduct 8.4(c) and 5.5(a).

## Application of the Rules of Professional Conduct to Prosecutors: Jurisdictional Statement

There is no question that prosecutors are subject to the rules of professional conduct. As ABA Formal Opinion 97-405, Conflicts in Representing Government Entities (1997), explained, "While lawyers who serve as public officers or employees are singled out for special treatment under a few rules, e.g., Rule 1.11 ('Successive Government and Private Employment') and 3.8 ('Special Responsibilities of a Prosecutor'), it has generally been assumed—correctly in our

---

1. For a full discussion of this country-wide practice, see Jessica Silver-Greenberg, *In Prosecutors, Debt Collectors Find a Partner*, NY TIMES (Sept. 15, 2012), http://www.nytimes.com/2012/09/16/business/in-prosecutors-debt-collectors-find-a-partner.html?pagewanted=all&_r=0; Joel Cohen, *When District Attorneys Become Bill Collectors*, AMERICAN LAWYER (Nov. 19, 2012), http://www.americanlawyer.com/id=1202578727214/When-District-Attorneys-Become-Bill-Collectors?slreturn=20140311111758; Mosi Secret, *Bounced Checks: How Local District Attorneys Get a Cut of the Debt Collection Business*, PROPUBLICA (Mar. 2, 2009), http://www.propublica.org/article/bounced-checks-how-local-das-get-a-cut-of-the-debt-collection-business. While programs vary depending on the terms of the contract between the prosecutor's office and the collection company, one thing does not: prosecutors allow debt collection companies to misrepresent the author and sender of this threatening letter. To review a copy of a debt collection letter issued by collection companies on prosecutor letterhead see *Letter from Bad Check Restitution Program*, NY TIMES (Sept. 16, 2012), http://www.nytimes.com/interactive/2012/09/16/business/20120916_DEBT_LETTER.html?ref=business. In 2013, the Oregon legislature passed a state bill prohibiting prosecutors from allowing collection companies to use their letterhead. OR. REV. STAT. §646.639 (2013), *available at* http://www.oregonlegislature.gov/bills_laws/lawsstatutes/2013orLaw0551.pdf.

view—that such lawyers are in most other respects subject to the same obligations in representing their client that apply to lawyers representing private clients."

Prosecutors acknowledge their ethical obligations as lawyers.  Most prosecutors fulfill those obligations conscientiously and live up to the even higher responsibility of a minister of justice, as prescribed by Comment [1] to Rule 3.8.  However, occasionally practices have taken hold in prosecutors' offices that, while driven by budgetary exigencies, fall short of their higher calling. It is such practices that have created the need for this opinion.

## Model Rule 8.4, *Misconduct*

A prosecutor who enters into the type of agreement described in this opinion violates Model Rule 8.4(c), which provides that: "It is professional misconduct for a lawyer to engage in conduct involving dishonesty, fraud, deceit or misrepresentation."

In 1943, the ABA issued Formal Opinion 253, which determined that it would be unethical for a lawyer to allow a client to use the lawyer's stationery to deceive a debtor into believing that the debt had been referred to the lawyer and that the lawyer had written the collection letter. Specifically, the Committee noted that the practice violated Canon 15, which read in part: "The office of attorney does not permit, much less does it demand of him for any client, violation of law or any manner of fraud or chicane. He must obey his own conscience and not that of his client." [2]  The Committee explained that a lawyer who allowed a client to send a collection letter on the lawyer's stationery was a party to deception and violated Canon 15. Today, Model Rule 8.4(c) addresses this same conduct.

To the same effect is a joint opinion of the New Jersey Committee on the Unauthorized Practice of Law and Advisory Committee on Professional Ethics, which determined that a lawyer who sold his "name and letterhead to a collection agency in exchange for a monthly fee" violated Rule 8.4(c).[3] The conduct enabled the debt collection agency to deceive the debtor into believing that the lawyer was about to institute proceedings to collect the alleged debt by sending a collection letter on firm stationery, giving the debtor reason to believe that "there has been an evaluation by an attorney of the claim asserted with a determination by the attorney that proceedings to ensure collections are warranted."

Such letters written on prosecutors' letterhead are even more deceptive than the letters dealt with in ABA Formal Opinion 253 and in the New Jersey Joint Opinions 48 and 725. This is because they misuse the criminal justice system by deploying the apparent authority of a prosecutor to intimidate an individual. They carry with them the implication that the prosecutor or associates in the prosecutor's office have reviewed the facts and found that a crime has been

---

2. ABA Canons of Prof'l Ethics, Canon 15 (1908).
3. N.J. Comm. on the Unauthorized Practice of Law & Advisory Comm. on Prof'l Ethics, Joint Ops. 48 & 725 (2012).

committed and criminal prosecution is warranted. To create such a false impression violates Rule 8.4(c).[4]

### Model Rule 5.5, *Unauthorized Practice of Law; Multijurisdictional Practice of Law*

Since at least 1932, the ABA Standing Committee on Ethics and Professional Responsibility has written about lawyers working for and with creditors to collect allegedly delinquent debts.[5]   Many of these opinions have focused on what is the proper allocation of duties between lawyers and laymen in collection matters to ensure that the lawyer is not aiding in the unauthorized practice of law.

Only a licensed lawyer may practice law, and states prohibit the unlicensed practice to protect consumers. Limiting the practice of law to members of the bar "protects the public against rendition of legal services by unqualified persons"[6] and serves to protect the public from unscrupulous persons' engaging in abusive conduct and misuse of the law. Model Rule 5.5(a) prohibits a lawyer from "assisting another" in practicing law in violation of that jurisdiction's regulations.[7]

The practice of law is defined by state statute and case law.[8]   In the collection area, generally, a nonlawyer may negotiate, adjust, and settle a debt on behalf of a creditor, but a nonlawyer cannot give legal advice, institute litigation, or threaten to sue on behalf of another.[9] The participation by a prosecutor in the conduct described in this opinion, wherein the prosecutor supplies official letterhead to a debt collection company and allows the debt collection company to use it to send threatening letters to alleged debtors without any review by the prosecutor or staff lawyers to determine whether a crime was committed and prosecution is warranted, violates Rule 5.5(a) by aiding and abetting the unauthorized practice of law.[10]

In ABA Formal Opinion 68 (1932), the Committee determined that a lawyer who provided a client corporation with signed letterhead so that the client could write to persons who owed the client money "over the attorney's supposed signature" violated Canon 35 of the ABA Canons of Professional Ethics (1928). The Committee explained that by giving the client signed

---

4. Believing that ABA Model Rule 8.4(b) addressed the crimes of extortion and compounding a crime, when the ABA adopted the Model Rules in 1983, it deliberately omitted former Disciplinary Rule 7-105(A), which prohibited a lawyer from threatening criminal changes to gain an advantage in a civil matter. *See* ABA Comm. on Ethics & Prof'l Responsibility, Formal Op. 94-383 (1994) (threatening a disciplinary complaint against opposing counsel to gain an advantage in a civil matter may violate Rule 8.4(b) if the conduct is extortion under jurisdiction's law). Therefore, depending on the jurisdiction in which the prosecutor practices, if the threat to file a criminal action meets the jurisdiction's elements of extortion, the prosecutor could also be in violation of Rule 8.4(b). Prosecutors have not been excluded from the application of Rule 8.4(b). In *In re* Gobel, the Supreme Court of Nebraska suspended a lawyer for three months because, while county attorney, he threatened the debtor of a private client that unless a debt was immediately paid, the lawyer would file criminal charges against the debtor. *In re* Gobel, 271 N.W.2d 41(1978).

5. *See* ABA Comm. on Ethics & Prof'l Responsibility, Formal Op. 68 (1932), Formal Op. 253 (1943) & Informal Op. 1368 (1976).

6. ABA MODEL R. 5.5, cmt. [2] (2014).

7. *See* ABA MODEL R. 5.5(a) (2014).

8. ABA MODEL R. 5.5, cmt. [2] (2014).

9. ABA/BNA Laws. Man. on Prof. Conduct § 21:8011 (ABA/BNA 2011).

10. The Committee has become aware of a similar practice that involves a prosecutor of a state overpayment of a benefit to a recipient. In that situation, a prosecutor lends office stationery to a state agency so that the agency's employees can use prosecutor letterhead to threaten criminal prosecution for failure to remit the overpayment. This practice, structured similarly to the one presented, would also violate the Rules of Professional Conduct.

letterhead, the lawyer delegated his professional functions - which were strictly personal to the lawyer - to a nonlawyer. This conclusion is consistent with state Supreme Court decisions and bar association ethics opinions.[11]

The conduct at issue in this opinion is even more abusive than that in Formal Opinion 68 because it gives the impression that the machinery of the criminal justice system has been mobilized against the debtor, and that unless the debtor pays the debt, the debtor faces criminal prosecution and possible incarceration.

## Conclusion

A prosecutor who provides official letterhead of the prosecutor's office to a debt collection company for use by that company to create a letter purporting to come from the prosecutor's office that implicitly or explicitly threatens prosecution, when no lawyer from the prosecutor's office reviews the case file to determine whether a crime has been committed and prosecution is warranted or reviews the letter to ensure that it complies with the Rules of Professional Conduct, violates Model Rules 8.4(c) and 5.5(a).

---

11. *See* Yount v. Zarbell, 135 P.2d 309 (Wash. 1943) (lawyer who lends her signature to collection agent aids in the unauthorized practice of law); *In re* DeVinny, 255 N.W.2d 832 (Minn. 1977) (lawyer who allows collection agency to draft letters to debtors under his signature and who does not review and approve said letters aids unauthorized practice of law); Adams v. Kentucky Bar Ass'n, 843 S.W.2d 898 (Ky. 1991) (Assistant County Attorney aided the unauthorized practice of law when he "delegated authority and responsibility for deciding which parents of students in the Christian County School System would receive" letter threatening jail for nonpayment of school fees.); *In re* Scheck, 574 N.Y.S.2d 372 (N.Y. 1991) (lawyer who allowed collection company to use his name, letterhead and signature to send letters to debtors without actually reviewing letters sent out under his name aids in unauthorized practice of law); *In re* Hear, 755 N.E.2d 579 (Ind. 2001) (lawyer, who contracted with debt collector to perform services, and failed to make reasonable efforts to ensure that collector's conduct complied with rules of professional conduct, violated Rule 5.3). *See also* Ill. State Bar Ass'n, Op. 85-7 (1985) ("A lawyer may not allow unsupervised lay persons to prepare letters on the lawyer's stationery, with or without the lawyer's signature, if the letter states or implies legal conclusions- i.e., that the addressee is liable for the amount claimed- or threatens litigation if the purported debt is not paid. Such activities would constitute unauthorized practice of law by lay persons . . ."); State Bar of Georgia, Formal Op. 00-2 (2000) ("[A] lawyer is aiding a nonlawyer in the unauthorized practice of law when the lawyer allows a nonlawyer member of his or her staff to prepare and sign correspondence which threatens legal action or provides legal advice or both. Generally, a lawyer is aiding a nonlawyer in the unauthorized practice of law whenever the lawyer effectively substitutes the legal knowledge and judgment of the nonlawyer for his or her own."); L.A. County Bar Ass'n Prof'l Responsibility & Ethics Comm., Op. 522 (2009) ("[A]n attorney may not lend his or her name to be used by an unlicensed person. . . . The power and privileges attendant to the right to practice law may not be delegated to a nonlicensed person . . . To facilitate or assist an unlicensed person such as a legal assistant to engage in the practice of law would constitute aiding and abetting UPL." (internal citations omitted)).

---

**AMERICAN BAR ASSOCIATION STANDING COMMITTEE ON ETHICS AND PROFESSIONAL RESPONSIBILITY**
321 N. Clark Street, Chicago, Illinois 60654-4714 Telephone (312) 988-5328
CHAIR: Paula J. Frederick, Atlanta, GA ▪ T. Maxfield Bahner, Chattanooga, TN ▪ Barbara S. Gillers, New York, NY ▪ Amanda Jones, Chicago, IL ▪ Donald R. Lundberg, Indianapolis, IN ▪ Myles V. Lynk, Tempe, AZ ▪ J. Charles Mokriski, Boston, MA ▪ Ellen A. Pansky, South Pasadena, CA ▪ Jennifer A. Paradise, New York, NY ▪ Richard H. Underwood, Lexington, KY

**CENTER FOR PROFESSIONAL RESPONSIBILITY:** Dennis A. Rendleman, Ethics Counsel, Mary McDermott, Associate Ethics Counsel
**©2014 by the American Bar Association. All rights reserved.**

# — EXHIBIT  11 —



**Placer County District Attorney**
**Bad Check Restitution Program**
PO Box 7658
Auburn, CA 95604-7658

R. Scott Owens
District Attorney


08UMI71

# OFFICIAL NOTICE - IMMEDIATE ATTENTION REQUIRED

··· 1210DUP.BLU.001
4000000114 01.0000.0000 42/1

|ıl••ıı|ı•|lllıııı|ı|lıll|l•ıll•|ı•lllı•ıı|l||lllllll•••l|ıll

NANCY E MORIN
5000 WINDING WAY
AUBURN CA 95602-9178

Office Hours: 9:00 a.m. - 5:00 p.m.
Phone: (866)238-4741
Date of Notice: 12/10/2014
Case #: 43329789
Balance Due: $407.12
Page: 1

You have been accused of violating California Penal Code 476a, entitled "Making or Delivering Check With Insufficient Funds". A conviction under this statute is punishable by up to one (1) year in the county jail for checks up to $950, and county jail or state prison for checks in excess of $950. See page 5 for details on the party(s) initiating this allegation.

My office has established a Bad Check Restitution Program. The Bad Check Restitution Program is authorized by the California legislature, and is a pre-charge program designed to allow people accused of having violated the above-referenced statute to avoid the possibility of further action against the accused by the District Attorney's Office. Participation in the Bad Check Restitution Program is voluntary. The Bad Check Restitution Program has two steps:

1. **Pay all restitution on all reported checks, plus any administrative, returned item, and program fees.**
2. **Attend a Financial Accountability class.**

Placer County District Attorney Bad Check Restitution Program
**TOTAL BALANCE DUE: $407.12**

You have the right to dispute this matter, as set forth on page 2 of this notice. In order to participate in the Bad Check Restitution Program you must pay in full and schedule class within THIRTY (30) DAYS from the date of this Notice.

### PLEASE CALL (866)238-4741 or visit www.checkprogram.com TO
### MAKE PAYMENT/SCHEDULE CLASS
Please have your case number ready: 43329789 and Password: 33603663
**PAYMENTS ACCEPTED: CREDIT & DEBIT CARDS, WESTERN UNION, MONEY ORDERS, OR CASHIER'S CHECK**

If you choose to participate in the Bad Check Restitution Program, and if you successfully complete the program's two steps outlined above, my office will consider this matter resolved. The Bad Check Restitution Program is administered by a private entity under contract with the Placer County District Attorney.

For additional information or if you believe you received this Notice in error, please see the reverse side.

Sincerely,

*R. S. Owens*

**R. Scott Owens**
**District Attorney**

See reverse side ➤

---

**This notice has been printed and mailed on behalf of my office by a third party**
**administrator of the Bad Check Restitution Program at no cost to the taxpayer.**

---

[42/1]                          12/10/2014              Doc FirstNotcCA    K10XVII        (QESP)45:T000:000118:001:  10995351  1/3

SECOND AMENDED COMPLAINT FOR DAMAGES, INJUNCTIVE AND OTHER
EQUITABLE RELIEF - 163

**DISPUTES, TERMS AND CONDITIONS, AND OTHER IMPORTANT INFORMATION** Page: 2

■ **IF YOU BELIEVE YOU RECEIVED THIS NOTICE IN ERROR OR WISH TO DISPUTE THIS NOTICE IN WRITING:**

- Review your records CAREFULLY.
- Call the District Attorney's Bad Check Restitution Program Office at (866)238-4741.
- Ask for a Compliance Specialist.
- Explain the error.
- The Compliance Specialist will ask you to fax or mail in documentation of the error. For cases involving stop payments on checks or performance disputes, please consult a Compliance Specialist for more information.
- You may dispute the validity of this allegation in writing to this Office within 30 days of receiving this Official Notice. Upon submitting your written dispute not later than 30 days after receiving the Official Notice (along with any relevant supporting documentation), the authorized administrator of the Bad Check Restitution Program will review the written dispute based on criteria established by the Placer County District Attorney.
- Fax or mail your case documentation to: **Fax: (800) 227-3041**

         **Placer County District Attorney**
         **Bad Check Restitution Program**
         **PO Box 7658**
         **Auburn, CA 95604-7658**

■ **IF YOU BELIEVE YOU RECEIVED THIS NOTICE AS A RESULT OF IDENTITY THEFT, FORGERY, THEFT, OR OTHER FRAUD:**

You will be required to promptly provide further written documentation to support your claim. If you are a victim of identity theft, you will need to go to the bank to obtain and sign an identity theft affidavit. If you were not the victim of identity theft but did not write the check(s), you will need to go to the bank to obtain and sign an affidavit of forgery that you did not write the check(s) in question. In most cases, if you believe the check(s) where stolen or forged, you will also be required to file a police report.

■ **IF YOU BELIEVE YOU WERE NOT PROPERLY NOTIFIED:**

The Bad Check Restitution Program is only for reports of bad check activity from those businesses or parties that have notified you according to California State Law and provided you with an opportunity to make good on the check. In addition to notification from the party you issued the check to banks routinely send customers notice of returned items. Non-sufficient funds (NSF) checks also appear on your monthly account statement. **PLEASE CHECK YOUR RECORDS CAREFULLY.**

■ **IF YOU HAVE ALREADY PAID THE MERCHANT OR FILING PARTY:**

Please fax or mail documentation that the merchant or filing party received payment BEFORE the date of this Notice. Appropriate documentation consists of a receipt of payment to the victim and/or a cleared copy (front and back) of repayment to the victim. The administrator of the Bad Check Restitution Program will review the submitted documentation. Allow fourteen (14) days to process information before calling.

■ **IF YOU WANT TO CONTEST THIS MATTER:**

You have the right to choose not to participate, and to contest this matter. If you wish, you may want to consult an attorney. Personal bankrupcies DO NOT void responsibility in a criminal matter.

---

> **To Make Payment/Schedule Class, Call (866)238-4741 or www.checkprogram.com**
> **Case Number: 43329789 Password: 33603663**
> **PAYMENTS ACCEPTED: CREDIT & DEBIT CARDS, WESTERN UNION, MONEY ORDERS, OR CASHIER'S CHECK**

(42/1)        12/10/2014     Doc FirstNotcCA  K10XVII

**DISPUTES, TERMS AND CONDITIONS, AND OTHER IMPORTANT INFORMATION**        Page:  3

■  **TERMS AND CONDITIONS OF THE BAD CHECK RESTITUTION PROGRAM:**

Participant agrees to participate in the Placer County District Attorney Bad Check Restitution Program ("Program"). Participant acknowledges and agrees that the fees charged for the Program are reasonable and appropriate. Participant acknowledges and agrees that in addition to the fees that are charged, participant is required to attend a rehabilitative counseling class conducted by an instructor hired by the private entity under contract with the District Attorney to administer the Program ("Administrator"). Participant further agrees that by paying the fees charged for the Program, participant is bound by the terms and conditions of the Program, as set forth in this agreement.

Agreement to Arbitrate:  You and Administrator agree to resolve any and all claims and disputes relating in any way to the Program ("Claims"), except for Claims concerning the validity, scope or enforceability of this Arbitration Agreement, through BINDING INDIVIDUAL ARBITRATION before the American Arbitration Association ("AAA").  This means you will be unable to have Claim(s) resolved by a court or jury, or to participate in a class action or class arbitration.  Other rights you would have if you went to court may be unavailable or limited in arbitration, including your right to appeal.  The only exception to this agreement to arbitrate is that you and/or Administrator may seek relief in a small claims court for Claims within the jurisdiction of that court in any particular state.

CLASS ACTION WAIVER:  NO ARBITRATOR OR COURT MAY ORDER, PERMIT OR CERTIFY A CLASS ACTION, REPRESENTATIVE ACTION, PRIVATE ATTORNEY-GENERAL ACTION OR CONSOLIDATED ARBITRATION IN CONNECTION WITH THIS ARBITRATION AGREEMENT.  NO ARBITRATOR OR COURT MAY ORDER OR PERMIT A JOINDER OF PARTIES IN CONNECTION WITH THIS ARBITRATION AGREEMENT UNLESS ALL PARTIES CONSENT TO SUCH JOINDER IN WRITING.

Governing Law and Jurisdiction:  Any arbitration proceeding will be governed by the Consumer Procedures or other applicable rules of AAA in effect when the Claim is filed.  The arbitration proceeding will take place in the county where you reside or any other mutually acceptable location.  Judgment on the arbitration award may be entered in any court having jurisdiction.

The arbitrator shall follow applicable law and is empowered to grant any relief, including attorneys' fees, costs, and other expenses, to the extent such relief would be available in court.  You and Administrator agree the Program and transactions subject to this Arbitration Agreement involve interstate commerce and that this Arbitration Agreement is governed by and enforceable under the Federal Arbitration Act.  You and Administrator also agree this Arbitration Agreement extends to parties related to Administrator that are involved in any Claims, including without limitation, Administrator's parents, affiliates, subsidiaries, agents, principals, contractors, officers and employees.

Costs:  Administrator shall pay all arbitration costs if it initiates arbitration.  If you initiate arbitration, you will not be required to pay any fees that exceed the fees you would have had you brought the Claim(s) in court.  You may seek a waiver of the filing fee under AAA Rules.  If you do not qualify for a waiver, you may request, in writing, that Administrator advance all or part of the filing fee.

Enforceability:  This Arbitration Agreement shall govern if there is a conflict between it and the AAA Rules, unless Administrator waives any conflict in writing.  If any part of this Arbitration Agreement, except the class action waiver, is found invalid or unenforceable, the remaining provisions shall remain in full force and effect.  If the class action waiver is found invalid or unenforceable as to a particular Claim, the Arbitration Agreement shall not apply to that Claim.

You may contact AAA to obtain information about arbitration, arbitration procedures and fees by calling 800-778-7879 or visiting www.adr.org.

YOU HAVE THE RIGHT TO REJECT THIS ARBITRATION AGREEMENT, BUT YOU MUST DO SO PROMPTLY.  If you do not agree to arbitration, you must notify us in writing within sixty (60) days after the date you enroll in the Program.  You must send your notice to:  806 E Avenida Pico STE I PMB 340, San Clemente, CA 92673-5639, and include your full name, address, and the statement "I reject the arbitration agreement for the Placer County District Attorney Bad Check Restitution Program."

■  **OTHER IMPORTANT INFORMATION:**

Completion of the Bad Check Restitution Program is valid ONLY if you comply with ALL District Attorney's requirements. Should you be permitted to comply by a payment plan, such payments may be allocated ratably between restitution and program fees until they are fully satisfied. By making full or partial payment, you are agreeing to be enrolled in the Bad Check Restitution Program, and you are agreeing to pay restitution on all reported checks as well as pay all required fees, including program, administrative, and returned item fees pursuant to the terms of this Notice. Once enrolled, program fees will be non-refundable.

**You may wish to consult an attorney to obtain legal advice about your rights in regards to this matter.**

The Program does not accept personal checks.  Sending a personal check for payment shall be deemed sufficient authorization to complete the payment via electronic debit. By doing so, your checking account will be debited for the amount of the check and your cancelled check will not be returned to your bank. Electronic debit entries returned for insufficient or uncollected funds may be resubmitted two times following the return of the original entry.

Please note, your balance may increase if additional checks are reported to this office or program fees are changed.  Additionally, you may incur a fee for missing or rescheduling class, making a late or insufficient payment, and/or paying over the phone or Internet.

SECOND AMENDED COMPLAINT FOR DAMAGES, INJUNCTIVE AND OTHER
EQUITABLE RELIEF - 165



Placer County District Attorney
**Bad Check Restitution Program**
PO Box 7658
Auburn, CA 95604-7658

**R. Scott Owens**
District Attorney

# OFFICIAL NOTICE - IMMEDIATE ATTENTION REQUIRED

**BALANCE DUE ON  01/09/2015**          $407.12

Office Hours: 9:00 a.m. - 5:00 p.m.
Page:  5  of  5

**PAYMENT OPTIONS:**

| 1. INTERNET | www.checkprogram.com |
| | Case Number: 43329789 |
| | Password:    33603663 |
| | **Credit and Debit Cards** |
| 2. PHONE | (866)238-4741 |
| | **Credit and Debit Cards or Western Union** |
| 3. MAIL | **Placer County District Attorney** |
| | **Bad Check Restitution Program** |
| | PO Box 7658 |
| | Auburn, CA 95604-7658 |
| | **Money Orders and Cashier's Checks Only** |

| VICTIM | CHECK # | DATE | AMOUNT | RETURNED ITEM FEE | ADMIN FEE | TOTAL THIS CHECK |
|---|---|---|---|---|---|---|
| SAFEWAY | 3015 | 9/10/2014 | $165.87 | $1.25 | $50.00 | $217.12 |
| | | | Financial Accountability Class Fee | | | $190.00 |

*** Additional service fee may be due victim. ***

**TOTAL BALANCE DUE:**          $407.12

---

**To Make Payment/Schedule Class, Call (866)238-4741 or www.checkprogram.com**
Case Number: 43329789 Password: 33603663
**PAYMENTS ACCEPTED: CREDIT & DEBIT CARDS, WESTERN UNION, MONEY ORDERS, OR CASHIER'S CHECK**

(42/3)          12/10/2014          Doc: FirstNotcBCA   C13V1          (QESP)45 T000 000118 003   10995351  3/3

SECOND AMENDED COMPLAINT FOR DAMAGES, INJUNCTIVE AND OTHER
EQUITABLE RELIEF - 166

This

page

intentionally

blank.

# — EXHIBIT  12 —



**Placer County District Attorney**
**Bad Check Restitution Program**
PO Box 7658
Auburn, CA 95604-7658

**R. Scott Owens**
District Attorney


0BV3C82

# FAILURE TO RESPOND - IMMEDIATE ATTENTION REQUIRED

*** 1226REG.BLU.001
4000000174.01.0000.0000 170/1

NANCY E MORIN
5000 WINDING WAY
AUBURN CA 95602-9178

Office Hours: 9:00 a.m. - 5:00 p.m.
Phone:  (866)238-4741
Date of Notice: 12/26/2014
Case #: 43329789
Balance Due: $407.12
Page:   1

Our records indicate that you have failed to respond or fully comply with the District Attorney's Official Notice.

Call this Office by 01/05/2015 if you wish to participate in the Bad Check Restitution Program.

Successful completion of the program requires that you comply with all Bad Check Restitution Program requirements including full restitution, all fees and attendance of the Financial Accountability class.  You may receive further notices and/or phone calls while program requirements remain outstanding.

**Our records indicate that you currently have an outstanding balance of $407.12.**

**Our records indicate you have not completed your Financial Accountability class requirement.**

If you have already mailed or arranged your required payment(s) and completed or scheduled the educational class, please disregard this Notice.  Otherwise, please call (866)238-4741 or go to our secure website at www.checkprogram.com.  To access your file online you will need to enter your case number, which is 43329789, and the following password: 33603663.

Thank you for your immediate attention to this matter.

Sincerely,

*R. S. Owens*

**R. Scott Owens**
**District Attorney**

> **The Placer County District Attorney's Bad Check Restitution Program is administered by a private entity under contract with the Placer County District Attorney.**

---

> **To Make Payment/Schedule Class, call (866)238-4741 or www.checkprogram.com**
> **Case Number: 43329789  Password: 33603663**
> **PAYMENTS ACCEPTED: CREDIT & DEBIT CARDS, WESTERN UNION, MONEY ORDERS, OR CASHIER'S CHECK**

[170/1]                           12/26/2014              Doc # FirstFTC         7330          generic
                                                                                          (QESP)49:T000.000620:001  11001170  1/1

# — EXHIBIT 13 —



**Placer County District Attorney**
**Bad Check Restitution Program**
PO Box 7658
Auburn, CA 95604-7658

**R. Scott Owens**
District Attorney

08W3URI

# WARNING - SECOND NOTICE OF FAILURE TO COMPLY

*** 0126-00534-001  lilreddy@att.net
3000000634 01.0000.0000 466/1

NANCY E MORIN
5000 WINDING WAY
AUBURN CA 95602

Office Hours: 9:00 a.m. - 5:00 p.m.
Phone:  (866)238-4741
Date of Notice: 01/26/2015
Case #:  43329789
Balance Due: $407.12
Page:   1

You have failed to respond to the District Attorney's Notices regarding California Penal Code 476a, entitled "Making or Delivering Check With Insufficient Funds". Prior attempts to resolve this situation have been unsuccessful.

You cannot participate in the Bad Check Restitution Program unless you contact this office prior to 02/02/2015.  If you wish to participate in the program, call this Office during the hours listed above.

Successful completion of the program requires that you comply with all Bad Check Restitution Program requirements including full restitution, all fees and attendance of the Financial Accountability class.  You may receive further notices and/or phone calls while program requirements remain outstanding.

**Our records indicate that you currently have an outstanding balance of $407.12.**

**Our records indicate you have not completed your Financial Accountability class requirement.**

If you have already mailed or arranged your required payment(s) and completed or scheduled the educational class, please disregard this Notice.  Otherwise, please call (866)238-4741 or go to our secure website at www.checkprogram.com.  To access your file online you will need to enter your case number, which is 43329789, and the following password: 33603663.

Thank you for your immediate attention to this matter.

Sincerely,

*R. S. Owens*

**R. Scott Owens**
**District Attorney**

The Placer County District Attorney's Bad Check Restitution Program is administered by a private entity
under contract with the Placer County District Attorney.

---

**To Make Payment/Schedule Class, call (866)238-4741 or www.checkprogram.com**
Case Number: 43329789  Password: 33603663
**PAYMENTS ACCEPTED: CREDIT & DEBIT CARDS, WESTERN UNION, MONEY ORDERS, OR CASHIER'S CHECK**

[466/1]                       01/26/2015              Doc # SecondFTC        6536        generic

SECOND AMENDED COMPLAINT FOR DAMAGES, INJUNCTIVE AND OTHER
EQUITABLE RELIEF - 171

# — EXHIBIT  14 —



**El Dorado County District Attorney**
**Bad Check Restitution Program**
PO Box 3240
Diamond Springs, CA 95619-3240

**Vern Pierson**
District Attorney

▌▊▐▐▌▊▐▌▊▐▐▌▐▌▊▐▐
080NU85

# OFFICIAL NOTICE - IMMEDIATE ATTENTION REQUIRED

*** 0813DUP.BLU.001
4000000925 01.0000.0000 179/1

▏▎▍▌▍▎▍▏▌▍▎▍▌▍▎▌▌▍▌▐▌▌▍▌▍▎▌▍▏▌▎▍▎

NARISHA BONAKDAR
1310 GARDENIA CIR
EL DORADO HILLS CA 95762-6809

Office Hours: 9:00 a.m. - 5:00 p.m.
Phone: (877)607-2782 - *2862*
Date of Notice: 06/13/2014
Case #: 42841068
Balance Due: $448.50
Page: 1

You have been accused of violating California Penal Code 476a, entitled "Making or Delivering Check With Insufficient Funds". A conviction under this statute is punishable by up to one (1) year in the county jail for checks up to $450, and county jail or state prison for checks in excess of $450. See page 5 for details on the party(s) initiating this allegation.

My office has established a Bad Check Restitution Program. The Bad Check Restitution Program is authorized by the California legislature, and is a pre-charge program designed to allow people accused of having violated the above-referenced statute to avoid the possibility of further action against the accused by the District Attorney's Office. Participation in the Bad Check Restitution Program is voluntary. The Bad Check Restitution Program has two steps:

1. **Pay all restitution on all reported checks, plus any administrative, returned item, and program fees.**
2. **Attend a Financial Accountability class.**

El Dorado County District Attorney Bad Check Restitution Program
**TOTAL BALANCE DUE: $448.50**

You have the right to dispute this matter, as set forth on page 2 of this notice. In order to participate in the Bad Check Restitution Program you must pay in full and schedule class within THIRTY (30) DAYS from the date of this Notice.

### PLEASE CALL (877)607-2782 or visit www.checkprogram.com TO MAKE PAYMENT/SCHEDULE CLASS
**Please have your case number ready: 42841068 and Password: 40032069**
**PAYMENTS ACCEPTED: CREDIT & DEBIT CARDS, WESTERN UNION, MONEY ORDERS, OR CASHIER'S CHECK**

If you choose to participate in the Bad Check Restitution Program, and if you successfully complete the program's two steps outlined above, my office will consider this matter resolved. The Bad Check Restitution Program is administered by a private entity under contract with the El Dorado County District Attorney.

For additional information or if you believe you received this Notice in error, please see the reverse side.

**Sincerely,**


**Vern Pierson**
**District Attorney**

See reverse side ➡

This notice has been printed and mailed on behalf of my office by a third party administrator of the Bad Check Restitution Program at no cost to the taxpayer.

[178/1]                         06/13/2014        Doc FirstNoticCA    K10XVII         (QESP)45:T000:000075:001:  10937022  1/3

SECOND AMENDED COMPLAINT FOR DAMAGES, INJUNCTIVE AND OTHER
EQUITABLE RELIEF - 173

**DISPUTES, TERMS AND CONDITIONS, AND OTHER IMPORTANT INFORMATION** Page: 2

■ **IF YOU BELIEVE YOU RECEIVED THIS NOTICE IN ERROR OR WISH TO DISPUTE THIS NOTICE IN WRITING:**

- Review your records CAREFULLY.
- Call the District Attorney's Bad Check Restitution Program Office at (877)607-2782.
- Ask for a Compliance Specialist.
- Explain the error.
- The Compliance Specialist will ask you to fax or mail in documentation of the error. For cases involving stop payments on checks or performance disputes, please consult a Compliance Specialist for more information.
- You may dispute the validity of this allegation in writing to this Office within 30 days of receiving this Official Notice. Upon submitting your written dispute not later than 30 days after receiving the Official Notice (along with any relevant supporting documentation), the authorized administrator of the Bad Check Restitution Program will review the written dispute based on criteria established by the El Dorado County District Attorney.

- Fax or mail your case documentation to:     **Fax: (800) 227-3041**

     **El Dorado County District Attorney**
     **Bad Check Restitution Program**
     **PO Box 3240**
     **Diamond Springs, CA 95619-3240**


■ **IF YOU BELIEVE YOU RECEIVED THIS NOTICE AS A RESULT OF IDENTITY THEFT, FORGERY, THEFT, OR OTHER FRAUD:**

You will be required to promptly provide further written documentation to support your claim. If you are a victim of identity theft, you will need to go to the bank to obtain and sign an identity theft affidavit.  If you were not the victim of identity theft but did not write the check(s), you will need to go to the bank to obtain and sign an affidavit of forgery that you did not write the check(s) in question. In most cases, if you believe the check(s) where stolen or forged, you will also be required to file a police report.

■ **IF YOU BELIEVE YOU WERE NOT PROPERLY NOTIFIED:**

The Bad Check Restitution Program is only for reports of bad check activity from those businesses or parties that have notified you according to California State Law and provided you with an opportunity to make good on the check. In addition to notification from the party you issued the check to banks routinely send customers notice of returned items. Non-sufficient funds (NSF) checks also appear on your monthly account statement.  **PLEASE CHECK YOUR RECORDS CAREFULLY.**

■ **IF YOU HAVE ALREADY PAID THE MERCHANT OR FILING PARTY:**

Please fax or mail documentation that the merchant or filing party received payment BEFORE the date of this Notice.  Appropriate documentation consists of a receipt of payment to the victim and/or a cleared copy (front and back) of repayment to the victim. The administrator of the Bad Check Restitution Program will review the submitted documentation. Allow fourteen (14) days to process information before calling.

■ **IF YOU WANT TO CONTEST THIS MATTER:**

You have the right to choose not to participate, and to contest this matter. If you wish, you may want to consult an attorney.

Personal bankrupcies DO NOT void responsibility in a criminal matter.

---

**To Make Payment/Schedule Class, Call (877)607-2782 or www.checkprogram.com**
**Case Number: 42841068   Password: 40032069**
**PAYMENTS ACCEPTED: CREDIT & DEBIT CARDS, WESTERN UNION, MONEY ORDERS, OR CASHIER'S CHECK**

---

[179/f1]                          06/13/2014              Doc FirstNotcCA        K10XVII

SECOND AMENDED COMPLAINT FOR DAMAGES, INJUNCTIVE AND OTHER
EQUITABLE RELIEF - 174

**DISPUTES, TERMS AND CONDITIONS, AND OTHER IMPORTANT INFORMATION**        Page:  3

■  **TERMS AND CONDITIONS OF THE BAD CHECK RESTITUTION PROGRAM:**

Participant agrees to participate in the El Dorado County District Attorney Bad Check Restitution Program ("Program").  Participant acknowledges and agrees that the fees charged for the Program are reasonable and appropriate.  Participant acknowledges and agrees that in addition to the fees that are charged, participant is required to attend a rehabilitative counseling class conducted by an instructor hired by the private entity under contract with the District Attorney to administer the Program ("Administrator").  Participant further agrees that by paying the fees charged for the Program, participant is bound by the terms and conditions of the Program, as set forth in this agreement.

Agreement to Arbitrate:  You and Administrator agree to resolve any and all claims and disputes relating in any way to the Program ("Claims"), except for Claims concerning the validity, scope or enforceability of this Arbitration Agreement, through BINDING INDIVIDUAL ARBITRATION before the American Arbitration Association ("AAA").  This means you will be unable to have Claim(s) resolved by a court or jury, or to participate in a class action or class arbitration.  Other rights you would have if you went to court may be unavailable or limited in arbitration, including your right to appeal.  The only exception to this agreement to arbitrate is that you and/or Administrator may seek relief in a small claims court for Claims within the jurisdiction of that court in any particular state.

CLASS ACTION WAIVER:  NO ARBITRATOR OR COURT MAY ORDER, PERMIT OR CERTIFY A CLASS ACTION, REPRESENTATIVE ACTION, PRIVATE ATTORNEY-GENERAL ACTION OR CONSOLIDATED ARBITRATION IN CONNECTION WITH THIS ARBITRATION AGREEMENT.  NO ARBITRATOR OR COURT MAY ORDER OR PERMIT A JOINDER OF PARTIES IN CONNECTION WITH THIS ARBITRATION AGREEMENT UNLESS ALL PARTIES CONSENT TO SUCH JOINDER IN WRITING.

Governing Law and Jurisdiction:  Any arbitration proceeding will be governed by the Consumer Procedures or other applicable rules of AAA in effect when the Claim is filed.  The arbitration proceeding will take place in the county where you reside or any other mutually acceptable location.  Judgment on the arbitration award may be entered in any court having jurisdiction.

The arbitrator shall follow applicable law and is empowered to grant any relief, including attorneys' fees, costs, and other expenses, to the extent such relief would be available in court.  You and Administrator agree the Program and transactions subject to this Arbitration Agreement involve interstate commerce and that this Arbitration Agreement is governed by and enforceable under the Federal Arbitration Act.  You and Administrator also agree this Arbitration Agreement extends to parties related to Administrator that are involved in any Claims, including without limitation, Administrator's parents, affiliates, subsidiaries, agents, principals, contractors, officers and employees.

Costs:  Administrator shall pay all arbitration costs if it initiates arbitration.  If you initiate arbitration, you will not be required to pay any fees that exceed the fees you would have paid had you brought the Claim(s) in court.  You may seek a waiver of the filing fee under AAA Rules.  If you do not qualify for a waiver, you may request, in writing, that Administrator advance all or part of the filing fee.

Enforceability:  This Arbitration Agreement shall govern if there is a conflict between it and the AAA Rules, unless Administrator waives any conflict in writing.  If any part of this Arbitration Agreement, except the class action waiver, is found invalid or unenforceable, the remaining provisions shall remain in full force and effect.  If the class action waiver is found invalid or unenforceable as to a particular Claim, the Arbitration Agreement shall not apply to that Claim.

You may contact AAA to obtain information about arbitration, arbitration procedures and fees by calling 800-778-7879 or visiting www.adr.org.

YOU HAVE THE RIGHT TO REJECT THIS ARBITRATION AGREEMENT, BUT YOU MUST DO SO PROMPTLY.  If you do not agree to arbitration, you must notify us in writing within sixty (60) days after the date you enroll in the Program.  You must send your notice to:  806 E Avenida Pico STE I PMB 340, San Clemente, CA 92673-5639, and include your full name, address, and the statement "I reject the arbitration agreement for the El Dorado County District Attorney Bad Check Restitution Program."

■  **OTHER IMPORTANT INFORMATION:**

Completion of the Bad Check Restitution Program is valid ONLY if you comply with ALL District Attorney's requirements.  Should you be permitted to comply by a payment plan, such payments may be allocated ratably between restitution and program fees until they are fully satisfied.  By making full or partial payment, you are agreeing to be enrolled in the Bad Check Restitution Program, and you are agreeing to pay restitution on all reported checks as well as pay all required fees, including program, administrative, and returned item fees pursuant to the terms of this Notice.  Once enrolled, program fees will be non-refundable.

**You may wish to consult an attorney to obtain legal advice about your rights in regards to this matter.**

The Program does not accept personal checks.  Sending a personal check for payment shall be deemed sufficient authorization to complete the payment via electronic debit.  By doing so, your checking account will be debited for the amount of the check and your cancelled check will not be returned to your bank.  Electronic debit entries returned for insufficient or uncollected funds may be resubmitted two times following the return of the original entry.

Please note, your balance may increase if additional checks are reported to this office or program fees are changed.  Additionally, you may incur a fee for missing or rescheduling class, making a late or insufficient payment, and/or paying over the phone or Internet.

SECOND AMENDED COMPLAINT FOR DAMAGES, INJUNCTIVE AND OTHER
EQUITABLE RELIEF - 175

Page:   4

This

page

intentionally

blank.



**El Dorado County District Attorney**
**Bad Check Restitution Program**
PO Box 3240
Diamond Springs, CA 95619-3240

**Vern Pierson**
District Attorney

# OFFICIAL NOTICE - IMMEDIATE ATTENTION REQUIRED

**BALANCE DUE ON** 07/14/2014    | $448.50

Office Hours: 9:00 a.m. - 5:00 p.m.
Page:   5   of   5

**PAYMENT OPTIONS:**

| | | |
|---|---|---|
| 1. INTERNET | **www.checkprogram.com** | |
| | Case Number: 42841068 | |
| | Password:    40032069 | |
| | **Credit and Debit Cards** | |
| 2. PHONE | (877)607-2782 | |
| | **Credit and Debit Cards or Western Union** | |
| 3. MAIL | **El Dorado County District Attorney** | |
| | **Bad Check Restitution Program** | |
| | PO Box 3240 | |
| | Diamond Springs, CA 95619-3240 | |
| | **Money Orders and Cashier's Checks Only** | |

| VICTIM | CHECK # | DATE | AMOUNT | RETURNED ITEM FEE | ADMIN FEE | TOTAL THIS CHECK |
|---|---|---|---|---|---|---|
| EL DORADO COUNTY | 208C | 3/14/2014 | $200.00 | $7.50 | $50.00 | $257.50 |
| | | | Financial Accountability Class Fee | | | $191.00 |

\*\*\* Additional service fee may be due victim. \*\*\*

**TOTAL BALANCE DUE:**    **$448.50**

---

**To Make Payment/Schedule Class, Call (877)607-2782 or www.checkprogram.com**
Case Number: 42841068  Password: 40032069
**PAYMENTS ACCEPTED: CREDIT & DEBIT CARDS, WESTERN UNION, MONEY ORDERS, OR CASHIER'S CHECK**

SECOND AMENDED COMPLAINT FOR DAMAGES, INJUNCTIVE AND OTHER
EQUITABLE RELIEF - 177