UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN BREAZEALE, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>VICTIM SERVICES, INC. D/B/A CORRECTIVESOLUTIONS, et al.,<br><br>          Defendants. | Case No. 14-cv-05266-VC<br><br>**ORDER DENYING WITHOUT PREJUDICE THE MOTION FOR LEAVE TO AMEND**<br><br>Re: Dkt. No. 150 |

The plaintiffs' motion for leave to amend the complaint to add a new defendant is denied without prejudice to refiling the motion after the anti-SLAPP appeal is resolved. The Court expects, however, that discovery will continue in the meantime.

**IT IS SO ORDERED.**

Dated: December 5, 2016

VINCE CHHABRIA
United States District Judge