Michael F. Ram, CSB #104805
Email: mram@robinskaplan.com
Susan S. Brown, CSB #287986
Email: sbrown@robinskaplan.com
ROBINS KAPLAN LLP
2440 West El Camino Real, Suite 100
Mountain View, California 94040
Telephone: (650) 784-4040
Facsimile: (650) 784-4041

[Additional Counsel Appear on Signature Page]

*Attorneys for Plaintiffs*

# U.S. DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVIN BREAZEALE, KAREN SOLBERG, KEVIN HIEP VU, NANCY MORIN, and NARISHA BONAKDAR, on their own behalf and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VICTIM SERVICES, INC., d/b/a CorrectiveSolutions, NATIONAL CORRECTIVE GROUP, INC., d/b/a CorrectiveSolutions, and MATS JONSSON,<br><br>Defendants. | NO. 3:14-cv-05266-VC<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER EXTENDING DISCOVERY DEADLINES**<br><br>AS MODIFIED<br>Honorable Vince Chhabria<br><br><u>CLASS ACTION</u><br><br>**DEMAND FOR TRIAL BY JURY**<br><br>DATE:<br>TIME: 10:00 a.m.<br>LOCATION: Courtroom 4 - 17th Floor |

## I. STIPULATION

The parties respectfully request that the Court extend the fact discovery cutoff in this matter from September 30, 2017 to November 29, 2017. The Court previously extended the discovery deadline to September 30, 2017. (Dkt. 162). The consolidated interlocutory appeals

are set for oral argument before the Ninth Circuit on September 13, 2017. Plaintiffs are prepared to file their motion for class certification within twenty days of the Ninth Circuit's ruling, regardless of the discovery cutoff.

The parties are working diligently to complete fact discovery. Plaintiffs have served four sets of discovery on the corporate defendants and two sets on the individual defendant. Plaintiffs took the Rule 30(b)(6) deposition of VSI in February 2017. Plaintiffs are scheduled to conclude the deposition of VSI and complete the Rule 30(b)(6) deposition of NCG and Rule 30(b)(1) deposition of Mats Jonsson during the week of September 25, 2017. Plaintiffs issued third-party subpoenas to the Alameda County District Attorney's Office and the Placer County District Attorney's Office on July 20, 2017 and plan to issue subpoenas to several other district attorneys' offices. Plaintiffs will work with those offices to schedule the depositions for the earliest possible date. Defendants have served one set of discovery on each of the plaintiffs. Defendants deposed three of the plaintiffs in April 2017. The parties are working together to schedule the depositions of the remaining plaintiffs.

Plaintiffs also intend to move to amend their complaint to add several additional defendants as soon as the Ninth Circuit issues a ruling on the appeals. Defendants will oppose the motion. In the event that the Court permits Plaintiffs to amend their complaint, Plaintiffs will seek to obtain discovery from the newly added defendants. This additional discovery will not delay class certification.

IT IS SO STIPULATED.

STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY
DEADLINES - 2
CASE NO. 3:14-CV-05266-VC

RESPECTFULLY SUBMITTED AND DATED this 24th day of July, 2017.

TERRELL MARSHALL LAW GROUP PLLC   FREEDMAN & TAITELMAN, LLP

By: /s/ Blythe H. Chandler, *Pro Hac Vice*
    Beth E. Terrell, CSB #178181
    Email: bterrell@terrellmarshall.com
    Blythe H. Chandler, *Admitted Pro Hac Vice*
    Email: bchandler@terrellmarshall.com
    936 North 34th Street, Suite 300
    Seattle, Washington 98103-8869
    Telephone: (206) 816-6603
    Facsimile: (206) 319-5450

By: : /s/ Sean M. Hardy, CSB #266446
    Michael A. Taitelman, CSB #156254
    Email: mtaitelman@ftllp.com
    Sean M. Hardy, CSB #266446
    Email: smhardy@ftllp.com
    1901 Avenue of the Stars, Suite 500
    Los Angeles, California 90067
    Telephone: (310) 201-0005
    Facsimile: (310) 201-0045

Paul Arons, CSB #84970
Email: lopa@rockisland.com
LAW OFFICE OF PAUL ARONS
685 Spring Street, Suite 104
Friday Harbor, Washington 98250
Telephone: (360) 378-6496
Facsimile: (360) 378-6498

*Attorneys for Defendants Victim Services, Inc., National Corrective Group, Inc., and Mats Jonsson*

Deepak Gupta, *Admitted Pro Hac Vice*
Email: deepak@guptawessler.com
GUPTA WESSLER PLLC
1735 20th Street, NW
Washington, DC 20009
Telephone: (202) 888-1741
Facsimile: (202) 888-7792

Michael F. Ram, CSB #104805
Email: mram@robinskaplan.com
Susan S. Brown, CSB #287986
Email: sbrown@robinskaplan.com
ROBINS KAPLAN LLP
2440 West El Camino Real, Suite 100
Mountain View, California 94040
Telephone: (650) 784-4040
Facsimile: (650) 784-4041

*Attorneys for Plaintiffs*

STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY
DEADLINES - 3
CASE NO. 3:14-CV-05266-VC

## II. [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The deadline for completion of fact discovery in this matter is November 29, 2017.

DATED this __31st__ day of __July__, 2017.

The deadline for plaintiffs to file the class certification motion is 20 days after the ruling from the Ninth Circuit. The Court sets a Further Case Management Conference for September 26, 2017 at 1:30 p.m. An updated joint case management statement is due 7 days prior to the FCMC.

IT IS SO ORDERED AS MODIFIED

Judge Vince Chhabria

**LOCAL RULE 5-1(i)(3) STATEMENT**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from counsel for all parties, and that I will maintain records to support this concurrence by all counsel subject to this stipulation as required under the local rules.

DATED this 24th day of July, 2017.

TERRELL MARSHALL LAW GROUP PLLC


By: /s/ Beth E. Terrell, CSB #178181
    Beth E. Terrell, CSB #178181
    Email: bterrell@terrellmarshall.com
    936 North 34th Street, Suite 300
    Seattle, Washington 98103-8869
    Telephone: (206) 816-6603
    Facsimile: (206) 319-5450

*Attorneys for Plaintiffs*