UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN BREAZEALE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>VICTIM SERVICES, INC. D/B/A CORRECTIVESOLUTIONS, et al.,<br><br>    Defendants. | Case No. 14-cv-05266-VC<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. Nos. 176, 181 |

      The defendants are ordered to show cause why they should not be sanctioned for seeking to seal documents that are plainly related to the core subject matter of this litigation. The agreements between Victim Services, National Corrective Group, Mats Jonsson, Birch Grove Holdings, and American Justice Solutions, as well as the training and policy manuals used by the defendants and their affiliates, all appear highly relevant to this litigation and appear to meet both the compelling reasons and the good cause standard for disclosure. *See Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1096-99 (9th Cir. 2016). To the extent these documents relate to the defendants' arrangements with district attorney's offices in California and the defendants' conduct pursuant to those agreements, these documents would presumably be easily subject to disclosure under the California Public Records Act – the conduct of an agent of the government in the exercise of the government's police power may generally not be concealed. Therefore, it is difficult to understand how these materials could possibly be concealed from the public in connection with this litigation.

      The defendants are ordered to show cause why they should not be sanctioned pursuant to Federal Rules of Civil Procedure 11 and 37(a)(5), 29 U.S.C. § 1927, and/or the Court's inherent

authority for seeking to seal these documents. The defendants must file a joint written response to this order by March 8, 2018. If the plaintiffs wish to file a response, they may do so by March 15, 2018. Any reply must be filed by March 22, 2018. The Court will schedule a hearing on the order to show cause if necessary following review of the written submissions.

**IT IS SO ORDERED.**

Dated: March 1, 2018

VINCE CHHABRIA
United States District Judge