UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTIM SERVICES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> CONSUMER FINANCIAL PROTECTION BUREAU, <br><br> Defendant. | Case No. 18-mc-80040-KAW <br><br> **JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Judge Vince Chhabria for consideration of whether the case is related to *Breazeale v. Victim Services, Inc.*, Case No. 14-cv-5266-VC.

**IT IS SO ORDERED.**

Dated: March 6, 2018

_____
KANDIS A. WESTMORE
United States Magistrate Judge