UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN SOLBERG, ET AL.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>VICTIM SERVICES, INC. D/B/A CORRECTIVESOLUTIONS, et al.,<br><br>　　　　　　Defendants. | Case No.  14-cv-05266-VC<br><br>**ORDER RE UPCOMING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 284 |

　　　For the November 15, 2018, case management conference, the parties are directed to consider whether the class should include a negligent and/or fraudulent misrepresentation subclass under California law consisting of people who did not pay fees to the defendants, but who nonetheless incurred costs in response to the defendants' alleged misrepresentations.

　　　**IT IS SO ORDERED.**

Dated: November 13, 2018

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　　United States District Judge