UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN SOLBERG, ET AL.,<br><br>    Plaintiffs,<br><br>    v.<br><br>VICTIM SERVICES, INC. D/B/A CORRECTIVESOLUTIONS, et al.,<br><br>    Defendants. | Case No. 14-cv-05266-VC<br><br>**ORDER GRANTING IN PART MOTION TO REOPEN DISCOVERY AND DENYING MOTION TO DISMISS UNDER RULE 12(B)(7)**<br><br>Re: Dkt. Nos. 235, 238 |

    The plaintiffs' motion to reopen discovery is granted for the limited purpose of allowing the plaintiffs to complete their discovery of third-party Global Payment Check Services, Inc. The motion is otherwise denied without prejudice. If, after reading the defendants' Answer, the plaintiffs identify concrete information that they could not previously have discovered with reasonable diligence, they may file a new motion to reopen discovery.

    For the reasons stated on the record, the defendants' motion to dismiss under Federal Rule of Civil Procedure 12(b)(7) or, in the alternative, to require joinder, is denied.

    **IT IS SO ORDERED.**

Dated: November 26, 2018

                                                 VINCE CHHABRIA<br>
                                               United States District Judge