Michael F. Ram, CSB #104805
Email: mram@robinskaplan.com
ROBINS KAPLAN LLP
2440 West El Camino Real, Suite 100
Mountain View, California 94040
Telephone: (650) 784-4040
Facsimile: (650) 784-4041

[Additional Counsel Appear on Signature Page]

*Attorneys for Plaintiffs*

U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| KAREN SOLBERG, NANCY MORIN, and NARISHA BONAKDAR, on their own behalf and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VICTIM SERVICES, INC., d/b/a CorrectiveSolutions, NATIONAL CORRECTIVE GROUP, INC., d/b/a CorrectiveSolutions, AMERICAN JUSTICE SOLUTIONS, INC., d/b/a CorrectiveSolutions, BIRCH GROVE HOLDINGS, INC., MATS JONSSON and KARL THOMAS JONSSON,<br><br>Defendants. | NO. 3:14-cv-05266-VC<br><br>**TABLE OF EXHIBITS**<br><br>Honorable Vince Chhabria<br><br><u>CLASS ACTION</u><br><br>**DEMAND FOR TRIAL BY JURY**<br><br>DATE:       July 11, 2019<br>TIME:        10:00 a.m.<br>LOCATION:  Courtroom 4 - 17th Floor |

TABLE OF EXHIBITS - 1
CASE NO. 3:14-CV-05266-VC

| Exhibit No. | Declarant | Description of Exhibit |
|---|---|---|
| 1 | Arons Decl, ECF No. 226-1 | Initial form letter Defendants sent to check writers in Alameda County, labeled DEF 000363-366 |
| 2 | Arons Decl, ECF No. 226-2 | Initial form letter Defendants sent to check writers in Calaveras County, labeled DEF 000479-483 |
| 3 | Arons Decl, ECF No. 226-3 | Initial form letter Defendants sent to check writers in Colusa County, labeled DEF 000593-596 |
| 4 | Arons Decl, ECF No. 226-4 | Initial form letter Defendants sent to check writers in Contra Costa County, labeled DEF 000701-707 |
| 5 | Arons Decl, ECF No. 226-5 | Initial form letter Defendants sent to check writers in El Dorado County, labeled DEF 000060-65 |
| 6 | Arons Decl, ECF No. 226-6 | Initial form letter Defendants sent to check writers in Fresno County, labeled DEF 001055-1059 |
| 7 | Arons Decl, ECF No. 226-7 | Initial form letter Defendants sent to check writers in Glenn County, labeled DEF 001103-1107 |
| 8 | Arons Decl, ECF No. 226-8 | Initial form letter Defendants sent to check writers in Imperial County, labeled DEF 001281-1285 |
| 9 | Arons Decl, ECF No. 226-9 | Initial form letter Defendants sent to check writers in Los Angeles County, labeled DEF 001390-1395 |
| 10 | Arons Decl, ECF No. 226-10 | Initial form letter Defendants sent to check writers in Madera County, labeled DEF 001621-1624 |
| 11 | Arons Decl, ECF No. 226-11 | Initial form letter Defendants sent to check writers in Marin County, labeled DEF 001730-1732 |
| 12 | Arons Decl, ECF No. 226-12 | Initial form letter Defendants sent to check writers in Mariposa County, labeled DEF 001834-1837 |
| 13 | Arons Decl, ECF No. 226-13 | Initial form letter Defendants sent to check writers in Merced County, labeled DEF 001956-1959 |
| 14 | Arons Decl, ECF No. 226-14 | Initial form letter Defendants sent to check writers in Modoc County, labeled DEF 002067-2071 |

| 15 | Arons Decl, ECF No. 226-15 | Initial form letter Defendants sent to check writers in Monterey County, labeled DEF 002181-2184 |
|---|---|---|
| 16 | Arons Decl, ECF No. 226-16 | Initial form letter Defendants sent to check writers in Napa County, labeled DEF 002289-2292 |
| 17 | Arons Decl, ECF No. 226-17 | Initial form letter Defendants sent to check writers in Nevada County, labeled DEF 002398-2401 |
| 18 | Arons Decl, ECF No. 226-18 | Initial form letter Defendants sent to check writers in Orange County, labeled DEF 002506-2511 |
| 19 | Arons Decl, ECF No. 226-19 | Initial form letter Defendants sent to check writers in Placer County, labeled DEF 002677-2682 |
| 20 | Arons Decl, ECF No. 226-20 | Initial form letter Defendants sent to check writers in Riverside County, labeled DEF 002792-2797 |
| 21 | Arons Decl, ECF No. 226-21 | Initial form letter Defendants sent to check writers in San Bernardino County, labeled DEF 002972-2977 |
| 22 | Arons Decl, ECF No. 226-22 | Initial form letter Defendants sent to check writers in San Joaquin County, labeled DEF 003015-3018 |
| 23 | Arons Decl, ECF No. 226-23 | Initial form letter Defendants sent to check writers in San Mateo County, labeled DEF 003129-3133 |
| 24 | Arons Decl, ECF No. 226-24 | Initial form letter Defendants sent to check writers in Santa Barbara County, labeled DEF 003245-3249 |
| 25 | Arons Decl, ECF No. 226-25 | Initial form letter Defendants sent to check writers in Santa Clara County, labeled DEF 003310-3314 |
| 26 | Arons Decl, ECF No. 226-26 | Initial form letter Defendants sent to check writers in Sierra County, labeled DEF003543-3546 |
| 27 | Arons Decl, ECF No. 226-27 | Initial form letter Defendants sent to check writers in Siskiyou County, labeled DEF114512-114516 |
| 28 | Arons Decl, ECF No. 226-28 | Initial form letter Defendants sent to check writers in Sonoma County, labeled DEF 003712-3716 |
| 29 | Arons Decl, ECF No. 226-29 | Initial form letter Defendants sent to check writers in Stanislaus County, labeled DEF 003827-3830 |

| | | |
|---|---|---|
| 30 | Arons Decl, ECF No. 226-30 | Initial form letter Defendants sent to check writers in Tulare County, labeled DEF 003934-3937 |
| 31 | Arons Decl, ECF No. 226-31 | Initial form letter Defendants sent to check writers in Tuolumne County, labeled DEF 004042-4045 |
| 1 | Terrell Decl | Initial form letter Defendants sent to check writers in Santa Cruz County, labeled DEF 114532-4536 |
| 2 | Terrell Decl | Excerpts from Rule 30(b)(6) deposition of Victim Services, Inc. (testimony by Megan McClung), taken on February 22, 2017 |
| 3 | Terrell Decl | Excerpts from Rule 30(b)(6) deposition of Victim Services, Inc. (testimony by Karl Thomas Jonsson), taken on February 21, 2017 |
| 4 | Terrell Decl | Defendants' template for the Administrative Support Services Agreement dated July 9, 2012, labeled DEF 090976-90983 |
| 5 | Terrell Decl | Defendants' template for the Administrative Support Services Agreement dated June 9, 2015, labeled DEF090984-90991 |
| 6 | Terrell Decl | Defendants' contract with Alameda County, labeled DEF 004406-4416 |
| 7 | Terrell Decl | Excerpts from Rule 30(b)(6) deposition of National Corrective Group, Inc. (testimony by Megan McClung) |
| 8 | Terrell Decl | Contract between Orange County and Victim Services, Inc., labeled DEF057376-57398 and DEF114288-114289 |
| 9 | Terrell Decl | Start-Up Packet for Glenn County, labeled PRR-GLENN_000969–001054 |
| 10 | Terrell Decl | Excerpts from Rule 30(b)(6) deposition of Victim Services, Inc. (testimony by James Noland), taken on February 22, 2017 |
| 11 | Terrell Decl | Defendant's Jurisdiction Detail Report, labeled DEF 069515–69578 |
| 12 | Terrell Decl | Excerpts from the Rule 30(b)(6) deposition of National Corrective Group, Inc. (testimony by Mats Jonsson) taken on September 27, 2017 |
| 13 | Terrell Decl | Power point presentation that includes on page 10 Defendants' "Sample Electronic file format" |

| 14 | Terrell Decl | A document titled "Information Systems Check Import," which was Exhibit 14 to the Rule 30(b)(6) Deposition of Victim Services, Inc. |
| --- | --- | --- |
| 15 | Terrell Decl | Bad Check Crime Report, El Dorado County District Attorney |
| 16 | Terrell Decl | Excerpts from the Rule 30(b)(6) deposition of Victim Services, Inc. (testimony by Karen Boyd) taken on February 22, 2017 |
| 17 | Terrell Decl | Excerpts from the Rule 30(b)(6) deposition of National Corrective Group, Inc. (testimony by Karen Boyd) taken on September 26, 2017 |
| 18 | Terrell Decl | Excerpts from the deposition of Gerald Fineman on behalf of the Riverside County District Attorney's Office, taken on November 1, 2017 |
| 19 | Terrell Decl | Excerpts from the deposition of Jeffrey Wilson on behalf of the Placer County District Attorney's Office, taken on October 10, 2017 |
| 20 | Terrell Decl | Excerpts from the deposition of Nancy Anderson on behalf of the El Dorado County District Attorney's Office, taken on December 15, 2015 |
| 21 | Terrell Decl | Transcript of DEF 090946, a recording made by Larry Morse, Merced County District Attorney |
| 22 | Terrell Decl | CorrectiveSolutions Compliance Services Training and Policy Manual (version 2014), labeled DEF000223–349 |
| 23 | Terrell Decl | Excerpts from the deposition of Keith Gardeck on behalf of the Global Payments, Inc., taken on January 29, 2019 |
| 24 | Terrell Decl | Excerpts from the Asset Purchase Agreement between Defendants National Corrective Group, Inc., Victim Services, Inc., and American Justice Solutions, Inc. labeled DEF004215-4250 and DEF004256-4261 |
| 25 | Terrell Decl | Excerpts from the deposition of Narisha Bonakdar taken on April 4, 2017 |

| | | |
|---|---|---|
| 26 | Terrell Decl | Services Agreement between Victim Services, Inc. and American Justice Solutions, Inc. dated June 6, 2014 and labeled DEF 068676-68681 |
| 27 | Terrell Decl | Excerpts from the Rule 30(b)(6) deposition of Victim Services, Inc. (testimony by Mats Jonsson) taken on February 23, 2017 |
| 28 | Terrell Decl | Excerpts from the deposition of Mats Jonsson taken on September 27, 2017 |
| 29 | Terrell Decl | Mats Jonsson's Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories, Interrogatory No. 2, dated January 29, 2016 |
| 30 | Terrell Decl | National Corrective Group, Inc.'s Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories, dated January 7, 2016 |
| 31 | Terrell Decl | Excerpts from Rule 30(b)(6) deposition of Victim Services, Inc. (testimony by Karl Thomas Jonsson), taken on September 25, 2017 |
| 32 | Terrell Decl | Management Agreement between Birch Grove Holdings, Inc. and Victim Services, Inc., dated June 1, 2015 and labeled DEF 068693-68699 |
| 33 | Terrell Decl | Victim Services, Inc.'s Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories, dated March 18, 2016 |
| 34 | Terrell Decl | Excerpts from Rule 30(b)(6) deposition of National Corrective Group, Inc. (testimony by James Noland), taken on September 27, 2017 |
| 35 | Terrell Decl | Pending Checks email from Kristy Silguero, dated August 7, 2014, labeled PRR-FRESNO-DA_001199-2200 |
| 36 | Terrell Decl | Pending Checks email from Kristy Silguero, dated June 26, 2012, labeled PRR-GLENN_00348-350 |
| 37 | Terrell Decl | Initial Official Notice letter, received by Narisha Bonakdar, dated June 13, 2014 |
| 38 | Terrell Decl | A spreadsheet produced by Defendants showing the number of check writers that received an initial letter, who paid any portion of a fee to Defendants, who paid all fees in full, who completed the Financial |

TABLE OF EXHIBITS - 6
CASE NO. 3:14-CV-05266-VC

| | | |
|---|---|---|
| | | Accountability Class, and whose files were forwarded to the district attorneys' officers, labeled Exhibit 33 from the Rule 30(b)(6) deposition of Victim Services, Inc. |
| 39 | Terrell Decl | Payment Receipts and Class Survey Defendants sent to Plaintiff Bonakdar, labeled DEF00019, DEF00022, DEF00019, DEF00024, DEF00031, DEF00033-34 |
| 40 | Terrell Decl | Orange County District Attorney Bad Check Restitution Program, Prosecution Review Criteria, labeled DEF 005176 |
| 1 | Morin Decl | Check No. 3015 to Safeway, dated September 10, 2014, in the amount of $165.87 |
| 2 | Morin Decl | Official Notice from Placer County District Attorney Bad Check Restitution Program, dated December 10, 2014 |
| 3 | Morin Decl | Initial letter to Placer County Bad Check Restitution Program, dated December 15, 2014 |
| 4 | Morin Decl | Failure to Respond letter from Placer County District Attorney Bad Check Restitution Program, dated December 26, 2014 |
| 5 | Morin Decl | Second letter to Placer County Bad Check Restitution Program, dated January 7, 2015 |
| 6 | Morin Decl | Second Notice of Failure to Comply letter from Placer County District Attorney Bad Check Restitution Program, dated January 27, 2015 |
| 7 | Morin Decl | Third Notice of Failure to Comply letter from Placer County District Attorney Bad Check Restitution Program, dated February 23, 2015 |
| 8 | Morin Decl | Official Notice from Placer County District Attorney Bad Check Restitution Program, dated May 19, 2010 |
| 9 | Morin Decl | Letter from Golden 1 Credit Union to Placer County District Attorney Bad Check Restitution Program, dated May 29, 2010 |
| 1 | Solberg Decl | Check No. 106 to Freeway Insurance, dated April 18, 2013, in the amount of $75 |
| 2 | Solberg Decl | Official Notice from Orange County District Attorney Bad Check Restitution Program, dated October 22, 2013 |

| | | |
|---|---|---|
| 3 | Solberg Decl | Failure to Respond letter from Orange County District Attorney Bad Check Restitution Program, dated November 6, 2013 |
| 4 | Solberg Decl | Second Notice of Failure to Comply letter from Orange County District Attorney Bad Check Restitution Program, dated December 13, 2013 |
| 5 | Solberg Decl | Third Notice of Failure to Comply letter from Orange County District Attorney Bad Check Restitution Program, dated January 13, 2014 |
| 6 | Solberg Decl | Final Warning letter from Orange County District Attorney Bad Check Restitution Program, dated February 11, 2014 |
| 1 | Munson Report | Curriculum vitae of Jeffrey Munson |
| 1 | Fineman Decl | Pending Check email from Victim Services dated August 1, 2017, which was Exhibit 136 to the Deposition of Gerald Fineman on behalf of the Riverside County District Attorney's Office. |

<u>CERTIFICATE OF SERVICE</u>

I, Beth E. Terrell, hereby certify that on April 1, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all registered CM/ECF users:

>Michael A. Taitelman, CSB #156254
>Email: mtaitelman@ftllp.com
>Sean M. Hardy, CSB #266446
>Email:  smhardy@ftllp.com
>FREEDMAN & TAITELMAN, LLP
>1901 Avenue of the Stars, Suite 500
>Los Angeles, California 90067
>Telephone: (310) 201-0005
>Facsimile: (310) 201-0045

*Attorneys for Defendants*

DATED this 1st day of April, 2019.

>TERRELL MARSHALL LAW GROUP PLLC
>
>By:  /s/ Beth E. Terrell, CSB #178181
>Beth E. Terrell, CSB #178181
>Email: bterrell@terrellmarshall.com
>936 North 34th Street, Suite 300
>Seattle, Washington 98103-8869
>Telephone: (206) 816-6603
>Facsimile: (206) 319-5450

*Attorneys for Plaintiffs*