Michael F. Ram, CSB #104805
Email: mram@robinskaplan.com
ROBINS KAPLAN LLP
2440 West El Camino Real, Suite 100
Mountain View, California 94040
Telephone: (650) 784-4040
Facsimile: (650) 784-4041

[Additional Counsel Appear on Signature Page]

*Attorneys for Plaintiffs*

U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| KAREN SOLBERG, NANCY MORIN, and NARISHA BONAKDAR, on their own behalf and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VICTIM SERVICES, INC., d/b/a CorrectiveSolutions, NATIONAL CORRECTIVE GROUP, INC., d/b/a CorrectiveSolutions, AMERICAN JUSTICE SOLUTIONS, INC., d/b/a CorrectiveSolutions, BIRCH GROVE HOLDINGS, INC., MATS JONSSON and KARL THOMAS JONSSON,<br><br>Defendants. | NO. 3:14-cv-05266-VC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING DEADLINES ON PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT AND DECERTIFICATION**<br><br>Honorable Vince Chhabria<br><br><u>CLASS ACTION</u><br><br>**DEMAND FOR TRIAL BY JURY**<br><br>DATE:<br>TIME:          10:00 a.m.<br>LOCATION:  Courtroom 4 - 17th Floor |

## I.  STIPULATION

The parties jointly request that the Court extend the deadlines on the parties' cross-motions for summary judgment and decertification by forty-five days. The Court set the briefing schedule for cross-motions on summary judgment and class decertification in December. (Dkt. No. 351). The Court permitted the parties to issue narrow document

STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING
DEADLINES ON PARTIES' CROSS-MOTIONS FOR SUMMARY
JUDGMENT AND DECERTIFICATION - 1
CASE NO. 3:14-CV-05266-VC

subpoenas to the thirty-two counties with which Defendants' contracted to operate their bad check diversion program during the class period seeking documents regarding county approval of fees charged to Class members.

On December 27, 2019, the parties issued joint subpoenas to those thirty-two counties seeking documents from the County, the District Attorney's Office, and the Board of Supervisors. Due to issues regarding service on some of the counties, the parties reissued some of the subpoenas at various points in time between December 2019 and March 2020.

The parties have worked diligently to obtain complete responses to the subpoenas but request additional time to allow them to obtain complete responses. The parties have encountered difficulty over the past month in obtaining responses and declarations from some counties due to the current COVID-19 outbreak. Operations in many of the counties are limited to essential services, and the parties have had difficulty communicating with individuals at the County Counsel's Office, District Attorney's Office, and Board of Supervisors and obtaining records custodian signatures because many of those individuals are working remotely and/or are nonresponsive.

To date, the parties have received complete responses from the following twenty-one counties: Alameda, Calaveras, Colusa, Fresno, Glenn, Los Angeles, Madera, Marin, Mariposa, Merced, Modoc, Nevada, Orange, San Bernardino, San Joaquin, San Mateo, Santa Clara, Siskiyou, Stanislaus, Tulare, and Tuolumne.

The parties have received partial responses from the following seven counties:

1. Contra Costa: The District Attorney's Office has responded but the Board of Supervisors has not. The County Counsel Office has stated that because of the current public health crisis, the Board of Supervisors will provide a response by April 30, 2020.

2. El Dorado: The Board of Supervisors has produced documents and the District Attorney's Office has no responsive documents. The parties are working with the

    County Counsel's Office to obtain records custodian declarations from the Board of Supervisors and the District Attorney's Office.

3. Lassen: The Board of Supervisors has fully responded. The County Counsel's Office has stated that the District Attorney's Office does not possess responsive documents and is working to obtain a records custodian declaration from the District Attorney's Office.

4. Monterey: The District Attorney's Office has fully responded. The parties are working with the County Counsel's Office to obtain a response from the Board of Supervisors.

5. Placer: The Board of Supervisors has fully responded and the County Counsel's Office has represented that the District Attorney's Office does not possess any responsive documents that have not been previously produced in response to a previous subpoena or public records act request in connection with the matter. The parties have been trying to communicate with the County Counsel's Office to obtain a records custodian declaration for the District Attorney's Office.

6. Riverside: The District Attorney's Office produced documents and the Board of Supervisors does not possess responsive documents. The County Counsel's Office is working to provide records custodian declarations by April 3, 2020.

7. Sonoma: The Board of Supervisors has fully responded. The parties are working with the District Attorney's Office on providing a response.

Two counties have agreed to provide responses by the end of April 2020:

1. Santa Cruz: The County has agreed to provide a response by mid-April 2020. Although the parties effectuated service on the County on January 13, 2020, the County did not initially respond. The Board of Supervisors accepted service electronically on March 24, 2020.

2. Sierra: The County's response is due on April 6, 2020. The parties attempted, without success, to serve Sierra County on multiple occasions between December 2019 and February 2020. The parties were finally able to effectuate service on March 17, 2020.

    The parties have not received responses and have been unable to communicate with representatives from Imperial and Santa Barbara County. The parties intend to move to compel compliance with the subpoenas by April 17, 2020, if they are unable to communicate with the counties and reach agreement on compliance.

    The parties request that the Court extend the briefing schedule for the parties' cross-motions by 45 days and adopt the following schedule:

STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING
DEADLINES ON PARTIES' CROSS-MOTIONS FOR SUMMARY
JUDGMENT AND DECERTIFICATION - 3
Case No. 3:14-cv-05266-VC

| **Event** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Defendants' brief (first) | April 17, 2020 | June 1, 2020 |
| Plaintiffs' brief (second) | May 8, 2020 | June 22, 2020 |
| Defendants' brief (third) | May 22, 2020 | July 6, 2020 |
| Plaintiffs' brief (fourth) | May 29, 2020 | July 13, 2020 |
| Motion hearing | June 18, 2020 | July 30, 2020 |

IT IS SO STIPULATED

RESPECTFULLY SUBMITTED AND DATED this 3rd day of April, 2020.

TERRELL MARSHALL LAW GROUP

By:  /s/ Beth E. Terrell, CSB #178181
  Beth E. Terrell, CSB #178181
  Email: bterrell@tmdwlaw.com
  936 North 34th Street, Suite 300
  Seattle, Washington  98103-8869
  Telephone:  (206) 816-6603
  Facsimile:  (206) 350-3528

  Paul Arons
  Email:  lopa@rockisland.com
  LAW OFFICE OF PAUL ARONS
  685 Spring Street, Suite 104
  Friday Harbor, Washington  98250
  Telephone:  (360) 378-6496
  Facsimile:  (360) 378-6498

  Deepak Gupta, *Admitted Pro Hac Vice*
  Email: deepak@guptawessler.com
  GUPTA WESSLER PLLC
  1900 L Street, NW, Suite 312
  Washington, DC 20036
  Telephone: (202) 888-1741
  Facsimile: (202) 888-7792

FREEDMAN + TAITELMAN, LLP

By: /s/ Michael A. Taitelman, CSB #156254
  Michael A. Taitelman, CSB #156254
  Email: mtaitelman@ftllp.com
  Sean M. Hardy, CSB #266446
  Email:  smhardy@ftllp.com
  1901 Avenue of the Stars, Suite 500
  Los Angeles, California  90067
  Telephone:  (310) 201-0005
  Facsimile:  (310) 201-0045

*Attorneys for Defendants Victim Services, Inc., National Corrective Group, Inc., American Justice Solutions, Inc., Birch Grove Holdings, Inc., Mats Jonsson, and Karl Thomas Jonsson*

STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING
DEADLINES ON PARTIES' CROSS-MOTIONS FOR SUMMARY
JUDGMENT AND DECERTIFICATION - 4
CASE NO. 3:14-CV-05266-VC

Michael F. Ram, CSB #104805
Email: mram@robinskaplan.com
ROBINS KAPLAN LLP
2440 West El Camino Real, Suite 100
Mountain View, California 94040
Telephone: (650) 784-4040
Facsimile: (650) 784-4041

*Attorneys for Plaintiffs*

STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING
DEADLINES ON PARTIES' CROSS-MOTIONS FOR SUMMARY
JUDGMENT AND DECERTIFICATION - 5
CASE NO. 3:14-CV-05266-VC

## II.  [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this _____ day of _____, 2020.

_____
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on April 3, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all registered CM/ECF users:

>Michael A. Taitelman, CSB #156254
>Email: mtaitelman@ftllp.com
>Sean M. Hardy, CSB #266446
>Email:  smhardy@ftllp.com
>FREEDMAN & TAITELMAN, LLP
>1901 Avenue of the Stars, Suite 500
>Los Angeles, California 90067
>Telephone: (310) 201-0005
>Facsimile: (310) 201-0045

*Attorneys for Defendants*

DATED this 3rd day of April, 2020.

TERRELL MARSHALL LAW GROUP PLLC

By:  /s/ Beth E. Terrell, CSB #178181
Beth E. Terrell, CSB #178181
Email: bterrell@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

*Attorneys for Plaintiffs*