FREEDMAN+TAITELMAN, LLP
Michael A. Taitelman, Esq. (SBN 156254)
mtaitelman@ftllp.com
Sean M. Hardy, Esq. (SBN 266446)
smhardy@ftllp.com
1901 Avenue of the Stars, Suite 500
Los Angeles, California 90067
Tel: (310) 201-0005
Fax: (310) 201-0045

Attorneys for Defendants Victim Services, Inc., National Corrective Group, Inc., American Justice Solutions, Inc., Birch Grove Holdings, Inc., Mats Jonsson, and Karl Thomas Jonsson

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN SOLBERG, NANCY MORIN, and NARISHA BONAKDAR on their own behalf and on behalf of others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br>v.<br><br>VICTIM SERVICES, INC., d/b/a CorrectiveSolutions, NATIONAL CORRECTIVE GROUP, INC., d/b/a CorrectiveSolutions, AMERICAN JUSTICE SOLUTIONS, INC., d/b/a CorrectiveSolutions, BIRCH GROVE HOLDINGS, INC., MATS JONSSON and KARL THOMAS JONSSON,<br><br>　　　　　　　　　　Defendants. | Civ. No. 3:14-cv-05266-VC<br><br>CLASS ACTION<br><br>**DEFENDANTS' STATEMENT OF RECENT DECISION**<br><br>**[Civ. L.R. 7-3(d)(2)]**<br><br>Date:  September 10, 2020<br>Time: 10:00 a.m.<br>Courtroom: 4 |

---

**DEFENDANTS' STATEMENT OF RECENT DECISION [Civ. L.R. 7-3(d)(2)]**

Pursuant to Civil Local Rule 7-3(d)(2), Defendants Victim Services, Inc., National Corrective Group, Inc., American Justice Solutions, Inc., Birch Grove Holdings, Inc., Mats Jonsson, and Karl Thomas Jonsson (collectively, "Defendants") respectfully submit, in connection with Defendants' OMNIBUS MOTION FOR: (1) JUDGMENT ON THE PLEADINGS FOR LACK OF SUBJECT MATTER JURISDICTION; (2) JUDGMENT ON THE PLEADINGS FOR FAILURE TO JOIN REQUIRED PARTIES OR, ALTERNATIVELY, FOR JOINDER; (3) SUMMARY JUDGMENT; AND (4) CLASS DECERTIFICATION [Dkt. No. 356], the following relevant judicial opinion published after the date Defendants' combined reply and opposition memorandum was filed with the Court:

1. The recent Order and Amended Opinion of the United States Court of Appeals for the Ninth Circuit in the matter of *Kathleen Sonner v. Premier Nutrition Corporation*, Case No. 18-15890, available at https://cdn.ca9.uscourts.gov/datastore/opinions/2020/08/20/18-15890.pdf. A copy of the August 20, 2020 decision of the United States Court of Appeals for the Ninth Circuit is attached hereto as Exhibit 1.

DATED: August 20, 2020

By: /s/M. Taitelman
Michael A. Taitelman
Sean M. Hardy
FREEDMAN & TAITELMAN, LLP
 Attorneys for Victim Services, Inc., National Corrective Group, Inc., American Justice Solutions, Inc., Birch Grove Holdings, Inc., Mats Jonsson, and Karl Thomas Jonsson